**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEX PUCCINI, and KELSEY DRAKE,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF IOWA,<br><br>     Defendant. | **CASE NO. 3-20-CV-00080**<br><br><br><br>**NOTICE OF APPEARANCE** |

  **COMES NOW**, Kayla Burkhiser Reynolds, Assistant Attorney General, and hereby appears as counsel on behalf of Defendant The University of Iowa.

              Respectfully Submitted,

              **THOMAS J. MILLER**
              Attorney General of Iowa

              /s/ *Kayla Burkhiser Reynolds*
              KAYLA BURKHISER REYNOLDS
              Assistant Attorney General
              Department of Justice
              Hoover State Office Building, 2nd Floor
              1305 E. Walnut Street
              Des Moines, IA 50319
              Ph: (515) 725-5390
              Fax: (515) 281-4902
              kayla.burkhiser@ag.iowa.gov
              ATTORNEY FOR DEFENDANT

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 8, 2020:<br><br>☐ U.S. Mail       ☐ FAX<br>☐ Hand Delivery     ☐ Overnight Courier<br>☐ Federal Express     ☐ Other<br>☒ CM/ECF<br><br>Signature: /s/*Audra Drish* |