# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEX PUCCINI, and KELSEY DRAKE,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF IOWA,<br><br>     Defendant. | **CASE NO. 3-20-CV-00080**<br><br><br>**NOTICE OF APPEARANCE** |

**COMES NOW**, Ryan Sheahan, Assistant Attorney General, and hereby appears as counsel on behalf of Defendant The University of Iowa.

Respectfully submitted,

*/s/ Ryan Sheahan*
RYAN SHEAHAN (AT0014279)
Assistant Attorney General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
Phone: (515) 281-6658
Fax: (515) 281-4902
ryan.sheahan@ag.iowa.gov
ATTORNEY FOR DEFENDANT

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 8, 2020:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ CM/ECF

Signature: */s/ Audra Drish*