**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF THE STATE OF IOWA**

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,**<br><br>          **Plaintiffs,**<br><br>**v.**<br><br>**THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,**<br><br>          **Defendant.** | **CASE NO. 3:20-cv-0080-SMR-SBJ**<br><br><br>**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## TABLE OF CONTENTS

                                                                                                          **Page**

Declaration of Sage Ohlensehlen ........................................................................................... 2

Declaration of Christina Kaufman ......................................................................................... 6

Declaration of Alexa Puccini .............................................................................................. 11

Declaration of Kelsey Drake ............................................................................................... 16

Declaration of Miranda Vermeer ........................................................................................ 20

Declaration of Robert Rydze ............................................................................................... 25

Declaration of Nancy Hogshead-Makar; attachments ....................................................... 35

Expert Witness Report of Donna Lopiano .......................................................................... 91

Expert Witness Report of Andrew Zimbalist .................................................................... 166

Affidavit of James C. Larew ............................................................................................. 282

1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,** | **CASE NO. 3:20-cv-0080-SMR-SBJ** |
| **Plaintiffs,** | |
| **v.** | **DECLARATION OF SAGE OHLENSEHLEN** |
| **THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,** | |
| **Defendant.** | |

**COMES NOW** Sage Ohlensehlen and hereby declares as follows:

1. I am from Bettendorf, Iowa, and graduated from Bettendorf High School, where I was a four-year member of the school's swimming team.

2. I am a senior at the University of Iowa (UI) and will graduate in May 2021 with a major in English Creative Writing and minors in history and philosophy. I am on the pre-law track and plan to attend law school beginning in Fall 2021.

3. I am captain of the UI women's swimming and diving team and have been a member of the team all four years of my career at the University of Iowa.

4. I am a named plaintiff in this action. I make this declaration in support of plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

5. I began swimming when I was six years old.

6. Swimming was all I ever wanted to do, which is why I sought the opportunity to participate in the sport at the collegiate level.

7. The University of Iowa didn't initially offer me a scholarship to attend as a member of the women's swimming and diving team. Because I was determined to earn a place on the team, I worked hard to reduce my lap times in my senior year of high school. At the

final swimming meet of my high school career, I dropped enough time for the UI to offer me a position as a walk-on. Receiving the offer from UI was the best day of my life.

8. I was offered a scholarship to UNI that covered room and board. I was talking to ISU, but I committed to Iowa before ISU had a chance to offer me anything. I chose to swim for UI with no athletic scholarship over two other schools that would have given me an athletic scholarship because I wanted to be part of the program at UI so badly. I wanted to be a part of the historic and century-old tradition of swimming at Iowa. I wanted to swim for a school that would give me the opportunity to compete at big meets with fast swimmers. I also felt that Iowa valued its athletes more than other schools, although I no longer feel this way.

9. I have received a partial academic scholarship all four years at Iowa, and a partial athletic scholarship the winter semester of my junior year. The partial athletic scholarship was not renewed. I pay out-of-pocket for my rent, food, electric, water, etc. I have worked two jobs while enrolled at UI and participating on the swimming and diving team.

10. Being a member of the UI swimming and diving team takes a lot of time. We practice 20 hours each week. Three days each week we have two practices a day. Most practices are two hours, but Saturdays we practice for three hours. We require extra sleep and must put time into making sure we're eating properly. Meets are extremely time consuming. We usually have 8-10 dual meets each season, which take 1-2 days, depending on travel. Invitationals take 3-6 days. Sometimes we miss up to four days of classes for a single meet.

11. Being a swimmer at Iowa is part of my identity. I am so proud to tell people I made it here and have made a positive impact on the team. Up until the announcement that the team would be cut, I wore my Iowa Athlete gear so proudly.

12. In recognition of my contributions to the team, my teammates selected me as team captain in my senior year.

13. My coaches at UI are responsible for turning me into the person I am today. After swimming for a high school coach who favored negative reinforcement, the coaches at UI knew I would have trouble trusting coaches based on my past experience and worked with me on building that trust. When I first started swimming for Iowa, I was surprised by how nice, welcoming, and supportive my coaches were. It took some time, but I am now able to trust every coach on the UI staff and feel like they are part of my family. I am so thankful I have them as mentors.

14. Swimming is the reason I am happy at UI. It brings me pure joy. I don't know who I am without this sport. It is everything to me and how I define myself. I feel so lucky to have been able to swim at UI.

15. I am a better student because of swimming. We had great resources available to us as athletes to help us in school, including a separate academic advisor for athletes and free

tutoring. I have made the Dean's List every semester but one (because I wasn't enrolled in enough graded hours), and I have a 3.75 GPA. It is because of UI swimming and diving that I am able to apply to some of the best law schools in the nation.

16. In general, women's sports are undervalued at Iowa. It is obvious that men's sports receive more resources and energy than women's sports.

17. The announcement that the UI women's swimming and diving team would be cut felt like a death. It was the worst news I have ever received, and I still have nightmares about it. It felt like part of me was being taken. I have put so much time, money, effort and dedication into this program. This program needs to live on.

18. Even though I will graduate and go to law school next year, I am concerned about how this decision affects my younger teammates and the up and coming swimmers in the State of Iowa.

19. Based on my capacity as the women's swimming and diving team captain and my regular contact with all team members, I know that the team is comprised of 35 members: 8 freshmen, 17 sophomores, 4 juniors, and 6 seniors. In response to the UI's announced termination of the women's swimming and diving program after the end of this academic year, 15 of these women entered the transfer portal and have already committed to swim somewhere else either next semester or next year. They can still choose to decommit and stay at UI. Two of these women left at the beginning of the year to swim somewhere else after learning that the team would be cut in the 2020-2021 academic year. Ten of these women are planning on staying at Iowa regardless. Four of these women are currently in the transfer portal but not committed to attend another institution yet. The rest of the team members have not decided what they're going to do.

20. The decision to cut the UI women's swimming and diving team will have a terrible impact. Sports teams recruit in advance, so most schools have already recruited the high school class of 2021 and are now on to recruiting the class of 2022. UI has already lost all of the commitments it had for the class of 2021. It is imperative that the UI women's swimming team be reinstated quickly, so at least some of the damage that has already been done can be undone. If the team is not reinstated, the team would fall apart. There would not be a single athlete for the next two classes coming to UI. And the coaches would find other jobs.

21. Cutting the UI women's swimming and diving team has already harmed my development as an athlete and a student. I am more stressed than ever. I hardly sleep and have lost weight; my grades are lower than usual. I planned to apply to Law School at UI, but feel it would be impossible to commit myself to stay here now, because of the emotional damage caused by the UI's decision. Now I will pay out-of-state tuition or private tuition for a law school.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

Dated this ∠ day of December, 2020.


SAGE OHLENSEHLEN

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,**<br><br>        **Defendant.** | **CASE NO. 3:20-cv-0080-SMR-SBJ**<br><br><br><br>**DECLARATION OF CHRISTINA KAUFMAN** |

**COMES NOW** Christina Kaufman and hereby declares as follows:

1. I am a second-year undergraduate at the University of Iowa (UI), studying Business Data Analytics and Information Systems. I was born in Chicago, Illinois and raised in Oak Brook, Illinois, where I graduated high school in 2019.

2. I am a member of the UI women's swimming and diving team. This is my second year on the team.

3. I am a named plaintiff in this action. I make this declaration in support of plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

4. I began swimming competitively at age seven. I'd played a number of sports as a child, but swimming was the sport that interested me the most.

5. I qualified for the state swimming meet my freshman, junior, and senior years of high school, and was a varsity letter winner all four years. My high school team was conference champion in 2017. My senior year, I was named team captain.

6. I wanted to continue to participate in swimming post-high school. I knew I had the capability to achieve more in the sport I loved, and I loved training. I knew I could continue to be a strong leader on a university swimming team, as I was in high school.

7. I was recruited to the University of Iowa women's swimming and diving team as a walk-on. I looked at Vanderbilt, but ultimately knew I was going to be a Hawkeye. I chose Iowa because both my parents and my older sister attended UI, the university is known for its strong academics, Iowa City was not far from home, and UI has an amazing pool facility for the swimming and diving program.

8. I did not receive an athletic scholarship as a walk-on member of the swimming and diving team. I pay approximately $9,000 per semester to attend UI.

9. In Fall 2020, I was honored to be selected to be part of the Iowa Student Athlete Advisory Committee (ISAAC) and the ISAAC Leadership Sub-Committee. I had hoped to expand my leadership role through ISAAC, being an advocate for Iowa student athletes, especially swimmers and divers.

10. I have a strong relationship with my coaches at UI and can go to them for anything. I grew up knowing coach Marc Long. I have had many personal conversations with my coaches.

11. Being a member of the UI women's swimming and diving team requires a lot of time management. My major is not easy, and I participate in several organizations on campus (Women in Business, ISAAC, Dance Marathon), so I must balance my studies, training, and extracurricular activities. I have to set a good sleep schedule and fuel my body properly so I can perform at my greatest potential.

12. We train 20 hours per week. We practice six days per week; three days each week we have morning and afternoon practices. Before COVID-19, we competed in about two meets per month, a few invitationals, and a mid-season meet. I traveled to every meet my freshman year. This year, we have not had any meets because of COVID-19, but we have continued our practice schedule.

13. My cumulative GPA is 3.54. I made the Dean's List both semesters my freshman year and received the University of Iowa Presidential Committee on Athletics (PCA) student-athlete recognition and medallion for having a GPA above 3.0. Athletics has been important for my college academic experience because I have taken advantage of the free tutoring student athletes are given and I have an athletic advisor who helps me stay on track with my studies and helps me make my class schedules for each semester.

14. Participation on the UI women's swimming and diving team has played a huge role in my college experience. The women on the team are my best friends; we have fun at meets together and study together. If we performed well at meets or had great practices, then I was having a good day or week. Without my teammates, I would not have a great college experience.

15. At 9:58 a.m. on August 21, 2020, about 30 minutes before an announced meeting that was to begin at 10:30 a.m., I, along with members of the women's swimming and diving team and male members of other UI varsity teams (tennis, swimming and diving, and

gymnastics), were summoned via text message to appear at the practice courts at Carver-Hawkeye Arena. No reason for the meeting was initially disclosed to us.

16. Once we were congregated there, Athletics Director Gary Barta came into the room and told us that our sports were being terminated at the end of the academic year. He said that the UI would help with the transfer process if we wanted to leave or honor our scholarships if we wanted to stay. He spoke for a short period of time, and then left the room without answering questions. Right after AD Barta left the room, I texted my family in our family group chat, informing them about the news.

17. We were left in the room with someone else from the Athletics Department, that none of us knew, to answer our questions. When we asked questions to this man, he couldn't answer any of them. After he left, we split into our three teams and were left to talk to our coaches and teammates. In talking to our swim coach we learned that he had been informed of the termination decision only 30 minutes before the meeting had started.

18. After the team termination decision was announced, we did not hear anything further from the Athletics Department or from AD Gary Barta for a long time after. I have not received any kind of assistance with respect to my reactions to, and plans in response to, the termination decision from anyone but the swimming and diving coaches at UI.

19. I was shocked at the announcement that UI women's swimming and diving would be cut. I have made the difficult decision to remain at UI and bring an end to my swimming career. I grew up a Hawkeye and have a strong family legacy at UI. Transferring to another school would mean the loss of credits, greater expense, moving farther from home, and difficulty finding a path for my major that is similar to Iowa's, so I could graduate on time. The loss of the program means an end to a sport I have participated in and loved for 12 years.

20. The announcement of the elimination of women's swimming and diving at UI is already adversely affecting the normal cycle of creating and maintaining the team. We completely stopped recruiting future classes to the team. We completely stopped having recruits visit the university. Many students have already committed to other universities. Many students plan on transferring after the Fall 2020 semester. We currently are down two assistant coaches, and I don't believe the coaching staff is looking to find people to fill vacant positions.

21. If a temporary restraining order is not granted, most members of the team will transfer to other schools, coaches would most likely find other jobs, and the UI will not be able to recruit future classes. The ability to restart the program in future years, if our lawsuit is ultimately successful, after a full trial, many months—perhaps years—from now, will be very difficult and could take years of development.

22. Transferring to another university to compete on an intercollegiate women's swimming team would irreparably harm my development as an athlete and a student. It would end my collegiate athletic career.

23. The UI women's swimming and diving team is a group of hardworking, smart women that have a strong history at UI. We all are actively engaged within our community and represent UI extremely well. The UI's decision to terminate our sport was extremely shocking and immensely impacted us all. The fact that Athletic Director Barta and UI President Harreld have not reached out since they announced the decision to terminate our sport reveals how the University respects their student athletes, especially their female student athletes.

24. Cutting the UI women's swimming and diving team will irreparably harm my development as an athlete and a student.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this __1__ day of December, 2020.

_____
CHRISTINA KAUFMAN

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,**<br><br>      **Plaintiffs,**<br><br>**v.**<br><br>**THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,**<br><br>      **Defendant.** | **CASE NO. 3:20-cv-0080-SMR-SBJ**<br><br><br>**DECLARATION OF<br>ALEXA PUCCINI** |

**COMES NOW** Alexa Puccini and hereby declares as follows:

1. I am a first-year student at the University of Iowa (UI), with an open major.

2. I am from Naperville, Illinois and graduated from Naperville Central High School.

3. I am a member of the UI women's swimming and diving team.

4. I am a named plaintiff in this action. I make this declaration in support of plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

5. I started swimming at age eight, competing as part of my neighborhood's swimming team. I fell in love with swimming and excelled at the sport.

6. During my high school swimming career, I was a 16-time State qualifier, a nine-time State medalist, and a four-year All American and All State swimmer. My senior year, I was Team Captain, and received the Naperville Centrals Red and White Leadership Award and my high school's Female Athlete of the Year Award.

7. I started the college recruitment process my sophomore year of high school and eventually narrowed my options to four schools: the University of Minnesota, Michigan State University, the University of Illinois, and the University of Iowa. I turned down a

55% scholarship at the University of Illinois and accepted a 40% athletic scholarship at the University of Iowa.

8. Although I had other options, I chose to attend the University of Iowa because of the amazing facilities for its athletes, the coaches, and the team atmosphere. Not only was it a perfect fit for me academically, but the school itself was a place I called home. Every time I returned to campus to see the team and the University, I felt like I had a new family. I was excited to become a Hawkeye.

9. I wanted to participate in swimming at the collegiate level because competing as a college athlete is one of the biggest accomplishments an athlete hopes for from a young age. The chance to swim at a Big 10 Power 5 Conference school is something motivating in itself. The University of Iowa is a dream team and opportunity for a collegiate swimmer. Iowa had it all for me.

10. The coaching staff was one of the reasons I chose to come to the University of Iowa. They not only are phenomenal at their jobs, but they truly care about each of their athletes both in the pool as an athlete and as a person. They want to make each person on the team successful. The environment at practice is inspiring and motivating. If the team does not get reinstated, not only are the coaches out of a job, but the University is losing some of the most inspirational coaches an athlete could have. They are there for us no matter what, whether it is school or swimming related. I trust each of these coaches with my life.

11. Because I began swimming at a young age, it was crucial for me to develop and learn time management skills. Balancing all of life's struggles with relationships, academics, sports, and all the other things life throws at us can be challenging. This year, in particular, has been challenging for the UI women's swimming and diving team. With the pandemic, balancing college life, independence, academics, sports **and** the cutting of our sport is one of the hardest things I've had to do.

12. Being a student athlete requires a balance between academics and athletics. The team practices six days a week; three of those days we practice in the morning and afternoon. We have been unable to compete this fall due to the pandemic, but we are hoping the Big Ten will allow competition starting in January 2021.

13. In my first semester at UI, I am taking 14 credit hours and maintaining a GPA above 3.0. Being an athlete on the UI women's swimming and diving team contributes to my success as a student in the classroom. I am succeeding academically because I am a student athlete and dedicated to swimming. The positive mental state that comes from my work in the pool carries over into my academics. While being a student athlete can be stressful at times, I appreciate the happiness and success I have in the pool and with my academics. Waking up early and having grueling practices makes me a better student athlete. Having a built-in family and coaches who care about me impacts my college experience and makes me a better person.

14. Being a student athlete on the UI women's swimming and diving team is one of my proudest accomplishments. Between the facilities, coaching staff, and my teammates, I could not have been happier with my decision to be a Hawkeye. I truly felt when coming to UI that I was taken care of and had an automatic family.

15. If the UI women's swimming and diving team was not eliminated, I wouldn't hesitate to stay at UI. I would continue to swim on the women's swimming and diving team if it were reinstated. Because the NCAA granted winter sports an extra year of eligibility due to the pandemic, I have four more years of eligibility.

16. On the day of the announcement that the team would be eliminated, on August 21, 2020, the team had short notice of an emergency meeting. We would later learn that our coaching staff had been told about the termination decision only 20 minutes before the team was expected to arrive for the meeting. There was no sympathy or time for them to receive that kind of news from the University and have it sink in. Team members were separated six feet apart in a room and given the worst news of our lives. Unable to ask questions or even comprehend the news, Athletic Director Gary Barta walked in and out in two minutes with no consideration of the athletes' lives he just flipped upside down. I was crying uncontrollably, confused, and angry, among many other emotions. Everything my teammates and I sacrificed, in addition to committing to a school that was obviously not committed to us, was gut wrenching. There will never be a day where I don't think about that moment, and how this University let its athletes down. It is still a struggle every day.

17. Swimming is my life. Not being able to compete as a Hawkeye brings tears to my eyes, knowing how much my teammates and I have sacrificed and how much we love it here at the University of Iowa. It is disgusting to know how much the UI Athletics Department and the Athletic Director do not care about the women's swimming and diving team. The loss of swimming and diving at UI is taking a piece of me that makes me who I am.

18. If the UI swimming and diving team is not reinstated, I will be transferring to another school to continue my swim career. I entered the transfer portal about two months ago and have been talking to other schools; I am close to making a final decision to commit to one of them.

19. The thought of not swimming competitively anymore is almost as hard as thinking about transferring. Leaving my life behind to start over somewhere else will be one of the hardest things I'll ever have to do. Not only would I be losing my connection to the campus, I would be leaving behind the best group of people I've ever met and the best coaches I've ever had as a competitive athlete. I would be farther from home and paying more money for tuition.

20. The UI women's swimming and diving team is already two years behind on recruiting at this point. The incoming class of 2025 students have already decommitted and recommitted to other schools upon the news of our team getting cut. We would have

athletes coming in for visits for the 2026 class, but with no team they are no longer interested. If the program is not reinstated soon, we won't have new incoming talent.

21. The news has brutally affected our team for recruiting and it continues to impact our current swimmers. Every swimmer on the team would either end their swimming career at Iowa or transfer to a different school. Many of us are now put in a position where we must leave our dream school, drop our lives here at Iowa and find another school. Our team atmosphere has gotten stronger in the wake of the devastating news. We took the news hard and are angry, but we are using that as motivation in practice to have the best season and team we can this year.

22. Cutting the UI women's swimming and diving team will irreparably harm my development as an athlete and a student. It has caused me hardships I wish on no one as an athlete, and it makes me sad to think that without reinstatement I have to move on and start over.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this _1_ day of December, 2020.

_____
ALEXA PUCCINI

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,<br><br>        **Plaintiffs,**<br><br>v.<br><br>THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,<br><br>        **Defendant.** | CASE NO. 3:20-cv-0080-SMR-SBJ<br><br><br><br>**DECLARATION OF<br>KELSEY DRAKE** |

**COMES NOW** Kelsey Drake and hereby declares as follows:

1. I am a senior studying Industrial Engineering at the University of Iowa (UI).

2. I was born and raised in Marion, Iowa. I attended Jefferson High School for my freshman year and finished my high school career at Linn-Mar High School in Cedar Rapids, where I excelled in swimming.

3. I am a member of the UI women's swimming and diving team. I am finishing my fourth year on the team.

4. I am a named plaintiff in this action. I make this declaration in support of plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

5. I have been swimming competitively since I was about 7 years old.

6. During my high school swimming career, I achieved the following state titles:
    a. Freshman – 2nd in 200 IM and 100 Fly
    b. Sophomore – 1st in 200 IM and 100 Fly
    c. Senior – 1st in 100 Fly and 2nd in 100 Breast

7. My junior year of high school, I took the year off from high school swimming to focus on training for the Olympic trials, which I competed in that summer.

8. I love swimming and wanted to continue into college to reach a life-long dream of competing in the NCAAs. I achieved my goal by qualifying for the 2020 NCAA Swimming and Diving Championship meet in the 200 Butterfly. Unfortunately, the meet was canceled due to the COVID-19 pandemic.

9. I was recruited by the University of Iowa and three other schools, each of which offered me scholarships. The offer from UI was for more money and, combined with in-state tuition, ended up being the best financial option for me and my family.

10. When selecting a university, the most important thing to me was fitting in with the team because I knew I would be spending a lot of time with the team and that they would ultimately become my best friends. I had been an Iowa fan growing up and felt like I fit in well at UI. Choosing UI just felt right.

11. My first year at the University of Iowa, I received a 50% scholarship for swimming. The last three years, I have received an 80% scholarship for swimming and an academic scholarship that got me to the equivalent of a full-ride scholarship.

12. Being a member of the UI women's swimming and diving team has meant everything to me. It has been nice to be close to where I grew up, and UI is the place where I met my best friends. I know there are multiple teammates I will stay in contact with for the rest of my life. In addition to the friends I have made, being on the team has also given me a great network of alumni contacts. When starting my job search, I reached out to two alumni that have been a tremendous help in furthering my search.

13. The coaches at UI are some of the best coaches I could imagine having. While many schools put winning above all else, that has not been the atmosphere I experienced at UI. The coaches truly care about our well-being. Our head coach connected me with the two alumni who have been helping with my job search. The coach is invested in making sure I get a job after graduation and truly wants to see me succeed.

14. Being a member of the swimming and diving team is a huge time commitment. We train 20 hours per week, practicing every day except Sunday. Three days each week we have morning and afternoon practice. Before COVID-19, we would have 2-3 meets per month heading into November, then our competition schedule would slow down. With COVID-19, we have not been able to compete, but hope to start in January 2021.

15. I take the work ethic I have learned from swimming and apply it to my studies. Balancing practice and my studies is not always easy, especially when the team is traveling. But it has helped me not to procrastinate and get my work done early because I know my time is limited. I have worked hard to maintain a 3.74 GPA and I make the Dean's List almost every semester.

16. My experience at UI is completely defined by my experience on the UI women's swimming and diving team. It will be the thing I remember most after graduation.

17. Before the announcement that the women's swimming and diving team would be cut at UI, I was considering redshirting this academic year and coming back to compete next year, while attending graduate school. After learning the program would be cut, I considered transferring to complete my year of swimming. Ultimately, though, I decided I wanted to graduate and find a job. If the program is reinstated and if I do not have employment secured by spring semester, I would consider coming back to UI to swim, taking advantage of the NCAA's decision to extend eligibility by one year for athletes participating in winter sports, due to the pandemic.

18. I was devastated by the announcement that the women's swimming and diving team would be cut at UI and felt especially bad for the younger team members. I cannot imagine being torn away from my team like they are. The loss of the legacy of swimming at Iowa is heartbreaking.

19. Recruiting for the team has completely stopped. Many people are leaving the team.

20. Cutting the UI women's swimming and diving team will irreparably harm my development as an athlete and a student.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 2 day of December, 2020.

KELSEY DRAKE

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,<br><br>    **Plaintiffs,**<br><br>v.<br><br>THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,<br><br>    **Defendant.** | CASE NO. 3:20-cv-0080-SMR-SBJ<br><br><br><br>**DECLARATION OF<br>MIRANDA VERMEER** |

**COMES NOW** Miranda Vermeer and hereby declares as follows:

1. I am from Des Moines, Iowa, and graduated from Roosevelt High School.

2. I am a senior at the University of Iowa (UI) and will graduate in May 2021 with a major in philosophy and ethics and public policy. I plan to attend law school beginning in Fall 2021.

3. I am the president of the UI's women's rugby sports club.

4. I am a named plaintiff in this action. I make this declaration in support of plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

5. As a high school student, I participated as an athlete in cross-country and as a varsity athlete in soccer. I heard through friends on the soccer team that the school was trying to get a women's rugby team started. I had heard of rugby but did not know much about the sport itself. When I heard it was a full contact sport, I thought it sounded fun.

6. I played and captained our high school team for the two years the sport was offered (my junior and senior year). Both years I was also chosen for Iowa's select-side program, which is the state's traveling girls' team.

7. From my understanding, interest in rugby in Iowa has been significant for decades but has been growing especially rapidly for girls'/women's rugby in recent years. When I played in high school, four years ago, eight girls' teams competed. Three or four high schools have since added girls' teams, showing that not only is interest substantial and growing in bigger cities like Des Moines and Davenport, but in smaller cities as well, like Mason City and Indianola, who have recently added teams. The Des Moines area has recently founded a new non-college affiliated women's club, and every state university in Iowa, as well as many private colleges, have teams.

8. When I was still in high school, prior to my decision to attend the UI, I briefly considered colleges with varsity women's rugby teams after some recruitment conversations. I only knew of a few varsity programs at the time, however, and they were either at Ivy League schools, Army, or smaller schools than I was interested in attending. I love the UI, and it made the most sense for me to enroll because of its size, community, my areas of study, and the scholarships I received, so I ultimately put my hopes of varsity participation in women's rugby aside.

9. When I came to the University of Iowa, there were no opportunities to participate in intercollegiate women's rugby, because the UI does not sponsor a team. Instead, I have participated in the UI women's rugby sports club for four years. For three of those years, I have served on the team's executive board. I currently serve as president of the board.

10. Being a member of the women's rugby club has been one of the best, and one of the more frustrating, parts of my time at the UI. Before joining the team's executive board, I would get upset with the condition of the fields and always having to put 'sport club' designations on our jerseys and other apparel, but the friends I made and the on-field experiences of such an intense sport far outpaced the negative aspects of it. The people and sport still make the rugby team more than worth any frustrations, but as I have gained more experience playing and assumed more leadership roles, my frustrations have grown. We have seen and played against the programs that are granted the resources of a varsity team and we have tried to fight for more of these resources for our own squad but have been met with a lot of No's. We are lucky enough to have two head coaches and a strength and conditioning coach, but they commit much of their time simply out of their love for the sport and our team. The women on the team want to participate in a full contact sport but have no way of doing so at the varsity level, so we manage as best we can. Rugby in college has instilled in me more confidence, leadership abilities, and grit, but has also further opened my eyes to how much work there is to do for the sport and for women more generally.

11. The women's rugby club is able to reserve a few different spaces on campus, including the rugby fields (which are really poorly kept but are the only facility with the goal posts needed for games), the Hawkeye Recreation Fields, the turfs at the Hawkeye Tennis & Recreation Complex, and group activity rooms at the different Rec Services buildings. The reservations for indoor spaces are competitive between club sports because varsity sports have priority for their times.

12. Members of the women's rugby club incur expenses for travel, jerseys, referee and tournament fees, and equipment (cones, rugby balls, and tackle pads). We charge $100-$120 in dues each semester, which cover some of these expenses. There are certain higher-level tournaments which require traveling by plane and the team members selected for those tournaments are required to pay the fares out of pocket. Players also buy their own mouthguards and cleats. Dues are charged to students' university bills. In order to keep dues as low as they are, we sell apparel, have fundraisers, and apply for some funds from the Sport Club Allocation Board. We have had members drop the team because of the expenses being too much for them.

13. I have seen the women's rugby club membership grow consistently over the four years I have been on the team. My first year, the club was only a couple of years old and had at most 15 players consistently playing. Each year, our overall recruitment and retention has increased, and we had 35-40 players in the 2019-2020 season. At the beginning of this season, our numbers were down to about 20 because of the pandemic, but with recent recruitment we have gotten that number up to 33.

14. All club teams at the UI must maintain at least 10 members to remain active. To my knowledge, the following women's club teams have been active at the UI in recent years (although some may currently be inactive due to pandemic restrictions): lacrosse, soccer, basketball, softball, volleyball, ice hockey, water polo, and ultimate frisbee. Other club teams (track & field, golf, gymnastics, tennis, triathlon, cycling, and bowling, for example) are mixed gender participation.

15. To the best of my knowledge, all of the state schools in Iowa have a women's rugby team, as well as many of the state schools in the Midwest, including several Big Ten schools. At most of these schools, women's rugby is classified as a club sport. Two private schools in Michigan field varsity women's rugby teams: Davenport University has a varsity women's rugby team, and Adrian College in Michigan just added men's and women's varsity teams.

16. While I am not fully knowledgeable about how scheduling works with varsity rugby programs, from what I understand, the number of teams in proximity to the UI would allow scheduling of a full competitive women's rugby intercollegiate season if the UI Athletics Department created and financially supported a varsity team.

17. In the four years that I have been active in the UI women's rugby club, serving on the executive board for three of those years, the UI has never surveyed or assessed the interest of myself or other members in expanding rugby from a club activity to a varsity team competing intercollegiately.

18. To my knowledge, the UI has not conducted interviews with students at large, admitted students, coaches or administrators with respect to undergraduate female student interest in any club sport, including women's rugby, concerning the possible elevation of any sport to that of intercollegiate team status.

19. I am aware that the previous president of the team made several efforts to engage with administrators at the UI about elevating the women's rugby team to that of intercollegiate team status, to no avail.

20. There is not a doubt in my mind that the UI could field a competitive, varsity intercollegiate women's rugby team. We currently have the numbers (30-35 team members) to do so as a club team and being able to offer the sport at a varsity level, with the added resources that entails, would draw even more.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this _2_ day of December, 2020.

_____
MIRANDA VERMEER

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN, <br><br> **Plaintiffs,** <br><br> v. <br><br> THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa, <br><br> **Defendant.** | CASE NO. 3:20-cv-0080-SMR-SBJ <br><br><br> DECLARATION OF ROBERT RYDZE |

**COMES NOW** Robert Rydze and hereby declares as follows:

1. My name is Robert Rydze.  I live in Iowa City, Iowa.

2. I believe that members of the University of Iowa's ("UI") women's swimming and diving team have already suffered, and will continue to suffer, and, in the future, will suffer, irreparable harm if the decision to terminate that team by the end of this academic year is not reversed.

3. I further believe that UI administrators (Athletic Director Gary Barta and President Bruce Harreld, principally) have embarrassed and harmed the university and its female athletes by failing to tell the full story about how and why this very damaging termination decision was made.

4. As is described further, below, my beliefs are based on direct observations and are expressed from a perspective formed by many years of active involvement in the sport of swimming and diving:  as a former athlete who competed at a university that summarily dropped its own swimming and diving program; as a coach; and as an administrator.

### 1. BACKGROUND

5. I graduated from the University of Maryland in 1970 with a bachelor's degree in history, where I competed on the 1969-70 Atlantic Coast Conference (ACC) Championship team.

6. I then attended Eastern Michigan University from 1971-73, where I earned a master's degree in history. While there, I began my swimming and diving coaching career where our team won the NCAA college division swimming and diving championship.

7. I then moved to the Dad's Club in Houston, Texas to coach from 1973-75. In that time period, our age group team (ages 10-18) won three Texas age group titles and the U.S. Diving National Age Group Championship.

8. For 37 years, starting in the summer of 1975, and ending on June 30, 2012, I coached for the University of Iowa's swimming and diving program, in the capacity as the diving coach for men and women who were engaged in intercollegiate competition.

9. I was hired by then-Athletic Director Bump Elliott and swim coach Glen Patton to serve as the head diving coach.

10. In the course of my coaching career, I coached 18 NCAA All-Americans who received 42 All-America honors. I was privileged to coach four Olympians, and nine divers who competed in the World Championships.

11. By the time of my retirement I had been engaged with the sport of diving for 51 years: 10 years as an athlete and 41 years as a coach.

12. I have received a number of recognitions that are sometimes bestowed on swimming and diving coaches. Four times I was honored as Big Ten Diving Coach of the Year: in 1985, 1986, 1995 and 2011. In 1977, I was named the National Age Group Coach of the Year. In 1990, I was inducted into the Western Pennsylvania Hall of Fame. In 2011, I received the Glenn McCormick Award, which is presented to an individual who has made outstanding contributions to the sport of diving.

13. During my coaching career at UI, I was privileged to serve in a variety of leadership capacities in USA Diving and the NCAA, the two groups that are primarily responsible for organizing and governing the sport of diving. I served as the USA Diving age group rules chairman from 1975-79. From 1981-84 and 2003-08, I served as a member of the NCAA Diving Rules Committee. From 2006-2008, I was the Chairman of the Committee for Competitive Excellence of USA Diving. I was Chairman of the Board of USA Diving from 2008-2016.

## 2.   THE UI'S SWIMMING AND DIVING PROGRAM

14. When I was hired to serve as the diving coach at the University of Iowa in 1975, I considered it as the opportunity of a lifetime—a chance to rebuild what had once been considered by many as one of the nation's strongest swimming and diving programs.

15. I knew, when I applied for the job, that few intercollegiate programs could match the UI's deep history in competitive swimming and diving. The men's program, having started in 1917, had been one of the first at the NCAA level. Viewed for many of those years as a powerhouse program, it had frequently ranked in the top 10 nationally in the

first four decades of its existence.  The program gained worldwide recognition as the birthplace of the Butterfly stroke.  Its pool, located at the Field House, was considered one of the best facilities in the nation and allowed the UI to attract great athletes and legendary coaches.

16. Despite our great successes, it was undeniable that, by the end of the 20th century, the swimming and diving program had lost its competitive edge and stature.

17. The facilities at the University of Iowa, located in the old Field House—the same one that, fifty years earlier, had been considered on the forefront of aquatic facilities in the nation—had been surpassed by those operated at other major NCAA universities against whom the UI competed for athletes and in meets.

18. World-class swimmers and divers—any number of them graduating from strong high school and club programs in the State of Iowa—had many other quality programs to consider for intercollegiate competitive programs, and many of them had newer, better facilities.

19. Notwithstanding these competitive disadvantages, I believed that Coach Patton and I, backed by exceptional athletics administrators—initially, Mr. Elliott, then, later, Dr. Grant and Mr. Bowlsby, could turn the program around.  And we did.

20. At the time of my hire, Coach Patton and I took charge of a team that had been in 10th place in the Big Ten for many years; Indiana University had enjoyed a 20-year championship run.

21. We were able to improve the swimming and diving program to the extent that it would consistently be ranked nationally for more than a decade.  These were exceptional people who, I felt, were genuinely devoted to the welfare of student athletes and their coaches and who were governed by the conviction that intercollegiate sports such as swimming beneficially affected those associated with sports teams and the university environment, more generally.

22. With head coach Glen Patton, I enjoyed coaching the UI's swimming and diving team that won the 1981 and 1982 Big Ten championships.  In the course of my tenure, our men and women divers earned three Big Ten champions that won six titles, 35 Big Ten finalists, 25 NCAA qualifiers and an NCAA Champion.

23. A critical part of these years involved the creation of a viable and nationally-competitive women's swimming and diving team.

24. The women's swimming and diving program was just becoming a sponsored varsity sport as I arrived on campus to join the coaching staff.

25. I recall the program for women, at first, being very informal.  In fact, I remember when I first arrived at the UI, in the fall of 1975, and met with men's swimming and diving team members at the Field House pool.  I recall seeing a small number of female divers at the

far end of the pool. I had not met them before. They did not appear to have instructors. I approached them and asked who they were. They told me that they wanted to be on a women's swimming and diving team. I asked them to join us. They immediately responded and came over to be with the men. From that day forward, I coached both men and women divers at the UI.

26. Over the next couple of years, the women's program grew and strengthened.

27. Women swimmers and divers began competing in dual meets with a variety of universities and colleges, a number of them which were also in the beginning phases of establishing women's programs.

28. The NCAA's evolving sponsorship of women's swimming and diving at that time allowed the development of national competitions and championships. The UI was in the middle of, and made strong contributions to, that evolution.

29. The State of Iowa has a strong tradition of high school and summer club swimming. It was possible, from my earliest involvement in the UI swimming and diving program, to draw diving talent from this pool, as well as to attract women divers from high schools across the nation and even internationally.

30. Our efforts to build a women's swimming and diving team were enhanced by the strong support we received from an extraordinary group of administrators who were deeply committed not just to the so-called men's "revenue" sports, such as football, but also to the "Olympic sports" such as swimming and diving.

31. In addition, we had extraordinary support from the director of recreational services, Harry Ostrander, who was responsible for maintaining our swimming facility and scheduling its many uses in a manner that allowed our women athletes fair opportunities to focus on their training and competitions.

32. Based on this support we built the women's swimming and diving team from the ground up. From the date we formally started the program until 2017, the program produced 45 All-American women swimmers and divers and 117 NCAA qualifiers.

33. Some of our best swimmers and divers had come to the UI as a result of our recruiting and offering scholarships. Others were walk-ons, some of whom did not receive notice by winning competitions but who contributed to, and benefited from, the program.

34. By the time I retired from coaching in 2012, the women's swimming and diving team had been allotted 14 scholarships annually. They would be distributed over the four classes of student athletes (e.g., freshmen, sophomores, juniors and seniors).

35. Some of those scholarships were awarded as "full" scholarships to individual athletes. Others were divided into partial scholarships. Many scholarships were awarded to entering freshmen, after our recruitment of them, with an anticipated commitment for

four years of interscholastic competition. Other scholarships were awarded to upper-class athletes who had "walked-on" to the program without scholarships, but whose participation on the team and improvements in swimming and diving had earned them scholarship awards.

36. After 37 years at the University of Iowa, I brought a very satisfying coaching career to an end. However, I remained in Iowa City and kept in close contact, and continued to socialize, with current and retired university administrators. I have attended UI swimming and diving meets and enjoyed watching their continued successes. I have sometimes served as a judge at swimming and diving meets held at the aquatic facility. I continued to communicate regularly with student athletes, now graduated, that I had been privileged to coach for so many years.

37. From everything I could see, the UI's swimming and diving program had a promising future. I had no inkling of its planned demise by UI administrators and heard about it, for the first time, when it was announced in the press.

### 3.   THE UNIQUE ROLE OF A SWIMMING AND DIVING COACH IN THE LIFE OF A UNIVERISTY STUDENT-ATHLETE

38. University swimming and diving coaches have uniquely close, personal relationships with their student athletes.

39. In diving training, for example, every day during the swimming and diving season, sometimes for 3 or 3 ½ hours a day, a coach focuses on every dive and talks with a diver about very keen points with respect to all of those dives. Like few other sports, there is constant interaction, immediate feedback, between an athlete's performance and a coach's evaluation of that performance.

40. The relationship between a coach and a diver is so critical, in fact, that the recruiting process necessarily involves establishing strong relationships with a prospective woman swimmer or diver and that person's parents and guardians.

41. The parties—coaches, parents, and student-athletes—know that when a swimmer or diver commits to join a particular university's swimming and diving program, that student's athletic success or failure, during that brief, irreplaceable four-year period of time will likely hinge on how well the athlete has responded to the coaching offered at that particular institution.

42. Coaches and student-athletes are mentors-mentees. The coach-athlete relationships frequently develop into life-long friendships. I have remained in contact with many student-athletes for decades—and I don't think that is unusual for others involved in university swimming and diving programs.

43. For athletes involved in swimming and diving—whether they be female or male—making a commitment to a particular swimming and diving interscholastic program is a

huge decision.  It is not simply a matter of making a choice of a coach.  It is making a commitment to teammates who become closely bonded in competitions—whether they are successful, or not.  It is making a commitment to a specific environment: a unique pool and facility where a particular student either does—or does not—feel "at home."  It is making a commitment to the academic and student-life environment of a college or university.

44. Over time, at the UI, a strong program to support our student-athletes' academic work evolved so that their time in the critical years as students resulted in academic, and not just athletics, progress and success.  An infrastructure of academic study facilities, academic advisors and tutors, and reporting processes helped to assure that a swimming and diving team member had opportunities to make full use of the academic opportunities that the UI offered them.

45. Over the years I have observed how upsetting and disorienting it can be to a student-athlete when these relationships are unexpectedly disrupted—as when, for example, a young coach unexpectedly transfers to another institution to take a better job or when (for example, the University of Maryland) a university terminates its swimming and diving program.

### 4.  INVESTING IN A NEW SWIMMING AND DIVING FACILITY ASSURES A HIGH-QUALITY WOMEN'S SWIMMING AND DIVING PROGRAM LONG INTO THE FUTURE

46. Although for the initial phase of the University of Iowa's more-than-one-century swimming and diving program it enjoyed a cutting-edge facility (the Field House), over the years the needs of the program—along with competing demands for its use by the UI student body, faculty and community—exceeded its capacity.  Other competing universities and colleges offered newer and better facilities than what we could offer.  We had fallen behind.

47. A capstone to my career at the University of Iowa's swimming and diving program was my involvement in, and support of, the creation of a new swimming and diving facility— one that, today, ranks as one of the greatest such facilities in the United States.

48. The road to creating that facility was long and, sometimes, bumpy.

49. In the 1990s, plans were made for such a facility, which included fundraising and site planning, a location on the western fringe of the campus, away from where students lived and community members worked.  But the efforts stalled.

50. Then, in the mid-2000s, the efforts were renewed.  There were new funding sources, including money from the Big Ten Network.  A new site plan involved locating the swimming and diving pool in the midst of a larger recreational facility in the heart of the campus, near student housing and academic buildings, adjacent to Iowa City's central business district.

51. I give credit for planning, constructing and operating this facility to others, such as Recreational Services Director Harry Ostrander and UI athletics administrator Jane Meyer, both of whom were particularly important in those phases.

52. As a part of that process, the swimming and diving coaches and staff were allowed important input that resulted in a world-class facility, one capable of hosting not just day-to-day training of the swimming and diving team, but, also, the hosting of the most important Big Ten Conference, national intercollegiate and Olympic trainings and events.

53. The facility's construction funding came from many sources, including bonds sponsored by the State of Iowa, to be paid back over many years, financial commitments by the Athletics Department and contributions by University of Iowa supporters and alumni—including former members of the UI swimming and diving programs.

54. Starting in 2008, when the planning for the facility was in the works, and up until the day of its opening, in 2011, this wonderful facility provided the foundation for a new era of greatness for the swimming and diving program. As coaches, we talked about the planned aquatic center with our recruits and their families—and it allowed us to attract first-class students and athletes in a very competitive national talent pool.

55. Once opened, the facility spoke for itself when high school students from around Iowa came with their families to observe competitions. Located in the heart of the campus, those students, and those families, were exposed to extraordinary potential futures as University of Iowa students in the years ahead.

56. It is difficult to imagine a more successfully-designed and administered facility than this one has become.

## 5. THE DESTRUCTIVE IMPACT OF TERMINATING A SWIMMING AND DIVING PROGRAM—UNIVERSITY OF MARYLAND

57. My experience as a student-athlete swimmer at the University of Maryland ("UM") was the turning point of my personal and professional life. It was at the time—and, continued, over the years since my graduation to be—one of the outstanding intercollegiate swimming and diving programs in the United States.

58. I kept close ties to former teammates and coaches. I observed that persons formerly associated with the swimming and diving program were amongst the most loyal of the UM's alumni.

59. In the early 90's Maryland terminated the men's swimming and diving program and in 2012, the University of Maryland announced the termination of its women's swimming and diving program, to take effect in 2013.

60. The impact of that decision was devastating to the student athletes and staff members involved in the program at that time, but, also, to those who had been associated with the storied program over many years.

61. Almost immediately, as a devout and committed alumni, I could feel my passion for the University of Maryland weaken; my contacts and communications with cherished friends and alumni from those years have been diminished in frequency and depth.  We have been cast aside, the result of a bad decision made by university administrators without any loyalty to, or knowledge about, the history of the swimming and diving program.

62. It is probably impossible for anyone who has not experienced it personally, to know how destructive dropping a sports program is to those who had once been a part of it.  The older you become, the feeling of emptiness toward your alma mater is very real.  All of the history and traditions of our team are now gone.

63. In 1970, we won the last Atlantic Coast Conference ("ACC") title for the University of Maryland.

64. Today, nobody seems to know that we ever had a swimming and diving team at the University of Maryland.

### 6.   THE HARM CAUSED TO THE UNIVERSITY OF IOWA'S WOMEN'S SWIMMING AND DIVING PROGRAM'S SUDDEN TERMINATION

65. Based on my knowledge of the UI swimming and diving team's history and successes, on my continued contact with UI faculty members, coaches and administrators after my retirement and on my continued active interest in—as a spectator—the UI men's and women's swimming and diving team's successes, I was stunned and devasted to hear of Athletic Director Gary Barta and UI President Bruce Harreld's announcement that those programs would be terminated.

66. The timing of the announcement was particularly devasting in light of the scheduled hosting of the NCAA national swimming and diving championships at the UI in the spring of 2021 in our wonderful world-class facility, for the first time ever:  a clear recognition of the esteem with which the UI's swimming and diving program and facility were held by the national athletics community.

67. The means by which the program's termination was announced was incredibly harmful.

68. It is difficult for me to express in words my feelings of anger, betrayal and disappointment caused by sudden program termination announcement issued by UI Athletic Director Gary Barta and UI President Bruce Harreld.

69. If the decision is not reversed, in 15 years, as happened at the University of Maryland, so, too, at the UI, despite our program's storied history, huge accomplishments and

incomparable facility, built to support the University of Iowa athletes and host world class events, no one will know we had a swimming and diving program.

70. The history of our great athletes, our fine coaches, and the accomplishments of our great teams will be lost.

71. The reunions and many friendships centered around the swimming and diving program will become fewer and fewer. Their ties to the university will grow weaker; their commitments to the institution's future successes will be diminished.

72. Although, according to the termination announcement, the women's swimming and diving program will continue until the end of the academic year, I know, from direct observation and from observations made over many years, from a variety of vantage points, that great harms have already been inflicted upon the program—and will deepen with each passing day.

73. We generally recruited athletes in their junior year of high school. By announcing the termination of the program to take effect at the end of the 2020-2021 academic year, the University of Iowa is already behind as swimmers and divers will of course not want to attend given the termination decision. In addition, even if the swimming and diving team can be reinstated, it will be behind in recruiting and have to scramble for any athletes who have not already committed to other schools.

74. UI will also be behind in providing scholarships. For example, many National Letters of Intent ("NLI") are normally offered to and signed by high school students in November of each year. NLI's are important milestones in the recruitment process. A student making a commitment to one school, cannot normally be recruited by another.

75. The critical coach-athlete mentoring relationships have been scarred and breached. At least one coach has left, looking for an assignment in another program. Other coaching contracts, which are annual, will end soon. It will be difficult to attract coaches and retain them given the termination decision, but it can be rectified.

76. No recruiting for future years is occurring, or can meaningfully occur. High school students who had been recruited to attend the UI have made, or will make, plans to attend other universities. Student-athletes who can, and who want to, will transfer, some immediately, others at the end of the year.

77. This will be devastating to the swimming and diving program for some time, but is not insurmountable, if the decision is reversed as soon as possible.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

Dated this *23* day of November, 2020.


ROBERT RYDZE

DECLARATION OF NANCY HOGSHEAD-MAKAR

COMES NOW, Nancy Hogshead-Makar and hereby declares as follows:

1. My name is Nancy Hogshead-Makar.
2. I was born in Iowa City, Iowa, in 1962, although I have lived most of my life in the State of Florida.
3. As a younger person, I benefitted from opportunities afforded to girls and women in some sports. I competed as a swimmer from the age of 7.
4. I benefitted from swimming and diving programs available to Florida girls in both club, junior varsity, high school and collegiate sports.
5. I qualified for my first USA National Team in 1976. I qualified for the 1980 Olympic swimming team.
6. In 1980, I matriculated to Duke University on a full athletic scholarship; the first woman to receive a swimming athletic full-ride scholarship. I competed as a member of the Duke women's swimming and diving team.
7. In 1984, I won three gold medals and one silver medal at the Summer Olympics, held in Los Angeles, California.
8. I attended Georgetown University Law Center, graduating in 1997.
9. My CV is attached to this declaration.
10. After graduating from law school, I engaged in private practice, and continue to be licensed to do so in the State of Florida. In that capacity I have served as trial counsel and a consultant on numerous occasions, including the representation of plaintiffs in class action lawsuits involving the enforcement of Title IX of the Education Amendments Act of 1972.
11. For 12 years, I served on the faculty of the Florida Coastal School of Law. In that capacity, I taught a number of Sports Law courses, including Sports Law, Amateur Sports Law, and Gender Equity in Athletics, and Sports Law Skills.
12. I currently teach Sports Administration at Rutgers University's Global Sports Business MS Program; this is my third year as a professor at Rutgers graduate program.
13. I have a number of publications in the sports law field, including a textbook that I co-authored with Andrew Zimbalist, titled *Equal Play: Title IX and Social Change*, which addresses sex discrimination in athletics and Title IX compliance issues.
14. I am a co-founder, and currently serve as the CEO, of a private non-profit corporation, Champion Women.
15. Champion Women is non-profit that advocates for girls and women's sports, including, but not limited to, equal opportunities to participate, equal scholarship dollars and equal treatment.
16. In 2020, Champion Women and the California Women's Law Center worked collaboratively to evaluate and measure college and university sex discrimination in athletics, and to determine Title IX athletics compliance, including Big Ten universities.

17. We used publicly-available data submitted by the colleges and universities themselves, downloaded from the Equity in Athletics Database; data accumulated and provided by Big Ten universities themselves, as is required under the Equity in Athletics Disclosure Act. See: http://ope.ed.gov/athletics.

18. We made the data user-friendly for students, athletes, their families, and the general public on a website we created, www.TitleIXSchools.com. We performed fairly simple mathematical formulas to the data, to demonstrate whether Big 10 schools were providing equal athletic opportunities, athletic scholarships and equal recruiting dollars to their male and female students, when enrollment rates vary across member schools.

19. Our concerns about sex discrimination and Title IX compliance by Big Ten universities have been heightened in the time of COVID-19 because we knew that athletics departments at those institutions are experiencing some financial distresses and have either cut, or are considering cutting, sponsored sports teams.

20. In advance of any cuts, we wanted to be certain that, in response to those pressures, that those athletics departments did not violate their obligations to undergraduate women with respect to preserving intercollegiate athletic opportunities, and adhere to Title IX. In addition, we urged these schools to remedy the sex discrimination the data revealed; we reminded schools that they were required to provide equal opportunities, treatment and athletic scholarships.

21. Using the data available to us at that time, we determined that the University of Iowa—along with a number of other Big Ten universities—were discriminating against women in their intercollegiate athletics offerings, in violation of Title IX.

22. The University of Iowa was facing serious Title IX deficiencies; women's athletic opportunities, scholarships and treatment lagged behind men's sports programming in virtually every measurable criterion.

23. More specifically, we determined that the University of Iowa needed to provide between 47 (based on duplicated counts of women athletes competing on women's sports teams) and 61 (based on unduplicated counts) additional sports opportunities for full-time undergraduate women than it was currently providing. The discrimination represented by these calculations applied before any cuts were made to any programming.

24. We published our findings to Big Ten Commissioner Kevin Warren, in a letter sent directly to him, and included with a summary letter and a memorandum that provided a further, more detailed analysis of the data we had analyzed with respect to each of the universities' respective sex discrimination and performance under Title IX.

25. The research is clear; an opportunity to play sports imbues life-long benefits to women that participate.

26. Because our goal is to educate and motivate universities to end the sex discrimination in intercollegiate athletics and move towards stronger compliance with Title IX's mandates, we also copied our letter and findings to the athletics directors and presidents of each institution. We created a summary letter as well as provided a detailed analysis. Copies of that correspondence is attached hereto, dated June 6, 2020.

27. In August, only two months later, I heard of the University of Iowa's decision, as announced in a written statement issued by President Harreld and Athletic Director Barta,

to terminate several sponsored sports teams, including the women's swimming and diving team. I was particularly struck by their statement that the termination decision had been made in compliance with Title IX, as it was inconsistent with the analysis that Ms. Poyer and I had earlier-sent to Commissioner Warren and had copied to President Harreld and Athletic Director Barta just a few months prior.

28. Based on my own review of the University of Iowa's published data only a short while earlier, and based my own professional understanding of measuring sex discrimination in intercollegiate athletics and Title IX compliance issues, I believed such statements to have been untruthful.

29. I was subsequently contacted by parents of University of Iowa swimmers and divers, team members, and alumni of the team. At their request, I made a presentation to in a Zoom call, outlining my findings with respect to my opinion that the institution had been and was currently discriminating against women, and had not been compliant with Title IX, both before and after the decision to terminate the women's swimming and diving program was made.

30. In my communications with those individuals, I became aware of Mr. Larew's involvement in advocating for legal interests of women athletes whose interests had been adversely affected by the University of Iowa's decision to terminate the women's swimming and diving team. He asked me—and I agreed—to serve as a consultant in class action litigation that his office was about to file.  As a consultant, I am paid on an hourly basis, as needed, at the following rate: $650.00.

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

Dated this 2nd day of December, 2020.

NANCY HOGSHEAD-MAKAR

Attached:    Letter from Nancy Hogshead-Makar, JD, and Amy Poyer, JD Commissioner Kevin Warren (June 5, 2020) (5 pps)
Legal Memo, Title IX Athletic Department Compliance (June 5, 2020) (9 pps)
Nancy Hogshead-Makar CV

 

June 5, 2020

Commissioner Kevin Warren
Big Ten Conference
5440 Park Place
Rosemont, IL 60018

Dear Commissioner Warren,

We are a consortium of advocates for women and girls in sports. Access to and participation in sports improves the lives of all students, and that is particularly true for girls and women.

During this time of COVID-19, we are writing to remind you of your institutional obligation to uphold Title IX.[1] We understand that these are trying times for collegiate institutions, including athletics departments. In response to financial pressures, we have become aware that some universities are considering program cuts to their athletic programs.[2] As the commissioner of the

---

[1] 20 U.S.C. §§ 1681-1688.

[2] Sallee, Barrett. "Group of Five Commissioners Ask NCAA to Relax Rules That Could Allow More Sports to Be Cut." CBS Sports, April 15, 2020. Available at: https://www.cbssports.com/college-football/news/group-of-five-commissioners-ask-ncaa-to-relax-rules-that-could-allow-more-sports-to-be-cut/. (Five Conferences—American Athletic Conference (AAC), Conference USA, Mid-American Conference (MAC), Mountain West Conference, and the Sun Belt Conference—formally requested the NCAA to lower the minimum team requirements for Division 1 membership. The NCAA subsequently denied their request.)

See also:

- Hawkins, Stephen. "Slashed St. Ed's: Reeling School Cuts Teams, Breaks Hearts." ABC News. ABC News Network, May 7, 2020. Available at: https://abcnews.go.com/Sports/wireStory/slashed-st-eds-reeling-school-cuts-teams-breaks-70563956. (Saint Edward's University cuts six varsity teams.);

- Keith, Braden. "After Cuts, Sonoma State Says It Will Add Roster Spots to Comply with Title IX." SwimSwam, May 1, 2020. Available at: https://swimswam.com/after-cuts-sonoma-state-says-it-will-add-roster-spots-to-comply-with-title-ix/ (After cutting two women's varsity teams, Sonoma State University adds roster-spots to women's teams in an attempt to stay compliant with Title IX.);

- Park, Rohnert. "SSU to Discontinue Men's and Women's Tennis and Water Polo Teams." SSU News. Sonoma State University, April 23, 2020. Available at: http://news.sonoma.edu/article/ssu-discontinue-men's-and-women's-tennis-and-water-polo-teams;

- Rogers, Eric, and Rick Neale. "Florida Tech Cuts Football Program, Announces Layoffs Due to Coronavirus." WKMG News 6 & Click Orlando, May 12, 2020. Available at: https://www.clickorlando.com/news/2020/05/11/florida-tech-cuts-football-program-announces-layoffs-due-to-coronavirus/;

- Shanesy, Todd. "Cost-Cutting Changes Hit Big South Conference." Shelby Star, Gannett, May 12, 2020. Available at: https://www.shelbystar.com/sports/20200512/cost-cutting-changes-hit-big-south-conference (The Big South Conference limited schools to only four teams in postseason tournaments next year. Those are men's and women's soccer, women's volleyball, softball, and baseball, or three women's sports and two men's sports.)

Big Ten Conference (Big Ten), we ask you be a leader in ensuring that your conference and your members do not cut any athletic programs, and specifically, that they preserve women's athletic opportunities to participate and receive equal treatment. The data we have compiled from the Equity in Athletics Database demonstrate that women are facing serious Title IX deficiencies; they lag behind men's programming in every measurable criteria.[3] The attached legal memo provides a thorough analysis of the data for your conference's members under Title IX.

As the Commissioner of the Big Ten, we ask for your leadership in upholding your legal and moral obligations to women in higher education by ensuring measures are taken to protect their educational opportunities. Indeed, we sincerely hope the Big Ten will be a leader in gender equality in athletics, in service of the larger goals of higher education.

In 1972, Congress passed Title IX, and President Nixon signed it into law. In 1975, schools were given three years, until 1978, to comply with the regulations applying the statute to athletics.[4] In the 2018–2019 year alone, at Big Ten member schools, in sum (refer also to table below):

- 678 females were denied a sports opportunity, under the first test of Title IX compliance, based on unduplicated numbers.
- There are two other legal tests for whether an institution is providing enough athletic opportunities for women, and Big Ten member institutions fail both of them as well.
- If Big Ten member institutions were to provide women with equal opportunities to participate and add these 678 female student-athletes for the 2020–2021 school year, an additional $20,839,245 in scholarship aid would need to be provided for their female student-athletes in order to equal the male student-athlete scholarships.
- Moreover, Big Ten member institutions would need to spend an additional $14,630,399 recruiting female athletes to provide this type of benefit equally to male and female athletes, as required by Title IX.
- Title IX requires not just equal opportunities *quantitatively*, but *qualitatively* as well. We urge you to review whether women's sports receive equal treatment in aspects such as: facilities, equipment, scheduling, marketing, coaching, recruiting, academic and other support.
- As a reminder, these are rare and rationed educational experiences for both men and women. Big Ten member institutions provided just 2.3% of its students with a varsity sports experience in 2018–2019 school year.

---

[3] Equity in Athletics Disclosure Act, available at: http://ope.ed.gov/athletics/. Each year, colleges and universities provide the Department of Education with data from their athletic department regarding numbers of participation opportunities provided to the students, scholarships, staffing, and revenues and expenses, that are broken down by the men's and women's teams.

[4] 34 C.F.R. § 106, available at: https://www2.ed.gov/policy/rights/reg/ocr/edlite-34cfr106.html#S41.

Page 2

| Big Ten Conference Institution Name | Needed Additional Sports Opportunities for Women (based on duplicated count) | Needed Additional Sports Opportunities for Women (based on unduplicated count) | Needed Additional Scholarship Dollars for Women | Needed Additional Recruiting Dollars for Women | Student-athletes as percent of total student body (based on unduplicated numbers) |
|---|---|---|---|---|---|
| Indiana University-Bloomington | 30 | 18 | $998,838 | $1,347,529 | 2.1% |
| Michigan State University | 25 | 44 | $2,233,076 | $1,013,872 | 2.0% |
| Northwestern University | 20 | 20 | $2,628,735 | $906,669 | 6.2% |
| Ohio State University-Main Campus | 58 | 45 | $273,015 | $1,007,670 | 2.4% |
| Pennsylvania State University-Main Campus | 104 | 123 | $2,200,206 | $1,628,917 | 2.1% |
| Purdue University-Main Campus | 0 | 20 | $615,496 | $538,294 | 1.5% |
| Rutgers University-New Brunswick | 0 | 6 | $390,569 | $882,600 | 2.0% |
| University of Illinois at Urbana-Champaign | 13 | 32 | $39,695 | $873,882 | 1.5% |
| University of Iowa | 47 | 61 | $1,339,664 | $969,952 | 3.1% |
| University of Maryland-College Park | 15 | 78 | $2,055,849 | $482,105 | 1.8% |
| University of Michigan-Ann Arbor | 33 | 55 | $2,658,643 | $1,544,983 | 3.1% |
| University of Minnesota-Twin Cities | 67 | 93 | $2,691,362 | $1,730,764 | 2.3% |
| University of Nebraska-Lincoln | 20 | 47 | $145,105 | $1,329,116 | 3.3% |
| University of Wisconsin-Madison | 17 | 36 | $2,568,992 | $374,046 | 2.7% |
| **Totals:** | **449** | **678** | **$20,839,245** | **$14,630,399** | **Average: 2.3%** |

Denying women equal athletic opportunities is a significant loss. The research linking sports participation with life-long educational, economic, and health benefits is well-established. Sports provide males and females from diverse socioeconomic, racial, and ethnic backgrounds measurable positive educational impacts.[5] Betsey Stevenson, an economist now at University of Michigan, found that playing sports actually *caused* more education and higher incomes.[6] Girls who play sports make 8% higher wages compared to their non-sport playing counterparts.[7] In addition, a sports experience changes a woman's short-term and long-term health trajectory including: decreased risk of heart disease, breast cancer, osteoporosis, tobacco and drug use, unwanted teen pregnancy, sexually transmitted diseases, depression and suicide.[8] Research by Ernst and Young found that 96% of C-suite women were athletes.[9]

---

[5] Staurowsky, E. J., M. J. DeSousa, K. E. Miller, D. Sabo, S. Shakib, N. Theberge, and N. Williams. *Her Life Depends on It III: Sport, Physical Activity, and the Health and Well-Being of American Girls and Women.* East Meadow, NY; Women's Sports Foundation. (May 2015).

[6] Stevenson, Betsey. *Beyond the Classroom: Using Title IX to Measure the Return to High School Sports.* NBER Paper Series, Working Paper 15728. 2010. Available at: http://www.nber.org/papers/w15728.

[7] *Id.* at 24.

[8] Staurowsky, s*upra*, note 5.

[9] Ernst & Young, "Global Survey Reveals Critical Role Sports Play for Female Executives in Leadership Development and Teamwork in Business," (June 18, 2013). Available at: https://www.prweb.com/releases/2013/6/prweb10841451.htm.

*Plaintiffs' TRO Appendix - 0040*

Athletics is commonly referred to as the "front porch" to the university and thereby communicates an institution's values to the entire community. As such, athletics can lead the way towards a better environment for women on campus overall, including sexual assault prevention. Gender equality in athletics—as one of the only sex-segregated areas of your member schools—demonstrates *substantively* that Big Ten members treat men and women as equals. If the Big Ten and its member institutions' athletics departments do not treat women as equal to men, it cannot expect its male students to do so, either now or in the future.

The facts and the law are both clear.

We look forward to your leadership response before June 23, 2020, the 48th anniversary of Title IX. Please respond to this correspondence by email.

Regards,

Nancy Hogshead-Makar, J.D.
CEO, *Champion Women*

Amy Poyer, J.D.
Senior Staff Attorney, *California Women's Law Center*

Supporting Organizations:

    Active Policy Solutions

    Athletes Unlimited

    Centre for Sport and Human Rights

    Clearinghouse on Women's Issues

    The Drake Group

    Equal Rights Advocates

    Fair Play for Girls in Sports, a project of Legal Aid at Work

    The Fearless Coach

    Feminist Majority Foundation

    National Center for Lesbian Rights

    National Federation of State High School Associations

Power Plays
Southwest Women's Law Center
Tucker Center for Research on Girls & Women in Sport
USA Badminton
What Equality Looks Like
Women's Law Project
Women's Rugby Coaches and Referees Association

cc: Michael A. McRobbie, President, Indiana University
    Dr. Samuel L. Stanley Jr., President, Michigan State University
    Morton O. Schapiro, President, Northwestern University
    Dr. Eric J. Barron, President, Pennsylvania State University
    Mitchell E. Daniels Jr., President, Purdue University
    Dr. Michael V. Drake, President, The Ohio State University
    Timothy L. Killeen, President, University of Illinois
    Bruce Harreld, President, University of Iowa
    Wallace D. Loh, President, University of Maryland
    Dr. Mark S. Schlissel, President, University of Michigan
    Joan T.A. Gabel, President, University of Minnesota
    Walter Ted Carter Jr., President, University of Nebraska
    Fred Glass, Athletic Director, Indiana University
    Sandy Barbour, Athletic Director, Pennsylvania State University
    Mike Bobinski, Athletic Director, Purdue University
    Patrick Hobbs, Athletic Director, Rutgers, The State University
    Gene Smith, Athletic Director, The Ohio State University
    Josh Whitman, Athletic Director, University of Illinois
    Gary Barta, Athletic Director, University of Iowa
    Damon Evans, Athletic Director, University of Maryland
    Warde Manuel, Athletic Director, University of Michigan
    Mark Coyle, Athletic Director, University of Minnesota

*Plaintiffs' TRO Appendix - 0042*

 

To:      Kevin Warren, Commissioner, Big Ten Conference

From:  Nancy Hogshead-Makar, CEO, Champion Women
         Amy Poyer, Senior Staff Attorney, California Women's Law Center

Date:   June 5, 2020

Re:      Legal Memo, Title IX Athletic Department Compliance

On June 23, 2020, Title IX will celebrate its 48th anniversary. The law continues to open up sports opportunities for millions of girls and women. While collegiate sports participation opportunities are rare and rationed, serving less than 2% of the student body nationally, these opportunities provide life-long benefits for participants in educational attainment, employment, and health.

Yet despite the strong statute, interpreting regulations, and case law, women lag behind men by all measurable criteria, including opportunities to play, scholarship dollars, and treatment.

This legal memo, and our supporting documents and data from the Equity in Athletics Disclosure Act (EADA), are part of *Champion Women* and the *California Women's Law Center's* efforts to remedy sex discrimination in athletic departments.

Title IX follows intuition on fairness and equality, a concept well-cemented for children early on. Title IX athletics compliance involves two parts: *quantitative* components and *qualitative* components. First, the law requires that schools provide women and girls with equal opportunities to participate, meaning schools must provide women with a team and equal scholarship dollars. The law also requires those participation opportunities be as educationally beneficial as those provided to men. This means female athletes and teams must receive equal treatment as compared with the male athletes and teams.[1]

## 1.  Equal Opportunity to Participate: Equal Quantitative Educational Opportunities

In 1979, the Department of Education announced a Policy Interpretation that created three independent ways for schools to demonstrate that students of both genders have equal opportunities to participate in sports. These are summarized below:

- **Under Prong** 1, a school can show that the percentage of total athletes at the school who are female is the same as the percentage of total students enrolled at the school who are female (the proportionality test), OR;

- **Under Prong 2**, the school can show it has a history and a continuing practice of expanding opportunities for female students, OR;

---

[1] 34 C.F.R. § 106, *available at*: https://www2.ed.gov/policy/rights/reg/ocr/edlite-34cfr106.html - S41. The "laundry list" was further clarified in 1979; See Title IX Policy Interpretation: Intercollegiate Athletics (December 11, 1979), *available at*: https://www2.ed.gov/about/offices/list/ocr/docs/t9interp.html

- **Under Prong 3**, the school can show it is fully and effectively meeting its female students' interests and abilities to participate in sports.[2]

The easiest standard for demonstrating equal participation opportunities is via Prong 1, but if a school cannot meet Prong 1 and is able to show compliance with Prong 2 or 3, it will be found to be providing equal athletic participation. This three-part test has been in effect for more than four decades. It has been heavily litigated in courts, and has been upheld by every one of the eight federal appeals courts that has considered it.[3]

We have looked at the past 16 years of data from the EADA for the schools in your athletic conference.[4] We have painstakingly deducted male practice players from the total women listed in the EADA count. Unless there is some information that is not represented in the EADA report, it appears that every school except the Purdue University and Rutgers University is discriminating against its female students in its athletic offerings.

Importantly however, *Champion Women* and the *California Women's Law Center* have not looked "behind the EADA numbers" to account for actual rosters as listed on school websites, meaning the gaps in participation numbers are likely even larger than reported in the table below. Notably, Katie Thomas wrote a series of articles in the *New York Times* in 2011 on collegiate compliance with Title IX and found, "many [NCAA Division I institutions] are padding women's teams rosters with underqualified, even unwitting, athletes."[5] Courts, too, have found schools are undercounting their male athletes and over-counting their female athletes, in a fraudulent attempt to make their participation gap look smaller.[6] We have not compared the numbers as reported by Big Ten member institutions with their online rosters, but typically those errors would make a school further out of compliance with Prong 1, rather than the other way around.

---

[2] A Policy Interpretation: Title IX and Intercollegiate Athletics, 44 Fed. Reg. at 71413 (1979), *available at:* https://www2.ed.gov/about/offices/list/ocr/docs/t9interp.html. For ease of reading, I have substituted "female athletes" instead of the verbiage in the regulations that refers to protecting the "underrepresented gender." While a few women's colleges apply the test to men, the overwhelming majority of schools apply the test to women, as it does in all Big Ten schools.

[3] See Chalenor v. University of North Dakota, No. 00-3379ND (8th Cir. May 30, 2002); Pederson v. Louisiana State University, 213 F.3d 858, 879 (5th Cir. 2000); Neal v. Board of Trustees of The California State Universities, 198 F.3d 763, 770 (9th Cir. 1999); Horner v. Kentucky High School Athletic Association, 43 F.3d 265, 274-75 (6th Cir. 1994); Kelley v. Board of Trustees, University of Illinois, 35 F.3d 265, 270 (7th Cir. 1994), cert. denied, 513 U.S. 1128 (1995); Cohen v. Brown University, 991 F. 2d 888 (1st Cir. 1993) (Cohen I), and 101 F.3d 155, 170 (1st Cir. 1996), cert. denied, 520 U.S. 1186 (1997) (this case was before the First Circuit twice, first on Brown University's appeal of a preliminary injunction granted by the district court (Cohen I), and the second time after a trial on the merits (Cohen II)); Roberts v. Colorado State Board of Agriculture, 998 F.2d 824, 828 (10th Cir. 1993), cert. denied, 510 U.S. 1004 (1993); Williams v. School District of Bethlehem, 998 F.2d 168, 171 (3d Cir. 1993).

[4] *Equity in Athletics Disclosure Act* reports, *available at:* https://ope.ed.gov/athletics/#/. Each year, colleges and universities provide the Department of Education with data from their athletic department regarding numbers of participation opportunities provided to the students, scholarships, staffing, and revenues and expenses, that are broken down by the men's and women's teams. The Athletic Director of the institution must sign off on the numbers submitted.

[5] Thomas, Katie, *College Teams, Relying on Deception, Undermine Gender Equity,* NY Times, April 26, 2011, *available at:* https://www.nytimes.com/2011/04/26/sports/26titleix.html

[6] *Biediger v. Quinnipiac Univ.,* 691 F.3d 85, 95 (2d Cir. 2012).

| Big Ten Conference Institution Name | Needed Additional Sports Opportunities for Women (based on duplicated count) | Needed Additional Sports Opportunities for Women (based on unduplicated count) | Needed Additional Scholarship Dollars for Women | Needed Additional Recruiting Dollars for Women | Student-athletes as percent of total student body (based on unduplicated numbers) |
|---|---|---|---|---|---|
| Indiana University-Bloomington | 30 | 18 | $998,838 | $1,347,529 | 2.1% |
| Michigan State University | 25 | 44 | $2,233,076 | $1,013,872 | 2.0% |
| Northwestern University | 20 | 20 | $2,628,735 | $906,669 | 6.2% |
| Ohio State University-Main Campus | 58 | 45 | $273,015 | $1,007,670 | 2.4% |
| Pennsylvania State University-Main Campus | 104 | 123 | $2,200,206 | $1,628,917 | 2.1% |
| Purdue University-Main Campus | 0 | 20 | $615,496 | $538,294 | 1.5% |
| Rutgers University-New Brunswick | 0 | 6 | $390,569 | $882,600 | 2.0% |
| University of Illinois at Urbana-Champaign | 13 | 32 | $39,695 | $873,882 | 1.5% |
| University of Iowa | 47 | 61 | $1,339,664 | $969,952 | 3.1% |
| University of Maryland-College Park | 15 | 78 | $2,055,849 | $482,105 | 1.8% |
| University of Michigan-Ann Arbor | 33 | 55 | $2,658,643 | $1,544,983 | 3.1% |
| University of Minnesota-Twin Cities | 67 | 93 | $2,691,362 | $1,730,764 | 2.3% |
| University of Nebraska-Lincoln | 20 | 47 | $145,105 | $1,329,116 | 3.3% |
| University of Wisconsin-Madison | 17 | 36 | $2,568,992 | $374,046 | 2.7% |
| **Totals:** | **449** | **678** | **$20,839,245** | **$14,630,399** | **Average: 2.3%** |

### a. Analysis of Prong 1

As the table above demonstrates, only Purdue University and Rutgers University can comply with Prong 1, meaning that both male and female students have an equal opportunity, numerically speaking, to participate. While case law explicitly does not allow gaps of 25 or more athletes,[7] the standard is equality, and the gap should be smaller than the size of a new women's team that is not currently offered. As should be clear from the 2018-2019 NCAA Division I average squad sizes shown in the table below, there are quite a number of sports that schools in the Big Ten could add to increase opportunities for their female students.[8]

---

[7] *Biediger v. Quinnipiac Univ.*, 928 F. Supp. 2d 414, 467 (D. Conn. 2013)

[8] NCAA Sports Sponsorship and Participation Rates Report, 1981-82 – 2018-19, *available at:* https://ncaaorg.s3.amazonaws.com/research/sportpart/2018-19RES_SportsSponsorshipParticipationRatesReport.pdf

| Sport | 2018-2019 NCAA Division I Average Squad Size |
|---|---|
| Archery | N/A |
| Badminton | N/A |
| Team Handball | N/A |
| Wrestling | N/A |
| Rifle | 7.5 |
| Triathlon | 7.8 |
| Golf | 8.2 |
| Tennis | 9.1 |
| Bowling | 9.6 |
| Skiing | 12.8 |
| Squash | 13.3 |
| Basketball | 14.4 |
| Volleyball | 16.6 |
| Fencing | 16.8 |
| Cross Country | 17.2 |
| Sand Volleyball | 17.6 |
| Gymnastics | 18.3 |
| Synchronized Swimming | 19.5 |
| Water Polo | 21.6 |
| Softball | 21.7 |
| Field Hockey | 23.0 |
| Ice Hockey | 24.6 |
| Soccer | 28.4 |
| Swimming/Diving | 29.6 |
| Lacrosse | 31.6 |
| Rugby | 32.1 |
| Equestrian | 35.3 |
| Track, Outdoor | 39.7 |
| Track, Indoor | 40.0 |
| Rowing | 62.8 |

As stated in the summary letter, in order to provide women with the same opportunities to participate in sports, other Big Ten schools must add 449 female athletes in the duplicated count, or 678 in the unduplicated count.[9]

---

[9] Some athletes compete in more than one sport, so one student's participation is counted two or three times. If every student competed during all three seasons, schools would show a participation rate of 300%. This puts Big Ten average participation rates of just 2.3% into comparison; for most schools it is smaller than 2.3-out-of-every-100 students.

*Plaintiffs' TRO Appendix - 0046*

These eye-popping numbers are simply not acceptable, nearly 50 years after the passage of Title IX. We hope you will use your leadership to remedy these gaps with great haste.

### b.  Analysis of Prong 2

No Big Ten school can comply with Prong 2, which requires a showing of a "history *and continuing* practice of program expansion which is demonstrably responsive to the developing interest and abilities of the members of that sex."[10] We have looked at each school's historical data over the past 16 years as reported on the EADA website, and no school can show it has consistently grown its programming for female athletes without an interceding contraction or growth-stoppage of at least five years. Merely adding one sport within the last five years is insufficient. By our evaluation, all Big Ten schools have lost the ability to utilize this Prong forever.

### c.  Analysis of Prong 3

No Big Ten school can show compliance with Prong 3, which requires a showing that women have no current unmet demand for additional sports opportunities such that their interests and abilities are accommodated by the current program. To measure compliance with Prong 3, the OCR will look at participation rates in sports in high schools, amateur athletic associations, and community sports leagues that operate in areas from which the institution draws its students in order to ascertain likely interest and ability of its students and admitted students in particular sport(s).[11]

Since all Big Ten member schools recruit nationally, the interest for sports is evaluated on the same national basis.

Based on EADA data, Big Ten schools are only offering a small fraction of their students a sports experience. In 2017-2018, America had 16,756,000 high school students,[12] and 7,937,491 participated in school-sponsored sports,[13] for a high school sports participation rate of 47.37%. But even 47% understates the high school sports participation rate and the demand for sports. It does not include athletes on club teams, travel teams, and Olympic sports that can be, but frequently are not school-sponsored sports, like ice hockey, rowing, fencing, beach volleyball, skiing, rifle, rugby, triathlon, archery, equestrian, sailing, and gymnastics.[14]

---

[10] *Mansourian v. Bd. Of Regents of Univ. of Cal.*, 594 F. 3d 1095, 1108. (9th Cir. Cal. 2010) (emphasis added; schools must have both a history *and* continuing practice of expanding opportunities for women for Prong 2 compliance.)

[11] A Policy Interpretation: Title IX and Intercollegiate Athletics, 44 Fed. Reg. At 71413 (1979), *available at:* https://www2.ed.gov/about/offices/list/ocr/docs/t9interp.html. Other factors courts and the OCR will use to evaluate compliance with Prong 3, *available at:* https://www2.ed.gov/about/offices/list/ocr/letters/colleague-20100420.pdf.

[12] Duffin, Erin, *High school enrollment in public and private institutions in the U.S.* Statista, April 23, 2020. *available at:* https://www.statista.com/statistics/183996/us-high-school-enrollment-in-public-and-private-institutions/

[13] National Federation of State High School Associations, *Participation in High School Sports Registers First Decline in 30 Years,* Sept. 5, 2019, *available at:* https://www.nfhs.org/articles/participation-in-high-school-sports-registers-first-decline-in-30-years/

[14] National Federation of State High School Associations, *High School Sports Participation Increases for 29th Consecutive Year,* Sept. 11, 2018, *available at:* https://www.nfhs.org/articles/high-school-sports-participation-increases-for-29th-consecutive-year/

### i. Schools and Conferences Create Demand for New Women's Sports

Demand is so great that Big Ten members are able to create their own demand for a particular sport they choose to add. As an example, women's rowing was added to NCAA rosters before the sport had added significant numbers of high school teams. In other words, the demand for new women's sports is so intense that NCAA members can choose almost any sport to offer and have women ready-and-willing to fill those sport opportunities.[15]

We have not seen the results of any surveys that Big Ten members may have completed as part of their Title IX compliance to determine interest and ability in new sports, but based on our experience, these surveys will only help schools determine *which* sports to add, not *whether* to add women's sports.

Given the Big Ten institutions' national recruiting pool, combined with the small number of sports opportunities offered, the Big Ten will have a large percentage of students (both male and female) who would compete on a new team if offered. Therefore, Big Ten institutions cannot rely on Prong 3 for Title IX compliance.

### ii. Equal Recruiting Dollars for Men's and Women's Sports Teams

Schools must provide this type of benefit equally in its overall athletic offerings, meaning that if the Big Ten institutions provided men and women with equal scholarship dollars, women's athletic programs would receive an additional $14,630,399 in recruiting dollars in 2018-2019.[16]

Recruiting spending naturally intersects with Prong 3, the interests and abilities of the students. As the court noted in *Cohen v. Brown University* 24 years ago, "Interest and ability rarely develop in a vacuum; they evolve as a function of opportunity...[17] In the highly improbable scenario that Big Ten schools do not have students who show interest in playing the new sports offered, money comparable to sums spent on men's recruiting, combined with athletic scholarships, can and will bring these women athletes to the institution.

## 2.   Numerous Resources Are Available to Help the Big Ten Add Women's Sports

*Champion Women* and the *California Women's Law Center* stand ready to make introductions to non-profits and sport governing bodies that have invested significant resources and expertise towards helping schools like your members start new sports. Some sports even offer financial assistance.[18] In addition, the NCAA offers guidance for starting new sports in its "Emerging Sports Program."[19] Their "NCAA Women's Sports Inventory, a guide to the NCAA's

---

[15] "Additionally, because OCR recognizes that students may have a broad range of athletic experiences and abilities, OCR also examines other indications of ability such as: ….participation in other sports, intercollegiate, interscholastic or otherwise, that may demonstrate skills or abilities that are fundamental to the particular sport being considered;" Letter from Russlyn Ali, United State Department of Education, Office of Civil Rights, to Colleague (April 20, 2010) *available at:* https://www2.ed.gov/about/offices/list/ocr/letters/colleague-20100420.pdf

[16] Where an institution recruits potential student athletes for its men's teams, it must ensure that its women's teams are provided with substantially equal opportunities to recruit potential student athletes. *See* 44 Fed. Reg. at 71417, 1979.

[17] *Cohen v. Brown Univ.*, 101 F.3d 155 (1st Cir. 1996), at 178-179.

[18] See e.g., USA Triathlon has $3.5 million in grants for NCAA schools to add women's triathlon, *details available at*: https://www.teamusa.org/USA-Triathlon/About/Multisport/NCAA-Triathlon/Grant-Details

[19] NCAA Emerging Sports for Women Process Guide, *available at:* http://www.ncaa.org/about/resources/inclusion/ncaa-emerging-sports-women-process-guide

Championship and Emerging Sport for Women" offers information on sports, costs and facilities needs, average squad size, diversity of athletes and coaches, and more, to facilitate adding sports.[20]

Sports need competitors. The Big Ten, as a collection of schools, is best poised to add women's sports collectively. Conference members have worked collectively to add women's sports both in the distant past, and recently in 2012, the SEC recognized Equestrian as a championship sport.[21] It is time to repeat that leadership and add more sports and resources for women's sports as a conference.

### 3.  **Equal Scholarship Opportunities**

If the Big Ten complied with Title IX participation opportunities and provided women with additional athletic opportunities, women would be entitled to an additional $20,839,245 in scholarships per year. These are important sources of funding for educational attainment that women are being denied because of their gender.

### 4.  **Equal Treatment: Measuring Men's and Women's *Qualitative* Educational Experience**

The EADA does not provide information on the many of the metrics required for Title IX compliance, but providing educational experiences that are qualitatively equal is also important. These include equality in:

> (1) Provision and maintenance of equipment and supplies;
> (2) Scheduling of games and practice times;[22]
> (3) Travel and per diem expenses;
> (4) Opportunity to receive tutoring and assignment and compensation of tutors;
> (5) Opportunity to receive coaching, and assignment and compensation of coaches;
> (6) Provision of locker rooms, practice and competitive facilities;
> (7) Provision of medical and training services and facilities;
> (8) Provision of housing and dining services and facilities;
> (9) Publicity;
> (10) Support services; and
> (11) Recruiting.[23]

The Big Ten and its member schools should provide public disclosures about equitable treatment in all these areas as well.

### 5.  **Hiring and Equal Compensation for Coaches of Women's Teams**
####     a.  **Market Rates**

In addition, the EADA reports on Big Ten schools' exceedingly large discrepancies in coaching compensation. To be clear, employer-schools cannot pay a coach less because the *coach is a woman* or because the employee *coaches women athletes*. The "market rate" defense does not allow schools to split the market into two with one market for men's coaches and another for

---

[20] NCAA Women's Sports Inventory, *A Guide to the NCAA's Championship and Emerging Sports for Women,* PDF File*, available at*:  https://www.ncaa.org/sites/default/files/NCAA-WSI.pdf

[21] See e.g., SEC Staff, *History of Women's Athletics in the SEC.,* Southeastern Conference, April 11, 2020, *available at*: https://www.secsports.com/article/29021252/history-women-athletics-sec

[22] *Parker v. Franklin County Community School Corp.*, 667 F.3d 910 (7th Cir. 2012).

[23] 34 C.F.R. § 106, *available at*: https://www2.ed.gov/policy/rights/reg/ocr/edlite-34cfr106.html - S41.

coaches of women's teams. Schools can justify unequal pay if the male coach brings in more money, but only if the school provides the women's coaches with the same marketing, resources, and staffing to bring in that revenue. Moreover, schools cannot discriminate in the provision of these resources to the women's teams. Similarly, if coaches are evaluated on their team's success, schools must provide the same resources to achieve that success, including recruiting resources and program presentation.[24]

The substantial pay inequities in the Big Ten also raise equal treatment concerns under Title IX. Coaches are not fungible, and they directly contribute to the educational experience that athletes receive. Women athletes have the right to the same educational opportunity, which includes receiving coaches of equal quality and competence. If the large pay discrepancies are defended on a market rate for that particular coach because the women's coach is less competent, has less education, or has less experience; it would indicate that women athletes are not receiving the same quality coaching the Big Ten is providing to the male athletes. To remedy the pay and treatment discrepancies, please refer to *"Creating Gender Neutral Coaches' Employment and Compensation Systems; a resource manual."*[25]

### b. Hiring Women

We also encourage you to examine hiring practices of women coaches. While women have flocked to sports as teams are created, the number and percentage of women in coaching has declined. Women are almost entirely locked out of the employment opportunities to coach men. *The Tucker Center for Girls and Women in Sports* have tracked the data for women in coaching, and schools in the Power Five Conferences earn between a "C" and "D".[26] They conclude:

> It is simply not possible that as each new generation of females becomes increasingly involved in and shaped by their sport experience, they simultaneously become less interested, less passionate, and less qualified to enter the coaching profession. We can do better.[27]

### Conclusion

Title IX and its interpreting regulations and case law have been uncommonly consistent: schools are expected to provide their male and female students with equal athletic opportunities,

---

[24] Equal Employment Opportunity Commission, *Enforcement Guidance on Sex Discrimination in the Compensation of Sports Coaches in Educational Institutions*, Oct. 29, 1997, *available at:* https://www.eeoc.gov/laws/guidance/enforcement-guidance-sex-discrimination-compensation-sports-coaches-educational.

[25] Lopiano, Donna, *Creating gender neutral coaches' employment and compensation systems: A resource manual*, September 1995, (Updated June 2016). Women's Sports Foundation, Eisenhower Park, East Meadow, NY 11554, *available at:* https://www.womenssportsfoundation.org/wp-content/uploads/2016/09/gender-neutral-compensation-guide-final-53016.pdf

[26] LaVoi, N. M., Boucher, C., & Silbert, S. (2019, July). Head coaches of women's collegiate teams: A comprehensive report on NCAA Division-I institutions, 2018–19. Minneapolis, MN: The Tucker Center for Research on Girls & Women in Sport; *available at:* https://www.cehd.umn.edu/tuckercenter/library/docs/research/WCCRC-Head-Coaches_All-NCAA-DI-Head-Coaches_2018-19.pdf
LaVoi, N. M., & Boucher, C. (2020, April), Head coaches of women's collegiate teams: A report on select NCAA Division-I institutions, 2019-20. Minneapolis, MN: The Tucker Center for Research on Girls & Women in Sport, *available at:* https://www.cehd.umn.edu/tuckercenter/library/docs/research/WCCRC_2019-20_Head-Coaches_Select-7.pdf

[27] Id.

treatment, and scholarships. After almost 48 years, it is time for the Big Ten and its member institutions to fully comply with Title IX. The goal of gender equity in athletics cannot be relegated to the athletics department or legal counsel's office. We sincerely hope that Big Ten schools will lead in this area, in service to the larger goals of higher education in the conference and in America.

Please let us know if we can provide further guidance. I look forward to hearing your plans to rectify the current inequalities before June 23, 2020, the 48th anniversary of Title IX. Please respond to this correspondence by email.

Sincerely,

Nancy Hogshead-Makar, J.D.

CEO, *Champion Women*

Amy Poyer, J.D.

Senior Staff Attorney, *California Women's Law Center*

Legal Memo, Title IX Athletic Department Compliance - Page 9

**NANCY HOGSHEAD-MAKAR**
3116 St. Johns Avenue * Jacksonville, Florida 32205
Hogshead@ChampionWomen.org

## EDUCATION

- Georgetown University Law Center, J.D., 1997
- Duke University, B.A. *cum laude,* Political Science and Women's Studies, 1986
  *President's Leadership Award*

## PROFESSIONAL ACTIVITIES

Civil rights lawyer, representing girls and women in sport.
Beyond writing, legal activities, public speaking and media (see below), projects include:

- **48th Anniversary of Title IX Reveals Systemic Sex Discrimination.** Schools provide women with 183,000 fewer sports opportunities, and just under a billion dollars in athletic scholarship dollars. Webinar with the California Women's Law Center, June 23, 2020.
  https://www.facebook.com/nancy.hogsheadmakar/videos/10224275288775182/?d=n  (7000 views)
- Website detailing sex discrimination in intercollegiate athletics at every level:
  www.TitleIXSchools.com
- Letters to Division 1 Conferences regarding sex discrimination in intercollegiate athletics.
- 2015 – Present; Legal memos to Division I universities who are most out of compliance with Title IX in athletics, as measured by the university's self-disclosed data in the Equity in Athletics Disclosure Act. Video description of the project:
  https://www.youtube.com/watch?v=6bHG2rVVlrI.
- 2010 – 2017; Seven year effort to create a separate, independent entity to investigate and sanction sexually abusing coaches, outside the United States Olympic Committee. The U.S. Center for SafeSport opened in March, 2017.
  - o Draft federal legislation to create entity to investigate and sanction sexually abusing coaches, akin to the United States Anti-Doping Association, 2012 – 2013.
  - o Cooperation with congressional representatives re; sexual abuse in club and Olympic sports, 2013 - 2014.
  - o Legal memos re; SafeSport Code, and sign-ons in efforts to assure proper policies, jurisdiction and procedures for SafeSport, the new entity tasked with investigating and sanctioning sexually abusing people in power in club and Olympic sports:
    http://www.childusa.org/policy/other/
  - o One-Page Model SafeSport Code, written with Marci Hamilton and Child USA:
    http://championwomen.org/wp-content/uploads/2020/07/Champion-Women-and-Child-USA-SafeSport-Policies-and-Boundaries-updated-2020.pdf
- 2010 – Present; ten-year effort to get legal protections from sexual abuse for children and athletes in club and Olympic sports.
  - o Numerous presentations to stakeholders; wrote scholarly and lay articles, media appearances about the lack of legal protections for club and Olympic athletes, particularly the difference between sexual abuse in schools versus the same behavior in club and Olympic sports.
  - o 2012 – 2014; Successfully urged the United States Olympic Committee's board to require National Governing Bodies to prohibit romantic and sexual relationships between coaches and athletes, regardless of age or consent, 2012, to be implemented January 1, 2014.
  - o 2013; Drafted federal legislation to amend the Ted Stevens Olympic and Amateur Sports Act, 36 U.S.C. Sec. 220501 et seq. to protect athletes from sexual abuse.

- 2016-2018; 135 letters, Change.org petition with 9100 signatures, and media campaign to get Rick Butler out of coaching volleyball, after he was found to have sexually abused at least five of his underage athletes. Rick Butler has now been banned from USA Volleyball, the AAU and the Junior Volleyball Association.
- 2014; Represented 19 swimming victims of sexual abuse at their hands of their coaches, in a petition to prevent the sport's Executive Director from Hall of Fame induction. Victims asserted that Swimming's leadership knew about sexual predator-coaches, but did not protect the athletes from these coaches. Chuck Wielgus withdrew his candidacy after five days: http://www.usatoday.com/story/sports/olympics/2014/06/02/chuck-wielgus-usa-swimming-hall-of-fame/9893275/
- 2013 – 2015; Represented Speedskater Bridie Farrell, who was sexually molested by sport leader Andy Gabel, when she was 15 and he was 33. Petition to remove Gabel from the sport's Hall of Fame, supported by 66 Speedskaters: http://www.change.org/p/u-s-olympic-speedskating-board-of-directors-remove-andy-gabel-from-the-speedskating-hall-of-fame-and-revoke-his-lifetime-membership-in-u-s-speedskating.
- 2017 – 2018; Drafted and circulated letter in support of S. 534. Signed by 55 organizations and 183 individuals, including experts in protection, Olympic and Professional athletes, some of whom were victims of coach-sexual abuse, Hall of Fame coaches, sport industry leaders. http://files.constantcontact.com/b1807338401/a7d1e643-0cac-4f5f-8e02-a069f54840d9.pdf
- 2017 – 2018; Letter writing campaign to support Senator Dianne Feinstein's legislation S. 534 and H.R. 1873, sponsored by Susan Brooks to pass the "Protecting Young Victims from Sexual Abuse and Safe Sport Authorization Act https://www.congress.gov/bill/115th-congress/senate-bill/534/text#toc-H08F374415D844FC7969237A61710148B
- 2017 – 2018; Online Change.org Campaign with 136,725 signatures supporting the SafeSport Act. https://www.change.org/p/pass-the-protecting-young-victims-from-sexual-abuse-act
- 2018; Feinstein and Congress Press Conference re; celebrating the passage of "Protecting Young Victims from Sexual Abuse and the Safe Sport Authorization Act", S. 534 and H.R. 1973: https://www.youtube.com/watch?v=F7vh4TK_o0s

1) 2015 – Present; Co-Chair Team Integrity; Effort to re-write the Sports Act to re-shape governance at the U.S. Olympic and Paralympic Committee.

   a. ***USOC Scott Blackmun Ignores the Sports Act and Sexual Abuse 2 4 2018;*** Available at: https://swimmingworld.azureedge.net/news/wp-content/uploads/2018/02/usoc-memo-congress-blackmun.pdf  -- 13 pages detailing how Blackmun and the USOC took power from athletes. As a result, USOC CEO Scott Blackmun left the USOC in less than one week.

   b. ***Blackmun Resignation Reaction to USOC CEO Scott Blackmun's resignation.*** Dozens of Olympian athletes sign-ons; it was no secret that Blackmun was anti-athlete.

   c. Legal memo, ***Press Release and Legal Memo re; USOC Already Has Control over NGB Compliance March 11, 2018.*** USOC's defense was that USA Gymnastics and other NGBs were separate businesses; that Congress had not given them the authority – indeed the legal duty – to discipline other sports. The legal memo established that the USOC already had Congressional Authority to Oversee/ Require NGBs to comply with the Sports Act. As a result, the USOC has quit trying to make that excuse… that it isn't THEIR fault, it is Congress' responsibility to give them more authority. The USOC always had the authority to govern the Olympic movement.

   d. ***USOC Financial Reforms Report for U.S. Senate,*** June 2018. Written to educate Congress on the finances in the Olympic movement.  https://img1.wsimg.com/blobby/go/573edb75-6173-4bec-8d91-9972c89dc2cd/downloads/USOC%20Financial%20Reforms%20Report.%20Committee%20to%20Re.pdf

2

e. ***USOC New Due Process Challenges,*** November 2018. Current problems with the USOC; even in the midst of an athlete crisis, the USOC cannot be trusted to be athlete-centric… or even to protect basic athletes rights.

f. ***Team Integrity Calls for USOC Board of Directors to Resign***, January 2019. https://cdn.swimswam.com/wp-content/uploads/2019/01/Press-Release-Team-Integrity.pdf

g. ***Team Integrity Athlete First Recommendations to USOC,*** January 19, 2019. https://cdn.swimswam.com/wp-content/uploads/2019/01/Team-Integrity-Athlete-First-Recommendations-to-USOC-1-21-2019-1.pdf

h. Press Conference re; Congresswoman DeGette and Senator Cory Gardner legislation, June, 2019. https://www.washingtonpost.com/sports/olympics/larry-nassar-is-in-jail-but-only-one-usoc-official-was-fired-yes-we-need-reform/2019/06/17/059053dc-912c-11e9-b570-6416efdc0803_story.html?utm_term=.5e7adda95521

i. ***Team Integrity Responds to former USOC Scott Blackmun's $2.4M Severance***, July, 2019. http://aroundtherings.com/site/A__77316/Title__Team-Integrity-Press-Release-re-USOPC-Board-giving-Blackmun-%2424M-Severance/292/Articles

j. ***"We Got It Done" Team Integrity and USOPU Celebrate the Senate and House passing S. 2330, the "Empowering Olympians, Paralympians, and Amateur Athletes Act of 2020"*** https://championwomen.dm.networkforgood.com/emails/788278?recipient_id=JdpBdC2EwOPXCVK7hvTS3g||aG9nc2hlYWRAY2hhbXBpb25lbi5vcmc=

- 2014 - 2015; Gathered international support for world's elite female soccer players to play on grass, instead of turf. https://www.coworker.org/petitions/fifa-the-world-cup-should-be-played-on-natural-grass http://www.womenssportsfoundation.org/en/home/media-center-2/statements-and-media-responses/september-24-2014-statement.

- 2014; Wrote and organized support for NCAA re-structuring after *Northwestern*, a legal ruling allowing football players to unionize under labor law.

- 2012; Co-wrote and organized 56 organizations and individuals to support Office for Civil Rights 2011 Guidance on peer sexual violence in education. http://ow.ly/MS8Ka.

- 2011; Wrote and organized letter sign-on to NCAA on revenue distribution, to be consistent with the educational mission of athletics, rather revenue based on winning.

- 2011 – 2013; Wrote and organized protest of the NCAA's failure to monitor member institution's Title IX compliance through a mechanism formerly called "Certification."

- 2011 – 2017; Wrote letters to NCAA leadership re; structuring Certification's replacement, Institutional Performance Program (IPP), with support from the original drafters of Certification.

- Incorporated research into support for state legislation that now requires schools to publish the number of male and female students provided with a sports experience.

- 2010 – 2012; Wrote and organized petition to remove GoDaddy! as a sponsor of intercollegiate sports.

- Featured in, *We Are Straight Allies Campaign,* in support of the human rights ordinance in, 2013 - 2017; available at: https://wearestraightallies.com/tag/nancy-hogshead-makar/.

Supporting materials available upon request.

## Champion Women, Inc., 2014 – current
### Founder and CEO

Champion Women provides legal expertise for girls and women in sports, investing in projects designed to get change to scale. Subjects include: equal play, such as traditional Title IX compliance in athletic departments, sexual harassment, abuse and assault in sport, as well as employment, pregnancy and LGBT discrimination. www.ChampionWomen.org

- **Webinar,** Systemic Sex Discrimination in Intercollegiate Athletics, See: www.TitleIXSchools.com

3

**Rutgers Global Sports Business MS Program**, Professor, 2018 – present.

      Sports Administration Course; This course prepares students in the analysis of administration and governance, problems and decisions facing sport administrators and business leaders. Students become acquainted with a varied but limited number of important concepts and strategic positions central to the sports industry. Special attention is given to the regulation of collegiate, Olympic, professional and global athletics, the organizational structure of sports leagues and associations, labor-management relations, and the application of administrative principles to sports.

**Women's Sports Foundation, 1985 – 2014**
      **2010 – 2014, Senior Director of Advocacy (Independent Consultant)**
Responsibilities included all gender equality public policy issues; identifying effective strategies for change, forming coalitions, writing persuasive memos, white papers, articles and legal memoranda, and executing strategy. Extensive media and public speaking. Volunteer 1985 – 2010.
      2003 – 2010, Legal Advisor
      1995 – 2003, Board of Stewards
      1992 – 1995, President
      1990 – 1992, Vice-President
      1985 – 1990, Board Member
      1985, Summer intern

**Florida Coastal School of Law**, Jacksonville, Florida.
      2007 – 2013, Full Professor with tenure
      2008 – 2007, Associate Professor
      2001 – 2004, Assistant Professor

      *Courses Taught & Teaching Awards*:
- Torts I and Torts II, Sports Law, Amateur Sports Law, Sports Law Seminar, Gender Equity in Athletics Seminar, Sports Law Skills, Products Liability.
- Steadily mentored independent study projects and oversaw numerous research assistants.
- "Favorite 1L Professor" Award
- Sports Business Law, University of Central Florida's DeVos Sport Business Management Program, Orlando, Florida, 2003.

      (List of service to school available upon request)

**Holland & Knight, LLP**, Jacksonville and New York City offices
      1997 – 2001, Litigation and Public Law Departments
      Represented both plaintiffs and defendants in Title IX and Equal Pay Act matters, among others.

## SWIMMING ACHIEVEMENTS

- 1984, won three gold medals and one silver medal at the Los Angeles Olympics. The most decorated swimmer at the Games.
- 1977, at the age of 14, the only American swimmer to be ranked number one in the world in an international event.
- In 2000, ranked by Sports Illustrated as Florida's 13th greatest athlete of the 20th Century.
- Numerous records during eight years on the United States National Swimming Team.
- Undefeated in High School and Collegiate dual meet competitions.

Major Swimming Awards:
*Nathan Mallison Award,* Florida's outstanding amateur athlete, 1978.
*Kiphuth Award,* the best all-around U.S. Swimmer, 1984.
*Sullivan Award* Nominee, 1978.

4

*Comeback Swimmer of the Year Award,* USA Swimming, 1983.
Member of 13 sport-related Halls of Fame, including the International Swimming Hall of Fame and International Women's Sports Hall of Fame.

## LEADERSHIP POSITIONS:

- **Founding Board Member,** Equality League, 2018 – Present

- **Chair**, Advisory Board for the CHILD USA Nassar investigation, 2018 – Present

- **Board Member,** Aspen Institute, "Sport and Society" 2011 – Present

- **Advisory Board Member,** Association of Title IX Administrators "ATIXA" 2011 – 2017

- **National Advisory Council,** One Love Foundation, 2015 – 2018

- **NCAA Gender Equity Taskforce**, 10 person taskforce to evaluate Title IX Athletics compliance, and NCAA responses to member non-compliance, 2015 – 2017

- **LGBT Sports Coalition Member** (Champion Women membership) 2015.

- **National Coalition for Women and Girls in Education.** (Champion Women membership) 2015-Present.

- **Executive Committee Member,** World Olympians Association, 2014 – 2015

- **Evaluator**, United States Anti-Doping Agency ("USADA") for missed and positive drug tests. Participate in hearings to determine if a "missed test" will be considered a "positive test". 2003-2014

- **Co-Chair**, American Bar Association (ABA) Committee on the Rights of Women. (2004-2013)

- **Board Member**; The Forum for the Scholarly Study of Intercollegiate Athletics in Higher Education. (2009 - 2013)

- **Editorial Board Member**; the Journal of Intercollegiate Sport. (2009 - 2013)

- **Ambassador,** The Culture, Education, Sport and Ethics Program ("CESEP"). A collaboration between Justice for Athletes and the World Anti-Doping Agency (WADA). 2006-2008. http://www.cultureandsport.com/

- **The Florida Governor's Council on Physical Fitness,** The council provided Governor Crist with a state plan of action to promote physical fitness and nutrition, particularly among children. (2007-2010)

- **Founding Member** of FCSL's Sports Law Center, offering students a certificate in Sports Law program. 2004-2013.

- **Board Member,** 1997-2002, Girl Scouts of North Florida.

- **Board Member,** 1989-1995, Allen and Hanbury's Respiratory Institute.
  - The group published *Air Currents* and awarded over $1,000,000 a year in grants.

- **President**, Jacksonville Aquatic Center Committee, 1997 – 2002.

- **Board Member,** Florida's Sports Foundation, Appointed by Governor Jeb Bush.

- **Spokesperson**, Race for the Webb Center

- **JASPER** Award, Presenter.

- **Board Member**, Florida 2012

*Plaintiffs' TRO Appendix - 0056*

- Group sought to attract the 2012 Olympic Games to Florida; 1999 – 2001.

- **Spokesperson**, Florida Sunshine State Games, 1999.

- **Board Member**, Baptist Health Foundation. 1998 – 2002.

- **Spokesperson**, Race for The Cure. 1997 – 2000.

- **Member**, Athlete's Advisor Council, Atlanta Olympic Organizing Committee, 1991 – 1996.

- **National Spokesperson** for the American Lung Association. 1990 – 1996.

- **Council Member**, Duke University Women's Studies Council, 1986 – 1992.

- **Spokesperson**, Olympic Athletes together Honorably (OATH), 1999.
  - Testified to Senate Committee, chaired by Senator John McCain, regarding the International Olympic Committee's response to performance enhancing drugs.

- **Advisor**, President Clinton's National Service Act. 1993.

- **Member**, Committee on Sports Gender Equity. 1993.

- **Member**, White House Council for a Drug Free America, 1987 – 1989.

- **Co-wrote, Featured** in a video entitled *Go For Your Dreams* that was viewed by an estimated ten million high school students.
- **Goodwill Games Ambassador** promoted the pre-eminent international multi-sport competition of the year throughout the United States, Canada, and Europe, 1985-1986.

- **Master of Ceremonies** for the Presidential Inauguration Ball, Aerospace Center. Danced with President Ronald Reagan. 1985

- **Republican National Convention Address** introducing Nancy Reagan, 1984.

## SCHOLARSHIP:

- **Books:**
  - EQUAL PLAY: TITLE IX AND SOCIAL POLICY, co-authored with Andrew Zimbalist, economist at Smith College, Temple University Press, November, 2007.
  - **NCAA PREGNANT AND PARENTING STUDENT-ATHLETES**: RESOURCES AND MODEL POLICIES, November 2008. With d Elizabeth A. Sorensen, Ph.D., RN, CNOR, FAR.
    - The materials include a review of federal law and NCAA rules impacting treatment of pregnant and parenting student-athletes, and model policies for coaches, athletics trainers and administrators.
      http://www.ncaa.org/about/resources/inclusion/pregnant-parenting-student-athletes
  - **ASTHMA AND EXERCISE**, Henry Hold and Company. Stories of successful world-class athletes controlling their asthma, and gives detailed instruction for asthmatics to exercise safely, with Gerald Cousins, 1990.

- **Book Chapters:**
  - *The Ethics of Title IX and Gender Equity for Coaches*, in THE ETHICS OF COACHING SPORTS; MORAL, SOCIAL AND LEGAL ISSUES, edited by Robert L. Simon, 2013. http://digitalcommons.brockport.edu/bookshelf/304/.

6

- o  S. Klein (Ed.)., HANDBOOK FOR ACHIEVING GENDER EQUITY THROUGH EDUCATION, Sage Publications. (2007). Co-authored a chapter regarding gender equity in physical education and sport with Staurowsky, E. J., N., Kane, M. J., Lerner, P., Wughalter, E., & Yiamyiannis, A. (2007). http://www.feminist.org/education/HandbookContents.pdf.
- o  CREATING AMERICA, READING AND WRITING ARGUMENTS, 4th Edition, *The Ongoing Battle Over Title IX*. Chapter in undergraduate text on persuasive writing.
- o  *Success Is A Learned Skill*; in AWAKEN THE OLYMPIAN WITHIN, (2000). Edited by John Naber.

- **Law Review Articles:**
  - o  Nancy Hogshead-Makar, *Hurricane Warning Flags for All Olympic Sports: Biedieger v. Quinnipiac*, BOSTON COLLEGE LAW REVIEW, Spring 2011; available at: http://lawdigitalcommons.bc.edu/bclr/vol52/iss2/4/.
    - ▪ Argues that men's Olympic sports should pay attention to the tricks being played against women as revealed in the most recent case, *Biediger v. Quinnipiac*. The university practices cheated women out of real athletic experiences. Men's Olympic sports are next, inevitably. Our futures are tied, and we should work to preserve the educational mission of athletics.
    - ▪ Over 900 full-text downloads
  - o  Nancy Hogshead-Makar, *Attitudes, Platitudes and the Collegiate Sports Arms Race: Unsustainable Spending and Its Consequences for Olympic and Women's Sports*, JOURNAL ON INTERCOLLEGIATE SPORTS, Vol. 3, Issue 1, June 2010.
    - ▪ Despite collegiate athletic budgets increasing at 7% per year for the past decade (well ahead of spending in education broadly), very little of that money is going to expand opportunities for men and women in athletics, and that the undue focus on two men's sports creates a very difficult employment and administrative environment for women.
  - o  *Foul Play; Department of Education Creates Huge Title IX Compliance Loophole*, with Donna Lopiano, CEO of the Women's Sports Foundation, BARNARD SCHOLAR & FEMINIST ONLINE, The Cultural Value of Sport: Title IX & Beyond, June, 2006. Peer-reviewed interdisciplinary journal.
  - o  *Title IX's New Loophole*, OverTime Magazine, April, 2005.
  - o  Nancy Hogshead-Makar, *Tilting the Playing Field: Schools, Sports, Sex and Title IX,* 13 UCLA WOMEN'S L.J. 101 (2004).
  - o  Nancy Hogshead-Makar & Daniel L. Marburger, *Is Title IX Really to Blame for the Decline in Intercollegiate Men's Non- Revenue Sports?*, 14 MARQ. SPORTS L.J 65 (2003).
    - ▪ Included in Philip T.K. Daniel and E. Gordon Gee's LAW, POLICY AND HIGHER EDUCATION, to be published by Matthew Bender & Company, Inc., 2013
    - ▪ Excerpted in SPORTS LAW AND REGULATION, by Matthew Mitten, Timothy Davis, Rodney Smith and Robert Berry, Aspen Publications, 2009.
  - o  Nancy Hogshead-Makar & Shelden E. Steinbach, *Intercollegiate Athletics´ Unique Environments for Sexual Harassment Claims: Balancing the Realities of Athletics with Preventing Potential Claims,* 13 MARQ. SPORTS L.J. 173 (2003).
  - o  *Playing the Quota Card, Letter to 60 Minutes* (Dec. 2002), 27 JOURNAL OF SPORT & SOCIAL ISSUES 89 (2003) (lead article in peer reviewed interdisciplinary journal) http://jss.sagepub.com/cgi/reprint/27/2/87.pdf.
  - o  *The Ongoing Battle Over Title IX*, USA TODAY MAGAZINE (SOCIETY FOR THE ADVANCEMENT OF EDUCATION) (July 2003) pp.64-66. http://www.findarticles.com/p/articles/mi_m1272/-s_2698_132/ai_104971309/pg_1.

**Legal and Editorial Writing:**

- **Co-Author,** with Doriane Coleman, "It's not wrong to restrict transgender athletes. But base it on evidence, ethics," *Opinion: Arizona's legislation to support a ban of transgender women and girls from competition is legally and scientifically flawed.* Arizona Central, March 17, 2020; available at: https://www.azcentral.com/story/opinion/op-ed/2020/03/17/ban-transgender-athletes-ok-but-base-evidence-ethics/5023130002/

- **Co-Author, with Doriane Coleman, Letter to Governor of Idaho via** Brian Wonderlich, General Counsel, *Veto HB 500, "Fairness in Women's Sports Act"* March 19, 2020, available at: https://bloximages.chicago2.vip.townnews.com/idahopress.com/content/tncms/assets/v3/editorial/1/c8/1c8ecfa5-cf97-5a48-b98c-3f8601997e70/5e742726c40f9.pdf.pdf

- **Author,** with Dani Bostick**:** *The U.S Olympic Committee's Moment of Truth,* HUFFINGTON POST, June 1, 2018; available at: https://www.huffingtonpost.com/entry/opinion-bostick-hogshead-makar-us-olympic-committee_us_5b102e67e4b0870ebd098935

- **Author:** *Michigan State Will Pay $500 Million to Abuse Victims. What Comes Next?,* THE NEW YORK TIMES, May 18, 2018; available at: https://www.nytimes.com/2018/05/18/opinion/michigan-state-will-pay-500-million-to-abuse-victims-what-comes-next.html

- **Author:** *How to Stop Sexual Abuse in Sports,* ATHLETIC BUSINESS, January 2018; available at: https://www.athleticbusiness.com/athlete-safety/how-to-stop-sexual-abuse-in-sports.html?bid=1976409&amp%3Beid=63819669

- **Author:** *#MeToo shows need for tighter rules in club and Olympic sports,* ESPN, October 26, 2017; available at: http://www.espn.com/espnw/voices/article/21127152/nancy-hogshead-makar-metoo-shows-need-tighter-rules-club-olympic-sports

- **Author:** of letter within USA TODAY article, *Attorneys call for USA Swimming chief to be fired,* March 31, 2017.

- **Author;** "Sexual Assault on Campus: 9 Views on What Will Signal Progress; Hogshead-Makar, *When Victims Have the Tools to Recover,* CHRONICLE OF HIGHER ED, 2016.

- **Author:** *Believing victims is the first step in addressing effects of sexual violence and Title IX compliance,* TITLE IX TODAY, April 10, 2015.

- **Author:** *Empower, Don't Employ Student Athletes*, ESPN, Apr. 4, 2014; available at: http://espn.go.com/espnw/news-commentary/article/10728589/empower-employ-student-athletes.

- **Author:** *Mattel Uses Barbie to Titillate Adult Male Sports Fans, HUFFINGTON POST, February 28, 2014.* http://www.huffingtonpost.com/nancy-hogsheadmakar/mattel-uses-barbie-to-tittillate-adult-male-sports-fans_b_4876551.html.

- **Co-Author,** with Terry Fromson; *In school sports the level playing field runs both ways: As I See It,* PENN LIVE, May 16, 2013.

- **Author:** *How Title IX Led to Olympic Gold,* PERSPECTIVES; A MAGAZINE FOR AND ABOUT WOMEN LAWYERS, Winter, 2013.

- **Author:** Lessons Learned From Title IX: Life-Long Benefits from Sports Should be Available To All, ASPEN INSTITUTE, May 30, 2012.

- **Author:** *Olympic Athletes Need Better Protections Against Sexual Harassment and Assault*, October 12, 2013. https://www.womenssportsfoundation.org/education/nancy-hogshead-makar-olympic-athletes-need-better-protections-from-sexual-harassment-and-assault/.

- **Co-Author:** *Setting a Realistic Standard of Proof in Sexual-Misconduct Cases,* CHRONICLE OF HIGHER ED, October 2012, http://chronicle.com/article/Setting-a-Realistic-Standard/135084/ with Brett Sokolow.

- **Author: Op-ed for Jacksonville Times Union:** *Boys aren't being hurt by Title IX*, July 2012. http://jacksonville.com/2012-07-21/story/boys-arent-being-hurt-title-ix.

- **Blog post for MomsTeam:** *For Kids Under 12, Sports Not About Winning* http://www.momsteam.com/blog/may-sports-moms-month/nancy-hogshead-makar-kids-under-12-sports-not-about-winning.

- **Author:** "Tie Money To Values" CHRONICLE OF HIGHER EDUCATION, January 2012. http://chronicle.com/article/NCAA-Nancy-Hogshead-Makar/130074/.

8

- **Author**: MomsRising: "A Parent's Decision to Empower Through Sports" Feb 2011
  http://www.momsrising.org/blog/a-parent%E2%80%99s-decision-to-empower-thru-sports/.
- **Author**: New York Times front page story: Hogshead-Makar response to, *Flag Football adopted in Florida High Schools*
  http://www.nytimes.com/2010/05/23/sports/23inbox.html?scp=4&sq=hogshead-makar&st=nyt.
- **Author**: NEW YORK NEWSDAY, "Title IX Ruling Could Help Cheerleading Attain NCAA Recognition," Aug. 14, 2010; available at:
  http://www.nydailynews.com/sports/college/2010/08/14/2010-08-14_three_cheers_for_title_ix_ruling.html?print=1&page=all.
- **Author**: ESPN.com, "Title IX Remains Viable and Necessary" regarding *Beidiger v. Quinnipiac*, Aug. 9, 2010; available at:
  http://sports.espn.go.com/espn/commentary/news/story?page=hogshead-makar/100809.
- **Author**: Women's Sports Foundation responds to John Stossel with Fact Check:
  http://www.womenssportsfoundation.org/home/media-center/december-18-2010-media-response
- **Author**: Women's Sports Foundation responds to the CSC regarding Tennis:
  http://www.womenssportsfoundation.org/home/media-center/september-1-2010-media-response.
- **Author**: Women's Sports Foundation responds to CSC regarding Soccer:
  http://www.womenssportsfoundation.org/home/media-center/june-10-2010-media-response.
- **Author**: Women's Sports Foundation responds to *Beidiger v. Quinnipiac*:
  http://www.womenssportsfoundation.org/home/media-center/july-21-2010-press-release.

## LEGAL ACTIVITIES

*Amicus Brief in Support of Precedent-Setting Litigation*:

- **Author and counsel of record,** Amicus Curiae Brief in support of plaintiffs in *Ollier v. Sweetwater Union High School District*, et al., in the Ninth Circuit, Civil Case No. 07cv714L (WMC), May 22, 2013. Other parties that signed onto the brief were the American Volleyball Coaches Association, Coaching Corps, The Dad Man / Dads and Daughters, the Drake Group, the Feminist Majority Foundation, Girls Inc., Hadassah, The Women's Zionist Organization of America, Inc., the National Organization for Women (NOW) Foundation, the National Law Center of Maryland, Inc., and the Women's Law Project.
- **Author and counsel of record,** Amicus Curiae Brief in support of plaintiffs in *Mansourian v. Regents of the University of California,* et al., in the Ninth Circuit, Civil Case No. 03-cv-02591-FCD-EFB, February 9, 2009.  Other parties that signed onto the brief were the National Association for Girls and Women in Sport (NAGWS), the Feminist Majority Foundation, Northeastern University Center Sport in Society, Dads & Daughters®, and the Sporting Goods Manufacturing Association (SGMA).
- **Author and counsel of record,** Amicus Curiae Brief in support of the Petitioner Brief, *Jackson v. Birmingham Board of Education,* Case No. 02-1672 (U.S. 2004). 124 S. Ct. 2834 (U.S. 2004).
  http://www.supremecourtus.gov/opinions/counsellists/cl544-1a.html Other parties that signed onto the brief were the Myra Sadker Advocates, National Association for Girls and Women in Sport (NAGWS), National Association of Collegiate Women Athletics Administrators (NACWAA), National Consortium of Academics and Sports (NCAS), Northeaster University's Center for the Study of Sport in Society (CSSS), Dads & Daughters®.
- **Author, Amicus Brief,** *Koebke v. Bernardo Heights Country Club*, Fourth Appellate District Court of California, Division 1, Case No. GIC 767256 (2003).  Amicus brief in support of petitioner, a lesbian golfer seeking golf club family benefits for her partner. Published at:
  http://www.nclrights.org/cases/pdf/koebke_opinion.pdf.
- **Declaration** in *Heather Sue Mercer v. Duke University*, 301 F. Supp. 2d 454, 463 (M.D.N.C. 2004) (declaration quoted in district court's attorney fees 'order in support of Mercer.)

*Legal Cases:*

- ***Fawcett et al v. Willamette University;*** represented rowers and female athletes at Willamette to start new sports.  (2016 - 2019)
- ***Barrs v. Southern Conference.*** In a budget-cutting move, the Southern Conference cut twice as many women's teams as men's teams in post-season competitions. Settlement agreement restores game schedule and agreement not to make changes. (2011)
- ***Cook v. Florida High School Athletic Association.***  In a budget-cutting move, the Florida High School Athletic Association cut the number of games for all students by 20% - 40%, but exempting 30% of male athletes, the football players. Rather than restoring just 30% of competitive schedules to females, the case resulted in all competitions restored. The Settlement required annual training for membership on Title IX and a Florida Statute that also requires gender equity in education. (2009)  http://ow.ly/69EbE.
- **University of North Florida Agrees to Reinstate Swimming,** after amicable discussions. http://jacksonville.com/sports/college/north-florida-ospreys/2010-04-08/story/unf-reinstates-womens-swimming-and-diving-team.

*Expert Witness/ Consultant:*

- **Expert Witness,** Gymnasts molested by Larry Nassar
- **Expert Witness,** *Emily Stanley v. USA Volleyball*
- **Expert Witness,** *John AJ Doe v. Torrance Unified School District, et. al.*
- **Expert Witness,** *Baillie Gibson v. University of Arizona and Craig Carter*
- **Expert Witness,** *Leader v. Harvard University*
- **Expert Witness,** *Duffield v. University of Mary*
- **Expert Witness,** *Eginoire v. Indianola Community School District, et. al.,*
- **Expert Witness,** *Burns v. University of California at San Diego*
- **Legal Consultant,** for plaintiff against Florida State University and Jameis Winston sexual assault dispute, 2014-2016
- **Represented Mary Tappmeyer**, University of North Florida Basketball Coach 2016.
- **Expert Witness,** *Knutson v. Foster,* 2016
- **Expert Witness,** *Joan Roe v. St. Louis University*, 2009 – 2013.
- **Title IX Advisor,** University of Colorado. Lisa Simpson and another woman were raped during their football recruiting trip to the university. Appointment was agreed upon by Plaintiff and Defense counsel in *Simpson v. University of Colorado*.
- **Title IX Advisor,** University of North Carolina at Chapel Hill.
- **Expert witness**, Title VII and IX employment case, *Schmidt v. California State University (San Diego State University)*
- **Legal Consultant** for female soccer players regarding a sexual harassment lawsuit against their soccer coach at Rollins College.  (2005-2007)
- **Expert Witness,** Title IX case in Colorado, *Jessica Wieker, et al. v. Mesa County Valley School District No. 51,*
- **Expert Witness,** *Norris v. Thrall ISD, et al.*

## PUBLIC SPEAKING

**United States Congressional Testimony and Published Remarks**:

- **U.S. Senator Feinstein's Press Conference** regarding Congress's passage of the "Safe Sport Act" on January 30, 2018. Available at: https://www.youtube.com/watch?v=F7vh4TK_o0s&feature=youtu.be
- **U.S. Senate Testimony** before the Senate HELP Committee June 20, 2012. The witness list: Billie Jean King, Nancy Hogshead-Makar, Dr. Mae Carol Jemison, Rear Admiral Sandra L. Stosz
  - Anniversary of Title IX

- o http://www.help.senate.gov/hearings/hearing/?id=e09e339f-5056-9502-5d63-1d8ba1cbf499
- **U.S. Senate Testimony** on June 28, 2006, before the U.S. House Committee on Education and the Workforce. Testimony available at: http://www.house.gov/ed_workforce/hearings/109th/fc/firsttee062806/wl062806.htm
  - Responses to House Member's posed questions available at: http://www.womenssportsfoundation.org/cgi-bin/iowa/issues/rights/article.html?record=1144; http://www.aahperd.org/nagws/titleix/pdf/House-Testimony.pdf
- **U.S. Senate Hearing**, April 7, 2003, Women's Caucus Published at: www.clt.astate.edu/marburger/hogshead_title_ix.htm;
- **U.S. Senate Hearing**, Before the Committee of Health, Education, Labor, and Pensions, on "*Title IX: Building on 30 Years of Progress; Examining the Implementation and Progress of Title IX of The Education Amendments Act of 1972, Which Prohibits Sex Discrimination in All Aspects of Education*" (June 27, 2002) Testimony at 26-28; prepared statement at 29-31. Published at: https://research.flagler.edu:9024/universe/document?_m+fbc105151d471354f8a1774647584; http://www.womenspolicy.org/thesource/article.cfm?articleid=307
- **U.S. Senate Hearing,** Spokesperson, Olympic Athletes Together Honorably (OATH), chaired by Senator John McCain, regarding the International Olympic Committee's response to performance enhancing drugs (October, 1999).

*Significant Speeches:* **(not up to date)**

- **Keynote Speaker,** Women Leaders In College Sports, October 29, 2020.
- **Podcast, Elizabeth Smart Foundation:** "Three time Olympic gold medalist and sexual assault survivor, Nancy Hogshead-Makar, shares her story of rape and why it's important to love victims, especially during their most unlovable moments." July, 2020. https://www.facebook.com/watch/?v=306187077182001
- **Keynote Speaker,** Duke University Law, Sport and Entertainment Law Symposium, January 17, 2020.
- **Keynote Speaker,** Northeastern University School of Law, Women in Law, 2019
- **Speaker,** AthletesCAN; National Safe port Summit Program, Supporting Canadian Athletes, "State of Safe Sport in North America; exploring existing & proposed mechanism in policy, reporting, management of safe sport issues."  With Marie-Claude Asselin, CEO, SDRCC, Paul Melia, CEO & President of CCES, Ashely LaBrie, Executive Director, AtheltesCAN, April 29, 2019.
- **Speaker,** National Girls and Women in Sports Day, Washington DC, 2018
- **Speaker,** Republican Women's Club of Duval Federated, *Sexual Abuse in Sports,* Mar. 8, 2018.
- **Speaker,** Federalist Society – *College Sexual Violence: Why the 2011 Dear Colleague Letter Should be Reinstated,* Feb. 4, 2018.
- **Speaker,** University of Central Florida, DeVos Distinguished Speaker Series, *Sexual Abuse in College, Club, and Olympic Sports,* Feb. 2, 2018.
- **Speaker,** Women's March Florida - Jacksonville, *Women, Sports, Institutional Sexism, and the #MeToo Movement,* Jan. 21, 2018.
- **Keynote Speaker,** University of Washington at Oshkosh, *Gender Equity in Sports: Why You Should Be an Advocate Even If You've Never Done a Sit-Up*, Apr. 5, 2017.
- **Speaker,** Harvard, Radcliffe Institute for Advanced Study, *Sports and Sexual Violence: A Community Discussion*, Apr. 4, 2017.
- **Speaker,** University of Illinois at Urbana-Champaign College of Law, Suja Thomas 'Sports Law Class, *The History and Theory of Title IX in Athletics,* Mar. 15, 2017.
- **Speaker,** Women's Leadership Forum, Panel Discussion – *Fit to Lead: Conditioning the Mind, Body, and Soul,* Jacksonville, Mar. 9, 2017.

- **Keynote Speaker,** Florida State College at Jacksonville, Women's History Month, *Discussing Title IX Issues*, Mar. 6, 2017.
- **Keynote Speaker,** Duke Fuqua School of Business, *Resilience*, Durham, NC, Feb. 8, 2017.
- **Keynote Speaker,** Atlanta Rotary, *Take Your Daughter to Work Day*, Atlanta, GA, Dec. 19, 2016.
- **Speaker,** Campaigning for Hillary Clinton, with Feminist Majority, National Organization for Women, and Planned Parenthood, Nov. 2-5, 2016.
- **Speaker,** University of Virginia, Siva Vaidhyanathan's Class, Charlottesville, VA, Oct. 31, 2016.
- **Keynote speaker,** National Consortium for Academics and Sports, Giant Steps Award Banquet and Hall of Fame Induction Ceremony, *Activism in Athletics*, Orlando, FL, Oct. 26, 2016.
- **Speaker,** Generation W, *Preventing Sexual Abuse in Sport,* March 2016.
- **Speaker**, AMERICAN BAR ASSOCIATION, Section of Civil Rights and Justice, "Part 5 - Campus Sexual Assault: Role of Courts," Moderated by Kristen M. Galles, Section Mar. 10, 2016; available at: https://www.americanbar.org/groups/crsj/events_cle/campus-sexual-assault-teleconference-series--a-civil-rights-pers.html.
- **Speaker,** National Conference for College Women Student Leaders, "Advocacy as Leadership," University of Maryland, 2015.
- **Speaker,** Young Women's Leadership Forum, National Organization for Women, Washington D.C., 2015.
- **Speaker,** Alliance for Women Coaches, *Stronger Together; Advocacy*, Kansas City, KS, July 2015.
- **Keynote Speaker,** National Pi Beta Phi Sorority, *Leadership*, Chicago, 2015.
- **Speaker,** Women's Basketball Coaching Association, *Advocacy is Leadership*, Orlando, FL, 2015.
- **Keynote Speaker,** Carroll University, *Sports and Sexual Violence; a cultural crossroads*, Founder's Day Convocation, Feb. 5, 2015.
- **Keynote Speaker,** My Sister's Place, *Sexual Violence – A Cultural Crossroad*, Oct. 30, 2014.
- **Speaker,** NCAA Inclusion Forum, *Women's Sports Foundations Strategies for Achieving Gender Equity,* May 2, 2014.
- **Keynote Speaker,** Karpovich Lecture, Springfield College, *Title IX: We won right? So, why the stubborn disparities in athletics?* Apr. 21, 2014.
- **Keynote Speaker,** University of North Carolina at Ashville, *The Power of Taking a Stand,* Apr. 15, 2014.
- **Speaker,** Rotary district 6900, *Leadership*¸ with Vince Dooley and Admiral Peter Booth, Apr. 25, 2014.
- **Presenter,** National Women's History Museum, *Game Changers: Women and Sports,* Google Connect Classroom, Mar. 31, 2014.
- **Speaker,** Jacksonville University, *What Every Student Can Do to Achieve Gender Equity at Their School*, Mar. 7, 2014.
- **Speaker,** Aspen Institute, *Project Play Summit*, Feb. 25, 2015.
- **Speaker**, American Bar Association, *SOGI V. SOCHI; Olympic Boycott Considerations for Putin's New Anti-Gay and Lesbian Laws,* Chicago, IL, Feb. 2014.
- **Keynote Speaker,** DeVos Distinguished Lecture Series; *Title IX for Business School Students; an Athlete-Centric View,* Orlando, FL, Feb. 2, 2014.
- **Keynote Speaker;** Sport and Recreation Lawyers Association; *Sanctioning Sexual Abusers in Olympic Sports; solving hurdles created by the unique legal landscape*. Orlando, FL, Feb. 28, 2014.
- **Speaker,** Jacksonville University Leadership Conference; *Title IX; The Most Important Legislation Since Women Earned the Right to Vote,* Jacksonville, FL, Mar. 2014.
- **Speaker,** National Girls and Women in Sports Day, *Protecting Club and Olympic Athletes from Sexual Abuse; Athletes Not Protected by Title IX*, Washington, DC, Feb. 2014.
- **Keynote Speaker,** US Olympic Committee Women and Minority Leadership Conference, *Employment Law Protections for Gender Equity Advocates*, Colorado Springs, Colorado, Nov. 2013.

- **Speaker,** NCAA Inclusion NCAA Inclusion Forum, *The NCAA's 1993 Commitment to Women to Hold Members Accountable for Gender Equity,* Indianapolis, IN, May 2013.
- **Keynote Speaker,** Int'l Swim Coaches Association, *Protecting Athletes from Sexual Abuse with Legal Changes,* Clearwater, FL, Aug. 28, 2013.
- **Speaker,** Association of Title IX Administrators, Annual Conference, *Special Risks of Sexual Assault From the Athletics Department,* Napa, CA, Aug. 2013.
- **Keynote Speaker,** International Olympic Committee, Los Angeles 2012.
- **Speaker, Doha, Qatar** as part of DohaGOALS symposium. Dec. 9-13, 2012.
  - "The mission of the forum is to recognize sports ability to offer a level playing field on which everyone is an equal participant."
- **Speaker,** Harvard University, *A Legal Gap in Addressing Sexual Abuse in Olympic Sports* Invitation by Diane Rosenfeld. 2012.
- **Keynote Speaker,** the University of Maine Law School Symposium, "Law and the Olympic Movement." *Title IX for the Amateur Sports Act; Addressing Sexual Abuse in Coaching,* 2012.
- **Keynote speaker,** University of Delaware's International Coaching Enrichment Certificate Program (ICECP), 2011.
- **Keynote speaker,** with Eleanor Smeal (founder of the Feminist Majority Foundation) Duke University symposium on Title IX, 2012.
- **Keynote presenter,** Softball Coaches Association annual meeting, *Achieving Gender Equity without Losing Your Job*, 2012.
- **Keynote Speaker,** U.S. Track and Field and Cross Country Coaches Associations, 2012.
- **Keynote presentation at AALS (Association of American Law Schools)** on Title IX with other law professors on the status of Title IX, 2012.
- **Keynote speaker,** Association of Title IX Administrators ("ATIXA") in San Antonio, Texas. 2012.
- **Keynote speaker,** Association of Student Conduct Administrators in St. Petersburg, Florida. 2012.
- **Speaker**, Invited by U.S. State Department to speak at a 5 day/ 3-city International Conference on Women's Education in France, most about education in Africa in conjunction with Diambars.
  - **Africa Regional Services Video:** http://goo.gl/SaJ11.
- **Speaker,** Duke University, "Athletics and Higher Education" *The Economics, Ethics, and Excesses of the Games We Love* http://www.dukemagazine.duke.edu/issues/070811/collegesports1.html Video: http://www.youtube.com/watch?v=kJc5DBkpucc
- Moderated Panel on Academic Mission of Athletics, NCAA SCHOLARLY COLLOQUIUM ON SPORTS, in conjunction with NCAA annual meeting, Jan. 10, 2011.
- **Speaker**, Professional Skater's Association annual conference, *Addressing Sexual Abuse in Sport*, May 28, 2011. With Sheldon Kennedy and Paul Wylie.
- **Participant**, Aspen Institute, *Sport and Society* – youth sports organizations structure.
- **Speaker,** DaVos Sports Business School; Distinguished Speakers Series. 2011.
- **Speaker**, Flagler College, *Celebrating Women's History Month.* March 21, 2011.
- **Speaker,** Boston College, Celebrating the 100th Anniversary of the NCAA. *The NCAA as a Gender Equity Advocate*, 2011.
- Mom Blogging event April with TheMotherHood. http://www.themotherhood.com/
- **NCAA Video,** *What Does Title IX Mean to You, Nancy Hogshead-Makar?* Sep. 2008; available at: http://www.youtube.com/watch?v=gaVlPql6Q3I.
- **Speaker,** National Association of Collegiate Women Athletics Administrators, *Legal Developments in Title IX*, focus on the recent litigation involving retaliation and sexual harassment. With Karen Doering, Senior Council for the National Center for Lesbian Rights, discussing the organization's project on athletics. October 6, 2007.
- **Speaker**, Gerald R. Ford School of Public Policy at the University of Michigan, *Reflecting on the President Ford's legacy, including Title IX of the Educational Amendments of 1972*, Sep. 28, 2007. Other presenters included Bill Martin, Athletic Director of Michigan and former President

of the United States Olympic Committee, and Welch Suggs, Special Assistant to the President at the University of Georgia.

- **Speaker**, Legal Symposium: UMKC's Amateur and Professional Sports, Emerging Legal Issues. *Court's unlikely deference to 2005 OCR "Model Survey" for Title IX participation compliance under Prong 3.* Apr. 13, 2007; available at: http://www.law.umkc.edu/sport.pdf.
- **Speaker,** Legal Symposium: Girls and Women Rock: Celebrating 35 years of Sports and Title IX, *Special Considerations for Sexual Harassment in Athletic Departments; Rethinking Jennings et al. v. University of North Carolina Chapel Hill, et al.,* 444 F.3d 255 (4th Cir. 2006). Held during the Women's Final Four Basketball tournament in Cleveland, Ohio, Mar. 30,2007.
- **Speaker**, conference on Ethical Leadership at Ripon College in Ripon Wisconsin, *Shrinking the Prize When Winning is Everything,* on Feb. 2, 2007; available at: http://www.ripon.edu/academics/special_programs/ethical_leadership/2007Conference/ELP07program.pdf.
- **Speaker**, NCAA Annual Convention, *Courts are likely to reject a claim of Title IX compliance for participation under Prong 3 of Title IX using the new OCR "Model Survey,"* Orlando, Florida, Jan. 6, 2007, 300 attendees; available at: http://www2.ncaa.org/portal/media_and_events/events/-convention/2007/sessions/gender/bio.pdf.
- **Commencement Speaker** to Graduate Students, Springfield College with Senator Edward Kennedy addressing undergraduates on May 13, 2006.
- **Keynote speaker** to the DeVos Sport Business Management Program at UCF on Mar. 23, 2006.
- **Keynote Speaker**, Michigan State Journal of Gender Law and the Entertainment and Sports Law Society, *Title IX and Gender Equity in Sports: Much More Action and Seasonal Changes,* Apr. 16, 2005.
- **Speaker**, **American Constitution Society,** Georgetown University Law Center, panel discussion held, Washington, D.C., Nov. 30, 2004. After oral argument in the U.S. Supreme Court in *Jackson v. Bingham.* With Marcia Greenberger, co-President of the National Women's Law Center.
- **Moderator** for panel discussion on IX in Washington, D.C. during National Girls and Women in Sports Day, Feb. 4, 2004. Panelists included Marsha Greenberger, President and founder of the National Women's Law Center, and Dominique Daws, Olympic gymnast.  The discussion focused on Title IX compliance in high school athletics.
- **Speaker,** Georgetown University Law Center, Legal Issues in Collegiate Athletics, September 2004; available at: http://www.law.georgetown.edu/news/events/sportandfitness.html
- **Moderator**, FCSL's Sports Law Symposium, *The NCAA Enforcement Process* on Mar. 15, 2007.  The panelists include Josephine (Jo) R. Potuto, Chair of NCAA Infractions Committee, Jerry R. Parkinson, NCAA Coordinator of Appeals, and Richard Evrard, from the law firm of Bond, Schoeneck & King, PLLC.
- **Speaker**, CLE program at ABA Annual Meeting in Washington, DC, "*Title IX: Why You Should Expand Your Litigation Practice Into This Under-served Area of Law*" (2002).
- **Keynote Speaker,** National Federation of State High School Association, Orlando, Florida, December 2001. (*Spoke with membership about Title IX compliance)*
- **Speaker**, World Sports Forum, Lausanne Switzerland. *Women in Sports: Lessons from Title IX in the United States.* (May 20, 2001) http://www.wsforum.org/Former_Forum/Themes01.htm & http://www.wsforum.org/2002/Photos/SportsHealth/7sp_JPG.html

- **Host of Television Show on Water Safety,** "While You Weren't Watching."  An education program from Wolfson Children's Hospital, (2009)
- Part 1: http://www.youtube.com/watch?v=-KsnAMnzqIo
- Part 2: http://www.youtube.com/watch?v=Q1-_iq8g1SA
- Part 3: http://www.youtube.com/watch?v=EPY_v61NriQ

*Plaintiffs' TRO Appendix - 0065*

**Awards/ Recognition:**

- **The Unrelenting, Sports Illustrated's List of** "the most powerful, most influential and most outstanding women in sports right now—the game-changers who are speaking out, setting the bar and making a difference." October 6, 2020.
- **Hero Award,** The Drake Group, "for Extraordinary Advocacy Athlete Rights, Gender Equality and Collegiate Sports Reform." September 3, 2020.
- **Beyond Duke Award,** for service to the Global Community. The award recognizes alumni who have distinguished themselves through their service to their community, their country to society at large. 2020
- **Kate Stoneman Award,** Albany Law School, March, 2020 (Award postponed one year)
- **Play the Game Award,** Colorado Springs, CO, October 16, 2019
  "What has impressed us is not only your personal commitment and persistence to defend the rights of those who are subject to discrimination, oppression and abuse. We have also noted that you do this with a deep professionalism, historical awareness and a unique sense of political opportunity." Jens Sejer Anderson
  https://www.playthegame.org/news/news-articles/2019/0627_nancy-hogshead-makar-receives-the-play-the-game-award-2019/
- **PowerPlay NYC Advocate Award,** Chelsea Piers, April 2019. PowerPlay advances the lives of girls through sports, helping them grow physically, emotionally and academically stronger.
- **ABA Designation "Lawyers Who Inspire"**
  One of eight lawyers, December, 2018.
  http://www.abajournal.com/news/article/meet-8-members-who-inspired-us-in-2018
- **The Carlisle Cup for Lifetime Achievement,** 2018
- **The 10 Most Impactful People of 2018,** Swimming World Magazine, listed first.
- **Florida Trend Magazine,** Listed in *Women in Leadership*, 2017
- **Duke University,** *Nancy Hogshead Endowed Swimming Scholarship*, 2017.
- **Inductee, Episcopal School of Jacksonville Hall of Honor,** May 2016.
- **Shape America,** Guiding Women in Sports Award, 2015.  (Formerly AAHPERD)
- **Pi Beta Phi, National Sorority,** Distinguished Alumni, 2015.
- **International Olympic Committee,** Monaco, Women and Sport Award for the Americas, December, 2014.
- **Babe Didrikson Zaharias Award,** Miami, May 6, 2014.
- **Lifetime Achievement Award,** presented by Women Owned Business Association, 2014
- **40 Women Who Will Change Way Sports are Played.** http://espn.go.com/espnw/title-ix/7993164/espn-magazine-ix-women-change-way-sports-played 2012.
- **Women Who Have Made a Significant Impact on Society After Playing High School or College Sports,** 2012.
- **Advocate's Award,** Alliance of Women Coaches in Atlanta, May 30, 2012.
- **National Consortium for Academics and Sports Hall of Fame,** 2011.
- **National Organization for Women**, Courage Award, 2011.
- **Sports Illustrated Magazine**, Listed Hogshead-Makar as one of the 13 most influential people in the history of Title IX.
- **Inductee, Academic All-America Hall of Fame**, The Academic All-America Hall of Fame® recognizes Academic All-Americas who have achieved lifetime success in their professional careers and are committed to philanthropic causes in the communities where they reside. 2008.

- **Honor Award Winner, National Association of Collegiate Women Athletics Administrators,** (NACWAA) October, 2007. Presented at annual convention banquet in St. Petersburg, Florida.
- **Featured,** "100 Trailblazers; Great Women Athletes Who Opened Doors for Future Generations" by Richard Lapchick. http://www.amazon.com/100-Trailblazers-Athletes-Opened-Generations/dp/1885693869/ref=sr_1_3?ie=UTF8&s=books&qid=1246910396&sr=1-3
- **Inductee**, **International Women's Sports Hall of Fame**, October 2004.  Presented at the Women's Sports Foundation's annual dinner at the Waldorf Astoria in New York City.  http://www.usoc.org/11624_27520.htm; http://www.iona.edu/academic/artsscience/-departments/masscomm/jrn617/grey/whats%20going%20on.htm
- **Yolanda L. Jackson Give Back Award,** presented by Billie Jean King at Women's Sports Foundation's annual event at the Waldorf Astoria. The award is presented to the person who has contributed the most to women in athletics. 2003.
- **Honorary Doctorate**, Springfield College, received honorary degree, 2002.
- **Inductee**, **International Scholar-Athlete Hall of Fame** at the Institute for International Sport, International Scholar-Athlete Hall of Fame and Museum, Kingston, Rhode Island, 2001. http://www.sportsparenting.org/sa_hof/hof_inductees2.html http://www.internationalsport.com/p_speakers.cfm

## MEDIA IN PAST FEW YEARS:

- Sports Illustrated, Will Hobson, THE WASHINGTON POST, "USOPC Asked For $200 Million in the Corona Virus Stimulus Bill to 'Sustain American Athletes'," Mar. 26, 2020; available at: https://www.washingtonpost.com/sports/2020/03/26/usopc-asked-200-million-federal-stimulus-money/
- The Conversation: Nancy Hogshead-Makar, ARBUS MAGAZINE, March 5, 2020, available at: https://arbus.com/the-conversation-nancy-hogshead-makar/
- Jane Mcmanus, DAILY NEWS, "The Summer Olympics in Tokyo Simply Can't Take Place as Scheduled," Mar. 21, 2020; available at: https://www.nydailynews.com/sports/more-sports/ny-olympics-boycott-coronavirus-20200321-3hkjvnd2gzfd3izmxfm43uruue-story.html
- Betsy, IDAHO PRESS, "Professor Whose Work is Cited in HB 500a, the Transgender Athletes Bill, Says Bill Misuses Her Research and Urges Veto," Mar. 19, 2020; available at: https://www.idahopress.com/eyeonboise/professor-whose-work-is-cited-in-hb-a-the-transgender/article_0e800202-cac1-5721-a769-3268665316a8.html
- Des Bieler, THE WASHINGTON POST, "USA Gymnastics Tried to Wish Simone Biles a Happy Birthday. She Wasn't Having It," Mar. 15, 2020; available at: https://www.washingtonpost.com/sports/2020/03/15/usa-gymnastics-tried-wish-simone-biles-happy-birthday-she-wasnt-having-it/
- Craig Lord, SWIMMING WORLD, "Nancy Hogshead-Makar, Rape Survivor & Fighter For an End to Abuse in Sport," Mar. 8, 2020; available at: https://www.swimmingworldmagazine.com/news/iwd-nancy-hogshead-makar-rape-survivor-fighter-for-an-end-to-abuse-in-sport/
- Handout, JAPAN TODAY, "US Olympic Swimming Champion, a Rape Survivor, Fights to Stop Abuse in Sport," Mar. 7, 2020; available at: https://japantoday.com/category/sports/us-olympic-swim-champion-a-rape-survivor-fights-abuse-in-sport
- Agence France-Presse, RAW STORY, "US Olympic Swim Champion and Rape Survivor Fights to Stop Abuse in Her Sport," Mar. 5, 2020; available at: https://www.rawstory.com/2020/03/us-olympic-swim-champion-and-rape-survivor-fights-to-stop-abuse-in-her-sport/
- Liz Clarke, LOS WASHINGTON POST, "Simon Biles Blasts USA Gymnastics' Settlement Proposal; Aly Raisman Assails 'Massive Cover Up'," Feb. 29, 2020; available at:

- https://www.washingtonpost.com/sports/2020/02/29/simone-biles-aly-raisman-blast-usa-gymnastics-settlement-proposal/
- MY SAN ANTONIO, "News Briefs," Feb. 15, 2020; available at:https://www.mysanantonio.com/local/article/News-Briefs-15060015.php
- HudsonValley360.com, HUDSONVALLEY360.COM, "Nancy Hogshead-Makar to Deliver Keynote Address at Stoneman Day," Jan. 31, 2020; available at: https://www.hudsonvalley360.com/artsandlife/localannouncements/nancy-hogshead-makar-to-deliver-keynote-address-at-stoneman-day/article_f50e183d-3581-5785-9ee7-954732d1b2dc.html
- Craig Lord, SWIMMING WORLD, "In a Sea of Plaudits for Bryant, Hogshead-Makar Issues Plea For More Men to Advocate For Women's Safety in Sport," Jan. 29, 2020; available at: https://www.swimmingworldmagazine.com/news/in-a-sea-of-plaudits-for-bryant-hogshead-makar-issues-plea-for-more-men-to-advocate-for-womens-safety-in-sport/.
- Retta Race, SWIM SWAM, "Beyond the Lane Lines: A Double Dose of Mireia Belmonte," Jan. 28, 2020; available at:https://swimswam.com/beyond-the-lane-lines-a-double-dose-of-mireia-belmonte/
- Max Marbut, JAX DAILY RECORD, "Nancy Hogshead-Makar to be Honored at Albany Law School," Jan. 27, 2020; available at: https://www.jaxdailyrecord.com/article/nancy-hogshead-makar-to-be-honored-at-albany-law-school.
- Stephanie Earls, THE GAZETTE, "USOPC Agrees to Fund Council of Athlete Advisors," Jan. 25, 2020; available at: https://gazette.com/news/usopc-agrees-to-fund-council-of-athlete-advisors/article_8cd1de98-3eeb-11ea-b5bd-5b72d2b6ce96.html.
- Craig Lord, SWIMMING WORLD, "Nancy Hogshead-Makar to Deliver Keynote Address at Albany Law School," Jan. 22, 2020; available at: https://www.swimmingworldmagazine.com/news/nancy-hogshead-makar-to-deliver-keynote-address-at-albany-law-schools-stoneman-day/.
- Susan Hornik, LOS ANGELES BLADE, "Golden Globes Kick off Hollywood's Awards Season," Jan. 8, 2020; available at: https://www.losangelesblade.com/2020/01/08/golden-globes-kick-off-hollywoods-awards-season/.
- Cyd Zeilger, OUT SPORTS, "Matt Bomer, Actors and Athletes Celebrate Greg Louganis' Birthday at Gold Meets Golden," Jan. 6, 2020; available at: https://www.outsports.com/2020/1/6/21051021/matt-bomer-golden-globes-gold-greg-louganis-happy-birthday
- Gabriel Baumgaertner, THE GUARDIAN, "The Olympic Champion Who Channeled Trauma Into Protecting Her Fellow Athletes," Dec. 18, 2019; available at: https://www.theguardian.com/sport/2019/dec/18/nancy-hogshead-makar-lawyer-safe-sport-swimming
- Elizabeth Carey, RUNNER'S WORLD, "What to do if You Have (or Notice) an Abusive Coach," Dec. 11, 2019; available at: https://www.runnersworld.com/runners-stories/a30150327/what-to-do-if-you-have-an-abusive-coach/
- Laurel Leff and Meg Heckman, THE CONVERSATION, "Protections Against Sexual Misconduct on Campus May End Up Stifling Free Speech," Nov. 22, 2019; available at: https://theconversation.com/protections-against-sexual-misconduct-on-campus-may-end-up-stifling-free-speech-126891
- Craig Lord, SWIMMING WORLD, "USA Swimming Boss May Face Vote Of No Confidence Over Gap in Anti-Abuse Testimony," Nov. 12, 2019; available at: https://www.swimmingworldmagazine.com/news/usa-swimming-boss-may-face-vote-of-no-confidence-over-gap-in-anti-abuse-testimony/
- Craig Lord, SWIMMING WORLD, "Nancy Hogshead-Makar Receives the 2019 Play the Game Award For Safe Sports Advocacy," Oct. 17, 2019; available at: https://www.swimmingworldmagazine.com/news/nancy-hogshead-makar-receives-the-2019-play-the-game-award-for-safe-sport-advocacy/
- Play the Game, PLAY THE GAME, "Athlete Power - End Game For Abusers," Oct. 10, 2019; available at: https://www.playthegame.org/news/news-articles/2019/0600_athlete-power-end-game-for-abusers/

- Alexandra Starr, NPR, KUOW, "In Wake Of Abuse Scandals, Bill Would Hold U.S. Olympic Organizations Accountable," Jul. 30, 2020; available at: https://www.kuow.org/stories/in-wake-of-abuse-scandals-bill-would-hold-u-s-olympic-organizations-accountable
- Jeré Longman, THE NEW YORK TIMES, "U.S. Olympics Chief Received $2.4 Million Severance Amid Scandal," Jul. 3, 2020; available at: https://www.nytimes.com/2019/07/03/sports/olympics-scott-blackmun.html
- Gene Frenette, THE FLORIDA TIMES-UNION, "Gene Frenette: Why Must U.S. Women's Soccer Still Fight For Equality," Jun. 24, 2020; available at: https://www.jacksonville.com/sports/20190624/gene-frenette-why-must-us-womens-soccer-still-fight-for-equality
- David Ramsey, THE GAZETTE, "David Ramsey: We Need Action, Not Another Study Of Our Troubled American Olympic Movement," Jun. 19, 2020; available at: https://gazette.com/news/david-ramsey-we-need-action-not-another-study-of-our/article_b0bc95e6-9202-11e9-834c-8be30ed9c600.html
- Meghna Chakrabarti, WBUR, "Will New Olympic Abuse Prevention Policy Make Athletes Safer," Jun. 3, 2019; available at: https://www.wbur.org/onpoint/2019/06/03/olympic-athletes-sexual-abuse-prevention-policy-safesport
- Sami Krause, COMMUNIQUE, "First Top Speakers Announced For Play the Game 2019," May 31, 2019; available at: https://communique.uccs.edu/?p=110586
- Dani Bostick, THINK, "Child Abusers Groom Victims and Their Families. That's Why This New Olympic Abuse Prevention Policy is So Flawed," May 28, 2019; available at: https://www.nbcnews.com/think/opinion/child-abusers-groom-victims-their-families-s-why-new-olympic-ncna1010186
- Heather Crawford, FIRST COAST NEWS, "'They Failed Over and Over and Over Again': Repeated Child Sex Abuse Claims at Jacksonville Area Dojo Prompt Calls For Change," May 17, 2019; available at: https://www.firstcoastnews.com/article/news/investigations/they-failed-over-and-over-and-over-again-repeated-child-sex-abuse-claims-at-jacksonville-area-dojo-prompt-calls-for-change/77-5827abf5-8a80-4cb4-a55d-63c42fb32d70
- Rhonda Schwartz and Brian Ross, LAW & CRIME, "Outrage Over Teen Swimmers Sexually Abused by USA Swimming Coaches," May 10, 2019; available at: https://lawandcrime.com/high-profile/exclusive-outrage-over-teen-swimmers-sexually-abused-by-usa-swimming-coaches/
- Diana Moskovitz, DEADSPIN, "One of the Top Voices For Women in Sports Doesn't Think Caster Semenya is a Woman," May 8, 2019; available at: https://deadspin.com/one-of-the-top-voices-for-women-in-sports-doesnt-think-1834585212
- Christine Brennan, USA TODAY, "U.S. Figure Skating Needs 'Immediate Change,' Says Senator Ricard Blumenthal," Apr. 3, 2019; available at: https://www.usatoday.com/story/sports/2019/04/03/us-figure-skating-needs-immediate-change/3352261002/
- Max Marbut, JAX DAILY RECORD, "The Marbut Report: Malaysian Judges Visit Jacksonville," Mar. 28, 2019; available at: https://www.jaxdailyrecord.com/article/the-marbut-report-malaysian-judges-visit-jacksonville
- Staff Report, THE ORANGE COUNTY REGISTER, "UC Irvine Coach Russell Turner Apologizes For 'Queen' Comments Against Oregon," Mar. 25, 2019; available at: https://www.ocregister.com/2019/03/25/uc-irvine-coach-russell-turner-apologizes-for-queen-comments-against-oregon/
- Jared Anderson, SWIM SWAM, "USOC Reorganizes Leadership, Critics Express 'Disappointment'," Feb. 21, 2019; available at: https://swimswam.com/usoc-reorganizes-leadership-critics-express-disappointment/
- Gene Frenette, THE FLORIDA TIMES-UNION, "Gene Frenette: Francois' baggage too heavy for Taggart, FSU to carry," Feb. 5, 2019; available at: https://www.jacksonville.com/sports/20190205/gene-frenette-francois-baggage-too-heavy-for-taggart-fsu-to-carry
- Jared Anderson, SWIM SWAM, "Integrity Committee Makes 12 Recommendations for USOC," Jan. 24, 2019; available at: https://swimswam.com/integrity-committee-makes-12-recommendations-for-usoc/

- Aaron Bauer, AROUND THE RINGS, "Updated: U.S. Senator Proposes Olympic Commission," Jan. 17, 2019; available at: http://aroundtherings.com/site/A__75498/Title__UPDATED-US-Senator-Proposes-Olympic-Commission/292/Articles
- Aaron Bauer, AROUND THE RINGS, "Top Story Replay: USOC Board Changes Provokes Olympian Outcry," Jan. 12, 2019; available at: http://aroundtherings.com/site/A__75464/Title__Top-Story-Replay-USOC-Board-Changes-Provokes-Olympian-Outcry/292/Articles
- Scott M. Reid, THE ORANGE COUNTY REGISTER, "Former Olympians charge USOC with attempting to silence critics," Jan. 8, 2019; available at: https://www.ocregister.com/2019/01/08/former-olympians-charge-usoc-with-attempting-to-silence-critics/
- Lauren Serowik, SWIMMING WORLD, "The 10 Most Impactful People of 2018," Dec. 5, 2018; available at: https://www.swimmingworldmagazine.com/news/swimming-world-presents-a-voice-for-the-sport-the-10-most-impactful-people-of-2018/
- Linda Gandee, CLEVELAND, "Lake ridge Academy students hear speaker on consent and rape; other schools attend," Nov. 19, 2018; available at: https://www.cleveland.com/north-ridgeville/2018/11/lake_ridge_academy_students_he.html
- Braden Keith, SWIM SWAM, "Houston's Katie Higgins Breaks 40-Year Old School Record," Nov. 18, 2018; available at: https://swimswam.com/houstons-katie-higgins-breaks-40-year-old-school-record/
- Scott M. Reid, THE ORANGE COUNTY REGISTER, "Search firm hired by USA Gymnastics once recommended college president convicted of sexual abuse," Oct. 17, 2018; available at: https://www.ocregister.com/2018/10/17/search-firm-hired-by-usa-gymastics-once-recommended-college-president-convicted-of-sexual-abuse/
- Olympic.org, OLYMPIC.ORG, "#UnitedBy Equality - Nancy Hogshead-Makar," Sep. 28, 2018; available at: https://www.olympic.org/news/unitedby-equality-nancy-hogshead-makar
- Tim Evans and Marisa Kwiatkowski, KREM, "Two years after Larry Nassar: Challenging culture still deeply rooted in USA Gymnastics," Sep. 16, 2018; available at: https://www.krem.com/article/news/nation-world/two-years-after-larry-nassar-challenging-culture-still-deeply-rooted-in-usa-gymnastics/293-595160118
- Erin Strout, OUTSIDE, "American Running Needs More Female Coaches," Sep. 14, 2018; available at: https://www.outsideonline.com/2342711/why-we-need-more-female-coaches
- Max Marbut, JAX DAILY RECORD, "Legal Notes: Sunglasses-Maker Costa De Mar sued over 'lifetime warranty' repairs," Sep. 10, 2018; available at: https://www.jaxdailyrecord.com/article/legal-notes-sunglasses-maker-costa-del-mar-sued-over-lifetime-warranty-repairs
- Staff Reports, FLORIDA POLITICS, "Nominations Sought For Bar Reporters' Workshop," Jul. 6, 2018; available at: https://floridapolitics.com/archives/268186-nominations-bar-reporters-workshop
- Melinda Henneberger, HERALD AND NEWS, "Laws Begin to Change in Cases That Involve Charges of Forced Sex," Jun. 12, 2018; available at: https://www.heraldandnews.com/members/forum/wire_commentary/laws-begin-to-change-in-cases-that-involve-charges-of/article_33e38166-3b90-578b-afbf-189dec9e4d8b.html
- Melinda Henneberger Tribune News Service, YORK DISPATCH, OPED: "The Question of Consent: This Rape Law Could Change Things," Jun. 7, 2018; available at: https://www.yorkdispatch.com/story/opinion/2018/06/07/oped-question-consent-rape-law-could-change-things/676342002/
- Roger Brigham, THE BAY AREA REPORTER, "Jock Talk: Changes Needed for USOC to Protect Athletes," Jun. 6, 2018; available at: http://www.ebar.com/news/news//260936
- Nikki Dryden, LAW IN SPORT, "Safe Sport Series- Athlete Abuse in The Public Sphere," Jun. 6, 2018; available at: https://www.lawinsport.com/topics/articles/item/safe-sport-series-athlete-abuse-in-the-public-sphere
- Alexandra Starr, NPR, "As USA Swimming Grapples With Sexual Abuse Athletes Cite Lack Of Female Coaches," Jun. 4, 2018; available at: https://www.npr.org/2018/07/04/623540000/as-usa-swimming-grapples-with-sexual-abuse-athletes-cite-lack-of-female-coaches

19

- Kevin Meerschaert, First Coast Connect, WJCT, "Trump tariffs; Nancy Hogshead-Makar; hurricane financial prep; Cole Pepper," Jun. 4, 2018; available at: https://news.wjct.org/post/642018-trump-tariffs-nancy-hogshead-makar-hurricane-financial-prep-cole-pepper
- Melissa Ross, First Coast Connect, WJCT, "Champion of Women's Rights Nancy Hogshead-Makar," Jun. 4, 2018; available at: http://news.wjct.org/post/642018-trump-tariffs-nancy-hogshead-makar-hurricane-financial-prep-cole-pepper
- Laura Hampton, ST. AUGUSTINE RECORD, "Women's Wednesdays Are Back," Jun. 3, 2018; available at: http://www.staugustine.com/entertainmentlife/20180603/womens-wednesdays-are-back
- Jake Aferiat, DAILY COLLEGIAN, '"It Does Not Look Good for Sandy Barbour,"' May. 27, 2018; available at: http://www.collegian.psu.edu/news/campus/article_fad30486-61ce-11e8-a142-a79e37a12a82.html
- Marco Green, LANCASHIRE, "USA Gymnastics CEO to Apologize to Larry Nassar Victims at House Subcommittee," May. 25, 2018; available at: http://clicklancashire.com/2018/05/25/usa-gymnastics-ceo-to-apologize-to-larry-nassar-victims-at.html
- Lindsay Gibbs, THINK PROGRESS, '"It's Coaches 'Jobs to Care About You!': USA Swimming Encourages Kids to Implicitly Trust Coaches," May. 24, 2018; available at: https://thinkprogress.org/safe-sport-usas-ef5f8e1b7ca2/
- Aaron Bauer, AROUND THE RINGS, "U.S. Congress Presses Sport Leaders on Abuse Crisis," May. 23, 2018; available at: http://aroundtherings.com/site/A__63596/Title__US-Congress-Presses-Sport-Leaders-on-Abuse-Crisis/292/Articles
- The Associated Press, THE PATRIOT LEDGER, "Lawmakers: Funding, Urgency Lacking in Olympic Abuse Crisis," May. 23, 2018; available at: http://www.patriotledger.com/zz/news/20180523/lawmakers-funding-urgency-lacking-in-olympic-abuse-crisis v
- Alexandra Starr, NPR, "Olympic Officials Testify on Sexual Abuse Scandal," May. 23, 2018; available at: https://www.npr.org/2018/05/23/613597019/olympic-officials-testify-on-sexual-abuse-scandal
- Jared Anderson, VOLLEY MOB, "USA VB CEO Davis Talks Butler Ban in Congressional Testimony," May. 23, 2018; available at: https://volleymob.com/usa-vb-ceo-davis-talks-butler-ban-in-congressional-testimony/
- Tracy Connor, NBC NEWS, "Congressman Slams USA Gymnastics 'Kerry Perry at Abuse Hearing," May. 23, 2018; available at: https://www.nbcnews.com/news/us-news/usa-gymnastics-kerry-perry-be-grilled-congress-abuse-n876071
- Anya Alvarez, GOOD MAGAZINE, "HBO's New Film 'The  Tale 'Documents A Survivor's Story," May. 21, 2018; available at: https://sports.good.is/articles/the-tale-movie
- Joe Christensen, STAR TRIBUNE, "Women in Coaching Continue to Win in Court Before Losing Careers," May. 19, 2018; available at: http://www.heraldcourier.com/sports/women-in-coaching-continue-to-win-in-court-before-losing/article_c2a532a8-27e4-5026-9312-4860c6ea8c3d.html
- Scott M. Reid, THE ORANGE COUNTY REGISTER, "Richard Foster, Team USA Swimmer Dagny Knutson Back in Court in Fraud Case," May. 18, 2018; available at: https://www.yorkdispatch.com/story/opinion/2018/06/07/oped-question-consent-rape-law-could-change-things/676342002/
- Nancy Armour and Rachel Axon, USA TODAY, "USA Gymnastics Makes Puzzling Decision to Keep Sexual Abuse Case," May. 16, 2018; available at: https://www.usatoday.com/story/sports/olympics/2018/05/16/sexual-abuse-usa-gymnastics-makes-puzzling-decision-keep-case/608051002/
- Ken Goe, OREGON LIVE, "Debate About the New Hayward Field is Unlikely Ever to End: Oregon Track & Field Rundown," May. 15, 2018; available at: http://www.oregonlive.com/trackandfield/index.ssf/2018/05/debate_about_the_new_hayward_f.html
- Craig Lord, SWIM VORTEX, "Safe Sport; The Road to Reconciliation That Swimmers, Coaches, and Lawyers Must Find," May. 1, 2018; available at: https://www.swimvortex.com/safe-sport-the-road-to-reconciliation-that-swimmers-coaches-lawyers-must-find/

- Anya Alvarez, WBUR, "How Larry Nasser's Accusers Made Sports Safer for Everyone," Apr. 27, 2018; available at: http://www.wbur.org/onlyagame/2018/04/27/arianna-castillo-nancy-hogshead-makar-larry-nassar
- Graham Couch, LANSING STATE JOURNAL, "Couch: The Story of Volleyball guru Rick Butler is Shameful, but it's not an MSU Story," Apr. 25, 2018; available at: https://www.lansingstatejournal.com/story/sports/columnists/graham-couch/2018/04/25/rick-butler-michigan-state-msu-volleyball-cathy-george-couch-column/551055002/
- Michael Tarm, DAILY HERALD, "Michigan State Kept Ties to Aurora-Based Coach Accused of Sexual Abuse," Apr. 24, 2018; available at: http://www.dailyherald.com/news/20180424/michigan-state-kept-ties-to-aurora-based-coach-accused-of-sexual-abuse
- Christian Red, DAILY NEWS, "All-Day Symposium in Philadelphia Hopes to Further Discussion on Sex Abuse in Sports," Apr. 24, 2018; available at: http://www.nydailynews.com/sports/college/philly-symposium-hopes-sex-abuse-sports-discussion-article-1.3952526
- Michael Tarm, STAR TRIBUNE, "Michigan State Kept Ties to Coach Accused of Sexual Abuse," Apr. 24, 2018; available at: http://www.startribune.com/michigan-state-kept-ties-to-coach-accused-of-sexual-abuse/480638681/
- Danny Chiarodit, THE DAILY PENNSYLVANIA, "Penn to Hold A One-Day Symposium On Abuse in Athletics," Apr. 23, 2018; available at: http://www.thedp.com/article/2018/04/athletes-abuse-symposium-preview
- Claire Ballentine, DUKE CRONICLE, "Olympian Alum Nancy Hogshead-Makar on Sexual Harassment, Assault," Apr. 17, 2018; available at: http://www.dukechronicle.com/article/2018/04/olympian-alum-nancy-hogshead-makar-takes-on-sexual-harassment-assault
- Nancy Armour and Rachel Axon, USA TODAY, "Sexual Misconduct Investigation of Olympic Champ Steven Lopez Drags into 14th Month," Apr. 17, 2018; available at: https://www.usatoday.com/story/sports/olympics/2018/04/17/olympic-champ-steve-lopez-still-under-investigation-u-s-olympic-champion-sexual-misconduct-drags-int/525406002/
- Jeff Metcalfe, AZCENTRAL, "National Teamers Welcome Role in Helping Swimming Make Sport Safer," Apr. 15, 2018; available at: https://www.azcentral.com/story/sports/olympics/2018/04/15/national-teamers-welcome-role-helping-usa-swimming-make-sport-safer/518806002/
- Kayla Harrison and August L. Wolf, TWIN CITIES PIONEER PRESS, "Harrison, Wolf: Larry Nassar Wasn't the Only Abuser in Olympic Sports," Apr. 8, 2018; available at: https://www.twincities.com/2018/04/08/harrison-wolf-larry-nassar-wasnt-the-only-abuser-in-olympic-sports/
- Kayla Harrison and August L. Wolf, CHICAGO TRIBUNE, "Larry Nassar Wasn't The Only Abuser in Olympic Sports," Apr. 6, 2018; available at: http://www.chicagotribune.com/sports/international/ct-spt-olympics-abuse-larry-nassar-20180406-story.html
- Amanda Loudin, OUTSIDE, "The Crusader Protecting Kid Athletes From Sex Abuse," Apr. 3, 2018; available at:  https://www.outsideonline.com/2277976/fighting-sexual-abuse-behalf-young-athletes
- Nancy Armor and Rachel Axon, USA TODAY, "Attorneys Call for USA Swimming Chief to Be Fired," Mar. 31, 2018; available at: https://www.usatoday.com/story/sports/olympics/2017/03/31/usa-swimming-chuck-wielgus-fire-usoc-sexual-abuse-usa-gymnastics/99878698/
- Kaylen Ralph, GLAMOUR, "Where Are All the Female Head Coaches," Mar. 29, 2018; available at: https://www.glamour.com/story/elite-swimming-has-a-coaching-problem
- Tim Bontemps, THE WASHINGTON POST, "The NBA Has Been Progressive on Sexuality, Gender and Human Rights. How Will It Handle #MeToo," Mar. 17, 2018; available at: https://www.washingtonpost.com/news/sports/wp/2018/03/17/the-nba-has-been-progressive-on-sexuality-gender-and-human-rights-how-will-it-handle-metoo/?utm_term=.e79102229dc1

21

- Chris Nguyen, ABC 7 NEWS, "Trailblazers in Women's Sports Speak in San Jose," Mar. 14, 2018; available at: http://abc7news.com/sports/trailblazers-in-womens-sports-speak-in-san-jose/3217319/
- Elliot Almond, THE MERCURY NEWS,  "A Rape Victim's Story Gives San Jose State Football Players a Powerful Lesson," Mar. 14, 2018; available at: https://www.mercurynews.com/2018/03/14/a-rape-victims-story-gives-football-players-a-powerful-lesson/
- Jessica Luther, THE HUFFINGTON POST, "USA Swimming Has a Sexual Abuse Problem, Too," Mar. 6, 2018; available at: https://www.huffingtonpost.com/entry/opinion-luther-swimming-abuse_us_5a9e8929e4b089ec353e8faa.
- Liz Clarke, THE WASHINGTON POST, "As USA Gymnastics promises to change in post-Nassar world, love for the sport remains," Mar. 4, 2018; available at: https://www.washingtonpost.com/sports/as-usa-gymnastics-promises-to-change-in-post-nassar-world-love-for-the-sport-remains/2018/03/04/168e4a80-1fd2-11e8-94da-ebf9d112159c_story.html?utm_term=.619192d8ada2.
- Anja Bolbjerg, "Athlete Story: Women and sports. Gender issues in sports. Nancy Hogshead-Makar, Olympic Gold Medalist," Mar. 4, 2018; available at: https://www.youtube.com/watch?v=uJdRqHxiNtI&feature=youtu.be.
- Brian Alexander, OUTSIDE, "It's Time to Disband the Olympic Committee," Mar. 2, 2018; available at: https://www.outsideonline.com/2285436/usoc-has-long-way-go?utm_content=buffer32553&utm_medium=social&utm_source=twitter&utm_campaign=tweet.
- Jared Anderson, SWIM SWAM, "Integrity Committee Criticizes Blackmun, Potential Successor Probst," Mar. 2, 2018; available at: https://swimswam.com/integrity-committee-criticizes-blackmun-potential-successor-probst/
- Chris DeSantis, CHRIS DESANTIS COACHING, "Nancy Hogshead-Makar: The State of the Fight," Mar. 2, 2018; available at: http://chrisdcoach.com/podcasts/2018/3/2/nancy-hogshead-makar-the-state-of-the-fight
- Alexandra Starr, NPR, "U.S. Olympic Committee CEO Steps Down," Mar. 1, 2018; available at: https://www.npr.org/2018/03/01/589802177/u-s-olympic-committee-ceo-steps-down
- Steve Brown, WOSU, "Do You Even Lift? Woman Bodybuilder Accuses Arnold Festival of Discrimination," Mar. 1, 2018; available at: http://radio.wosu.org/post/do-you-even-lift-woman-bodybuilder-accuses-arnold-festival-discrimination - stream/0
- Sally Jenkins, THE WASHINGTON POST, "As Scott Blackmun's painful USOC legacy: Knowledge, inaction and misplaced priorities," Feb. 28, 2018; available at: https://www.washingtonpost.com/sports/scott-blackmuns-painful-usoc-legacy-knowledge-inaction-and-misplaced-priorities/2018/02/28/7485b73c-1cc5-11e8-b2d9-08e748f892c0_story.html?utm_term=.1344f05d4e2e.
- A.J. Perez, USA Today, "U.S. Olympic Committee CEO Scott Blackmun resigns," Feb. 28, 2018; available at: https://www.usatoday.com/story/sports/olympics/2018/02/28/u-s-olympic-committee-ceo-scott-blackmun-resigns/382569002/.
- Keith Coffman, REUTERS, " U.S. Olympic Chief Resigns After Sex Abuse Scandal, Health Cited," Feb. 28, 2018; available at: https://www.reuters.com/article/us-usa-olympics-resignation/u-s-olympic-chief-resigns-after-sex-abuse-scandal-health-cited-idUSKCN1GC33T
- Scott M. Reid, ORANGE COUNTY REGISTER, "Head of U.S. Olympic Committee resigns amid sex abuse scandals in gymnastics, swimming," Feb. 28, 2018; available at: https://www.ocregister.com/2018/02/28/head-of-u-s-olympic-committee-resigns-amid-sex-abuse-scandals-in-gymnastics-swimming/.
- Michaela Pereira, CNN, HEADLINE NEWS, "Ending the abuse: USA Swimming under fire for ignoring sex abuse allegations," Feb. 24, 2018; available at: https://cm.maxient.com/reportingform.php?SafeSport&layout_id=0
- Kiara Alfonseca, NBC NEWS, "Female Bodybuilding Alleges Gender Discrimination at Arnold Sports Festival," Feb. 24, 2018; available at: https://www.nbcnews.com/news/sports/female-bodybuilder-alleges-gender-discrimination-arnold-sports-festival-n844751

- Kate Harloe, MOTHER JONES, "This Olympian-Turned-Lawyer Is Fighting to Prevent Another Larry Nassar," Feb. 23, 2018; available at: https://www.motherjones.com/politics/2018/02/this-olympian-turned-lawyer-is-fighting-to-prevent-another-larry-nassar/.
- Scott Reid, THE MERCURY NEWS, "USA Swimming Leaders Forced Out Following Report on Sexual Abuse," Feb. 23, 2018; available at: https://www.mercurynews.com/2018/02/23/usa-swimming-leaders-susan-woessner-and-pat-hogan-forced-out-following-reporting-on-sexual-abuse/
- Will Hobson, THE WASHINGTON POST, "Victims Say The USOC Deserves Blame for America's Olympic Sex abuse Problem," Feb. 23, 2018; available at: https://www.washingtonpost.com/sports/olympics/victims-say-the-usoc-deserves-blame-for-americas-olympic-sex-abuse-problem/2018/02/23/b5afe70a-1270-11e8-9065-e55346f6de81_story.html?utm_term=.e405cbbf5797
- Scott M. Reid, ORANGE COUNTY REGISTER, "USA Swimming leaders Susan Woessner and Pat Hogan forced out following reporting on sexual abuse," Feb. 22, 2018; available at: https://www.ocregister.com/2018/02/22/usa-swimming-leaders-susan-woessner-and-pat-hogan-forced-out-following-reporting-on-sexual-abuse/.
- Jared Anderson, SWIMSWAM, "Report Says USA Swimming Has Ignored Hundreds of Sexual Abuse Cases," Feb. 20, 2018; available at: https://swimswam.com/report-says-usa-swimming-ignored-hundreds-sexual-abuse-cases/
- SOUTH FLORIDA PARENTING MAGAZINE, "How Parents Can Protect Their Young Athletes From Predators," Feb. 20, 2018; available at: https://issuu.com/southflorida/docs/sfpmarch2018
- Ryan Smith, ESPN, "Outside the Lines: USA Swimming embroiled in sexual abuse allegations," Feb. 20, 2018; available at: http://www.espn.com/video/clip?id=22503664.
- Alanna Vagianos, THE HUFFINGTON POST, "Explosive Report Says USA Swimming Covered Up Hundreds Of Sexual Abuse Cases," Feb. 19, 2018; available at: https://www.huffingtonpost.com/entry/usa-swimming-sexual-abuse_us_5a8ad81fe4b004fc3194c4b2.
- Gabe Fernandez, SPORTING NEWS, "USA Swimming ignored claims of sexual abuse for decades, report indicates," Feb. 18, 2018; available at: http://www.sportingnews.com/athletics/news/usa-swimming-sexual-abuse-scandal-olympics-chuck-wielgus-larry-nassar/11cipqwymcv3a1kr02i8ip6s3c.
- Gabe Fernandez, SPORTING NEWS, "USA Swimming Ignored Claims of Sexual Abuse for Decades, Report Indicates," Feb. 18, 2018; available at: http://www.sportingnews.com/athletics/news/usa-swimming-sexual-abuse-scandal-olympics-chuck-wielgus-larry-nassar/11cipqwymcv3a1kr02i8ip6s3c
- Tim Darragh, THE MORNING CALL, "Parkette turned activist says ex-coach sexually abused her," Feb. 17, 2018; available at: http://www.mcall.com/news/local/mc-nws-former-parkette-abused-safety-advocate-20180205-story.html.
- Scott M. Reid, ORANGE COUNTY REGISTER, "100s of USA Swimmers were sexually abused for decades and the people in charge knew and ignored it, investigation finds," Feb. 16, 2018; available at: https://www.ocregister.com/2018/02/16/investigation-usa-swimming-ignored-sexual-abuse-for-decades/.
- Erica Evans, DESERET NEWS, "Wild parties, hooking up and drunk superstars: Why we need to talk about sexual assault at the Olympics," Feb. 15, 2018; available at: https://www.deseretnews.com/article/900010513/wild-parties-thousands-of-condoms-and-drunk-superstars-why-we-need-to-talk-about-sexual-assault-at-the-olympics.html.
- Nell London, COLORADO PUBLIC RADIO, "Former Olympian Wants USOC Changes After the Gymnastics Sex Abuse Scandal," Feb. 14, 2018; available at: http://www.cpr.org/news/story/former-olympian-says-us-olympic-committee-must-change-after-gymnastics-sex-abuse-scandal
- Andrea Dukakis, COLORADO PUBLIC RADIO, "Former Olympian Nancy Hogshead-Makar On How To Protect Young Athletes From Abuse," Feb. 14, 2018; available at:

- https://www.cpr.org/news/story/former-olympian-nancy-hogshead-makar-on-how-to-protect-young-athletes-from-abuse.
- Kimberly Lawson, BROADLY. VICE, "The 156 Victims Who Spoke Out About Abuse Spurred Lawmakers to Protect Future Athletes," Feb. 14, 2018; available at: https://broadly.vice.com/en_us/article/xw5g7z/the-156-victims-who-spoke-out-about-abuse-spurred-lawmakers-to-protect-future-athletes.
- Alexandra Starr, NPR, "New Legislation to Outlaw Failing to Report Sexual Abuse in Olympic Sports," Feb. 14, 2018; available at: https://www.npr.org/2018/02/14/585668348/new-legislation-to-outlaw-failing-to-report-sexual-abuse-in-olympic-sports
- Craig Lord, SWIMVORTEX, "If prohibition must sober the Olympics, then ban the blazers craving Nobel prizes," Feb. 14, 2018; available at: https://www.swimvortex.com/if-prohibition-must-sober-the-olympics-then-ban-the-blazers-craving-nobel-prizes/.
- Travis Waldron, THE HUFFINGTON POST, "Ban The United States From The Olympics," Feb. 13, 2018; available at: https://www.huffingtonpost.com/entry/larry-nassar-usoc-olympics-russia_us_5a81f5dfe4b0580d3d6d5fbb
- Claire Galofaro, DAILY HERALD, "At the #Metoo Olympics, Organizers Confront Sexual Abuse," Feb. 12, 2018; available at: http://www.dailyherald.com/article/20180212/news/302129980
- Jessicah Lahitou, BUSTLE, "How The Safe Sport Act Could Stop The Next Larry Nassar," Feb. 9, 2018; available at: https://www.bustle.com/p/how-the-safe-sport-act-could-stop-the-next-larry-nassar-8162315
- Brian Costa, THE WALL STREET JOURNAL, "The Olympics Ramp Up Coed Competitions," Feb. 8, 2018; available at: https://www.wsj.com/articles/the-olympics-ramp-up-coed-competitions-1518096808
- Jeré Longman, NEW YORK TIMES, "Pressure Grows for U.S. Olympic Committee Chief to Step Down," Feb. 8, 2018; available at: https://www.nytimes.com/2018/02/08/sports/olympics/usoc-nassar-abuse.html.
- Senator Dianne Feinstein, "Resolution recognizing National Girls and Women in Sports Day," Feb. 8, 2018. https://youtu.be/F7vh4TK_o0s
- Katie Kindelan, ABC NEWS, "3 Female Olympians Pledge to Donate Brains for Concussion Research," Feb. 7, 2018; available at: https://abcnews.go.com/GMA/Wellness/female-olympians-pledge-donate-brains-concussion-research/story?id=52878103
- Jermaine Ong, ABC ACTION NEWS, "Bobsledder Elana Meyers Taylor Pledges to Donate Brain For CTE Research," Feb. 7, 2018; available at: https://www.abcactionnews.com/sports/olympics/bobsledder-elana-meyers-taylor-pledges-to-donate-brain-for-cte-research
- Scott Reid, THE PRESS-ENTERPRISE, "Olympians, athlete advocates call for USOC CEO Scott Blackmun's resignation," Feb. 7, 2018; available at: https://www.pe.com/2018/02/07/olympians-athlete-advocates-call-for-usoc-ceo-scott-blackmuns-resignation/.
- John Niyo, THE DETROIT NEWS, "Gymnastics Niyo: Nassar case a plea for overdue reform in sports," Feb. 1, 2018; available at: https://www.detroitnews.com/story/sports/columnists/john-niyo/2018/02/01/niyo-nassar-case-plea-reform-sports/110026150/.
- Koco McAboy, CLICK ON DETROIT, "Nassar Victims Bring Fight to Washington," Jan. 30, 2018; available at: https://www.clickondetroit.com/news/nassar-victims-bring-fight-to-washington
- George Diaz, ORLANDO SENTINEL, "Commentary: Larry Nassar scandal empowers victims to become advocates of change," Jan. 30, 2018; available at: http://www.orlandosentinel.com/os-larry-nassar-sex-abuse-scandal-george-diaz-20180130-story.html.
- Will Hobson, THE WASHINGTON POST, "Bill Targeting Sex Abuse in Olympic Sports, Inspired By Larry Nassar Case, Nears Trump's Desk," Jan. 30, 2018; available at: https://www.washingtonpost.com/news/sports/wp/2018/01/30/bill-targeting-sex-abuse-in-olympic-sports-inspired-by-larry-nassar-case-nears-trumps-desk/?utm_term=.7f52775e298f
- Tim Evans, Mark Alesia and Marisa Kwiatkowski, INDYSTAR, "What's next for USA Gymnastics? A long, tough road at best," Jan. 28, 2018; available at:

24

- https://www.indystar.com/story/news/2018/01/28/whats-next-usa-gymnastics-long-tough-road-best/1064156001/.
- Demonze Spruiel and Kenneth Davis, THE D & DAVIS SHOW, "Michigan State Scandal," Jan. 27, 2018.
- Tom Goldman, NATIONAL PUBLIC RADIO, "Gymnastics Sexual Abuse Case Puts Spotlight On Protecting Athletes," Jan. 26, 2018; available at: https://www.npr.org/2018/01/26/580933865/gymnastics-sexual-abuse-case-puts-spotlight-on-protecting-athletes.
- Scott M. Reid, ORANGE COUNTY REGISTER, "Congress investigating USA Swimming's handling of sex abuse cases," Jan. 26, 2018; available at: https://www.ocregister.com/2018/01/26/congress-investigating-usa-swimmings-handling-of-sex-abuse-cases/.
- Dave Zirin and David Tigabu, THE NATION, "Larry Nassar's Imprisonment and Lou Anna Simon's Resignation Are Not Nearly Enough," Jan. 25, 2018; available at: https://www.thenation.com/article/larry-nassars-imprisonment-and-lou-anna-simons-resignation-are-not-nearly-enough/.
- Scott M. Reid, ORANGE COUNTY REGISTER, "Ex-USA Gymnastics team doctor Larry Nassar sentenced to 40 to 175 years in prison," Jan. 24, 2018; available at: https://www.ocregister.com/2018/01/24/larry-nassar-sentenced-to-40-to-175-years-in-prison/.
- Christian Red, NEW YORK DAILY NEWS, "USOC boss Scott Blackmun criticized for apology letter sent after Nassar verdict: 'Too little, too late," Jan. 24, 2018; available at: http://www.nydailynews.com/sports/more-sports/usoc-boss-criticized-apology-letter-nassar-verdict-article-1.3777232?utm_content=bufferccc0a&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer.
- A.J. Perez, USA TODAY, "Congress Navratilova, Louganis, Mendoza among those pushing Congress to protect youth athletes," Jan. 24, 2018; available at: https://www.usatoday.com/story/sports/olympics/2018/01/24/navratilova-louganis-mendoza-hogshead-push-congress-protect-youth-athletes/1063719001/.
- Julia DiCaro, THE WASHINGTON POST, "How parents can protect their young athletes from the Larry Nassars of the world," Jan. 22, 2018; available at: https://www.washingtonpost.com/news/parenting/wp/2018/01/22/how-parents-can-protect-their-young-athletes-from-the-larry-nassars-of-the-world/?utm_term=.a1b3303ef95c.
- Jared Anderson, SWIMSWAM, "Forbes Piece: Title IX Isn't Causing Men's NCAA Program Cuts," Jan. 22, 2018; available at: https://swimswam.com/forbes-piece-title-ix-isnt-causing-mens-ncaa-program-cuts/
- Paul Newberry for the Associated Press; News Tribune, Jan. 21, 2018, "After Nassar, still a battle to protect athletes." http://www.nydailynews.com/newswires/sports/column-nassar-battle-protect-athletes-article-1.3767020
- Ashley Banfield, CNN," Victims confront gymnastics doctor in court," Jan. 16, 2018; available at: https://www.youtube.com/watch?v=FG5bhK3XVRY&feature=youtu.be.
- Michaela Pereira, CNN HLN," Do female victims get less attention than male victims?," Jan. 2, 2018; available at: https://www.youtube.com/watch?v=D7ECnJEUfIM&feature=youtu.be
- Dr. Donnica Moore, In The Ladies' Room Podcast, Nancy Hogshead-Makar--Olympic Champion who Champions Women: #MeToo"  https://www.youtube.com/watch?v=pP9BypT-L10
- Craig Lord, SWIMVORTEX, "Every Top 20 stories of 2017: No. 1 - #MeToo & how willful blindness pours poison in the pool," Dec. 31, 2017; available at: https://www.swimvortex.com/top-20-stories-of-2017-no1-metoo-how-wilful-blindness-pours-poison-in-the-pool/
- Eric Adelson, YAHOO SPORTS, "Why hasn't abuse scandal brought MSU and USA Gymnastics into the crosshairs like Jerry Sandusky did Penn State?," Dec. 28, 2017; available at: https://sports.yahoo.com/hasnt-larry-nassar-abuse-scandal-brought-msu-usa-gymnastics-crosshairs-like-jerry-sandusky-penn-state-004158895.html.

25

- Dr. Lisa Ingarfield, WISP, "The Systemic Problem with Sexual Abuse," Dec. 20, 2017; available at: http://www.wispsports.com/talking-point/the-systemic-problem-with-sexual-abuse?utm_content=buffer0cf75&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer.
- Eric Adelson, YAHOO SPORTS, "How would Kobe Bryant have fared if his legacy's darkest chapter happened in the 'Me Too 'era?," Dec. 18, 2017; available at: https://sports.yahoo.com/kobe-bryant-fared-legacys-darkest-chapter-happened-era-155025004.html.
- Sam Turken, THE CHRONICLE, "Why doesn't the men's basketball program have female managers?," Dec. 8, 2017; available at: http://www.dukechronicle.com/article/2017/12/mens-basketball-program-draws-complaints-about-manager-selection-process-from-female-applicants.
- Will Hobson and Steven Rich, THE WASHINGTON POST, "Every six weeks for more than 36 years: When will sex abuse in Olympic sports end?," Nov. 17, 2017; available at: https://www.washingtonpost.com/sports/every-six-weeks-for-more-than-36-years-when-will-sex-abuse-in-olympic-sports-end/2017/11/17/286ae804-c88d-11e7-8321-481fd63f174d_story.html?utm_term=.925bf7b0f321.
- Alia Hoyt, HOWSTUFFWORKS, "Why Do So Many Women's Sports Still Incorporate Skirts?," Nov. 14, 2017; available at: https://entertainment.howstuffworks.com/womens-sports-still-incorporate-skirts.htm.
- Dave Zirin, THE NATION, "#MeToo in Sports: Moving From Revelations to Policy," Nov. 6, 2017; available at: https://www.thenation.com/article/metoo-in-sports-moving-from-revelations-to-policy/.
- David Zirin, EDGE OF SPORTS PODCAST, "#MeToo: Sexual Assault & Sports," Nov. 2017; available at: https://soundcloud.com/edgeofsports/metoo.
- Eric Adelson, YAHOO SPORTS, "This McKayla Maroney saying #MeToo is eye-opening," Oct. 18, 2017; available at: https://sports.yahoo.com/mckayla-maroney-saying-metoo-eye-opening-192000940.html?cn=bWVzc2FnZQ%3D%3D&refsrc=email.
- Barry Jacobs, THE NEWS AND OBSERVER, "This former Duke Olympian was raped – and became an advocate for women's rights," Oct. 9, 2017; available at: http://www.newsobserver.com/sports/college/acc/article177858321.html.
- Alyssa Roenigk, ESPN "In wake of sexual abuse scandal, what's next for USA Gymnastics?," Aug. 17, 2017; available at: http://www.espn.com/espnw/sports/article/20370014/in-wake-sexual-abuse-scandal-usa-gymnastics.
- Matthew Head, FIRST COAST NEWS, "NCAA to Require Sexual Assault Prevention Training," Aug. 11, 2017; available at: http://www.firstcoastnews.com/mobile/article/sports/ncaa-to-require-sexual-assault-prevention-training/463758555.
- Scott M. Reid, ORANGE COUNTY REGISTER, "Report calls for culture change at USA Gymnastics in wake of sex abuse scandal," Jun. 27, 2017; available at: https://www.ocregister.com/2017/06/27/report-calls-for-culture-change-at-usa-gymnastics-in-wake-of-sex-abuse-scandal/.
- Tim Evans, Marisa Kwiatkowski, and Mark Alesia, INDYSTAR, "Can USA Gymnastics reform itself under current leadership?," Jun. 27, 2017; available at: https://www.indystar.com/story/news/2017/06/27/usa-gymnastics-releases-report-its-handling-sex-abuse/431192001/.
- Christine Brennan, USA TODAY, "45th anniversary of Title IX cause for celebration," Jun. 22, 2017.
- Matthew Bain, HAWK CENTRAL, "'A Wake-Up Call': Women's Rights Advocates Hail Jane Meyer Ruling," May 6, 2017; available at: http://www.hawkcentral.com/story/sports/college/iowa/2017/05/06/wake-up-call-womens-rights-advocates-weigh-jane-meyer-verdict/311498001/; USA TODAY; available at: https://www.usatoday.com/story/sports/college/iowa/2017/05/06/wake-up-call-womens-rights-advocates-weigh-jane-meyer-verdict/311498001/.

*Plaintiffs' TRO Appendix - 0077*

- Peter Ott, THE SPORTS LAW BLOG PODACST, "Girls and Women in Sports," May 1, 2017; available at: http://sportslawbiz.com/2017/05/01/28-girls-and-women-in-sports-with-nancy-hogshead-makar/.
- Dianna Addison Lyle, WESTLAKE MALIBU LIFESTYLE, "USA Women's Olympic Gymnastics," May, 2017; available at: http://www.wmlifestyle.com/sports-concerns-5-2017/
- WJCT, *2-minutes" with Nancy Hogshead-Makar*, Jacksonville, Mar. 14, 2017; available at: https://www.youtube.com/watch?v=Y-EEhWv0Mgk.
- John Barr and Nicole Noren, ESPN, "Outside the Lines: Track & Fear," Apr. 16, 2017; available at: http://www.espn.com/espn/feature/story/_/id/18900659/university-arizona-coach-threatened-one-athletes-blackmail-violence-death-school-stopped-him.
- Kate Murphy, USA TODAY, "Is it fair for UC women's basketball, volleyball teams to play at St. Ursula?," Apr. 4, 2017; available at: https://www.usatoday.com/story/news/2017/04/04/fair-uc-womens-basketball-volleyball-teams-play-st-ursula/98805914/.
- Rose Minutaglio, PEOPLE, "Experts Explain: How to Talk to Your Kids About Sexual Assault in Sports," Mar. 31, 2017; available at: http://people.com/sports/experts-explain-how-to-talk-to-your-kids-about-sexual-assault-in-sports/.
- Nancy Armour and Rachel Axon, USA TODAY, "Attorneys call for USA Swimming chief to be fired," Mar. 31, 2017; available at: https://www.usatoday.com/story/sports/olympics/2017/03/31/usa-swimming-chuck-wielgus-fire-usoc-sexual-abuse-usa-gymnastics/99878698/.
- Nancy Armour and Rachel Axon, INDYSTAR, "USOC did not heed sexual abuse warnings in 2004, 2005," Mar. 31, 2017; available at: http://www.indystar.com/story/sports/olympics/2017/03/31/usoc-sexual-abuse-usa-swimming-senate/99826600/; USA TODAY; available at: https://www.usatoday.com/story/sports/olympics/2017/03/31/usoc-sexual-abuse-usa-swimming-senate/99826600/.
- Editorial: INDYSTAR, "Still much work to do inside USAG," Mar. 18, 2017; available at: http://www.indystar.com/story/opinion/2017/03/18/editorial-still-much-work-inside-usag/99351588/; USA TODAY; available at: https://www.usatoday.com/story/opinion/2017/03/18/editorial-still-much-work-inside-usag/99351588/.
- Mark Alesia, Tim Evans, and Marisa Kwiatkowski, INDYSTAR, "USA Gymnastics President Steve Penny resigns," Mar. 16, 2017; available at: http://www.indystar.com/story/news/2017/03/16/usa-gymnastics-president-steve-penny-resigns/99251344/; USA TODAY; available at: https://www.usatoday.com/story/news/2017/03/16/usa-gymnastics-president-steve-penny-resigns/99251344/.
- Tim Evans, Marissa Kwiatkowski, and Mark Alesia, INDYSTAR, "SafeSport Center: Is it the answer to athlete sex abuse," Mar. 8, 2017; available at: http://www.indystar.com/story/news/2017/03/08/safesport-center-answer-athlete-sex-abuse/98775554/; USA TODAY; available at: https://www.usatoday.com/story/news/2017/03/08/safesport-center-answer-athlete-sex-abuse/98775554/.
- Susan Rocco, WOMEN TO WATCH MEDIA, LLC, "Nancy Hogshead-Makar, Champion Women," Mar. 7, 2017; available at: https://women2watch.net/2017/03/07/nancy-hogshead-makar-champion-women/.
- Will Hobson, WASHINGTON POST, "Documents: USOC alerted to sex abuse problems long before taking action," Mar. 6, 2017; available at: https://www.washingtonpost.com/sports/olympics/documents-usoc-alerted-to-sex-abuse-problems-long-before-taking-action/2017/03/06/8ca2a89e-0230-11e7-ad5b-d22680e18d10_story.html?utm_term=.af77cd6ffc06.
- Kevin Meerschaert, First Coast Connect, WJCT, "Women's History Month Discussing Title IX," Jacksonville, Mar. 2, 2017; available at: http://news.wjct.org/post/322017-nancy-hogshead-makar-womens-giving-alliance-conference-cowford-chophouse-update.

- GYMCASTIC: THE GYMNASTICS PODCAST, "Nancy Hogshead-Makar and Coaching Standards," Feb. 28, 2017; available at: https://itunes.apple.com/us/podcast/gymcastic-the-gymnastics-podcast/id564010560?mt=2.

- Will Hobson, THE WASHINGTON POST, "Senator Dianne Feinstein calls for changes to Olympic sports law to protect children from abuse," Feb. 22, 2017; available at: https://www.washingtonpost.com/news/sports/wp/2017/02/22/senator-dianne-feinstein-calls-for-changes-to-olympic-sports-law-to-protect-children-from-abuse/?utm_term=.714b0aa031cd.

- Julie Jenae, FIRST COAST NEWS, "Lifelong Jacksonville gymnast says she was abused by former USA gymnast head doctor," Feb. 21, 2017; available at: http://www.firstcoastnews.com/news/gymnast-sex-abuse-scandal-ties-to-jacksonville/410354375.

- Nancy Armour and Rachel Axon, USA TODAY, "Karlyis and their famed ranch draw scrutiny," Feb. 16, 2017; available at: https://www.usatoday.com/story/sports/olympics/2017/02/16/karolyis-and-their-famed-ranch-draws-scrutiny/94744078/.

- Nancy Armour, USA TODAY, "Don't diminish UConn's 100-game Win Streak," Feb. 14, 2017; available at: https://www.usatoday.com/story/news/2017/04/04/fair-uc-womens-basketball-volleyball-teams-play-st-ursula/98805914/.

- Will Hobson and Steven Rich, THE WASHINGTON POST, "An athlete accused her coach of sex abus. Olympicofficials stayed on the sideline," Feb. 14, 2017, available at: https://www.washingtonpost.com/sports/olympics/an-athlete-accused-her-coach-of-sex-abuse-olympic-officials-stayed-on-sideline/2017/02/14/35a6fc76-d2eb-11e6-a783-cd3fa950f2fd_story.html?utm_term=.ef10f0c453a2.

- David Zirin, EDGE OF SPORTS PODCAST, "Defending Title IX," Washington, D.C., Jan. 23, 2017; available at: http://www.edgeofsportspodcast.com/post/156342975855/nancy.

- Beth Rousseau, ACTION NEWS JAX, "Florida colleges under investigation for handling of sex assault cases," Jan. 19, 2017, available at:  http://www.actionnewsjax.com/news/local/florida-colleges-under-investigation-for-handling-of-campus-sex-assault-cases/486012435.

- Lorena Inclan, ACTION NEWS JAX, "Report details alleged widespread sexual abuse in gymnastics," Dec. 16, 2016; available at: http://www.actionnewsjax.com/news/local/report-details-alleged-widespread-sexual-abuse-in-gymnastics/476681349.

- Tim Evans, Marissa Kwiatkowski, and Mark Alesia, INDYSTAR, "IndyStar's investigation on sexual abuse in gymnastics: what we know," Dec. 16, 2016; available at http://www.indystar.com/story/news/2016/12/16/indystars-investigation-sexual-abuse-gymnastics-what-we-know/95469994/.

- Alison Carter, INDYSTAR, "Missed Signs Gymnastic Coaches Were Abusing Children"

- ESPN, "Report details scope of sexual abuse in U.S. Gymnastics," Dec. 15, 2016; available at: http://www.espn.com/olympics/gymnastics/story/_/id/18284271/investigation-finds-hundreds-cases-alleged-abuse-gymnasts.

- Daniel Rostas, KQKY, "Report: Widespread Allegations of Abuse in US Gymnastics," Dec. 15, 2016; available at: http://www.kqky.com/national-sports/2016/12/15/report-widespread-allegations-of-abuse-in-us-gymnastics/print.

- Tim Evans, Marissa Kwiatkowski, and Mark Alesia, INDYSTAR, "20-year toll: 368 gymnasts allege sexual exploitation," Dec. 15, 2016; available at: http://www.indystar.com/story/news/2016/12/15/20-year-toll-368-gymnasts-allege-sexual-exploitation/95198724/; USA TODAY; available at: https://www.usatoday.com/story/news/2016/12/15/20-year-toll-368-gymnasts-allege-sexual-exploitation/95198724/.

- Marc Tracy, NEW YORK TIMES," After Scandal, and with Staff Intact, Baylor Remains a Big 12 Power," Oct. 29, 2016; available at: https://query.nytimes.com/search/sitesearch/?action=click&contentCollection&region=TopBar&WT.nav=searchWidget&module=SearchSubmit&pgtype=Homepage - /Nancy+Hogshead-Makar/since1851/allresults/2/.

28

- Karen Brune Matthis, DAILY RECORD, "First Coast Success: Nancy Hogshead-Makar championing women's equality in sports," Sep. 28, 2016; available at: http://www.jaxdailyrecord.com/showstory.php?Story_id=546227.
- George Diaz, ORLANDO SENTINEL, "IOC Olympics losing game for Twitter trolls, clueless announcers" Aug. 18, 2016; available at: http://www.orlandosentinel.com/sports/olympics/os-olympics-social-media-george-diaz-0817-20160818-column.html.
- Michael Rosenberg, ESPN, "It's time for USOC to step up after USA Gymnastics sex abuse scandal," Aug. 5, 2016; available at: https://www.si.com/olympics/2016/08/04/usa-gymnastics-sex-abuse-scandal-2016-rio-olympics.
- Kerry Speckman, ANOTHER ROUND PODCAST, "Ep. 25: Nancy Hogshead-Makar," Aug. 18, 2016; available at: http://thespecktator.com/2016/08/18/another-round-ep-25-nancy-hogshead-makar/.
- Tim Evans, Marissa Kwiatkowski, and Mark Alesia, INDYSTAR, "Olympians respond to USA Gymnastics story," Aug. 4, 2016; available at: http://www.indystar.com/story/news/2016/08/04/olympians-respond-usa-gymnastics-story/88203202/; USA TODAY; available at: https://www.usatoday.com/story/news/nation-now/2016/08/04/olympians-respond-usa-gymnastics-story/88274962/.
- Judy Woodruff, PBS NEWS HOUR, "Behind the shocking sexual abuse allegations facing USA Gymnastics," Aug. 4, 2016; available at: http://www.pbs.org/newshour/bb/behind-shocking-sexual-abuse-allegations-facing-usa-gymnastics/.
- Liz Clarke, THE WASHINGTON POST, "Allegations of widespread sexual abuse puts USA Gymnastics under fire," Aug. 4, 2016; available at: https://www.washingtonpost.com/sports/olympics/allegations-of-widespread-sexual-abuse-puts-usa-gymnastics-under-fire/2016/08/04/849afa80-5a41-11e6-9aee-8075993d73a2_story.html?utm_term=.f2c104c81682.
- Allison Torres Burtka, Cover of Associations NOW, "What Four Leaders Learned from Athletic Competition," Jul/Aug 2016; available at: https://www.asaecenter.org/resources/articles/an_magazine/2016/july-august/what-four-leaders-learned-from-athletic-competition.
- Dam Kilgore, THE WASHINGTON POST, "GW basketball players report coach's 'verbal and emotional abuse'; many fled school," Jul. 21, 2016; available at: https://www.washingtonpost.com/sports/colleges/gw-basketball-players-report-coachs-verbal-and-emotional-abuse-many-fled-school/2016/07/21/b7d5bd12-4dae-11e6-a7d8-13d06b37f256_story.html?utm_term=.bb6cf57f58c4.
- Beau Dure, THE GUARDIAN, "Why U.S. women are likely to out perform the men at the Olympics," Jul. 19, 2016; available at: https://www.theguardian.com/sport/2016/jul/19/us-womens-sports-olympics-rio.
- Ryan Smith, ESPN, "Outside the Lines: Female water polo player files Title IX complaint," Jul. 17, 2016; available at: http://www.espn.com/videohub/video/clip?id=17093201&categoryid=0.
- Richard Hsu, HSU UNTIED, "Nancy Hogshead-Makar, Olympic Gold Medalist," June 2016; available at: http://hsuuntied.com/nhmakar/.
- Melissa Ross, FIRST COAST NEWS, "UNF reaches settlement with former basketball coach for $1.25M," Mar. 14, 2016; available at: http://floridapolitics.com/archives/author/melissa/page/8.
- Garret Pelican and Steven Dial, FIRST COAST NEWS, "UNF reaches settlement with former basketball coach for $1.25M," Mar. 14, 2016; available at: http://www.firstcoastnews.com/sports/college/north-florida-ospreys/unf-reaches-settlement-with-former-basketball-coach/78480687.
- Anita Wadhwani, USA TODAY, "Tennessee joins list of colleges facing sexual assault lawsuit," Feb. 20, 2016; available at: http://sports.usatoday.com/2016/02/20/tennessee-joins-list-of-colleges-facing-sexual-assault-lawsuits/.
- Lisa Robbins, FIRST COAST NEWS, "Little Athletes: How much is too much when it comes to kids and sports?" Feb. 11, 2016; available at: http://www.firstcoastnews.com/news/health/kids/little-athletes-how-much-is-too-much-when-it-comes-to-kids-and-sports/40028416.

29

- Travis Waldron, HUFFINGTON POST, "The NFL Will Implement a 'Rooney Rule 'for Women," Feb. 4, 2016; available at: http://www.huffingtonpost.com/entry/the-nfl-will-implement-a-rooney-rule-for-women_us_56b3a045e4b08069c7a67110.
- Joe Nocera, NEW YORK TIMES, "After Settlement, Florida State Shows Sympathy for Victim: Itself," Jan. 29, 2016; available at: https://www.nytimes.com/2016/01/30/sports/ncaafootball/florida-state-protects-the-brand-but-what-about-the-students.html.
- Time Rohan and Marc Tracy, NEW YORK TIMES, "Oklahoma Player's Punch Caught on Video, but Few Get to See It," Dec. 30, 2015; available at: http://www.nytimes.com/2015/12/30/sports/ncaafootball/oklahoma-players-punch-caught-on-video-sidesteps-court-of-public-opinion.html?_r=0.
- Christopher Clarey, NEW YORK TIMES, *Women Stole the Show in 2015* Dec. 23, 2015; available at: http://www.nytimes.com/2015/12/24/sports/women-stole-the-show-in-2015.html.
- George Diaz, ORLANDO SENTINEL, Diaz: *NFL sees pink but not colors that raise awareness for domestic violence,* Nov. 8, 2015; available at: http://www.orlandosentinel.com/sports/os-nfl-domestic-violence-george-diaz-1102-20151101-column.html.
- Marc Tracy, NEW YORK TIMES, *College Conferences Try to Block Athletes Who Have Violent Past,* Aug. 6, 2015; available at: https://www.nytimes.com/2015/08/27/sports/ncaafootball/conferences-try-to-block-athletes-who-have-violent-pasts.html.
- Will Hobson, THE WASHINGTON POST, *Lawyers for rape accusers of Kobe Bryant, Jameis Winston altered U.S. campus culture,* Jul. 9, 2015; available at: https://www.washingtonpost.com/sports/seeking-justice-for-women-who-say-theyve-been-attacked-by-athletes/2015/07/09/6683224c-23f7-11e5-aae2-6c4f59b050aa_story.html?utm_term=.7b4ab67bd302.
- Kelly Wallace, CNN, *2015 U.S. World Cup triumph should level playing field for women's sports,* Jul. 7, 2015; available at: http://www.ksl.com/?nid=255&sid=35383284.
- Liz Clarke, THE WASHINGTON POST, *Five myths about women's sports,* Jun. 26, 2015; available at: https://www.washingtonpost.com/opinions/five-myths-about-womens-sports/2015/06/26/8dee2470-1b5b-11e5-93b7-5eddc056ad8a_story.html.
- George Diaz, ORLANDO SENTINEL, *NFL needs to stop protecting rogues like Ray McDonald,* May 28, 2015; available at: http://www.orlandosentinel.com/sports/os-ray-mcdonald-nfl-george-diaz-0529-20150528-column.html.
- Kerry Eleved, DAILY KOS, *Rise in Title IX discrimination complaints highlights persistent disparities for female athletes,* May 9, 2015; available at: http://www.dailykos.com/story/2015/05/09/1382986/-Rise-in-Title-IX-discrimination-complaints-highlights-persistent-disparities-for-female-athletes.
- Travis Waldron, THINK PROGRESS, *Why The Number Of Gender-Related Athletics Discrimination Complaints Is Rapidly Increasing,* May 6, 2015; available at: http://thinkprogress.org/sports/2015/05/06/3654567/number-gender-related-athletics-discrimination-complaints-rapidly-increasing/.
- Forbes: *Title IX and It's Isiah Thomas Problem,* May, 2015.; available at: http://www.forbes.com/sites/alanaglass/2015/05/08/the-wnba-and-its-isiah-thomas-problem/.
- Steve Ginsburg, REUTERS, *Boxer Mayweather's violent history ignored, women's advocates say,* Arp. 24, 2015; available at: http://www.reuters.com/article/us-boxing-mayweather-violence-idUSKBN0NF2CN20150424.
- Mic: *March Madness Has a $15 Million Problem That No One Is Talking About* by Julie Zeilinger. Apr. 6, 2015; available at: https://mic.com/articles/113730/college-basketball-has-a-15-million-problem.
- George Diaz, ORLANDO SENTINEL, *Indiana 'religious freedom 'law demands economic pushback from NCAA,* Mar. 29, 2015; available at: http://www.orlandosentinel.com/sports/os-indiana-final-four-george-diaz-0330-20150329-column.html.

- Kelly Wallace, CNN, *The real March Madness: When will women's teams get equal buzz?,* Mar. 14, 2015; available at: http://www.cnn.com/2015/03/30/living/feat-march-madness-womens-sports-attention-money-men/.
- Caroline Pla, PHILADELPHIA INQUIRER, *Let Girls Play Football,* 2015.
- Amy Rosewater, USA TODAY, *Mo'ne Davis' life has been wild, crazy since LLWS,* Feb. 25, 2015; available at: http://www.usatoday.com/story/sports/2015/02/25/mone-davis-basketball-little-league-uconn-stanford/23998689/.
- Sarah Kuta, DAILY CAMERA, *Boulder firm take on high-profile Title IX sex assault cases,* Jan. 31, 2015; available at: http://www.dailycamera.com/cu-news/ci_27428916/boulder-firm-takes-high-profile-title-ix-sex.
- Jared Anderson, SWIM SWAM, *Autonomy Era: What Does Title IX Mean For The Possibility of Paid College Athletes?,* Jan. 27, 2015; available at: http://swimswam.com/autonomy-era-title-ix-mean-paid-college-athletes/.
- Anne Schindler, FIRST COAST NEWS, *Jameis Winston accuser goes public at Sundance Film Festival,* Jan. 26, 2015; Available at: http://www.firstcoastnews.com/story/news/2015/01/26/winston-accuser-at-sundance/22374959/.
- Luke Cyphers, ESPNW, *Why You Should Care About This Year's NCAA Convention,* Jan. 14, 2015; available at: http://espn.go.com/espnw/news-commentary/article/12168580/why-care-year-ncaa-convention.
- George Diaz, ORLANDO SENTINEL, *Jameis Winston still facing legal crosshairs as he preps for NFL Draft,* Jan. 7, 2015; available at: http://www.orlandosentinel.com/sports/florida-state-seminoles/os-fsu-jameis-winston-george-diaz-0108-20150107-column.html.
- Anne Schindler, FIRST COAST NEWS, *Olympic "Woman of the Year" says FSU Winston Case not over yet,* Jan. 3, 2015; available at: http://www.firstcoastnews.com/story/news/features/2015/01/02/hogshead-makar-says-fsu-case-still-in-1st-quarter/21195369/.
- Valley News, *Cronyism Lives on With Winston, FSU,* Dec. 25, 2014.
- Sally Jenkins, WASHINGTON POST, *Jameis Winston Case shows cronyism for star athletes,* Dec. 24, 2014.  Available at: http://www.washingtonpost.com/sports/colleges/jameis-winston-case-shows-cronyism-for-star-athletes/2014/12/23/d2ee4948-8adc-11e4-9e8d-0c687bc18da4_story.html.
- Aaron Ostrowsky, JACKSONVILLE BUSINESS JOURNAL, *Nancy Hogshead-Makar wins International Olympic Committee award,* Dec. 11, 2014; available at: http://www.bizjournals.com/jacksonville/news/2014/12/11/hogshead-makar-wins-international-olympic.html.
- Loretta Race, SWIMSWAM, *IOC "Women and Sport" Awards Honor Former Swimmers,* Dec. 09, 2014; available at: http://swimswam.com/ioc-women-sport-awards-honor-former-swimmers/.
- Jeff Commings, SWIMMINGWORLD MAGAZINE, *Olympic Swim Champion Nancy Hogshead-Makar Named IOC Woman of the Year,* Dec. 9, 2014; available at: http://www.swimmingworldmagazine.com/news/nancy-hogshead-makar-ioc-woman-of-the-year/.
- International Olympic Commitee, OLYMPIC.ORG, *Devoted to Developing Women's sport, Meriem Cherni Mizouni from Tunisia Wins IOC Women and Sport World Trophy,* Dec. 9, 2014; available at: http://www.olympic.org/news/devoted-to-developing-women-s-sport-meriem-cherni-mizouni-from-tunisia-wins-ioc-women-and-sport-world-trophy/242160.
- George Diaz, ORLANDO SENTINEL, *Rice, Cosby flaps empower women to speak against abuse,* Dec. 7, 2014; available at: http://www.orlandosentinel.com/opinion/os-ed-george-diaz-120714-20141205-column.html.
- Irvin Muchnick, BEYOND CHRON, *New Investigation into USA Swimming Sex Abuse,* Nov. 11, 2014; available at: http://www.beyondchron.org/fed-investigations-usa-swimming-sexual-abuse-boosted-article-outside-magazine/.
- SWIM SWAM, *Olympic Medalist Hogshead-Makar Launches Champion Women Non-profit*, Oct. 28, 2014; available at: http://swimswam.com/olympic-medalist-hogshead-makar-launches-champion-women-non-profit/.

- David Zirin, THE NATION, *Stop Surgical Violence Against Women Athletes – and let Dutee Run!*, Oct. 20, 2014; available at: http://www.thenation.com/blog/183625/stop-surgical-violence-against-women-athletes-and-let-dutee-run.
- Carol Rogers, NEWS & OBSERVER, *Will female athletes benefit from pay debate?*, Oct. 11, 2014; available at: http://www.newsobserver.com/2014/10/11/4226550/will-female-athletes-benefit-from.html.
- Gene Frenette, FLORIDA TIMES-UNION, *Wrong kind of scrutiny for UF, Muschamp,* Oct. 7, 2014; available at: http://jacksonville.com/sports/columnists/gene-frenette/2014-10-07/story/gene-frenette-wrong-kind-scrutiny-uf-muschamp.
- Samantha Ettus, FORBES, *9 Ways to Bulletproof Your Daughter Against Domestic Violence*, Sep. 16, 2014; available at: http://www.forbes.com/sites/samanthaettus/2014/09/16/9-ways-to-bulletproof-your-daughter/.
- Sandy Strickland, FLORIDA TIMES-UNION, *Good News: Plenty of people in Jacksonville area taking icy drench for Lou Gehrig's disease,* Aug. 29, 2014; available at: http://jacksonville.com/business/2014-08-29/story/good-news-plenty-jacksonville-area-taking-icy-drench-lou-gehrigs-disease.
- Rachel Axon, USA TODAY, *Ex-NFL player's son, Patrick Swilling Jr., implicated in sexual assault lawsuit,* Aug. 18, 2014; available at: http://www.usatoday.com/story/sports/ncaab/2014/08/18/patrick-swilling-tulsa-sexual-assault-lawsuit-title-ix/14104075/.
- Gene Frenette, FLORIDA TIMES-UNION, *Gene Frenette: NFL needs to catch up with penalties for players who abuse women,* Aug. 14, 2014; available at: http://jacksonville.com/sports/columnists/gene-frenette/2014-08-14/story/gene-frenette-nfl-needs-catch-penalties-players-who.
- Jeff Commings, SWIMMING WORLD MAGAZINE, *Which Event At the 1984 Olympics Featured the First Swimming Tie in History?,* Jul. 29, 2014; available at: http://www.swimmingworldmagazine.com/news/which-event-at-the-1984-olympics-featured-the-first-swimming-tie-in-history/.
- Smriti Sinha, MIC.COM, *One Chart Shows the Tremendous Impact of Title IX on Women in America,* Jun. 24, 2014; available at: http://mic.com/articles/92033/one-chart-shows-the-tremendous-impact-of-title-ix-on-women-in-america.
- Derek Redd, CHARLESTON DAILY MAIL, *COLLEGE ATHLETICS: Athletic directors, commissioners provide insight into NCAA reform, what lies ahead,* Jun. 22, 2014; available at: http://www.charlestondailymail.com/article/20140622/DM03/140629806.
- Rob Trucks, VICE SPORTS, *Sexual Abuse in Women's Sports, Part I: Three-time Olympic Gold Medalist Nancy Hogshead-Makar,* Jun. 11 , 2014; available at: https://sports.vice.com/en_us/article/sexual-abuse-in-womens-sports-part-i-three-time-olympic-gold-medalist-nancy-hogshead-makar.
- Emma Span, NEW YORK TIMES, *Is Softball Sexist?,* Jun. 7, 2014; available at: http://www.nytimes.com/2014/06/07/opinion/is-softball-sexist.html?_r=0.
- Deirdra Funcheon, MIAMI NEW TIMES, *An Underage Sex Scandal Leads to South Florida's Swimming Hall of Fame,* Jun. 3, 2014; available at: http://www.miaminewtimes.com/2014-06-05/news/sex-scandal-swimming-hall-of-fame-fort-lauderdale/.
- Kelly Whiteside, USA TODAY, *Hall of Fame rescinds Chuck Wielgus 'invite amid sexual abuse allegations,* Jun. 2, 2014; available at: https://www.usatoday.com/story/sports/olympics/2014/06/02/chuck-wielgus-usa-swimming-hall-of-fame/9893275/.
- George Diaz, ORLANDO SENTINEL, *Shameful swimming legacy involving sexual abuse deserves no honor,* Jun. 2, 2014; available at: http://articles.orlandosentinel.com/2014-06-02/sports/os-usa-swimming-controversy-george-diaz-0602-20140601_1_sexual-abuse-international-swimming-hall-abuse-victims.
- Eric Adelson, YAHOO SPORTS, *Petition calls for USA Swimming exec's Hall of Fame induction to be rescinded,* May 30, 2014; available at: http://sports.yahoo.com/news/petition-calls-for-usa-swimming-executive-s-hall-of-fame-induction-to-be-rescinded-180114116.html.

- Kelly Whiteside, USA TODAY, *Citing sex abuse cases, swimmers protest Hall of Fame induction,* May 29, 2014; available at: http://www.usatoday.com/story/sports/olympics/2014/05/29/swimming-hall-of-fame-induction-protest/9738737/.
- Craig Lord, SWIMVORTEX.COM, *ISHOF Considers Petition to Drop USA Swim Boss Wielgus from Class of '14 Famers,* May 30, 2014; available at: http://www.swimvortex.com/ishof-considers-petition-to-drop-usa-swim-boss-wielgus-from-class-of-14-famers/.
- Kelly Whiteside, USA TODAY, *Citing sex abuse cases, swimmers protest Hall of Fame induction,* May 29, 2014; available at: https://www.usatoday.com/story/sports/olympics/2014/05/29/swimming-hall-of-fame-induction-protest/9738737/.
- Matthew Emmons-USA Today Sports, FOX SPORTS, *Doing Nothing is Always the Wrong Response to Sexual Assault,* May 12, 2014; available at: http://www.foxsports.com/college-football/story/title-ix-55-investigations-florida-state-jameis-winston-sexual-violence-cases-051214.
- Rachel Axon, USA TODAY, *Victim's confront colleges over handling of sexual assaults,* Apr. 26, 2014; available at: https://www.usatoday.com/story/news/local/2014/04/26/victims-confront-colleges-over-handling-of-sexual-assaults/8189035/.
- Rachel Axon, USA TODAY; *Colleges under fire for handling of sexual assault cases,* Apr. 24, 2014; available at: http://www.usatoday.com/story/sports/college/2014/04/24/sexual-assault-colleges-jameis-winston-president-obama/8122831/.
- Pat Kenney, SCSTUDENTMEDIA, *Nancy Hogshead-Makar Addresses Springfield College at Karpsvich Lecture,* Apr. 24, 2014; available at: http://scstudentmedia.com/2014/04/24/nancy-hogshead-makar-addresses-springfield-college-at-karpovich-lecture/.
- Allie Grasgreen, INSIDE HIGHER ED: *Failure to Enforce Title IX?,* Apr. 22, 2014; available at: https://www.insidehighered.com/news/2014/04/22/complaint-says-ocr-failed-investigate-title-ix-sports-violations.
- espnW, ESPN, *Happy 52, Nancy Hogshead-Makar,* Apr. 17, 2014; availabe at: http://www.espn.com/espnw/athletes-life/blog/post/11927/happy-52-nancy-hogshead-makar.
- Keith Jarret, CITIZEN-TIMES, *UNCA hosts Hogshead-Makar to honor champions, leaders,* Apr. 15, 2014; available at: http://www.citizen-times.com/story/sports/2014/04/15/unca-hosts-hogshead-makar-honor-champions-leaders/7760299/.
- Matt Baker, TAMPA BAY TIMES, *FSU Title IX investigation goes beyond sports,* Apr. 5, 2014; available at: http://www.tampabay.com/sports/college/fsu-title-ix-investigation-goes-beyond-sports/2173677.
- Stephanie Loh, SAN DIEGO UNION-TRIBUNE: *College athlete unions raise myriad issues: From Tile IX to tax concerns, experts say the road ahead is challenging for Kain Colter and the Northwestern football players,* Apr. 1, 2014; available at: http://www.utsandiego.com/news/2014/apr/01/college-athletes-union-issues-kain-colter-capa/.
- Collin Binkley, THE COLUMBUS DISPATCH, *Feds probe gender equality in sports at Denison U.,* Mar. 30, 2014; available at: http://www.dispatch.com/content/stories/local/2014/03/30/feds-probe-gender-equality-in-sports-at-denison-u-.html.
- Todd C. Frankel, ST. LOUIS POST-DISPATCH, *What to do when a Eureka boy wants to play a 'girls sport'?,* Mar. 30, 2014; available at: http://www.stltoday.com/news/local/education/what-to-do-when-a-eureka-boy-wants-to-play/article_4fbe1d7a-6083-50dc-983d-4fa16602c096.html.
- Wire and Staff Reports, FLORIDA TIMES-UNION, *Decision to let Northwestern football players unionize could shake college sports world, Jacksonville civil rights attorney says ruling clears way for more equitable system,* Mar. 26, 2014; available at: http://jacksonville.com/sports/college/2014-03-26/story/decision-let-northwestern-football-players-unionize-could-shake.
- Lester Munson and Tom Farrey, ESPN, *NLRB's N'western ruling to be issued,* Mar. 26, 2014; available at: http://espn.go.com/espn/otl/story/_/id/10673274/national-labor-relations-board-official-set-decide-northwestern-football-players-campaign-unionize.

- Catherine Byerley, JACKSONVILLE BUSINESS JOURNAL, *Women Business Owners of North Florida recognized women leaders of 2013,* Mar. 11, 2014; available at: http://www.bizjournals.com/jacksonville/news/2014/03/11/women-business-owners-of-north-florida-recognized.html?page=all.
- Mary Sanchez, THE KANSAS CITY STAR, *MU had a duty to protect campus for all its students,* Jan. 29, 2014, available at: http://www.kansascity.com/opinion/opn-columns-blogs/mary-sanchez/article337676/MU-had-a-duty-to-protect-campus-for-all-its-students.html.
- Jason Marstellar, SWIMMING WORLD MAGAZINE, *Responses to USA Swimming's Vieth Report Run The Full Spectrum,* Jan. 28, 2014; available at: http://www.swimmingworldmagazine.com/news/responses-to-usa-swimmings-vieth-report-run-the-full-spectrum/.
- *The Stream*, AL JAZEERA, *The high price of Olympic Glory,* Jan. 9, 2014; available at: http://america.aljazeera.com/watch/shows/the-stream/the-latest/2014/1/9/the-high-price-ofolympicglory.html.
- Bob Ley, ESPN, *Outside the Lines: re; sexual abuse in club and Olympic sports,* January, 2014; available at: http://vimeo.com/84071457.
- Elliott Almond, SAN JOSE MERCURY-NEWS, *Mitch Ivey, famed swim coach, banned for sexual misconduct,* Nov. 26, 2013; available at: http://www.mercurynews.com/sports/ci_24604608/mitch-ivey-famed-swim-coach-banned-sexual-misconduct.
- Syd Zeigler, OUTSPORTS.COM, *The effective role of straight allies is as the supporters, not stars, of our movement*, Nov. 26, 2013; available at: http://www.outsports.com/2013/11/26/5147032/straight-allies-proper-role-lgbt-sports-movement.
- Craig Lord, SWIMVORTEX.COM, *Spitz '68 & '72 Teammate Mitch Ivey 'Banned for Life 'in US,* Nov. 25, 2013; available at: http://www.swimvortex.com/spitz-68-72-teammate-mitch-ivey-banned-for-life/.
- Scott Reid, ORANGE COUNTY REGISTER, *Swimming Coach Ivey banned for life,* Nov. 24, 2013; available at: http://www.ocregister.com/articles/swimming-538662-ivey-moran.html.
- Erik Brady, Jennifer Portman, and Dan Wolken, INDYSTAR, *Scrutiny intensifies on FSU QB Jameis Winston allegations,* Nov. 22, 2013; available at: http://www.indystar.com/story/sports/2013/11/22/scrutiny-intensifies-on-fsu-qb-jameis-winston-allegations/3672881/; USA TODAY available at: https://www.usatoday.com/story/sports/ncaaf/acc/2013/11/21/jameis-winston-sexual-assault-tallahassee-police-heisman-trophy/3669637/.
- Ed. Reshmi Kaur Oberoi, eWomen's News, THOMAS REUTERS FOUNDATION, *Teen Wrestler in Philly Pinned by Title IX Clause,* Nov. 5, 2013; available at: http://www.trust.org/item/20131106094819-w3sxk/?source=search.
- Liz Clarke, THE WASHINGTON POST, *2013 college basketball preview: Coaches grapple with line between discipline and abuse,* Nov. 1, 2013; available at: http://www.washingtonpost.com/sports/colleges/2013-college-basketball-preview-coaches-grapple-with-line-between-discipline-and-abuse/2013/11/01/2d7e1b60-3a55-11e3-a94f-b58017bfee6c_story.html.
- Charlie Boss, THE COLUMBUS DISPATCH, *Girls hanging tough on gridiron,* Sep. 3, 2013; available at: http://www.dispatch.com/content/stories/local/2013/09/03/girls-hang-tough.html.
- George Diaz, ORLANDO SENTINEL, *Russian Olympic Boycott over gay rights is pointless politics,* Aug. 27, 2013; available at: http://articles.orlandosentinel.com/2013-08-26/sports/os-george-diaz-gay-russia-olympics-0827-20130826_1_boycott-gay-rights-olympic-gold-medal.
- Kristi Dosh, ESPN, *Manziel jerseys hardly making A&M rich,* Aug. 10, 2013; available at: http://espn.go.com/blog/dallas/colleges/post/_/id/4684026/manziel-jerseys-hardly-making-am-rich.
- Judith Ohikuare, THE ATLANTIC, *How Sheryl Swoopes's Pregnancy Changed Professional Sports Forever,* Jul. 29, 2013; available at: http://www.theatlantic.com/sexes/archive/2013/07/how-sheryl-swoopess-pregnancy-changed-professional-sports-forever/278168/.

34

- Bill Speltz, THE MISSOULIAN, *Missoula swimming coach Berkoff says he fought against, not hid sexual abuse,* Jun. 3, 2013; available at: http://missoulian.com/news/local/missoula-swimming-coach-berkoff-says-he-fought-against-not-hid/article_02329f42-caf9-11e2-8e54-0019bb2963f4.html.
- Derek Whetmore, TWIN CITIES DAILY PLANET, *University of Minnesota Men's sports teams get almost three times the money as women's, raising equity concerns,* May 09, 2013; available at: http://www.tcdailyplanet.net/news/2013/05/09/university-minnesota-men-s-sports-teams-get-almost-three-times-money-women-s-raising.
- SWIMMING WORLD MAGAZINE, *Gender Gap Shrinking Worldwide in Aquatic Sports at Olympic Games,* May 8, 2013; available at: http://www.swimmingworldmagazine.com/news/gender-gap-shrinking-worldwide-in-aquatic-sports-at-olympic-games/.
- Abigail Perkiss, CONSTITUTION DAILY, *Quinnipiac settlement sheds light on Title IX compliance,* May 3, 2013; available at: http://blog.constitutioncenter.org/2013/05/quinnipiac-settlement-sheds-light-on-title-ix-compliance/.
- J. Brady McCollough, PITTSBURGH POST-GAZETTE, *Issue of boys playing on girls sports teams to be debated in PA.,* May 3, 2013; available at: http://www.post-gazette.com/sports/hsother/2013/05/03/Issue-of-boys-playing-on-girls-sports-teams-to-be-debated-in-Pa/stories/201305030285.
- James Bach, THE DIAMONDBACK ONLINE, *Towson University baseball bailout assailed,* Apr. 30, 2013; available at: http://www.diamondbackonline.com/news/local/article_505b55ba-b226-11e2-9254-001a4bcf6878.html.
- George Diaz, THE ORLANDO SENTINEL, *Deplorable Reality: Mike Rice coaching adolescent girls,* Apr. 21, 2013; available at: http://articles.orlandosentinel.com/2013-04-21/sports/os-george-diaz-mike-rice-0422-20130421_1_mike-rice-aau-girls-team-coaching.
- Maryclaire Dale, Associated Press, WATERLOO CEDAR FALLS COURIER, *Philly archbishop to allow coed youth football,* Mar. 15, 2013; available at: http://wcfcourier.com/sports/football/philly-archbishop-to-allow-coed-youth-football/article_63eb8d3e-8d32-11e2-8914-001a4bcf887a.html.
- Ashley Archibald, THE MALIBU TIMES, *Malibu High lights raise Title IX concerns,* Mar. 8, 2013; available at: http://www.malibutimes.com/news/article_98b1d6aa-881d-11e2-9a2b-0019bb2963f4.html.
- Maryclaire Dale, ATHENS BANNER-HERALD, *Girl Fights to play in Catholic football league,* Feb. 28, 2013; available at: http://onlineathens.com/faith/2013-02-28/girl-fights-play-catholic-football-league.
- Associated Press, USA TODAY, *PA girl defends her Catholic football league play,* Feb. 23, 2013; available at: https://www.usatoday.com/story/news/nation/2013/02/23/pa-girl-defends-her-catholic-football-league-play/1940991/.
- HUFFINGTON POST, *Caroline Pla Football Controversy: 11-Year-Old Girl Fights to Play In CYO League in Pennsylvania,* Feb. 22, 2013.
- Allie Grasgreen, INSIDE HIGHER ED, *Discretionary Discipline*, Feb. 8, 2013; available at: https://www.insidehighered.com/news/2013/02/08/critics-point-double-standards-discipline-after-texas-coaches-affairs.
- Jill Martin Wren, CNN, *Women's athletics a battle for respect,* Feb. 7, 2013; available at: http://www.cnn.com/2013/02/06/living/women-in-sports/.
- Grette Eliassen, ESPN, *NGWSD: Grete Eliassen's trip to Capitol Hill,* Feb. 6, 2013; available at: http://www.espn.com/blog/espnw/archive/_/month/february-2013/count/31.
- Lizzie Halden, ESPN, *Hats of to Hoyas,* Jan. 23, 2013; available at: http://www.espn.com/espnw/athletes-life/blog/post/3056/hats-hoyas.
- Christian Red, NEW YORK DAILY NEWS, *Pennsylvania governor Tom Corbett will sue NCAA over 'unprecedented and aggressive 'sanctions for Penn State,* Jan. 3, 2013; available at: http://www.nydailynews.com/sports/i-team/pa-gov-suit-claims-ncaa-crippled-penn-state-article-1.1231786.

35

- Roxanna Scott, USA TODAY, *Ex-Olympian says escort work related to depression,* Dec. 20, 2012; available at: https://www.usatoday.com/story/sports/olympics/2012/12/20/suzy-favor-hamilton-worked-escort-las-vegas/1783279/.
- Kelly Whiteside, USA TODAY, *Document details alleged abuse by speedskating coach,* Sep. 28, 2012; available at: https://usatoday30.usatoday.com/sports/olympics/story/2012/09/28/document-details-alleged-abuse-by-speedskating-coach/57849402/1.
- Erik Brady, USA TODAY, *Allegations of coaching abuse not unique,* Sep. 17, 2012; available at: https://usatoday30.usatoday.com/sports/olympics/story/2012/09/17/allegations-of-coaching-abuse-not-unique/57798202/1.
- Assoiated Press, ESPN, *Penn St. facing more legal trouble?,* Aug. 29, 2012; available at: http://www.espn.com/college-football/story/_/id/8314475/another-legal-headache-penn-state-nittany-lions-title-ix.
- Guido Vitt, ESPN The Magazine, *Women Who Will Change Way Sports Are Played,* Aug. 15, 2012; available at: http://xgames.espn.com/xgames/espnw/title-ix/article/7993164/espn-magazine-ix-women-change-way-sports-played.
- Talk of the Nation, NPR, *What Life Holds For Athletes After The Olympics,* Aug. 14, 2012; Available at: http://www.npr.org/2012/08/14/158778056/what-life-holds-for-athletes-after-the-olympics.
- Samantha Shapiro, ESPN, *Caught in the Middle,* Aug. 1, 2012; available at: http://www.espn.com/olympics/story/_/id/8192977/failed-gender-test-forces-olympian-redefine-athletic-career-espn-magazine.
- Rob Trucks, DEADSPIN, *How A Career Ends: Nancy Hogshead-Makar, Olympic Swimming Gold Medalist,* Jul. 31, 2012; available at: http://deadspin.com/5930611/how-a-career-ends-nancy-hogshead-makar-olympic-swimming-gold-medalist.
  - The Nieman Foundation at Harvard recognized Rob Trucks '2012 story on Professor Hogshead-Makar that included her rape in 1981.
- David Wharton, ORLANDO SENTINEL, *London Olympics: Women from three Muslim countries are pioneers,* Jul. 30, 2016; available at: http://articles.orlandosentinel.com/2012-07-30/sports/la-sp-oly-muslim-20120730_1_dalma-rushdi-malhas-saudi-arabia-london-olympics.
- Christian Red and Michael O'Keefe, NEW YORK DAILY NEWS, *Penn State sex abuse scandal could push NCAA to take severe action against university,* Jul. 14, 2012; available at: http://www.nydailynews.com/sports/college/penn-st-sex-abuse-scandal-push-ncaa-severe-action-university-article-1.1114475.
- Christine Brennan, USA TODAY, *Blade Runner Oscar Pistorius in London Olympics,* Jul. 4, 2012; available at: http://www.usatoday.com/sports/columnist/brennan/story/2012-07-04/oscar-pistorius-london-olympics-brennan/56020094/1.
- George Diaz, ORLANDO SENTINEL, *Penn State's neglect in Sandusky case stirs memories for rape survivor,* Jul. 4, 2012; available at: http://articles.orlandosentinel.com/2012-07-04/sports/os-george-diaz-penn-state-rape-0706-20120704_1_tim-curley-joe-paterno-penn-state.
- Chris Jansing, JANSING & CO., MSNBC, *Title IX: Beyond Sports,* Jun. 24, 2012; available at: https://vimeo.com/44752039.
- David Barron, HOUSTON CHRONICLE and ORLANDO SENTINEL, *Title IX proponents tout successes, say work is far from over,* Jun. 25, 2012; available at: http://articles.orlandosentinel.com/2012-06-25/sports/sns-mct-title-ix-proponents-tout-successes-say-work-is-20120625_1_university-interscholastic-league-neena-chaudhry-nancy-hogshead-makar.
- NPR, ONLY A GAME WITH BILL LITTLEFIELD, *40 Years After Title IX,* Jun. 23, 2012; available at: http://onlyagame.wbur.org/2012/06/23/title-ix-2.
- Christy Cabrera Chirinos, SUNSENTINEL, *Title IX: So much more to say,* Jun. 23, 2012; available at: http://articles.sun-sentinel.com/2012-06-23/sports/fl-title-ix-anniversary-quotes-0623-20120622_1_nancy-hogshead-makar-title-ix-athletics.
- Vicky Fulkerson, ORLANDO SENTINEL, *Coast Guard Academy's Stosz on 4th anniversary of Title IX: Without sports, I wouldn't be where I am today,'* Jun. 23, 2012; available at: http://articles.orlandosentinel.com/2012-06-23/sports/sns-mct-coast-guard-academys-stosz-on-40th-anniversary-of-20120623_1_title-ix-nancy-hogshead-makar-40th-anniversary.

- Sen. Tom Harkin, HUFFINGTON POST, *Forty Years and Counting: The Triumphs of Title IX,* Jun. 22, 2012; available at: http://www.huffingtonpost.com/sen-tom-harkin/forty-years-and-counting_b_1619803.html.
- Christine Brennan, USA TODAY, *Title IX, Now More than Ever,* Jun. 20, 2012; available at. http://www.usatoday.com/sports/columnist/brennan/story/2012-06-20/brennan-title-IX-needed-now-more-than-ever/55715430/1.
- NPR, WEEKEND EDITION SATURDAY WITH SCOTT SIMON, *In Sports Opportunities, Women Still Lag,* Jun. 19 2012; available at: http://www.npr.org/2012/06/23/155622564/in-sports-opportunities-women-still-lag.
- Mike Cullity, ESPN, *Equal Rights vs Title IX,* Jun. 15, 2012; available at: http://www.espn.com/high-school/girl/story/_/id/8055704/massachusetts-era-allows-boys-compete-girls-sports-such-field-hockey-swimming-volleyball-gymnastics.
- Associated Press, ESPN, *Team forfeits due to female opponent,* May 11, 2012; available at: http://www.espn.com/high-school/story/_/id/7918253/girl-baseball-player-15-cited-opponent-forfeit-phoenix.
- Jim Halley, USA TODAY, *Girls flag football grabs attention as growing sport,* May 1, 2012; available at: https://usatoday30.usatoday.com/sports/preps/football/story/2012-05-01/flag-football-for-girls-grabbing-attention/54855278/1.
- Kate Fagan and Luke Cyphers, ESPNW AND ESPN THE MAGAZINE, *Five Myths About Title IX,* Apr. 29, 2012; available at: http://espn.go.com/espnw/title-ix/article/7729603/five-myths-title-ix.
- Anna Clark, ESPN: GRANTLAND, *Hollywood's Lady All-Stars: Title IX in Movies,* Mar. 27, 2012; available at: http://grantland.com/features/a-league-their-own-million-dollar-baby-history-title-ix-movies/.
- Kayla McCulley, espnW, *KaylaMcCulley—Departing with a plan of action,* Sep. 28, 2011; available at: http://www.espn.com/espnw/w-in-action/summit/article/7032984/kayla-mcculley-departing-plan-action.
- Mechelle Voepel, ESPNW, *College athletes are already getting paid,* Jul. 18, 2011; available at: http://www.espn.com/college-sports/columns/story?columnist=voepel_mechelle&id=6739971.
- Petula Dvorak, THE WASHINGTON POST, *In women's sports, nity of fan's doesn't stick around,* Jul. 14, 2011; available at: https://www.washingtonpost.com/local/in-womens-sports-unity-of-fans-doesnt-stick-around/2011/07/14/gIQAldiAFI_story.html.
- Amy Rosewater, USOC, ASPEN INSTITUTE'S SPORT AND SOCIETY, *Sport for All, Play for Life,* May 16, 2011; available at: http://www.teamusa.org/news/2011/05/16/ohno-blackmun-discuss-youth-sports-in-washington/42329?ngb_id=3.
- Laura Gottesdiener, HUFFINGTON POST, *University of Delaware Title IX Sports Cuts: Questions Still Linger,* May 10, 2011; available at: http://www.huffingtonpost.com/2011/05/09/university-delaware-title-ix_n_859737.html. "Blaming Title IX is like blaming a younger sister for family expenditure of resources," said Nancy Hogshead-Makar, senior director of advocacy for the WSF and herself a former Olympic swimmer. "Men have been around for longer, but do you give the older child more resources just because he's older?"
- Katie Thomas, NEW YORK TIMES, front page, *Born on Sideline, Cheering Clamors to Be Sport,* May 3, 2011. "As long as it's actually operating as a sport, we welcome [the new sport of cheerleading] into the women's sports tent," said Nancy Hogshead-Makar, the senior director of advocacy at the Women's Sports Foundation. Like gymnastics or figure skating, she said, "this is another aesthetic sport that if done right could provide lots more girls with legitimate sports experiences." Available at: http://www.nytimes.com/2011/05/23/sports/gender-games-born-on-sideline-cheering-clamors-to-be-sport.html.
- Katie Thomas, NEW YORK TIMES, front page, *Gender Games: College Teams, Relying on Deception, Undermine Gender Equality,* Apr. 26, 2011. "The fraud is disheartening. Intercollegiate athletics are rare educational opportunities, subsidized with our tax dollars, which deliver superior lifelong returns on investment. When an athletic department engineers itself to produce only the appearance of fairness, they flout the law and cheat women." Available at: http://www.nytimes.com/2011/04/26/sports/26titleix.html?mtrref=undefined&gwh=7713895BBC5F165229572029461378AF&gwt=pay.

- Team USA, *IOC celebrates 100th International Women's Day,* Mar. 8, 2011; available at: http://www.teamusa.org/News/2011/March/08/IOC-celebrates-100th-International-Women-s-Day.
- The John Stossel Show, FOX BUSINESS, *The Debate over Title IX,* Feb. 3, 2011; debate with Allison Kasic on the impact of Title IX in collegiate sports.
- John Stossel, FOX NEWS, *Top 10 Politicians 'Promises Gone Wrong,* Dec. 15, 2010; available at: https://www.youtube.com/watch?v=TsUZkxyYJUk.
- David Moltz, INSIDE HIGHER ED, *NCAA Considers Transgendered Athletes,* Dec. 15, 2010; available at: http://www.insidehighered.com/news/2010/12/15/transgender_ncaa.
- Diane Pucin, LA TIMES, *Group names Irvin high school in Title IX complaint,* Nov. 10, 2010; available at: http://articles.latimes.com/2010/nov/10/sports/la-sp-irvine-title-ix-20101111.
- Gary Graves, USA TODAY, *Experts: Brett Favre may have to answer uncomfortable questions in NFL meeting,* Oct. 19, 2010; available at: http://content.usatoday.com/communities/thehuddle/post/2010/10/experts-brett-favre-may-have-to-answer-uncomfortable-questions-in-meeting-with-nfl/1 - .WRnWsBMrL6A.
- Sarah Netter, ABC NEWS, *Transgender Golfer Lana Lawlessues LPGA or Right to Compete,* Oct. 14, 2010; available at: http://abcnews.go.com/US/transgender-golfer-lana-lawless-sues-lpga-compete/story?id=11881508&page=2.
- Associated Press, FOX NEWS, *Group favoring Title IX reform blames laws for shrinking opportunities to play tennis,* Aug. 31, 2010; available at: http://www.foxnews.com/sports/2010/08/31/group-favoring-title-ix-reform-blames-law-shrinking-opportunities-play-college/.
- Associated Press, ESPN, *Study: Number of teams shrinking,* Aug. 31, 2010; available at: http://sports.espn.go.com/ncaa/news/story?id=5516733.
- Keith O'Brien, BOSTON GLOBE, *She Shoots, She Scores*, Aug. 1, 2010; available at: http://www.boston.com/bostonglobe/ideas/articles/2010/08/01/she_shoots_she_scores/
- CBS Radio: *The Michele Tafoya Show* - www.wcco.com/tafoya.
- Erik Brady, USA TODAY, *Women's Sports Foundation stays upbeat despite revenue loss,* Jun. 30, 2010; available at: http://usatoday30.usatoday.com/sports/2010-06-29-womens-sports-foundation_N.htm.
- Noah Trister, ASSOCIATED PRESS and USA TODAY, *Group raises concerns over Title IX, men's soccer,* Jun. 10, 2010; available at: http://usatoday30.usatoday.com/sports/soccer/2010-06-10-641226200_x.htm.
- Katie Thomas, NEW YORK TIMES, *No Tackling, but a Girls Sport Takes Some Hits,* May, 15, 2010; available at: http://www.nytimes.com/2010/05/16/sports/16flag.html.
- Mark Viera, THE WASHINGTON POST, *Department of Education Repeals 2005 Amendment to Title IX,* Apr. 21, 2010; available at: http://www.washingtonpost.com/wp-dyn/content/article/2010/04/20/AR2010042004868.html.
- Associated Press, USA TODAY, *Department of Education repeals Bush-era policy on Title IX,* Apr. 20, 2010; available at: http://usatoday30.usatoday.com/sports/college/2010-04-20-title-ix-policy-repealed_N.htm.
- Katie Thomas, NEW YORK TIMES, *Rule Change Takes Aim at Loop Hole in Title IX,* Apr. 20, 2010; available at: http://www.nytimes.com/2010/04/20/sports/20titleix.html.
- Buddy Collings, ORLANDO SENTINEL, *Lawyers delay FHSAA suit,* Aug. 1, 2009; available at: http://articles.orlandosentinel.com/2009-08-01/sports/high_1_fhsaa-makar-hogshead.
- Katie Thomas, NEW YORK TIMES, *Florida Drops Budget Plan That Favored Prep Football,* Jul. 15, 2009; available at: http://www.nytimes.com/2009/07/16/sports/16football.html.
- Buddy Collings, ORLANDO SENTINEL, *FHSAA seeks to have suit over games reductions thrown out,* Jul. 8, 2009; available at: http://articles.orlandosentinel.com/2009-07-08/sports/fhsaa08_1_fhsaa-makar-school-districts.
- Buddy Collins, ORLANDO SENTINEL, *Judge does FHSAA a favor scheduling hearing after board meeting,* Jun. 24, 2009; available at: http://articles.orlandosentinel.com/2009-06-24/sports/hscollings24_1_fhsaa-board-meeting-board-of-directors.

- Buddy Collins, ORLANDO SENTINEL, *Group files lawsuit due to football 'bias,'* Jun. 17, 2009; available at: http://articles.orlandosentinel.com/2009-06-17/sports/fhsaa17_1_fhsaa-makar-hogshead.
- Brent Jones, USA TODAY ASSOCIATED PRESS, ED., *Florida parents sue over gender discrimination in schedule change,* Jun. 16, 2009; available at: https://usatoday30.usatoday.com/sports/preps/2009-06-16-florida-discrimination-lawsuit_N.htm.
- Buddy Collings, ORLANDO SENTINEL, *FHSAA feeling the heat,* Jun. 13, 2009; available at: http://articles.orlandosentinel.com/2009-06-13/sports/hs_1_fhsaa-makar-hogshead.
- Buddy Collins, ORLANDO SENTINEL, *FHSAA still ponders cutbacks in schedule,* Jun. 10, 2009; available at: http://articles.orlandosentinel.com/2009-06-10/sports/hs_1_fhsaa-makar-hogshead.
- Christine Brennan, USA TODAY, *After turning pool into fountain of youth, Torres set for Games,* Jul. 6, 2008; available at: https://usatoday30.usatoday.com/sports/columnist/brennan/2008-07-06-torres_N.htm.
- Christinne Brennan, *USA TODAY, Kids 'swims are true trials for edgy parent*s, Jul. 1, 2008; available at: http://usatoday30.usatoday.com/sports/columnist/brennan/2008-07-01-brennan-comment-swim_N.htm.

# Report by
# DONNA LOPIANO, PH.D.

## SAGE OHLENSEHLEN, et al

### v.

## THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa

### Case Number 3:20-cv-00080-SMR-SBJ
### United States District Court
### for The Southern District of the State of Iowa

## I.  SCOPE OF OPINIONS TO BE RENDERED

I have been asked to prepare a report giving my opinions on (a) whether the manner in which the University of Iowa ("UIowa") has acted to restructure its athletics program treats male and female athletes equitably, (b) whether the UIowa intercollegiate athletics program provides equitable participation opportunities, scholarship and recruiting support as required by Title IX of the Education Amendments of 1972, (c) whether the UIowa's plans to count prospective participants for the 2021-22 academic year comport with proper Title IX participant counting methodology and how equity in athletics participation is assessed and (d) the extent to which, the student-athlete plaintiffs in this case would be likely to suffer irreparable harm as a result of the elimination of the varsity sports in which they participate at the UIowa.  My opinions are based upon my expertise in sports management and gender equity in sport, my review of a limited number of documents provided to me to date regarding the factual situation in this case, my knowledge of National Collegiate Athletic Association and other sports governance association rules related to the classification of sports, teams, events, and eligibility to participate in college sports, and my knowledge of how higher education institutions engage in recruiting students to participate in their intercollegiate athletics programs.

## II.  EXPERT QUALIFICATIONS

I am the president of Sports Management Resources, LLC ("SMR"), a consulting practice that focuses on helping educational institutions and sport organizations solve sports program integrity, equity, growth, and management challenges.  My practice includes an emphasis on the development and implementation of model policies governing the management of sports programs conducted by educational and open amateur sport organizations.

Before founding SMR in 2008, I was the Chief Executive Officer of the Women's Sports Foundation, a national 501(c)(3) not-for-profit education organization located in East Meadow, New York (1992-2007). I previously served as a coach, assistant professor, and athletics director at various NCAA institutions, including 18 years as Director of Women's Athletics at the University of Texas at Austin (1975-1992). I also served as president of the Association of Intercollegiate Athletics for Women, the organization that formerly regulated women's intercollegiate athletics prior to the National Collegiate Athletic Association, the National Association for Intercollegiate Athletics and the National Junior College Athletic Association offering programs for women. I have received many national and international awards recognizing my work in gender equity and sports management.

I am considered one of the foremost national experts on gender equity in athletics. I have testified about gender equity before congressional committees and state and federal administrative commissions several times. At the Women's Sports Foundation, I oversaw the production of numerous research projects related to gender equity and sports participation of girls and women, including a comprehensive study of the Office of Civil Rights Title IX athletics enforcement efforts. I have also served as a gender equity consultant to state education agencies, school districts, and institutions of higher education and continue to do so as President of Sports Management Resources, LLC, a consulting firm that I founded in 2008.

I am also considered an expert in athletics administration and sports management. I have taught a wide range of graduate and undergraduate university-level courses involving the management of open amateur, professional, interscholastic and intercollegiate sport, assisted open amateur sport organizations, colleges and universities in dealing with management challenges and assessing their organizational climates with regard to gender and racial diversity, and have spoken

*Plaintiffs' TRO Appendix - 0093*

at numerous conferences on these subjects.  I am currently an adjunct professor at Southern Connecticut State University teaching both undergraduate and graduate courses in sports management.  I train future athletic directors and sports administrators.  I present workshops for coaches and athletic administrators that educate them about risk management related to Title IX compliance, both with regard to athletics participation and sexual harassment.  I train school and college Title IX compliance officers regarding the methodology of performing Title IX athletics assessments.  With Dr. Connee Zotos, I have authored the *Athletic Director's Desk Reference,* considered by most to be the most comprehensive policy compilation focused on meeting the needs of high school and college athletic directors, and have written numerous articles on gender equity in sports, sports management, intercollegiate athletics reform, and the benefits of sports participation for women and girls.

My expert qualifications are based upon my education, academic background, previous employment, experience, and other related factors.  My background and qualifications, as well as a listing of my publications, to the best of my recollection, are set forth in the attached curriculum vitae as Exhibit A.  My www.SportsManagementResources.com web site contains my blogs on athletics issues and other policy-related advice produced by me that are not included in my curriculum vitae.

## III.     OTHER CASES IN WHICH THE EXPERT HAS TESTIFIED

The cases in which I was retained to testify as an expert are included on pp. 6-8 in my curriculum vitae at Exhibit A.

## IV.    COMPENSATION

SMR's consulting fees and terms are attached at Exhibit B. I have agreed to charge at the following specified hourly rates for my preparation and consulting services on this case:

- $250 per hour for report preparation

- $200 per hour for consultation with attorneys related to preparation for expert reports or depositions

- $500 per hour for deposition or court testimony

- $2,500 per day for site visits

- No charge for hours spent traveling

- Actual out-of-pocket expenses.

## V.    DOCUMENTS, DATA OR INFORMATION CONSIDERED IN THE FORMATION OF EXPERT OPINIONS

My opinions are based upon my expertise in sports management and gender equity in sport and my review of documents provided to me to date.  The documents and sources relied upon in the formulation of my opinions for this report are listed in Exhibit C.   I reserve the right to review and rely on additional relevant documents that may have been requested but not yet delivered, depositions which have yet to be taken in this case or other information which comes to my attention following the date of submission of this report and to prepare an additional report(s) that reflects such new information if requested.  Finally, I reserve the right to depend on information

that I am able to recollect based on questions asked of me following the submission of this document and during my testimony at deposition or trial.

## VI.   OPINIONS

1.   **Opinion, not legal judgments.** I am neither an attorney nor a judge or member of a jury charged with the responsibility of determining whether actions taken by UIowa or its administrators constitute illegal discrimination.  Rather, my expertise and opinions are advisory and based on my years of experience as an athletic director, an academic, researcher, teacher and consultant who educates coaches and administrators on what constitutes gender equity and management practice.  Thus, any opinions rendered for this report as to whether UIowa data or practices meet Title IX standards of gender equitable participation or treatment, are my expert opinions and not intended to usurp the authority of a judge or jury to render a legal judgment related to whether a fact situation complies with Title IX.  It is within this context that I was asked to address the matters for this case.

2.   **Issues to be addressed.**  On August 21, 2020, the University of Iowa Director of Athletics announced that four varsity athletic programs would be eliminated in the 2021-22 academic year: women's swimming and diving, men's swimming and diving, men's tennis and men's gymnastics.  I was asked to opine whether the decisions made were equitable or gender neutral, whether the manner in which UIowa intends to eliminate sports or count participants would be considered proper under Title IX, and whether the student-athlete plaintiffs in this case would be likely to suffer irreparable harm as a result of the elimination of their varsity sport.

**3.  I opine that from 2003-04 through the present (18 years), UIowa failed to meet Title IX's Prong One participation requirement - providing male and female athletes with athletics participation opportunities proportional to the percent of males and females in the undergraduate student population.**   There are three options to meet the equal participation opportunity standard, typically referred to as Prongs One, Two and Three:

> 1.  *Whether intercollegiate level participation opportunities for male and female students are provided in numbers substantially proportionate to their respective enrollments; or*
>
> 2.  *Where the members of one sex have been and are underrepresented among intercollegiate athletes, whether the institution can show a history and continuing practice of program expansion that is demonstrably responsive to the developing interests and abilities of that sex; or*
>
> 3.  *Where the members of one sex are underrepresented among intercollegiate athletes, and the institution cannot show a continuing practice of program expansion such as that cited above, whether it can be demonstrated that the interests and abilities of the members of that sex have been fully and effectively accommodated by the present program.*
>
> *-- 44 Fed. Reg. at 71418 (the "Three-Part-Test")*

The first prong reflects the goal of actual equity in which each male and female student has the same opportunity to participate in intercollegiate athletics.  The second and third prongs reflect alternative means of compliance that explain why actual equity may not be possible at a given institution. Under the first prong, an institution achieves actual equity when the percentage of female athletes is substantially proportionate to the percentage of full-time female students enrolled at the institution.  If 50% of an institution's full-time students are female, then 50% of the institution's athletes should be female.   In other words, if an institution has 1000 students (500 males and 500 females) but only enough resources to offer 500 athletic participation opportunities, to achieve actual equity, it must offer 250 of those opportunities to males and 250 of those opportunities to females.  Each male and each female will then have an equal 1 in 2 chance of

playing sports.  If the school instead created 300 slots for males and only 200 slots for females, then each male student would have a 3 in 5 chance of playing sports while each female would only have a 2 in 5 chance of playing sports.

An institution's permissible deviation from actual proportionality is also fact specific.  The allowable variance is not a percentage <u>but the number of participation opportunities or participants that is less than the size of a team for the underrepresented sex that could be added that is represented by that percentage</u>.  As the Department of Education Office of Civil Rights explained in their 1996 Clarification of the Three-Part Test (at pp. 9-10):

> *OCR would also consider opportunities to be substantially proportionate when the number of opportunities that would be required to achieve proportionality would not be sufficient to sustain a viable team, i.e., a team for which there is a sufficient number of interested and able students and enough available competition to sustain an intercollegiate team.  As a frame of reference in assessing this situation, OCR may consider the average size of teams offered for the underrepresented sex, a number which would vary by institution.*

> *For instance, Institution A is a university with a total of 600 athletes.  While women make up 52 percent of the university's enrollment, they only represent 47 percent of its athletes.  If the university provided women with 52 percent of athletic opportunities, approximately 62 additional women would be able to participate.  Because this is a significant number of unaccommodated women, it is likely that a viable sport could be added.  If so, Institution A has not met part one.*

> *As another example, at Institution B women also make up 52 percent of the university's enrollment and represent 47 percent of the Institution B's athletes.  Institution B's athletic program consists of only 60 participants.  If the University provided women with 52 percent of athletic opportunities, approximately 6 additional women would be able to participate.  Since 6 participants are unlikely to support a viable team, Institution B would meet part one.*

In other words, if the school has a large number of athletes, the allowable <u>percent</u> variance will be smaller than a school with a small number of athletes.  That's why a school needs to compute what the percentage represents in actual participation opportunities.

Here's another practical example and step-by-step breakdown of that computation process. For example, a large institution with 5,500 female students (55%) and 4,500 male students (45%) should ideally offer 550 out of its 1,000 athletic participation opportunities (55%) to females and 450 out of its 1,000 opportunities (45%) to men.   If the school offered only 520 of its 1000 opportunities (52%) to females and 480 to men (48%), the school could take 30 opportunities away from male athletes and add a team of 30 (like women's soccer or lacrosse) to reach proportionality. But most schools wish to remedy the underrepresentation of females without reducing men's participation.   So, the school begins by computing the number of females that would have to be added (the female participation gap) if the current 480 male participants remained constant and comprised 45% of all athletes and the number of females comprised 55% of all athletes.   An easy mathematical way to compute the female participation gap in this fact situation is as follows:

- Divide the number of male athletes (overrepresented sex) by their percent of the undergraduate student body (480 divided by .45) – to get the <u>total number of athletes</u> is male athletes were 45% of all athletes--in this example = 1067 total athletes

- Then subtract the actual number of male athletes (480) and the actual number of female athletes (520) to find the number of new female participation opportunities that must be added for females to be 55% of all athletes – in this example, 1067 minus the 1000 current male and female athletes = 67

- Now check your math:

  o Current females are 520 plus new females will be 67 = 587 total female athletes. 587 is 55% of 1067.

  o Current males are 480.  480 is 45% of 1067.

*Plaintiffs' TRO Appendix - 0099*

Now the school considers multiple options to achieve proportionality.  It can choose to add two new women's teams, maybe soccer and lacrosse to solve the 67 female participation gap.  Or, it might choose to slightly reduce some of its larger men's teams like football and track and field (termed "roster management") and add one women's team.

To summarize, the school knows it doesn't have to achieve exact proportionality – just close enough so the female participation gap is less than the size of any team that could be added to reach proportionality without flipping underrepresentation to the opposite sex.

The application of Prong One was reaffirmed in OCR's 1996 Clarification of the Three-Part test and has been included in the NCAA's gender equity materials for many years.  When the Department of Education's 2002-2003 Commission on Opportunity in Athletics (the "Title IX Commission") recommended a more lenient standard, OCR rejected it.  Thus, this application is commonly understood by all schools.

The athletic participation opportunities counted by schools are at the core of Title IX compliance.   Prior to the 1990's, schools universally failed to offer equitable participation opportunities for women.  In the early to mid-1990s, two major events happened to force schools to pay attention to their participation numbers.  First, courts began to hear and rule on Title IX cases. In <u>Franklin v. Gwinnett County Schools</u>, 503 U.S. 66 (1992), the Supreme Court held that institutions can be sued in court for money damages.  In cases against Brown University and Colorado State University, schools that could not comply with Prong Two and Three and were not in compliance with Prong One proportionality and tried to eliminate women's teams to reach proportionality, the courts adopted and applied the 1979 Policy Interpretation (including the three-part test) and ordered institutions to reinstate those sports teams.  Second, Congress passed the Equity in Athletics Disclosure Act in 1994 ("EADA").  20 U.S.C. 1092(g).  The EADA required

schools to start reporting information such as student enrollment and student athletic participation starting with the 1995-1996 academic year.  The EADA information can be used to calculate whether an institution meets the substantial proportionality requirement of Prong One and, if not, how large the gap is between the number of athletic opportunities an institution offers and how many it must offer to meet Prong One.[1]   Table 1 below shows UIowa's Prong One female participation gaps for the last 18 years.

Table 1.  University of Iowa Athletics Female Participation Gaps
2003-04 through Projected 2019-20 and 2020-21

| Survey Year | Male Under Grad | Percent Male Under Grad | Female Under Grad | Percent Female Under Grad | Total Under Grads | Total Male Athletes | Percent Male Athletes | Total Female Athletes | Percent Female Athletes | Total Athletes | Female Particip. Gap - # athletes to be added* | Percent Shortfall Female Opport. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003-04 | 8196 | 46.1% | 9578 | 53.9% | 17774 | 407 | 53.2% | 358 | 46.8% | 765 | 118 | -7.1% |
| 2004-05 | 8201 | 45.9% | 9678 | 54.1% | 17879 | 405 | 55.9% | 319 | 44.1% | 724 | 159 | -10.1% |
| 2005-06 | 8485 | 46.6% | 9709 | 53.4% | 18194 | 429 | 57.8% | 313 | 42.2% | 742 | 178 | -11.2% |
| 2006-07 | 9541 | 47.0% | 10759 | 53.0% | 20300 | 395 | 54.8% | 326 | 45.2% | 721 | 119 | -7.8% |
| 2007-08 | 10035 | 48.0% | 10872 | 52.0% | 20907 | 404 | 56.7% | 308 | 43.3% | 712 | 130 | -8.7% |
| 2008-09 | 9063 | 48.9% | 9478 | 51.1% | 18541 | 431 | 55.4% | 347 | 44.6% | 778 | 104 | -6.5% |
| 2009-10 | 8963 | 48.9% | 9356 | 51.1% | 18319 | 387 | 51.9% | 359 | 48.1% | 746 | 45 | -2.9% |
| 2010-11 | 9119 | 48.3% | 9776 | 51.7% | 18895 | 380 | 49.3% | 391 | 50.7% | 771 | 16 | -1.0% |
| 2011-12 | 9282 | 48.4% | 9876 | 51.6% | 19158 | 400 | 49.6% | 406 | 50.4% | 806 | 20 | -1.2% |
| 2012-13 | 9419 | 48.4% | 10030 | 51.6% | 19449 | 409 | 49.6% | 415 | 50.4% | 824 | 21 | -1.2% |
| 2013-14 | 9289 | 48.1% | 10012 | 51.9% | 19301 | 419 | 52.2% | 384 | 47.8% | 803 | 68 | -4.1% |
| 2014-15 | 9301 | 48.0% | 10074 | 52.0% | 19375 | 391 | 50.5% | 383 | 49.5% | 774 | 40 | -2.5% |
| 2015-16 | 9394 | 47.7% | 10318 | 52.3% | 19712 | 409 | 50.5% | 401 | 49.5% | 810 | 48 | -2.8% |
| 2016-17 | 9801 | 47.4% | 10889 | 52.6% | 20690 | 407 | 48.6% | 430 | 51.4% | 837 | 22 | -1.3% |
| 2017-18 | 9899 | 47.0% | 11180 | 53.0% | 21079 | 384 | 48.2% | 413 | 51.8% | 797 | 21 | -1.2% |
| 2018-19** | 10010 | 46.4% | 11546 | 53.6% | 21556 | 382 | 49.2% | 394 | 50.8% | 776 | 47 | -2.8% |
| 2019-20*** | 9733 | 45.8% | 11501 | 54.2% | 21234 | 391 | 51.4% | 370 | 48.6% | 761 | 92 | -5.5% |
| 2020-21*** | 9107 | 45.0% | 11146 | 55.0% | 20253 | 423 | 52.9% | 377 | 47.1% | 800 | 141 | -7.9% |

*The female participation gap represents the number of female participation opportunities that would need to be added if male participation remained constant AND was equal to the percent males in the undergraduate student body.  Computation:  Divide actual number of male athletes by percent of males in the undergraduate population to determine what the total athlete population would be if actual male participation was equal to percent of males in the undergraduate student body.  Then subtract actual number of male athletes and actual number of female athletes.  The resulting number is the female participation gap - the number of female athletes which would need to be added for female athletes to equal their percent of the undergraduate student body.

**Female athlete participation adjusted to reflect 15 male practice players, lowering EADA from 409 to 394.

***EADA reports are not available for 2019-20 or 2020-21.  Thus, UIowa Office of the Registrar Student Fall Student Enrollment profiles were used for full-time undergraduate male and females for those years respectively.  Male and female roster numbers displayed on the UIowa website were used for those same years.  Note that the cross country roster on the web site was available separate from a single team track roster. The single track number was doubled with the assumption that all track team members participated in both indoor and outdoor track which are separately counted under Title IX.  Thus, these numbers are estimates.  2020-21 numbers are highly suspect as EADA roster numbers are based on the date of first competition which as of the date of this report, could not be known for all fall and winter sports.

---

[1]    Annual EADA reports are not Title IX compliance reports.  Rather, these reports are conditions of funding under the Higher Education Act (20 U.S.C. 1092(g)).  They were "designed to make prospective students and prospect student-athletes aware of an institution of higher education's commitment to providing equitable athletic opportunities for its men and women students."

*Plaintiffs' TRO Appendix - 0101*

Note that EADA reports are available only up to 2018-19.   2019-20 and 2020-21 full-time undergraduate enrollment data were taken from UIowa Office of the Registrar Student Enrollment Profiles for those years and athlete participation data are based on rosters taken from the UIowa web site for those years (see https://hawkeyesports.com/).

Note that DOE OCR determined that UIowa was not eligible to use Prongs Two or Three described on p. 7 of this report because it could not show a "continuing practice of program expansion," having eliminated two women's sports in the 1970's and failed to immediately replace those opportunities with other sports.[2]   Thus, UIowa was required to meet the Title IX proportionality standard.

Table 1 shows that from 2003-04 through the present (18 years), UIowa has failed to provide male and female athletes with athletics participation opportunities proportional to the percent of males and females in the undergraduate student population.  I opine that given the EADA female participation gap data that appears in Table 1, it is clear that in every year for 18 years, the gaps exceed the allowable Prong One variance, ranging from a low of 16 to a high of 178. And specifically, the latest data available from 2018-2019, 2019-20 and 2020-21 demonstrate gap of 47, 92 and 141 respectively--prior to eliminating women's swimming and diving, as well as the other men's teams.

I further opine that these gaps are substantially larger than depicted in Table 1 because UIowa has overstated its female athlete participation on its EADA reports, upon which Table 1 through 2018-19 is based.  I explain these overcounts in the next section.  The participation data

---

[2]   See January 10, 2019 DOE OCR resolution of Title IX complaint, which acknowledges that UIowa provided this information and could not use Prongs Two or Three.  Twelve women's sports were added in 1972-73, two were eliminated in 1973-75, and no additional women's sports were added until 1994-95 (women's rowing) and women's soccer was added in 1997-98.  No other sports have been added since that time.

is so questionable that it should not have been relied upon to annually assure the government that it was in compliance with Title IX[3] or to assure DOE OCR that it had met the participation requirements of its 2018 resolution agreement.

**4. I opine that UIowa has been consistently over counting female participants, but particularly in those years since it was the subject of a Title IX athletics complaint (2015-16 through 2018-19).** Without being able to examine UIowa NCAA Squad Lists, NCAA Hour Limitation Records and actual competition records, which I anticipate being able to obtain through discovery for this case, I cannot accurately quantify the exact overcount numbers for each year. However, in this section, I attempt to explain why I am sure this overcounting has occurred and to quantify numbers when possible.

**4.a. Women's Basketball, Soccer and Volleyball Overcounts.** As previously mentioned, EADA reports are Higher Education Act mandates and not Title IX compliance reports. They do not have the same counting rules. There are some idiosyncrasies of EADA reporting instructions that produce over counts. Amazingly, the EADA Users Guide instructs schools to count "male practice players" on a women's team as female participants.[4] Only in the most recent year of the EADA database does a "caveat" field report these male practice players. This information cannot be retrieved for earlier years via the online database (but is available through discovery). I can explain why I am sure that from 2015-16 through 2018-19 male practice players were counted as female participants and I can quantify that count in 2018-19. In the 2018-19 season, the UIowa

---

[3]   Institutions of higher education, as recipients of federal funds, must annually attest that they are in compliance with Title IX by signing a Certificate of Assurance. Such an assurance is a condition for receipt of federal financial assistance.

[4]   Specifically, "Male practice players who are listed on the women's team roster as of the day of the first scheduled contest should be counted as participants on the women's team." at p. 22 in United States Department of Education Office of Postsecondary Education (OPE). (2009) User's Guide for the Equity in Athletics Act Web-Based Data Collection.

EADA report listed 15 male practice players in the "caveat" field of the report to specify the number of males included in the female athlete participant counts in three sports: 10 in women's basketball, four in women's soccer and one in women's volleyball. Thus, considering these three sports alone, instead of the EADA report total of 409 female athletes, there were actually only 394 female participants and, instead of a female participation gap of 32, the gap was 47.

Assuming that in these sports, coaches regularly used male practice players, Table 2 shows a comparison of EADA participant numbers compared to roster numbers reported on the UIowa web site. Note that the data starts in 2007-08 because web site rosters were not available for previous years, and EADA reports are only available up to 2018-19, thereby not permitting comparisons after that date.

Table 2.  UIowa Women's Sports Typically Using Male Practice Players
Who May have been Counted as Female Participants on EADA Reports:
A Comparison of EADA Participant Counts and UIowa
Web Site Roster Counts: 2007-08 to 2018-19

| Sports | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 | 16-17 | 17-18 | 18-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basketball EADA | 13 | 13 | 14 | 12 | 15 | 17 | 14 | 15 | 26 | 21 | 20 | 23 |
| Basketball WEB | 13 | 12 | 13 | 12 | 14 | 13 | 11 | 14 | 12 | 13 | 11 | 13 |
| Difference from EADA | 0 | 1 | 1 | 0 | 1 | 4 | 3 | 1 | 14 | 8 | 9 | 10 |
| | | | | | | | | | | | | |
| Soccer EADA | 29 | 28 | 31 | 24 | 28 | 27 | 28 | 29 | 36 | 33 | 33 | 33 |
| Soccer WEB | 29 | 26 | 27 | 24 | 27 | 24 | 22 | 28 | 28 | 31 | 27 | 29 |
| Difference from EADA | 0 | 2 | 4 | 0 | 1 | 3 | 6 | 1 | 8 | 2 | 6 | 4 |
| | | | | | | | | | | | | |
| Volleyball EADA | 15 | 20 | 19 | 17 | 18 | 17 | 18 | 17 | 18 | 19 | 17 | 16 |
| Volleyball WEB | 13 | 18 | 11 | 13 | 15 | 16 | 18 | 16 | 14 | 16 | 15 | 15 |
| Difference from EADA | 2 | 2 | 8 | 4 | 3 | 1 | 0 | 1 | 4 | 3 | 2 | 1 |

Looking at the last four years above, I believe that the difference between the EADA counts and the web roster counts for at least the last four-year period, represented the impact of counting male

Plaintiffs' TRO Appendix - 0104

practice players.  The total overcounts in all three sports was 26 in 2014-15, 13 in 2016-17, 17 in 2017-18 and 15 in 2018-19.

      **4.b.  Inflated rowing rosters.**   Another sport typically selected to add to women's college programs because it is easy to inflate the number of participants is rowing.  The average size of a Division I women's rowing team in 2018-19 was 62.[5]  Table 3 below reveals that the UIowa athletics web site roster numbers in <u>ALL</u> years do not come close to the number of female athletes reported on the EADA report.

Table 3.     Comparison of EADA Participant Counts and
UIowa Web Site Roster Counts for Women's Rowing

| Sports | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 | 16-17 | 17-18 | 18-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rowing EADA | 65 | 79 | 74 | 96 | 108 | 105 | 92 | 89 | 102 | 90 | 91 | 94 |
| Rowing WEB | 50 | 57 | 60 | 49 | 56 | 48 | 59 | 63 | 64 | 62 | 61 | 48 |
| Difference from EADA | 15 | 22 | 14 | 47 | 52 | 57 | 33 | 26 | 38 | 28 | 30 | 46 |

I believe that UIowa may be substantially over counting its female rowers.

      **4.c.  Over counting female cross country runners.**  Another idiosyncrasy of the EADA reports is the fact that the EADA report does not separate the reporting of cross country from outdoor track and indoor track; rather the school reports "All Track Combined" which includes all three of these sport rosters.  The UIowa web site reports cross country separate from track and field but does not report indoor track and field separate from outdoor track and field.  Participant counting under Title IX requires separate counts for each of these three programs.  These three sports are those in which schools typically artificially inflate women's rosters by encouraging women on campus or recruited athletes in other sports to come tryout for the team, keep them on the team through the first day of competition, which is the day of the official EADA participant count, and then, not continue to participate.  At that point, they either attend practices or not and

---

[5]     Ibid.

*Plaintiffs' TRO Appendix - 0105*

either participate in no competitions or are purposely entered in one home competition in order to defend counting them as team members.

For example, the 2018 UIowa women's cross country web roster listed 27 participants. Seventeen of the 27 participated in multiple cross country meets and were obviously legitimate cross country runners; four participated in only the one home Hawkeye Cross Country Invitational and no other contests; and six did not participate in any cross country events.[6]  Another example, for the 2017-18 season, the UIowa cross country web roster listed 21 participants.  Twelve of the 21 participated in multiple meets; six participated in the only home meet and no other contests; and three did not participate in any meets.  Another example, for the 2016 season, the UIowa women's cross country web roster listed 24 participants.  Fourteen of the 24 participated in multiple cross country meets; five participated in only the one home Hawkeye Cross Country Invitational and no other contests; and five did not participate in any cross country events.[7] In cross country there are no limits to competition entries.  A school may enter one or two teams of seven runners, with the five fastest times counting as the team scores for each.  There is no limit on the number of additional individual runners who can run the event as "unattached."  In Division I, it is not plausible to maintain that participants just want to practice and never compete.  Thus, any cross country runner who is never entered into an event is suspected to be a "ghost" participant – someone who wasn't really a legitimate member of the team.

It could be that several of these cross country runners on the team I examined were injured and not able to compete.  However, that there were six such injured athletes in 2018, three in 2017, and five in 2016 who could not compete is unusual based on my experience as an athletic director.

---

[6]   The TFRRS online database was used to retrieve the actual competition and performance records of each member of the 2018 UIowa women's cross country team.  U.S. Track & Field and Cross Country Coaches Association.  TFRRS database.  Retrieve from:  https://www.tfrrs.org/

[7]   Ibid. for 2016.

*Plaintiffs' TRO Appendix - 0106*

Again, without looking at the NCAA Squad List and the institution's NCAA Hour Limitation Record,[8] I cannot make an accurate participant count.  However, just looking at these three examples of the 2018, 2017, and 2016 women's cross country team roster fact situation, based on my experience with institutions cheating on participant counts, and knowing that the average size of a Division I women's cross country team is 17[9] (while UIowa reports 27 in 2018-19, 21 in 2017-18, and 24 in 2016-17), I suspect that this participant count reflects purposefully inflating the women's cross country teams by the mechanism I described. During discovery, I would consider the cross country counts to be suspect, reserving the right to carefully examine these numbers.

**4.d**. **Over counting female indoor and outdoor track participants.** As previously mentioned, the EADA report does not separate the reporting of cross country from outdoor track and indoor track; rather the school reports "All Track Combined" which includes all three of these sport rosters.  The UIowa web site reports cross country separate from track and field but does not report indoor track and field separate from outdoor track and field.  Participant counting under Title IX requires separate counts for each of these three programs.  Like cross country, indoor and outdoor track are sports in which schools typically artificially inflate women's rosters by encouraging women on campus or recruited athletes in other sports to come tryout for the team, keep them on the team through the first day of competition, which is the day of the official EADA participant count, and then, not continue to participate.  Or, a school just counts everyone who

---

[8]   Note that participation in a competition is not required in order to count as a participant; An athlete who participates in the majority of teams practices and never gets into a game does count.  The *NCAA 2020-21 Division I Manual* at pg. 259, describes the record: **17.1.7.3.4 Hour-Limitation Record.** Countable hours must be recorded on a daily basis for each student-athlete regardless of whether the student-athlete is participating in an individual or team sport. Any countable individual or group athletically related activity must count against the time limitation for each student-athlete who participates in the activity but does not count against time limitations for other team members who do not participate in the activity.

[9]   National Collegiate Athletics Association. (2019) Student-Athlete Participation 1981-82 – 2018-19 NCAA Sports Sponsorship and Participation Rates Report.  See 2018-19 data at pg. 82.  Retrieved from: https://ncaaorg.s3.amazonaws.com/research/sportpart/2018-19RES_SportsSponsorshipParticipationRatesReport.pdf

*Plaintiffs' TRO Appendix - 0107*

comes out for track twice, once for indoor and once for outdoor whether or not they participate in an indoor or outdoor competition.

Because 2018-19 was the last year of the EADA reports for which I also could access a web roster, I used TFRRS[10] to compare indoor and outdoor track and field to see whether all those reported on the web roster actually participated in both seasons.  The 2018-19 web roster reported 53 participants, 47 of whom participated in at least one event for indoor and 46 of whom participated in at least one event for outdoor for a total of 93.  If we add in the 21 cross country runners who ran at least one event (as I reported in the section above), the All Track Combined number should have been 114.  EADA reported 130. In indoor and outdoor track there are no limits to competition entries.  A meet runs a sufficient number of heats to accommodate all entries. Again, in Division I, it is not plausible to maintain that participants just want to practice and never compete.  Thus, any participant who is never entered into an event—16 in this one year--is suspected to be a "ghost" participant – someone who wasn't really a legitimate member of the team.

It could be that several of these athletes were injured and not able to compete.  However, that there were sixteen such injured athletes in 2018-19 who could not compete is a "stretch" based on my experience as an athletic director.  Again, without looking at the NCAA Squad List and the institution's NCAA Hour Limitation Record,[11] I cannot make an accurate participant count. However, just looking at this one track and field example of the 2018-19 UIowa track team roster fact situation, based on my experience with institutions cheating on participant counts, and knowing that the average size of a Division I women's indoor track team is 40 and outdoor track

---

[10]   Id., The TFRRS online database for 2018-19.
[11]   NCAA Division I Manual, p. 259

*Plaintiffs' TRO Appendix - 0108*

is also 40[12] (while UIowa reports 53 and 53 on their web roster in 2018-19), I suspect that this participant count reflects purposefully inflating the women's track teams by the mechanism I described. During discovery, I would consider the track team counts to be suspect, reserving the right to carefully examine these numbers.

**4.e.  Comparing roster sizes to means, medians and average NCAA Division I team sizes.**  The final test I use to detect the possibility of over counting or purposely inflating team rosters is to compare actual EADA reported roster numbers and actual Web site reported roster numbers to the mean and median of a multi-year roster sample (as far back as data is available) and to NCAA Division I average team sizes as reported in the most recent NCAA sports sponsorship and participation report.   Tables 4 and 5 below show that analysis with my observations noted below each table.

---

[12]   National Collegiate Athletics Association. (2019) Student-Athlete Participation 1981-82 – 2018-19 NCAA Sports Sponsorship and Participation Rates Report.   See 2018-19 data at pg. 82.   Retrieved from: https://ncaaorg.s3.amazonaws.com/research/sportpart/2018-19RES_SportsSponsorshipParticipationRatesReport.pdf

*Plaintiffs' TRO Appendix - 0109*

Table 4.  Comparison of UIowa Men's and Women's Sport Roster Sizes, EADA 16-year Mean and Median Values and 2018-19 NCAA Reported Average Division I Team Sizes

| Sports | 03-04 | 04-05 | 05-06 | 06-07 | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 | 16-17 | 17-18 | 18-19* | Range | Mean | Med | Avg. D-I roster 18-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Men's Sports** | | | | | | | | | | | | | | | | | | | | |
| Baseball | 47 | 45 | 50 | 44 | 36 | 38 | 35 | 35 | 41 | 35 | 42 | 41 | 37 | 40 | 40 | 37 | 35-50 | 40 | 40 | 36.4 |
| Basketball | 14 | 14 | 16 | 14 | 11 | 13 | 12 | 15 | 17 | 16 | 15 | 15 | 17 | 16 | 15 | 15 | 11-17 | 15 | | 15.7 |
| Football | 125 | 134 | 136 | 129 | 117 | 131 | 119 | 126 | 121 | 127 | 129 | 121 | 117 | 121 | 123 | 124 | 117-136 | 125 | 125 | 121.8 |
| Golf | 16 | 11 | 13 | 9 | 11 | 11 | 9 | 11 | 10 | 9 | 10 | 9 | 10 | 9 | 10 | 9 | 9-16 | 10 | 10 | 9.8 |
| Gymnastics | 22 | 18 | 19 | 15 | 14 | 18 | 20 | 17 | 19 | 19 | 20 | 19 | 18 | 17 | 16 | 18 | 14-22 | 18 | 18 | 20.8 |
| Swimming | 29 | 24 | 19 | 32 | 28 | 29 | 29 | 34 | 33 | 38 | 32 | 30 | 30 | | | | 19-38 | 30 | 30 | 28.8 |
| Tennis | 13 | 13 | 15 | 11 | 12 | 16 | 14 | 16 | 14 | 10 | 8 | 11 | 9 | 8 | 10 | 10 | 8-16 | 12 | 12 | 10.1 |
| Xctry/Indoor/Outdoor T&F | 108 | 113 | 125 | 119 | 137 | 133 | 110 | 90 | 104 | 115 | 118 | 112 | 124 | 128 | 106 | 102 | 90-137 | 115 | 114 | 99.3 |
| Wrestling | 33 | 33 | 36 | 32 | 38 | 42 | 41 | 41 | 39 | 37 | 36 | 34 | 36 | 34 | 36 | | 32-42 | 37 | 37.5 | 33.1 |
| TOTAL | 407 | 405 | 429 | 395 | 404 | 431 | 387 | 380 | 400 | 409 | 419 | 391 | 409 | 407 | 384 | 382 | | 402.4 | 401 | 369.8 |
| **Women's Sports** | | | | | | | | | | | | | | | | | | | | |
| Basketball | 12 | 12 | 17 | 14 | 13 | 13 | 14 | 12 | 15 | 17 | 14 | 15 | 26 | 21 | 20 | 13 | 12-26 | 16 | 14.5 | 14.4 |
| Field Hockey | 19 | 17 | 17 | 17 | 18 | 20 | 18 | 18 | 19 | 21 | 20 | 21 | 20 | 20 | 22 | 22 | 17-22 | 19 | 19.5 | 23 |
| Golf | 10 | 10 | 9 | 8 | 9 | 10 | 7 | 8 | 8 | 9 | 10 | 9 | 10 | 11 | 10 | 7 | 7-11 | 9 | 9.5 | 8.2 |
| Gymnastics | 18 | 13 | 16 | 14 | 18 | 22 | 20 | 17 | 20 | 20 | 20 | 20 | 20 | 20 | 18 | 20 | 13-22 | 19 | 20 | 18.1 |
| Rowing | 71 | 71 | 64 | 78 | 65 | 79 | 74 | 96 | 108 | 105 | 92 | 89 | 102 | 90 | 91 | 94 | 64-108 | 86 | 90.5 | 62.2 |
| Soccer | 24 | 26 | 26 | 26 | 29 | 28 | 31 | 24 | 28 | 29 | 36 | 33 | 33 | 29 | | | 24-36 | 29 | 28 | 28.4 |
| Softball | 18 | 15 | 21 | 19 | 18 | 19 | 19 | 22 | 24 | 20 | 20 | 23 | 25 | 23 | 24 | | 15-25 | 21 | 20 | 21.7 |
| Swimming | 29 | 26 | 27 | 29 | 26 | 28 | 30 | 37 | 33 | 33 | 30 | 33 | 31 | 31 | 33 | | 26-37 | 30 | 30 | 29.6 |
| Tennis | 10 | 7 | 7 | 8 | 9 | 10 | 8 | 10 | 8 | 9 | 9 | 10 | 10 | 8 | 11 | | 7-11 | 9 | 9 | 9.1 |
| Xctry/Indoor/Outdoor T&F | 127 | 108 | 94 | 98 | 88 | 98 | 119 | 133 | 127 | 133 | 123 | 120 | 104 | 151 | 135 | 130 | 94-151 | 118 | 127 | 96.9 |
| Volleyball | 20 | 14 | 15 | 15 | 13 | 16 | 12 | 17 | 18 | 17 | 18 | 21 | 20 | 20 | 15 | 14 | 14-20 | 17 | 17 | 16.6 |
| TOTAL | 358 | 319 | 313 | 326 | 308 | 347 | 359 | 391 | 406 | 415 | 384 | 383 | 401 | 430 | 413 | 394 | | 371.7 | 385 | 328.2 |

*Note that the following adjustments were made in 2018-19 participants due to EADA "caveat" notes that indicated 15 MALE practice players in women's sports: 10 in basketball, 4 in soccer and one in volleyball.  Thus, participants were adjusted from 23 female basketball players to 13; from 33 female soccer players to 29; and from 16 female volleyball players to 15.

Observations:  Significant differences between mean and median values often indicate skewed distributions which should be examined to determine whether there is a pattern to the control or inflation of roster sizes.  There is almost no variability between the mean and median for men's sports participation overall (402 v. 401) in contrast to the greater variability between these two metrics for women's sports (372 v. 385).  I then looked at the raw roster data in each year to examine where the skewing occurred, which revealed a difference between the nine most recent years of women's rowing data with 20 to 30 more participants each year compared to participation shown for the first seven years of data.   Rowing mean and median figures (86 v. 91) are also significantly higher than NCAA average Division I rowing team size (62.2).  Thus, rowing requires careful examination for inflation.  Both men's and women's cross country/track and field mean and median team sizes are considerably higher than NCAA average Division I team sizes, but more so with the women's teams.  And in 2016-17, a year in which DOE OCR was going to look

Plaintiffs' TRO Appendix - 0110

at whether Iowa achieved proportionality, the All Track Combined roster of 151 is highly suspect. While both men's and women's All Track Combined programs show considerable annual fluctuations, the last three years of extraordinarily high rosters for the women's program indicate the need for more careful examination.

I also examined the web rosters in the same manner.  See Table 5 below.  I note that my 2020-21 UIowa web site roster counts are not identical to those retrieved by the Champion Women report.  I can only assume that the cause of this difference is the date that report was prepared—June 2020—which was six months prior to the preparation of this report.  I assume that my counts are more accurate as they are more recent and most likely represent updated rosters.

Table 5.  Comparison of UIowa Men's and Women's Web Site Reported
Sport Roster Sizes, 14-year Mean and Median Values and
2018-19 NCAA Reported Average Division I Team Sizes

| Sports | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 | 16-17 | 17-18 | 18-19 | 19-20 | 20-21 | Range | Mean | Med | Avg. D-I roster 18-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Men's Sports** | | | | | | | | | | | | | | | | | | |
| Baseball | 36 | 27 | 30 | 33 | 35 | 33 | 34 | 35 | 34 | 36 | 32 | 35 | 36 | 42 | 27-42 | 34 | 32.5 | 36.4 |
| Basketball | 11 | 13 | 12 | 15 | 17 | 16 | 15 | 15 | 17 | 15 | 16 | 16 | 16 | 16 | 11-17 | 15 | 15.5 | 15.7 |
| Cross Country | 17 | 18 | 17 | 12 | 12 | 18 | 22 | 16 | 25 | 16 | 15 | 13 | 10 | 12 | 10-25 | 16 | 16 | 15.5 |
| Football | 87 | 116 | 114 | 111 | 104 | 108 | 116 | 119 | 113 | 118 | 119 | 118 | 127 | 122 | 87-127 | 114 | 116 | 121.8 |
| Golf | 11 | 10 | 9 | 11 | 10 | 8 | 8 | 8 | 7 | 10 | 10 | 7 | 8 | 10 | 7-11 | 9 | 9 | 9.8 |
| Gymnastics | 13 | 15 | 18 | 17 | 19 | 19 | 18 | 19 | 18 | 17 | 16 | 18 | 15 | 13 | 13-19 | 17 | 16.5 | 20.8 |
| Swimming | 29 | 29 | 29 | 29 | 29 | 33 | 34 | 31 | 34 | 30 | 31 | 29 | 28 | 33 | 28-34 | 31 | 29.5 | 28.8 |
| Tennis | 11 | 13 | 13 | 14 | 13 | 11 | 10 | 9 | 9 | 8 | 8 | 8 | 12 | 10 | 8-14 | 11 | 10.5 | 10.1 |
| Track-Roster-Ind.* | *60* | *57* | *55* | *44* | *49* | *53* | *50* | *46* | *55* | *54* | *54* | *52* | *53* | *64* | 44-64 | 53 | 54 | 38.2 |
| Track-Outdoor* | *60* | *57* | *55* | *44* | *49* | *53* | *50* | *46* | *55* | *54* | *54* | *52* | *53* | *64* | 44-64 | 53 | 54 | 38.9 |
| Wrestling | 38 | 39 | 41 | 38 | 39 | 34 | 38 | 31 | 37 | 33 | 34 | 36 | 36 | 33 | 31-41 | 36 | 36.5 | 33.1 |
| **TOTAL** | 373 | 394 | 393 | 368 | 376 | 386 | 395 | 374 | 404 | 392 | 389 | 384 | 391 | 423 | | **389** | **390** | 369 |
| **Women's Sports** | | | | | | | | | | | | | | | | | | |
| Basketball | 13 | 12 | 13 | 12 | 14 | 13 | 11 | 14 | 12 | 13 | 11 | 13 | 13 | 13 | 11-14 | 13 | 13 | 14.4 |
| Cross Country | 21 | 25 | 23 | 26 | 21 | 22 | 23 | 22 | 15 | 24 | 21 | 27 | 24 | 23 | 15-28 | 23 | 23 | 17.2 |
| Field Hockey | 18 | 16 | 14 | 17 | 18 | 21 | 19 | 21 | 16 | 18 | 19 | 21 | 22 | 21 | 14-22 | 19 | 18.5 | 23 |
| Golf | 9 | 6 | 7 | 8 | 7 | 9 | 9 | 10 | 9 | 9 | 11 | 9 | 10 | 10 | 6-11 | 9 | 9 | 8.2 |
| Gymnastics | 17 | 20 | 18 | 14 | 14 | 16 | 15 | 19 | 20 | 19 | 18 | 18 | 22 | 14-22 | 18 | 18 | 18.1 |
| Rowing | 50 | 57 | 60 | 49 | 56 | 48 | 59 | 63 | 64 | 62 | 61 | 48 | 60 | 46 | 46-64 | 56 | 59.5 | 62.2 |
| Soccer | 29 | 26 | 27 | 24 | 27 | 24 | 22 | 28 | 28 | 31 | 27 | 29 | 36 | 30 | 22-36 | 28 | 27.5 | 28.4 |
| Softball | 16 | 18 | 17 | 15 | 20 | 22 | 14 | 19 | 20 | 23 | 22 | 17 | 20 | 25 | 14-25 | 19 | 18.5 | 21.7 |
| Swimming | 26 | 26 | 31 | 29 | 31 | 29 | 30 | 33 | 30 | 31 | 32 | 24 | 34 | 35 | 24-35 | 30 | 30.5 | 29.6 |
| Tennis | 9 | 8 | 8 | 7 | 8 | 8 | 8 | 9 | 10 | 10 | 9 | 9 | 8 | 11 | 7-11 | 9 | 8.5 | 9.1 |
| Track-Roster-Ind.* | *37* | *39* | *52* | *47* | *55* | *55* | *47* | *46* | *40* | *53* | *56* | *53* | *54* | *64* | 37-64 | 50 | 52.5 | 40 |
| Track-Outdoor* | *37* | *39* | *52* | *47* | *55* | *55* | *47* | *46* | *40* | *53* | *56* | *53* | *54* | *64* | 37-64 | 50 | 52.5 | 39.7 |
| Volleyball | 13 | 18 | 11 | 13 | 15 | 16 | 18 | 16 | 14 | 14 | 15 | 13 | 11 | 15 | 11-18 | 15 | 15 | 16.6 |
| **TOTAL** | 295 | 310 | 333 | 308 | 341 | 338 | 322 | 346 | 318 | 363 | 359 | 334 | 370 | 377 | | **337** | **346** | 328 |

*Web rosters report cross country separate from track and field.  However, web rosters do not report indoor and outdoor separately.  These actual rosters are usually slightly different in size for various reasons.  However, for purpose of this assessment, the web roster was counted twice in order to approximate indoor and outdoor track team sizes.

*Plaintiffs' TRO Appendix - 0111*

Observations:  Web rosters reveal similar patterns.  There is almost no variability between the mean and median for men's sports participation overall (389 v. 390) in contrast to the greater variability between these two metrics for women's sports (337 v. 346).  Looking at the raw data to examine where the skewing occurs reveals rowing participation figures that are not consistent with the EADA reported participation in Table 3 which I repeat below for convenience.

Table 3 (Repeated from p. 15).     Comparison of EADA Participant Counts and UIowa Web Site Roster Counts for Women's Rowing

| Sports | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 | 16-17 | 17-18 | 18-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rowing EADA in Table 4 | 65 | 79 | 74 | 96 | 108 | 105 | 92 | 89 | 102 | 90 | 91 | 94 |
| Rowing WEB in Table 5 | 50 | 57 | 60 | 49 | 56 | 48 | 59 | 63 | 64 | 62 | 61 | 48 |
| Difference from EADA | 15 | 22 | 14 | 47 | 52 | 57 | 33 | 26 | 38 | 28 | 30 | 46 |

The rowing mean and median figures (56 v.60) are also comparable to NCAA average Division I rowing team size (62.2) which is not reflected in the EADA data.  Thus, rowing participation requires careful examination for accuracy and possible inflation.  Last, both men's and women's cross country/track and field mean and median team sizes are considerably above NCAA average Division I team sizes and also deserve more careful examination for accuracy and possible inflation.

**5.  I opine that the UIowa, both in regard to its current and proposed athletic program restructure, has not assessed the interests and abilities of female athletes in order to provide them with equal levels of competition or sports based on their interests and abilities, as required.**  Title IX states:

> *§ 106.41 Athletics.*
> *A recipient which operates or sponsors interscholastic, intercollegiate, club, or intramural athletics shall provide equal athletic opportunity for members of both sexes. In determining whether equal opportunities are available the Director will consider, among other factors:*

*Plaintiffs' TRO Appendix - 0112*

*(1) Whether the selection of sports and levels of competition effectively accommodate the interests and abilities of members of both sexes…*
*-- 34 C.F.R. 106.41(c) [bold emphasis added]*

Simply explained, rather than requiring that the same sports be provided for males and females, Title IX requires that the sports offered meet the respective interests and abilities of each sex recognizing that their interests and abilities differ.

In determining "whether the selection of sports and levels of competition effectively accommodates the interests and abilities of members of both sexes," I relied upon the 1979 Policy Interpretation, which I helped write. This government guidance explains the Title IX effective accommodation regulation, (34 CFR 106.41(c)(1)), the policy behind it, and the factors that must go into assessing whether a school complies with it. (44 Fed. Reg. at 71417-71418) Its policy section states that OCR will assess compliance with the effective accommodation regulation by examining:

a. *The determination of athletic interests and abilities of students; and*
b. *The selection of sports offered; and*
c. *The levels of competition available, including the opportunity for team competition.*

*-- 44 Fed. Reg. at 71417*

Note that these policy factors do not even mention numbers. The 1979 Policy Interpretation explains in subpart "a" how institutions are required to determine athletics interests and ability. In subpart "b" it addresses issues that schools should consider when selecting which sports they should offer. Subpart "c" has two parts, the "three-part test" that does focus on numbers of participation opportunities (already discussed in Section 3 above) and the "competition test" that requires institutions to provide proportionally similar quality competition opportunities. Thus, it should be emphasized that numbers of participation opportunities and the often referenced "three-part test" are merely one of four subsets of the effective accommodation requirement and a small

*Plaintiffs' TRO Appendix - 0113*

part of the overall policy with which UIowa must comply.  With regard to its current athletic program and, certainly, if UIowa decided to engage in a major restructure of its athletics program, it had an obligation to ensure that its restructured program complied with all four of these Title IX requirements.

The 1979 Policy Interpretation provides great detail about each of these three factors ("a" – determination of interest and abilities, "b" – selection of sports offered, and "c" –levels of competition, and how they should be applied.

**5.a.  I opine that UIowa has not complied with its obligation to assess the interests and abilities of female athletes with regard to its current program or the development of the proposed restructured program.**  The 1979 Policy Interpretation specifies:

**(a) How schools must assess the interests and abilities of their students.**
[3] Application of the Policy - Determination of Athletic Interests and Abilities
Institutions may determine the athletic interests and abilities of students by
nondiscriminatory methods of their choosing provided:
a.  The processes take into account the nationally increasing levels of women's
interests and abilities;
b.  The methods of determining interest and ability do not disadvantage the
members of the under-represented sex;
c.  The methods of determining ability take into account team performance
records; and
d.  The methods are responsive to the expressed interests of students capable of
intercollegiate competition who are members of the under-represented sex.
-- 44 Fed. Reg. at 71417

When UIowa added its women's rowing team in 1994, there were only 44 Division I women's rowing teams in the nation compared with 154 women's soccer teams, a program UIowa didn't add until 1997-98.  At the time, the UIowa was not in compliance with Prongs One, Two or Three and was obligated to annually conduct assessments and as soon as women's interest and

*Plaintiffs' TRO Appendix - 0114*

abilities were identified to add sports to meet one of these participation standards.  The January 10, 2018 DOE OCR complaint resolution letter to UIowa found:

> While OCR acknowledges that the University added women's rowing in 1994-95 and women's soccer in 1997-98, which accounted for the addition of 158 female athletes (based on 2015-16 participation rates), the information does not indicate that the University has shown continuing efforts to provide nondiscriminatory participation opportunities for females through a plan of program expansion, **particularly because it has not assessed interest, ability, and available competition for women in a meaningful way. Despite expressed interest in adding sports to the University's athletics program, the University did not demonstrate any plans to expand the program.** [bold emphasis added]
>
> -- Pg. 7

The letter also noted that in addition to its obligation to initiate such interest and ability assessments, the UIowa had ignored inquiries from students:

> University staff recalled to OCR that there were inquiries by the synchronized swimming club to be elevated but a written request was not submitted, and it was not elevated. There have been verbal inquiries for men's soccer and men's and women's ice hockey, but the dates of the inquiries were unknown and no written requests were submitted to the University. In January 2015 there was an email inquiry to determine if the University would be adding women's and men's lacrosse. The University responded that it did not have any short term plans to add any sports, but that lacrosse would be the most likely sport to be added.
>
> -- FN#9 at Pg. 7

With regard to the 2021-22 plan to restructure the program, I saw no evidence of an assessment of interests and abilities of male or female athletes to determine which men's or women's programs were to be eliminated.  Women's swimming and diving was selected for elimination, a sport in which there were 194 Division I programs.  Not selected were existing sports in which there appears to be less interest such as field hockey (77 Division I programs), gymnastics (61 Division I programs) and rowing (88 Division I programs).  Swimming is among the top ten most popular girls high school sports.

*Plaintiffs' TRO Appendix - 0115*

Table 6.  National Federation of State High School Association
2018-19 Girls Participation Statistics

**TEN MOST POPULAR GIRLS PROGRAMS**

| | Schools | | | Participants | |
|---|---|---|---|---|---|
| 1. | Basketball | 18,210 | 1. | Track and Field – Outdoor | 488,267 |
| 2. | Track and Field – Outdoor | 17,012 | 2. | Volleyball | 452,808 |
| 3. | Volleyball | 16,572 | 3. | Basketball | 399,067 |
| 4. | Softball – Fast Pitch | 15,877 | 4. | Soccer | 394,105 |
| 5. | Cross Country | 15,435 | 5. | Softball – Fast Pitch | 362,038 |
| 6. | Soccer | 12,107 | 6. | Cross Country | 219,345 |
| 7. | Golf | 10,402 | 7. | Tennis | 189,436 |
| 7. | Tennis | 10,290 | 8. | Swimming & Diving | 173,088 |
| 9. | Swimming & Diving | 8,007 | 9. | Competitive Spirit | 161,358 |
| 10. | Competitive Spirit | 7,214 | 10. | Lacrosse | 99,750 |

Similarly, while the elimination of men's gymnastics appeared to reflect the declining participation and interest in this sport (only 15 Division I programs), men's tennis (251 Division I programs) and men's swimming and diving (131 Division I programs) are among the top ten most popular boys' high school sports.

Table 7.  National Federation of State High School Association
2018-19 Boys Participation Statistics

**TEN MOST POPULAR BOYS PROGRAMS**

| | Schools | | | Participants | |
|---|---|---|---|---|---|
| 1. | Basketball | 18,617 | 1. | Football – 11-Player | 1,006,013 |
| 2. | Track and Field – Outdoor | 17,052 | 2. | Track and Field – Outdoor | 605,354 |
| 3. | Baseball | 16,170 | 3. | Basketball | 540,769 |
| 4. | Cross Country | 15,632 | 4. | Baseball | 482,740 |
| 5. | Football – 11-Player | 14,247 | 5. | Soccer | 459,077 |
| 6. | Golf | 13,590 | 6. | Cross Country | 269,295 |
| 7. | Soccer | 12,552 | 7. | Wrestling | 247,441 |
| 8. | Wrestling | 10,843 | 8. | Tennis | 159,314 |
| 9. | Tennis | 9,809 | 9. | Golf | 143,200 |
| 10. | Swimming & Diving | 7,704 | 10. | Swimming & Diving | 136,638 |

In my experience, I find that decisions related to keeping women's sports are sex-based rather than interest and ability based. The primary purpose of such decisions is to manipulate women's sports

*Plaintiffs' TRO Appendix - 0116*

participation numbers while saving money.  Institutions pick the women's sports with the highest participation numbers, lowest per capita operating cost, and lowest staffing costs to retain or to add to their programs in order to comply with Title IX.  Also based on my experience, rowing and cross country/indoor track/outdoor track are the sports of choice for artificially inflating women's participation numbers.

**5.b.   I opine that UIowa has not complied with its Title IX obligation to ensure that the selection of sports offered in the current program and proposed for the 2021-22 restructured program equally meets the interests and abilities of men and women.**  The second element of the "effective accommodation" regulation cited above is "selection of sports offered".  The 1979 Policy Interpretation discusses the issues that schools should consider when selecting which sports they should offer, including whether the same sports must be offered for men and women, whether the excluded sex must be permitted to try out for a team for the opposite sex, how schools should treat sports categorized as contact or noncontact sports, and whether teams are chosen by athletic skill. See 44 Fed. Reg. at 71417-71418, Part [C][4]. Sports selected for men and women do not have to be identical. Respectively, they should meet the interests and abilities of males and females. Certainly, they should not be selected for the purpose of treating female athletes in a lesser and discriminatory manner.  As reviewed in Section 5.a above, the DOE OCR resolution letter indicates the UIowa has never done an assessment for its current men's and women's sports menu.  Further, there was no indication that the decision to drop sports in 2021-22 was prefaced by the required Title IX assessments of interest and ability.

During discovery, I also intend to examine whether male and female participants are treated equally with regard to the opportunity to be selected for teams – whether there is policy and practice to require all teams to conduct tryouts.  At many institutions, sports such as wrestling,

*Plaintiffs' TRO Appendix - 0117*

football and track and field do not conduct tryouts and accept all-comers or do not apply roster limits to teams.

**5.c.   I opine that UIowa has not complied with its Title IX obligation to ensure that women are provided with the same levels of competition as men's teams either in the current program or the 2021-22 restructured program.** For "(c) Levels of Competition Offered," the third effective accommodation factor, the 1979 Policy Interpretation sets out two separate tests regarding levels of competition: (1) participation, which has already been examined in Section 3 of this report, and (2) competitive team schedules, *both* of which schools must satisfy in order to comply with the effective accommodation regulation. In particular,

> [5] Application of the Policy - Levels of Competition.
> In effectively accommodating the interests and abilities of male and female athletes, institutions must provide **both** the opportunity for members of each sex to **participate** in intercollegiate competition **and** for athletes of each sex **to have competitive team schedules which equally reflect their abilitie**ss.
> -- 44 Fed. Reg. at 71418 [bold emphasis added].

While the DOE OCR examined competitive schedules of current men's and women's teams to determine whether sports competed against non-Division I teams, DOE OCR did not appear to examine whether any of the existing men's or women's programs were offering sub-varsity experiences, namely junior varsity, freshmen or novice programs.  No UIowa men's sports include junior varsity, freshmen or novice programs.  No women's teams support junior varsity, freshmen or novice programs except women's rowing, which offers a novice program (the equivalent of a freshmen program, a novice rower is a first-year college rower).  Thus, a portion of what has been represented as varsity rowing participation opportunities, are actually novice opportunities.  Novice rowers participate in fewer regular season events, are "newbies" to rowing who do not receive athletic scholarships, and do not have conference or national championships. News reports about rowing competitions posted on the UIowa web site, reported that the UIowa

*Plaintiffs' TRO Appendix - 0118*

rowers were regularly competing in the novice category, I could not determine the actual number of participants in the varsity versus the novice women's rowing program.  It appears that Athletic Director Barta intends to keep the rowing program as part of the 2021-22 restructure. The novice rowing program raises significant questions.   Female athletes are currently underrepresented overall.   Certainly, current women's participation opportunities should not be sub-varsity experiences.

I also opine that UIowa may have precipitated this sub-varsity participant predicament as part of an effort to increase women's participation by inflating participation in rowing rather than adding a new women's varsity sport.  When UIowa decided to engage in a major restructure of its athletics program, this factor should have been taken into consideration.

**6.   I opine that UIowa female athletes have been significantly shortchanged over the 2003-04 to 2018-19 period (16 years) with regard to the provision of athletics financial aid.** In addition to the Title IX 106.41 athletics provision, the financial aid section of the regulation has a direct reference to its application to athletics:

> *§ 106.37   Financial assistance.*
>
> *(c) Athletic scholarships. (1) To the extent that a recipient awards athletic scholarships or grants-in-aid, it must provide reasonable opportunities for such awards for members of each sex in proportion to the number of students of each sex participating in interscholastic or intercollegiate athletics.*
>
> *(2) Separate athletic scholarships or grants-in-aid for members of each sex may be provided as part of separate athletic teams for members of each sex to the extent consistent with this paragraph and §106.41.*

In this area, scholarship equity is tied to the percentage of male and female student-athletes rather than the percentage of males and females in the general student body.  Specifically, Title IX

*Plaintiffs' TRO Appendix - 0119*

requires that total dollars awarded to male and female student-athletes be proportional to their athletics program participation percentages. A disparity of less than one percentage point is permissible. This specification of distribution based on percentage of athletes rather than percentage of males and females in the student body is because an institution may be in compliance with Title IX participation requirements by using the Prong Two or Three options which do not require male/female athletics participation equal to the percentage of males and females in the undergraduate student body.

While I did not have access to NCAA squad lists in order to examine how scholarships were packaged, care must also be taken to determine that the institution does not engage in discriminatory packaging of athletics aid because §106.37 also prohibits:

> *(1) On the basis of sex, provide different amount or types of such assistance, limit eligibility for such assistance which is of any particular type or source, apply different criteria, or otherwise discriminate;*

Because UIowa was not eligible to utilize Prong Two or Three to comply with Title IX's participation requirements (as previously explained in Section 3) and was obligated to meet Prong One proportionality requirements with regard to athletic participants, in each year depicted in Table 8, female athlete participation should have been equal to the percent of females in the undergraduate student body and the female athlete entitlement of athletics financial aid should also have been equal to or within one percent of that participation percentage. Table 8 reveals that female athletes were shortchanged a total of $6,560,866 in athletics financial aid over this 16-year period.

Table 8.  UIowa Athletics Financial Aid - Computation of Female Athlete Entitlement
Based on Prong One Female Athlete Participation Equal to Percent Females Full-time
Undergraduates – 2003-04 to 2018-19

| Survey Year | Men's Teams Athletics Financial Aid Actually Awarded | Women's Teams Athletics Financial Aid Actually Awarded | Undergrad Female % - Title IX Prong One Athletics Participation Entitlement | Amount of Financial Aid Female Athletes Should Have Received Under Prong One | Female Athlete Scholarship $ Shortfall if Females Given Prong One Participation Opportunities | Percent of Financial Aid Actually Awarded Female Athletes |
|---|---|---|---|---|---|---|
| 2003-04 | $2,946,034 | $2,740,042 | 53.9% | $3,064,096 | -$324,054 | 48.2% |
| 2004-05 | $2,926,166 | $2,792,174 | 54.1% | $3,095,369 | -$303,195 | 48.8% |
| 2005-06 | $3,413,991 | $2,987,569 | 53.4% | $3,416,112 | -$428,543 | 46.7% |
| 2006-07 | $3,302,807 | $3,184,077 | 53.0% | $3,438,049 | -$253,972 | 49.1% |
| 2007-08 | $3,709,369 | $3,587,152 | 52.0% | $3,794,317 | -$207,165 | 49.2% |
| 2008-09 | $4,561,570 | $3,885,834 | 51.1% | $4,318,240 | -$432,406 | 46.0% |
| 2009-10 | $4,326,160 | $3,904,931 | 51.1% | $4,203,837 | -$298,906 | 47.4% |
| 2010-11 | $4,597,380 | $4,314,879 | 51.7% | $4,611,074 | -$296,195 | 48.4% |
| 2011-12 | $5,175,642 | $4,641,495 | 51.6% | $5,060,760 | -$419,265 | 47.3% |
| 2012-13 | $5,664,561 | $4,928,936 | 51.6% | $5,463,148 | -$534,212 | 46.5% |
| 2013-14 | $6,156,088 | $5,060,703 | 51.9% | $5,818,482 | -$757,779 | 45.1% |
| 2014-15 | $5,687,665 | $5,432,525 | 52.0% | $5,781,925 | -$349,400 | 48.9% |
| 2015-16 | $6,015,105 | $5,494,926 | 52.3% | $6,024,782 | -$529,856 | 47.7% |
| 2016-17 | $6,172,763 | $5,867,774 | 52.6% | $6,336,849 | -$469,075 | 48.7% |
| 2017-18 | $6,203,798 | $6,293,810 | 53.0% | $6,628,552 | -$334,742 | 50.4% |
| 2018-19 | $6,709,299 | $6,399,154 | 53.6% | $7,021,256 | -$622,102 | 48.8% |
| | | | | | -$6,560,866 | |
| * Based on Equity in Athletics Disclosure Act Data at https://ope.ed.gov/athletics/#/ | | | | | | |

7.  **I opine that there are significant inequities in per capita recruiting expenses between male and female participants.**  In addition to the Title 106.41 athletics participation and laundry list provisions and the 106.37 financial aid sections of the regulation that have direct references to how requirements are applied to athletics, recruiting is a non-athletics specific provision which must be assessed:

*Plaintiffs' TRO Appendix - 0121*

*§ 106.23   Recruitment....a recipient shall not:*

*(1) On the basis of sex, provide different amount or types of such assistance, limit eligibility for such assistance which is of any particular type or source, apply different criteria, or otherwise discriminate;*

Coaches must be provided with substantially equal opportunities and financial and other resources to recruit. Prospective male and female student athletes must be provided with the same benefits, treatment and opportunities such as paid trips to campus, equal expenditures for on- or off- campus entertainment during campus visits, etc. Specifically, the presence of any restrictions on recruiting (such as coaches being limited to geographical areas such as state, regional, national or international, limits on the number of paid trips that a sport can provide to visiting prospects, limits on per athlete or athlete hosts entertainment expense when prospective recruits visit campus, etc.) are examined. If there are no policy restrictions and the allocation of recruiting budgets is the sole limiter of recruiting support, a comparison of per capita recruiting expense is the most reasonable metric that should be carefully examined to ensure equal treatment of male and female athletes.

Utilizing UIowa EADA reports that include annual recruiting expenditures for men's and women's sports from 2003-04 to 2018-19, I created the following Table 9 which shows the percentage of total recruiting expenditures provided to the men's and women's program and computes a per capita expenditure as well as the difference between per capita expenditures spent on recruiting male versus female athletes. For ease of understanding, the last column of Table 9 shows how much more UIowa spent to recruit a male athlete than a female athlete as a percent of recruiting expense. These per capita recruiting expense differences are so substantial and the pattern in favor of male athletes so consistent that there is good reason to believe that there are gender inequities in this area.

*Plaintiffs' TRO Appendix - 0122*

Table 9.  Comparison of UIowa Recruiting Expenditures on Male and Female Athletes – 2003-04 to 2018-19

| Survey Year | Men's Teams Recruiting Expenses | Percent Male Athletes | Percent Male Recruiting Expenses | Total Male Athletes | Per Capita Recruiting Expense Male Athletes | Women's Teams Recruiting Expenses | Percent Female Athletes | Percent Female Recruiting Expenses | Total Female Athletes | Per Capita Recruiting Expense Female Athletes | Per Capita Difference | UIowa spent X percent more to recruit a male athlete |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003-04 | $511,515 | 53.2% | 65.2% | 407 | $1,257 | $272,718 | 46.8% | 34.8% | 358 | $762 | -$495 | 39.4% |
| 2004-05 | $488,313 | 55.9% | 64.1% | 405 | $1,206 | $273,859 | 44.1% | 35.9% | 319 | $858 | -$347 | 28.8% |
| 2005-06 | $506,002 | 57.8% | 64.2% | 429 | $1,179 | $282,373 | 42.2% | 35.8% | 313 | $902 | -$277 | 23.5% |
| 2006-07 | $605,906 | 54.8% | 66.2% | 395 | $1,534 | $308,951 | 45.2% | 33.8% | 326 | $948 | -$586 | 38.2% |
| 2007-08 | $637,685 | 56.7% | 65.2% | 404 | $1,578 | $340,110 | 43.3% | 34.8% | 308 | $1,104 | -$474 | 30.0% |
| 2008-09 | $484,636 | 55.4% | 62.6% | 431 | $1,124 | $289,291 | 44.6% | 37.4% | 347 | $834 | -$291 | 25.9% |
| 2009-10 | $427,179 | 51.9% | 56.5% | 387 | $1,104 | $328,800 | 48.1% | 43.5% | 359 | $916 | -$188 | 17.0% |
| 2010-11 | $592,776 | 49.3% | 63.6% | 380 | $1,560 | $339,213 | 50.7% | 36.4% | 391 | $868 | -$692 | 44.4% |
| 2011-12 | $764,550 | 49.6% | 63.9% | 400 | $1,911 | $432,633 | 50.4% | 36.1% | 406 | $1,066 | -$846 | 44.2% |
| 2012-13 | $843,107 | 49.6% | 66.1% | 409 | $2,061 | $432,009 | 50.4% | 33.9% | 415 | $1,041 | -$1,020 | 49.5% |
| 2013-14 | $840,211 | 52.2% | 63.6% | 419 | $2,005 | $481,213 | 47.8% | 36.4% | 384 | $1,253 | -$752 | 37.5% |
| 2014-15 | $1,041,747 | 50.5% | 64.7% | 391 | $2,664 | $568,157 | 49.5% | 35.3% | 383 | $1,483 | -$1,181 | 44.3% |
| 2015-16 | $992,071 | 50.5% | 63.1% | 409 | $2,426 | $580,273 | 49.5% | 36.9% | 401 | $1,447 | -$979 | 40.3% |
| 2016-17 | $1,048,336 | 48.6% | 66.0% | 407 | $2,576 | $539,111 | 51.4% | 34.0% | 430 | $1,254 | -$1,322 | 51.3% |
| 2017-18 | $1,111,205 | 48.2% | 64.9% | 384 | $2,894 | $601,462 | 51.8% | 35.1% | 413 | $1,456 | -$1,437 | 49.7% |
| 2018-19** | $1,436,533 | 49.2% | 67.6% | 382 | $3,761 | $687,012 | 50.8% | 32.4% | 394 | $1,744 | -$2,017 | 53.6% |

\* Based on Equity in Athletics Disclosure Act Data at https://ope.ed.gov/athletics/#/
\*\*Total female athletes adjusted from 409 to 394 to reflect removal of male practice players from female count per EADA report caveat field

8.      I have reviewed the January 10, 2018 DOE OCR resolution agreement and subsequent DOE OCR communications regarding that agreement and determined that they do not affect my opinions in this report because they apply only to correcting UIowa admitted 2015-16 athletic program gender inequities in the 2016-17 academic year (with several exceptions related to facilities construction projects) and DOE OCR acceptance of 2016-17 UIowa remedies that were based on questionable participant counting and other data discrepancies.     As noted in Appendix C, I was only provided with six documents related to the UIowa Title IX complaint OCR #05152538, one from the UIowa legal counsel and five DOE OCR letters to UIowa President Bruce Harreld.  None of DOE OCR letters included copies of any UIowa submissions upon which DOE OCR based its determinations.  Briefly, these documents were:

*Plaintiffs' TRO Appendix - 0123*

- December 29, 2017 UIowa legal counsel letter to DOE OCR transmitting December 29, 2017 dated resolution agreement

- January 10, 2018 letter from DOE OCR to UIowa President detailing findings of the 2015-16 DOE OCR investigation and reviewing the requirements of the resolution

- April 25, 2018 letter from DOE OCR to UIowa President acknowledging receipt of 2016-17 participation and financial aid data and completion of Section I and III of the agreement

- July 13, 2018 letter from DOE OCR to UIowa President acknowledging receipt of 2016-17 information on equipment and supplies (Sec. V), tutoring (sec. VII), housing and dining (Sec. VIII) and recruiting (Sec. IX) and specifying the need for further follow-up.

- June 28, 2019 letter from DOE OCR to UIowa President acknowledging accepting completion of Sec. VI provision of locker room, practice and competitive facilities with promises of various building and renovation projects through 2020, accepting completion of Sec. VII tutoring and Sec. VIII housing and dining.

- October 29, 2019 letter from DOE OCR to UIowa President acknowledging receipt of additional recruiting information, accepting completion of that section of the agreement and closing monitoring of the case.

I did not consider information related to subject matter other than participation, athletics financial assistance and recruiting, the only Title IX elements I was asked to address in this report.  In the following paragraphs I explain that UIowa admits that there were athletics gender inequities in 2015-16 in numerous areas including participation, financial aid and recruiting that needed correction (the subject of the resolution agreement) which supports my opinions for that year.  Below, I address concerns regarding DOE OCR acceptance of 2016-17 UIowa provided participation, athletics financial aid and recruiting data—data accepted without a DOE OCR audit to confirm accuracy.  I also discuss the limitations of the RRP process and the lack of post 2016-17 monitoring.

**8.a. Complying with a DOE OCR Title IX complaint resolution is not dispositive with regard to Title IX compliance.**  It is important to note that whether DOE OCR finds UIowa in compliance with a resolution agreement or finds that UIowa has violated Title IX or not or enters

*Plaintiffs' TRO Appendix - 0124*

into such a resolution process, as stated in the January 10, 2019 DOE OCR resolution letter at page 31, "The complainant may file a private suit in federal court, whether or not OCR finds a violation." In the case of the 2017 UIowa resolution, the determination of inequities concerned the treatment of male and female athletes during the 2015-16 academic year and assurances from UIowa that these inequities would be remedied by 2016-17 (with the exception of several facilities projects). This case concerns whether UIowa is currently in compliance with Title IX. I opine that a one-year snapshot of 2016-17 has a negligible impact on my contention that the UIowa has demonstrated a pattern of 18 years of failing to provide female athletes with proportional participation opportunities or the athletics financial aid and recruiting support to which they were entitled.

**8.b.   As a practical matter, institutions do not enter into the DOE OCR Rapid Resolution Process unless DOE OCR has discovered and the institution acknowledges the existence of Title IX inequities.** When a Title IX complaint is filed with DOE OCR, that agency is obligated to respond. It conducts an on-campus investigation. If there are no inequities discovered, there is a DOE OCR finding of compliance and no need for a Rapid Resolution Process (RRP). If inequities exist, the government is loath to issue a finding of "non-compliance" because the penalty for such is withdrawal of federal funding. For example, in 2018, UIowa received $260,461,544 in federal funds just for research and scholarship.[13] Therefore, rather than the government undertaking an onerous withdrawal of funds process and disciplinary action, the resolution process is intended to remedy inequities more amicably. To my knowledge, DOE OCR has never levied such a penalty. Thus, as a practical matter, institutions would rather enter into a

---

[13]   University of Iowa Office for Vice President for Research. (July 13, 2018) Federal Funding for research increases at the University of Iowa. Retrieved at: https://research.uiowa.edu/impact/news/federal-funding-research-increases-university-iowa

resolution agreement because they avoid the risk of loss of federal funds and delay having to come into compliance immediately.  Resolution agreements always include timetables rather than immediate action.

To be clear, although neither the institution nor DOE OCR uses technical language finding "non-compliance," DOE OCR uses plain language to describe the inequity.  For example, in the January 18, 2018 letter to UIowa President Harrrel, DOE OCR states, "The disparity between the [2015-16] enrollment rate of women (52%) and their intercollegiate athletic participation rate (49.1%) represented as many as 54 additional female participation opportunities that would have been necessary to achieve proportionality, without cutting any athletic opportunities for men." (at. p. 5)  In plain words, UIowa did not meet the participation proportionality standard in 2015-16. Thus, the resolution agreement is, in actuality, acknowledgement of non-compliance at a time certain in the past and a promise to fix the inequity within a time certain in the future.    The RRP is also a protective mechanism for the institution to delay any finding that would result in a loss of federal funds and to delay what would otherwise be its immediate obligation to implement remedies.

**8.c.  The UIowa must continuously and fully be in compliance with Title IX and DOE OCR cannot obviate that obligation.**  Institutions of higher education, as recipients of federal funds, must __annually__ attest that they are in compliance with Title IX by signing a Certificate of Assurance.  Such an assurance is a condition for receipt of federal financial assistance.  DOE OCR does not monitor the compliance of every institution with Title IX, even after investigation of a Title IX complaint or completion of the RRP.  DOE OCR stopped monitoring UIowa effective October 29, 2019.  In previous sections I addressed why I believe that UIowa is not currently providing equitable participation opportunities, athletics financial assistance or recruiting support

*Plaintiffs' TRO Appendix - 0126*

(the only Title IX elements I am able to examine absent the benefit of discovery) and therefore should not be permitted to drop any women's participation opportunities.

**8.d.  I opine that UIowa data supplied to support its contention of 2016-17 provision of gender equitable participation, athletics financial aid and recruiting support should be considered questionable with regard to accuracy as it was not audited by DOE OCR and is flawed by the participant counting errors previously discussed.**  In Sections 4 and 5 above I provided extensive reasons why UIowa participation counts should be considered inaccurate.  The athlete participation data provided by UIowa to DOE OCR for 2016-17 supports these concerns. UIowa represented that there were 432 female participants among 827 total athletes in 2016-17 – meeting the Prong One proportionality standard.  Table 10 below compares these figures to data UIowa EADA and Web roster reports.

Table 10.  A Comparison of UIowa 2016-17 Athletic Participation Data:
EADA Report, Web Rosters and DOE OCR Resolution Submissions with
Resulting Female Participation Gaps

| Teams | Percent Male/Female Undergrads | 2016-17 UIOWA EADA | | 2016-17 UIOWA WEB SITE | | 2016-17 IOWA TO DOE OCR | |
|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % |
| Men's Sports Participants | 47.4% | 407 | 48.6% | 392 | 51.9% | 395 | 47.8% |
| Women's Sports Participants | 52.6% | 430 | 51.4% | 364 | 48.1% | 432 | 52.2% |
| Total | | 837 | | 756 | | 827 | |
| Female Participation Gap | | 22 | | 71 | | 6 | |

I opine that UIowa reported inaccurate participation numbers.  Note that the 432 female participation numbers provided to DOE OCR approximates the 430 female participation number submitted to on UIowa's EADA report.  In Section 4 above I discussed at length the overstatement of EADA report female athlete counts created by wrongful inclusion of male practice players, inflated rowing rosters and overcounting of cross country, indoor track and outdoor track participants.  I opined that the web site rosters were better approximations.

There was also a huge discrepancy (-$1,220,487) in UIowa's EADA reported athletics financial aid number and what UIowa reported to the DOE OCR.  In addition, UIowa switched its definition of "participant" from "duplicated" (if an athlete participates in two different sports, the athlete counts as a participant in each sport) to "unduplicated" (an athlete only counts once no matter how many sports he or she plays).  So, instead of using the 827 participants duplicated count (432/52.2% females and 395/47.8%) males which would have entitled female athletes 52.2% of all scholarship dollars (their proportion in the undergraduate student body), UIowa used a duplicated count of 684 (345/50.4% females and 339/49.6% males).   The result was close to one-half million dollars less scholarship support.  See Table 11 below.

Table 11.  A Comparison of UIowa 2016-17 Athletics Financial Aid Data:
EADA Report Compared with Amount Reported to DOE OCR and UIowa's Use
of an Unduplicated Count to Reduce the Female Athlete Entitlement

| 2016-17 | Men's Teams Athletics Financial Aid Actually Awarded | Women's Teams Athletics Financial Aid Actually Awarded | Total Athletic Aid Awarded | Percent Aid Awarded to Female Athletes | Percent Female Athletes* | Percent Difference (One Percent Allowable Variance | Amount of Financial Aid Female Athletes Should Have Received Under Prong One | Female Athlete Scholarship $ Overage/ Shortfall |
|---|---|---|---|---|---|---|---|---|
| UIowa to OCR | $5,325,383 | $5,494,667 | $10,820,050 | 50.8% | 50.4% | 0.4% | $5,453,305 | $41,362 |
| EADA Report* | $6,172,763 | $5,867,774 | $12,040,537 | 48.7% | 52.6% | -3.9% | $6,336,849 | -$469,075 |

*UIowa used a duplicated count to report that female athletes were 50.4% of all athletes.  The 52.6% used by Lopiano was based on the EADA reported the actual 2016-17 undergraduate female enrollment which should also have been the percent female athletes Prong One participation opportunities females were entitled to receive

There is only one definition of "participant" in the Title IX regulations and that definition occurs in the financial aid provisions of the regulations. When UIowa created Prong One compliance with its 2016-17 participation numbers, it also created the illusion that its apportionment of athletic scholarship dollars was right on the mark.

Similarly, there is a substantial discrepancy in UIowa's EADA reported athletics recruiting expenditures on male and female athletes and what UIowa reported to the DOE OCR.  It appears

Plaintiffs' TRO Appendix - 0128

that once again, UIowa amounts spent on female athletes appear to have been inflated. See Table 12 below.

Table 12.  A Comparison of UIowa 2016-17 Athletics Financial Aid Data:
EADA Report Compared with Amount Reported to DOE OCR and UIowa's Use
of an Unduplicated Count to Reduce the Female Athlete Entitlement

| 2016-17 | Men's Teams Recruiting Expenses | Percent Male Athletes | Percent Male Recruiting Expenses | Total Male Athletes | Per Capita Recruiting Expense Male Athletes | Women's Teams Recruiting Expenses | Percent Female Athletes | Percent Female Recruiting Expenses | Total Female Athletes | Per Capita Recruiting Expense Female Athletes | Per Capita Difference | UIowa spent X percent more to recruit a male athlete |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOE OCR | $875,571 | 47.8% | 54.7% | 395 | $2,217 | $725,558 | 52.2% | 45.3% | 432 | $1,680 | -$537 | 24.2% |
| EADA | $1,048,336 | 48.6% | 66.0% | 407 | $2,576 | $539,111 | 51.4% | 34.0% | 430 | $1,254 | -$1,322 | 51.3% |
| WEB* | $1,048,336 | 51.9% | 66.0% | 392 | $2,674 | $539,111 | 48.1% | 34.0% | 364 | $1,481 | -$1,193 | 44.6% |

*Used recruiting budget figures submitted as EADA report

I opine that the 2016-17 reports to DOE OCR are highly suspect with regard to accuracy.

**9.   I opine that UIowa is able to comply with the proportionality provision of Title IX without dropping any men's or women's teams.**  Prior to evaluating the UIowa proposal to restructure its athletic program effective 2021-22, it is important to understand that there is no Title IX that would compel UIowa to restructure its program in a manner which requires the dropping of any men's or women's sport program.  The January 10, 2018 DOE OCR resolution also made this point which I repeat here:

> E. Elimination of athletic teams: OCR has made clear to the University that OCR does not require or encourage the elimination of any University intercollegiate athletic teams and that it seeks action from the University that does not involve the elimination of athletic opportunities, because nothing in Title IX or the three-part test requires an institution to cut teams or reduce opportunities for students who are participating in intercollegiate athletics in order to comply with the provisions of Title IX relating to the effective accommodation of the interests and abilities of male and female students. OCR has also made clear to the University that Title IX provides institutions with flexibility and choice regarding how they will provide nondiscriminatory participation opportunities.
>
> – at pg. 7

It is inaccurate in most instances for an athletics administrator to maintain that financial exigencies require the athletic program to eliminate sports teams.  Yet, this is exactly what Director of

*Plaintiffs' TRO Appendix - 0129*

Athletics Barta maintained when announcing UIowa's 2021-22 plan to drop three men's and one women's sport.

In my textbook, *Athletic Director's Desk Reference*, chapter four explains how to restructure an athletic program to significantly reduce expenses and keep all sports programs.  In short, instead of the current UIowa program structure that attempts to treat all men's and women's sports lavishly with regard to coaching staffs, scholarships, operating expenses, etc., this chapter describes how sports can be distributed among two or three different funding tiers, each tier serving an equal proportion of male and female athletes, and male and female athletes within their respective tiers fully meeting Title IX gender equity obligations of equal athletics financial aid, recruiting support and treatment and benefits. This approach would allow UIowa to keep several priority sports like football and basketball for males and whatever number of women's sports is required to have an equal proportion of all female athletes in this tier, at high funding levels while other sports are distributed among significantly lower funding tiers (equal proportions of male and female athletes in each tier).   This system is a common sports management approach to meeting financial exigency.

**10.    I opine that UIowa should not be allowed to proceed with reducing female participation opportunities based on an assertion of current or future Title IX compliance after programs are eliminated.**  On August 21, 2020, the University of Iowa President and Director of Athletics announced that four varsity athletic programs would be eliminated in the 2021-22 academic year: women's swimming and diving, men's swimming and diving, men's tennis and men's gymnastics.  While the media referenced consultation with the University's Board of Regents, I saw no evidence that the President's Committee on Athletics Charter was

consulted.[14] I was asked to opine whether the decisions made were equitable or gender neutral, whether the manner in which UIowa intends to eliminate sports or count participants would be considered proper under Title IX.  What the UIowa restructure plan reveals is the hope that the Court will:

(a) permit a configuration of an athletic program in which a smaller number of sports are treated equally and lavishly, using the funds saved through the elimination of sports to support remaining priority sports and their excessively paid coaches and administrators which the institution would like to retain;

(b) ignore 18 years of treating female athletes inequitably to allow this UIowa a program "reset" with no consequences for probable past discrimination on the basis of sex;

(c) allow the proposed program reconfiguration to include one final insult to female participants – doing further harm to the underrepresented and less favorably treated female class - those female swimmers and divers whose sport would be terminated;

(d) allow UIowa to continue to misrepresent the actual number of participation opportunities afforded female athletes or treat female athletes less favorably than male athletes; and

(e) allow this "paper" plan to proceed without UIowa actually demonstrating for a specified period of time that it is capable of actually conducting an athletic program that provides female athletes an equal opportunity to participate and equal treatment as the law requires.

It is within this context that, in sections 11 and 12 of this report which follow, I opine on the gender equity issues created by the proposed plan to drop four sports.

---

[14] Such committees are normally consulted prior to major decisions dealing with intercollegiate athletics and are mechanisms that provide for faculty and alumni input.  See https://opsmanual.uiowa.edu/governance/university-iowa/advisory-bodies/presidential-committee-athletics-charter

*Plaintiffs' TRO Appendix - 0131*

**11.   I opine that UIowa's counting or plans to count prospective participants for the 2021-22 academic year do not comport with proper Title IX participant counting methodology and how equity in athletics participation is assessed because the participant counts are projected, proposed, or promised rather than being actual.**

**11.a.  Counting Prospective Participants Rather than Actual Participants is <u>Incorrect</u> under Title IX counting regulations.**  Title IX participant counting methodology and equity requirements examine intercollegiate athletics <u>separate from</u> recreational club sport programs, intramurals, and physical education classes.   The assessment of athletics gender equity is institution specific. Comparisons are made with regard to the actual participation opportunities and actual treatment and benefits afforded to male and female athletes within each institution rather than any future promise of such treatment.  No comparisons are made to the treatment of males and females at other institutions.  Participant counting in any year cannot be validated until a sport season is completed.

Title IX participant counts in each sport are normally based upon an examination of three athletic department documents:  NCAA Squad Lists, NCAA Hour-Limitation records, and competition results.  The NCAA "Squad Lists" are official records of recruiting, eligibility, and participation status on the first day of competition, whether financial assistance received by the student is countable athletics financial assistance subject to Title IX distribution requirements, and whether the athlete quit the sport or otherwise changed his/her status after the first day of competition:

> **15.5.11 Squad List.**
> **15.5.11.1 Eligibility Requirement.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be included on the institution's squad-list form. **[D]**

**15.5.11.2 Squad-List Form.** The institution shall compile a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the categories listed

**15.5.11.2.1 Procedures.** The following procedures shall be used for the squad list:

(a) The form shall be available for examination upon request by an authorized representative of another member institution, the NCAA, and, if the institution is a member of a conference, an authorized representative of the conference;

(b) A supplementary form may be filed to add names of persons not initially on the squad or to indicate a change of status;

(c) A student-athlete's name must be on the official institutional form to qualify to represent the institution in intercollegiate athletics; and

(d) The athletics director (or his or her designee, who may not be a coaching staff member) shall sign the form for each sport. The head coach in each sport shall sign the form for the applicable sport.

-- 2020-21 Division I NCAA Manual, p. 230-31

The record of receipt of countable athletics financial aid is important because a scholarship recipient counts no matter if the athlete has no eligibility remaining, is injured, is academically ineligible or does not continue to practice with the team, as long as that athlete is still receiving other benefits of being an athlete such as tutoring, academic advising, access to athletics program services, etc. Because the athlete is receiving a significant athletic benefit (financial aid) as well as other services, the athlete is counted as a participant.

However, Title IX does not require an athlete to participate in a competition in order to count, only to have regularly participated in practices and team meetings and received the treatment and benefits normally provided to athletes competing. Thus, the NCAA Hour-Limitation Record is used to determine whether an athlete who never actual participated in a competition should count because he/she participated in practices and received the benefits of coaching and training throughout the year:

**17.1.7.3.4 Hour-Limitation Record.** Countable hours must be recorded on a daily basis for each student-athlete regardless of whether the student-athlete is

participating in an individual or team sport. Any countable individual or group athletically related activity must count against the time limitation for each student-athlete who participates in the activity but does not count against time limitations for other team members who do not participate in the activity.

Event results and statistics are usually maintained by the Sports Information Director in the athletics department and posted on the institution's web site.  If the athlete participates in one or more competitions, the athlete is counted as a participant.

Thus, while participants are generally counted as participants on the first day of competition in that sport, counting on the first day is a matter of convenience.  An athlete recorded on the Squad List as present on the team on the first day of competition would not necessarily count as a participant if the athlete was not entered to participate in at least one competition in sports in which competition entries are unlimited.[15]   Neither would an athlete who never participated in a competition and failed to regularly attend team practices and meetings throughout the year be counted as a participant.  It is therefore impossible to verify participation numbers until the end of the season and only if all of these documents are available.  Further, as previously noted, careful examination of these documents is essential because UIowa participation counting is highly suspect in multiple sports.

**11.b.    The UIowa 2021-22 Proposed Plan is a mathematical "shell game"–a hypothetical construction designed to produce a "0" male or female participation gap that is not tied to any reality with regard to actual past participation of male and female athletes.**

Table 13 below shows several male and female participation counts that could be used to test the planned 2021-22 reconstructed athletic program to estimate potential for achieving Title IX Prong

---

[15]    See Biediger et al. v. Quinnipiac University, U.S. Dist. Court (Conn..) Case No. 3:09-CV-6211

One participation.  The raw data for this summary is displayed in Tables 4 and 5 on p. 19 and p. 21 respectively.

Table 13.  Various Participation Possibilities That Could Be Justified
for Use to Test the UIowa Plan Regarding the Selection of Sports and Potential
for Achieving Prong One Participation Proportionality

| Barta 2021-22 Proposed Uiowa Sports Program | EADA Actual 2018-19 | WEB Actual 2019-20 | WEB Current 2020-21 | Based on 16 yrs EADA Data | | | NCAA Avg. D-I Roster 2018-19 |
|---|---|---|---|---|---|---|---|
| | | | | Range | Mean | Med | |
| **Men's Sports** | | | | | | | |
| Baseball | 37 | 36 | 42 | 35-50 | 40 | 40 | 36.4 |
| Basketball | 16 | 16 | 16 | 11-17 | 15 | 15 | 15.7 |
| Football | 124 | 127 | 122 | 117-136 | 125 | 125 | 121.8 |
| Golf | 9 | 8 | 10 | 9-16 | 10 | 10 | 9.8 |
| Xctry/Indoor/Outdoor T&F | 102 | 116 | 140 | 90-137 | 115 | 114 | 93.3 |
| Wrestling | 36 | 36 | 33 | 32-42 | 37 | 37.5 | 33.1 |
| TOTAL | 324 | 339 | 363 | | 343 | 342 | 310 |
| **Women's Sports** | | | | | | | |
| Basketball* | 28 | 13 | 13 | 12-26 | 16 | 14.5 | 14.4 |
| Field Hockey | 22 | 22 | 21 | 17-22 | 19 | 19.5 | 23 |
| Golf | 10 | 10 | 10 | 7-11 | 9 | 9.5 | 8.2 |
| Gymnastics | 20 | 18 | 22 | 13-22 | 19 | 20 | 18.1 |
| Rowing | 94 | 60 | 46 | 64-108 | 86 | 90.5 | 62.2 |
| Soccer | 29 | 36 | 30 | 24-36 | 29 | 28 | 28.4 |
| Softball | 24 | 20 | 25 | 15-25 | 21 | 20 | 21.7 |
| Tennis | 11 | 8 | 11 | 7-11 | 9 | 9 | 9.1 |
| Xctry/Indoor/Outdoor T&F | 130 | 132 | 151 | 94-151 | 118 | 127 | 96.9 |
| Volleyball | 15 | 17 | 13 | 14-20 | 17 | 17 | 16.6 |
| TOTAL | 383 | 336 | 342 | | 279 | 292 | 235 |

* 2018-19 EADA women's basketball participant count of 28 appears as reported.  Thus, this include 15 male practice players.

I first examined the planned cut of one women's and three men's sports based on 2018-19 actual EADA reported data.  Because the Prong One participation gap solution is "0" in Table 14 below, it seems likely that UIowa took 2018-19 EADA reported participation numbers, which I consider to be both inflated and suspect with regard to accuracy, to produce a spurious "paper" Prong One compliant participation solution as depicted in Table 14 below.

Table 14.  Title IX Prong One Participation Computation
Using 2018-19 EADA Participation Numbers Including Only
Those Sports Proposed for the 2021-22 Athletic Program

| BARTA 2021-22 SPORTS PLAN | | |
|---|---|---|
| Based on Actual 2018-19 EADA Participation/Actual Enrollment | | |
| | Male | Female |
| Total -Athletes | 324 | 383 |
| % - Athletes | 45.8% | 54.2% |
| Total- Undergrad Students  (18-19) | 10010 | 11546 |
| % - Undergrad Students | 46.4% | 53.6% |
| Percentage Difference | -0.61% | 0.61% |
| Male Participation Gap | 0 | |

Before accepting the above chart, the reader should recall that on pages 13-22 of this report, I

explained that 2018-19 EADA participation counts included 15 male practice players in the female

athlete participant count (10 in women's basketball; four in women's soccer and one in women's

volleyball) and discussed other questionable counts in rowing, cross country and track and field

revealed by comparing EADA submitted counts to UIowa web roster numbers and official NCAA

competition records (TFRRS).  I opine that a more accurate projection of participation under the

2021-22 restructured athletic program using 2018-19 enrollment should have used 2018-19 web

rosters – see the web roster adjusted Table 14-A below.

Table 14-A.  Title IX Prong One Participation Computation Using 2018-19 WEB ROSTER
Participation Numbers Including Only Those Sports Proposed for the 2021-22 Athletic Program

| BARTA 2021-22 SPORTS PLAN | USING WEB ROSTERS | |
|---|---|---|
| Based on Actual 2018-19 WEB ROSTER Participation/Actual Enrollment | | |
| | Male | Female* |
| Total -Athletes | 384 | 334 |
| % - Athletes | 53.5% | 46.5% |
| Total- Undergrad Students  (18-19) | 10010 | 11546 |
| % - Undergrad Students | 46.4% | 53.6% |
| Percentage Difference | 7.08% | -7.08% |
| Female Participation Gap | | 110 |

Plaintiffs' TRO Appendix - 0136

I tested five other hypothetical rosters (Table 15 A, B, C, D and E below) based on the data in Table 13, all of which produced female participation gaps ranging from 65 to 144.

Table 15.  Title IX Prong One Participation Computation Using
Five Other Roster Scenarios Based on Table 13 Data

**BARTA 2021-22 SPORTS PLAN**
**A.  Based on Actual 2019-20 Web Rosters/Actual Enrollment**

| | Male | Female |
|---|---|---|
| Total -Athletes | 339 | 336 |
| % - Athletes | 50.2% | 49.8% |
| Total- Undergrad Students  (19-20) | 9733 | 11501 |
| % - Undergrad Students | 45.8% | 53.6% |
| Percentage Difference | 4.39% | -3.82% |
| Female Participation Gap | | 65 |

**BARTA 2021-22 PLAN**
**D.  Based on EADA 16 year Median/2020-21 Actual Enrollment**

| | Male | Female |
|---|---|---|
| Total -Athletes | 342 | 292 |
| % - Athletes | 53.94% | 46.06% |
| Total- Undergrad Students (20-21) | 9107 | 11146 |
| % - Undergrad Students | 45.0% | 55.0% |
| Percentage Difference | 8.98% | -8.98% |
| Female Participation Gap | | 127 |

**BARTA 2021-22 SPORTS PLAN**
**B.  Based on Actual 2020-21 Web Rosters/Actual Enrollment**

| | Male | Female |
|---|---|---|
| Total -Athletes | 363 | 342 |
| % - Athletes | 51.49% | 48.51% |
| Total- Undergrad Students  (20-21) | 9107 | 11146 |
| % - Undergrad Students | 45.0% | 55.0% |
| Percentage Difference | 6.52% | -6.52% |
| Female Participation Gap | | 102 |

**BARTA 2021-22 PLAN**
**E.  Based on NCAA Division I Avg. Rosters/2020-21 Actual Enrollment**

| | Male | Female |
|---|---|---|
| Total -Athletes | 310 | 235 |
| % - Athletes | 56.88% | 43.12% |
| Total- Undergrad Students (20-21) | 9107 | 11146 |
| % - Undergrad Students | 45.0% | 55.0% |
| Percentage Difference | 11.91% | -11.91% |
| Female Participation Gap | | 144 |

**BARTA 2021-22 SPORTS PLAN**
**C.  Based on 16 year EADA Mean/2020-21 Actual Enrollment**

| | Male | Female |
|---|---|---|
| Total -Athletes | 343 | 279 |
| % - Athletes | 55.14% | 44.86% |
| Total- Undergrad Students  (20-21) | 9107 | 11146 |
| % - Undergrad Students | 45.0% | 55.0% |
| Percentage Difference | 10.18% | -10.18% |
| Female Participation Gap | | 141 |

All of the above estimates are based on more recent undergraduate enrollment and athletic participation data (2019-20 and 2020-21) and are based on roster numbers less susceptible to the overcounting of women participants present in 2018-19 EADA data.

Given my previously expressed concerns regarding the accuracy of participant counting, the purposeful inflation of women's rosters, the inclusion of a novice level of competition created by inclusion of the current women's rowing program in the 2021-22 plan, and the inability of UIowa in the past to demonstrate the ability to produce a Prong One compliant athletic program for the past 18 years, I opine that no women's sport participant should be asked suffer the elimination of her sport until UIowa has fully demonstrated its ability to accurately count participants and conduct an athletic program that treats males and females equally.

*Plaintiffs' TRO Appendix - 0137*

**12.  I opine that the student-athlete plaintiffs in this case have already and would be likely to suffer considerable harm in the future as a result of the elimination of the UIowa swimming and diving program effective 2021-22 and the removal of UIowa's current obligation to expand rather than diminish participation opportunities for female athletes.**  I reviewed plaintiffs' declarations but have not yet interviewed them or their coaches.   In the following paragraphs I offer the reasons for this opinion.

**12.a.  I opine that commencing with the announcement of the 2021-22 elimination of the UIowa men's and women's swimming and diving programs on August 21, 2020 and a reiteration of that decision on September 23, 2020 after $2 million was raised to resurrect these programs and the contribution rejected, that it will be incredibly difficult to restart these programs if they are not immediately reinstated.**

Based on my 18 years of experience as an athletic director and five years as a college coach, I believe it will be difficult if not impossible for the women's swimming and diving program, if the decision to drop the team effective the 2021-22 season is not stayed, to field a full team of reasonably skilled athletes before 2024-25 at the earliest.  My reasons for this opinion are:

a.  Head and assistant coaches will seek employment at institutions other than UIowa as soon as possible.  When head coaches leave, normally, it takes three to six months to hire a replacement.  However, no experienced and highly skilled coach will consider coming to UIowa without an assurance that the team will be restored to its previous varsity sport status in the athletic program.  Thus, absent a stay of the proposed program cuts, recruiting a permanent replacement would have to wait until any court case and appeal was completed and resulted in a judgment in favor of the plaintiff eliminated teams, easily a one to two-

year process.  Even then, prospective coaches would have to be assured of the long-term stability of the program in some way.  Thus, it is unlikely that a favorable court judgment could occur prior to mid-2022-23, which means a new coach would likely not be hired until the end of the 2022-23 academic year.  This would be well after a 2023-24 freshman recruiting class committed to their institutions – which would not include UIowa as a choice.

b.  Realistically, recruiting varsity quality athletes to reconstitute the team would have to wait for the hiring of a new coach to do so.  Assuming a coach could be hired for the 2023-24 season at the earliest, the first recruiting class of athletes would not arrive on campus until the 2024-25 season, and it is doubtful that sufficient numbers or a balanced roster of freshmen, sophomores, juniors and seniors could be assembled for that season.

c.  2021-22 and 2022-23 team schedules not exist and rescheduling could occur for the 2023-24 seasons only if all judicial processes were completed, a judgment rendered in favor of the plaintiffs, there was a sufficient number of current athletes who had not yet graduated or transferred who, combined with transfers and less than high quality athletes could be assembled to participate in a 2023-24 season.

d.  Current Iowa freshmen and sophomore swimmers will most likely immediately seek to transfer to other institutions for the spring 2021 or fall 2022 semesters, because of the academic and financial reasons cited below. It would be almost impossible to transfer for the spring 2021 semester at this late date, except to institutions in immediate proximity to athletes' hometowns.  Thus, the viability of the team with regard to sufficient numbers of skilled players is likely to be quickly depleted.

*Plaintiffs' TRO Appendix - 0139*

e.  It would take two to four years beginning in 2024-25 for UIowa to rebuild its reputation and gain the confidence of the most highly sought-after prospective student-athletes, who will look at UIowa's decision to drop their respective sports as a lack of commitment.  Only a very good coach hire would minimize this liability.

**12.b.  I opine that there will be a high likelihood of academic harm to individual student-athletes who transfer for the purpose of being able to continue their collegiate sports participation.**  It would be impractical and very unusual for sophomore, junior and senior transfers to other institutions not to be adversely affected academically.  Institutions of higher education seldom accept 100 percent of all courses previously taken by transfer students because they are not exact matches to the courses offered at the new institution.  In addition, almost every institution of higher education has minimum residency or credits-earned requirements in order to earn the baccalaureate degree from that institution.  Depending on the number of credits accepted upon transfer, the student may be forced to extend her time in college or may have to take heavier academic loads to meet minimum credit or actual residency requirements. Also, it is usually more difficult for transfers to be accepted into more highly desired academic majors due to prerequisite academic courses that may only be available at the new institution. UIowa student-athletes have been admitted to a state flagship institution, among the nation's most selective institutions of higher education.  Thus, it is unlikely that there will be a successful transfer to another Big Ten or other FBS institution unless the athlete is an exceptional student or proficient enough to qualify for an athletic scholarship or be the beneficiary of special admissions privileges associated with that status.  Thus, the transfer student-athlete may be forced to attend an academically less-selective institution.

**12.c.  I opine that there will be a high likelihood of financial harm to transferring student-athletes.**  Because swimming and diving is an NCAA equivalency sport, athletes are more likely to receive partial athletic scholarships rather than full scholarships unless the athlete is nationally ranked and highly desired.   Recruited student-athletes usually receive preferred packaging of need-based and merit financial aid, meaning that a larger portion of their financial aid package will be non-repayable grants rather than loans.  Typically, more prestigious schools like UIowa have significant endowments, the proceeds of which are used to provide larger proportions of their financial aid package as non-repayable grant aid.  If the student-athlete cannot transfer to another Big Ten school, it is likely that she will seek to attend a lesser resourced Division I institution with a comparable quality athletic program that may or may not have athletic aid available and may or may not have the financial resources available to offer an attractive financial aid package that includes of a significant percent of non-repayable aid.

There are two other factors that will minimize the availability of athletic aid for transfer students:  (a) the Covid-19 economic crisis has caused reductions in athletics budgets nationwide and (b) the unplanned extension of the eligibility of college athlete seniors who would have completed their athletic eligibility in the spring of 2020, but, because of Covid-19, did not use their last year of eligibility and plan to return to their original institutions for a "do over."  This may well occur with winter sports athletes in the midst of the 2020-21 2nd wave pandemic. The NCAA is permitting member institutions to exceed normal NCAA scholarship limits in 2020-21 in order to accommodate these athletes but it is unclear what will happen with similarly situated 2020-21 athletes needing to extend their eligibility into 2021-22.   In any event, unanticipated athletic scholarship costs ranging from $250,000 to $600,000 per institution (depending on number of athletes and differences in cost of tuition) to support athletes whose eligibility has been extended

*Plaintiffs' TRO Appendix - 0141*

makes it more unlikely that athletic aid and non-athletics non-repayable financial aid will be widely available to new transfer student-athletes.  Thus, the combination of lack of availability of athletics aid and more loans than non-repayable grants in the packaging of other non-athletics aid increases the likelihood of significant additional financial costs to complete the transfer student-athlete's education.

**12.d.  I opine that there will be a high likelihood of harm to individual athletes who remain at UIowa with regard to physical health and well-being and loss of the opportunity to achieve athletic performance outcomes.**  Because swimming and diving is a winter sport, we don't know what will happen if the 2020-21 season is cut short or eliminated.  However, what happened to 2020 spring sport athletes who lost their spring eligibility because of Covid-19, but graduated, provides historical precedent.  Most would most likely end their athletic careers, rather than seek another institution to complete their eligibility.  Those athletes who must remain at UIowa because of the previously mentioned factors face additional different types of harm.  The Division I athlete's decision to attend a college or university because of the coach and participation in athletics is equally as important, and in some cases, even more important, than the academic opportunities offered.  Daily physical conditioning, being pushed by the coach to achieve growth in the acquisition of skills, a commitment to devote 30 to 50 hours per week within a narrow window of time during which an athlete is physically capable of achieving high levels of performance, is a way of life for the athlete.  Division I swimming and diving is not a recreational sport activity common to most club sports or programs and the experience offered by lower NCAA competitive divisions is not comparable.  Division I college sport has become the primary training ground for aspiring USA national team members and Olympians.  When the coach is no longer available because he/she has departed, when access to athletics facilities and services is limited

*Plaintiffs' TRO Appendix - 0142*

because the athlete is no longer a member of the varsity athletic teams, this is a huge culture change that affects the mental health and well-being of athletes that should not be underestimated.

The loss of the coach in particular is significant.  The head coach is the person who helps balance the athlete's life, especially when that need is created by the pressures of classes, training, competition, dealing with injuries, etc.  The head coach is the person who guides the development of team chemistry and instills the player's trust in teammates – relationships that last for a lifetime. Breaking up the team construct of highly valued intrapersonal relationships is a significant harm – losing your best friend times ten.

**12.e.  I opine that all of the plaintiffs have and will continue to experience moral injury because of the fact that their institutions failed to fulfill the promises made when they were recruited and the realization that the institution has ignored its obligation to treat male and female athletes equally.**  UIowa's lack of notice to athletes regarding the intent to eliminate programs represents a "moral injury" in that athletes trusted that the higher education institution they chose to attend would fulfill its recruiting commitment -- four years of an outstanding education and athletic program benefits. They expected the institution to provide the same certainty with this promise as the availability of academic classes and outstanding faculty.  When the proverbial "rug is pulled out from under" student-athletes with no notice and no justification, the student-athletes are harmed. The harm was particularly severe in this case, where the decision was unexpected and all plaintiffs were on campus training for the upcoming season.  The female student-athletes were also injured by the inequitable ways in which their varsity athletic team was not equally supported prior to the termination decision, then injured again with a terminated decision.  They have received a clear message that UIowa does not value their participation or equal treatment obligations under Title IX.

*Plaintiffs' TRO Appendix - 0143*

**12.f.  I opine that the aspiring rugby and wrestling female athletes have been harmed by the failure of UIowa to assess their athletics interests and abilities as required by Title IX and to consider adding their sports to the varsity athletic program.**  Wrestling is a legendary sport at UIowa and in the state of Iowa that should have received careful consideration as an addition to the women's program because, as a contact sport, Title IX allows Iowa to preclude women's participation on the men's team.  Even if a female is allowed to try out for the men's team, the sex-linked male post pubescent biological strength, speed and reaction time differences and safety considerations typically create insurmountable odds when it comes to selection and equal treatment on a men's team.  The establishment of a women's wrestling team would have broken a significant sex-based sport barrier that must eventually fall.  Over 2,890 high schools sponsor girls' wrestling and there are over 21,000 high school female wrestlers who are aspiring to compete in this relatively new women's Olympic sport at the college level. In addition to over 30 women's college wrestling teams participating at the varsity and club level, USA Wrestling has a vibrant college program.  A college's or university's schedule need not be against other higher education teams.  Age group open competition against college aged opponents suffice as long as the competition level is comparable.  Further, UIowa would have the Title IX obligation to ask other schools in the Big Ten to consider adding women's wrestling. Since six of the 14 Big Ten members have 2018-19 female participation gaps in excess of 20, they are also in a position to have to add sports.  As a freshman, the female wrestling athlete plaintiff still has hope that a Court will ask UIowa to fulfill its resolution agreement promise to DOE OCR, consider her sport as an addition to UIowa's program.

The female rugby plaintiff is the president of a vibrant 40 to 50 athletes rugby club program at UIowa. Rugby has been classified as an "emerging sport" by the NCAA.  USA Rugby has a

very strong college rugby program, similar to USA Wrestling.   In addition, there is a National Intercollegiate Rugby Association leading the NCAA emerging sport effort.   UIowa has an obligation to carefully consider club sports when evaluating candidates for addition to the institution's athletics program.   These rugby women are being harmed by the failure of UIowa to give them an opportunity to be considered for varsity status.   They are students on campus now who have demonstrated the interest and ability to be considered for varsity status and who are already engaged in regular competition against other collegiate programs, therefore meeting the primary criteria for the addition of a new sport.

Respectfully submitted,

Donna A. Lopiano, Ph.D.

Date:  December 2, 2020

*Plaintiffs' TRO Appendix - 0145*

# DONNA A. LOPIANO, B.S., M.A., Ph.D

452 Fisher Court
Shelton, CT 06484     516-380-1213 (c)   203-538-5280 (w)
SportsManagementResources@gmail.com

*Revised as of 8-1-2020*

## EDUCATION

| | |
|---|---|
| Doctor of Philosophy in Physical Education | University of Southern California January 11, 1974 |
| Master of Arts in Physical Education | University of Southern California August 20, 1969 |
| Bachelor of Science in Health and Physical Education | Southern Connecticut State College June 8, 1968 |
| Institute for Non-Profit Consulting Certificate of Completion | CompassPoint Nonprofit Services December 7, 2007 |

## PREVIOUS EMPLOYMENT

**2012-present**   Adjunct Professor, Sports Management, Southern Connecticut State University

**2008-present**   President and Founder, Sports Management Resources
- a consulting firm specializing in educational sport
- helping sports organizations solve integrity, growth and development challenges
- www.SportsManagementResources.com

**1992-2007**   Chief Executive Officer, Women's Sports Foundation
Built an internationally respected education, research and public policy organization:
- Secured funds that enabled the Women's Sports Foundation to award more than $50 million in cash grants and educational materials
- Expanded the Women's Sports Foundation endowment from $1 million to $4 million; grew annual revenues from $1 million to $10 million and built staff from eight to sixty-five
- Driving force behind the development of the award-winning GoGirlGo! educational curriculum that since 2001 has reached more than 625,000 girls; significantly changing their attitudes about healthy lifestyle choices
- Served as a leading expert and national spokesperson on gender equity issues, including Title IX and the Amateur Sports Act, providing expert testimony for numerous court cases on coaches' compensation, athletes' rights, and equitable treatment
- Repeatedly led national efforts to strengthen Title IX legislation and its enforcement, successfully educating elected officials and policy makers on the importance of upholding the law
- Recognized as one of the "100 Most Influential Sports Educators in America" by the Institute for International Sport, "100 Most Influential People in Sports" by *The Sporting News* and "The 50 Most Influential People in College Sports" by *College Sports*

**1975-1992**   Director of Intercollegiate Athletics for Women and lecturer, Kinesiology and Health Education Department, The University of Texas at Austin
Constructed what many believed to be the premiere women's athletics program during this period; twice earning designation of top program in the nation:
- All eight sports consistently national ranked in the top ten in Division I

*Plaintiffs' TRO Appendix - 0146*

## PREVIOUS EMPLOYMENT (continued)

      o  Grew budget from $57,000 in 1975 to over $4 million with 34 endowed academic scholarships for student-athletes in 1992
      o  Eighteen national championships in six different sports, 51 individual sport national champion athletes, 57 Southwest Conference championships and 395 All-American athletes, dozens among them Olympians and world champions
      o  Ninety percent of women athletes who exhausted their athletic eligibility at the University of Texas received a baccalaureate degree
      o  Served as Lecturer, Kinesiology and Health Education Department, teaching sports ethics and athletic management

**1971-75**    Assistant Professor of Physical Education,  Assistant Director of Athletics and Head Coach of men's and women's varsity teams at Brooklyn College of The City University of New York
      o  Led development of new undergraduate curriculum for physical education majors
      o  Taught undergraduate courses: Philosophical Perspectives of Physical Education, Women in Sport,  Behavioral Perspectives of Physical Education, Coaching Techniques, and Psycho-Social Aspects of Women in Sport as well as skills and methods courses in volleyball, basketball, softball and officiating
      o  Taught graduate courses in Sociology of Sport, Administration of Athletics, Women in Sport
      o  Initiated women's intercollegiate volleyball and grew it into a nationally ranked program
      o  Head Coach of women's basketball, women's softball, women's volleyball and men's volleyball

**1969-70**    Graduate Teaching Assistant, Women's Intramural Director, Women's Intercollegiate Volleyball Coach at The University of Southern California
    While a graduate assistant and doctoral student:
      o  Served as head administrator of the University's women's intramural program
      o  Served as head varsity volleyball coach
      o  Taught a variety of sports classes for undergraduate students

Visiting Professor/Adjunct Professor/Executive in Residence - Courses Taught at Other Universities

| | |
|---|---|
| Spring 2015-20 | Global Issues in Sport and Entertainment Management, Southern Connecticut State University |
| Fall 2014-20 | Governance and Administration of Sport Organizations, Southern Connecticut State University |
| Fall 2012-20 | Current Issues in Sport Management, Southern Connecticut State University |
| Spring 2014-17 | Sport Ethics, Southern Connecticut State University |
| 2013-2014 | Executive-in-Residence, University of New Haven College of Business |
| Fall, 2011 | Amateur Sports Governance, New York University |
| Spring, 2011 | Amateur Sports Governance, New York University |
| Fall, 2011 | Seminar in Sports Business, Columbia University |
| Spring, 2009 | Community, Educational and Open Amateur Sports Organization and Governance, University of Massachusetts at Amherst |
| Summer, 1981 | Sports Programs for Girls and Women, University of Illinois @ Chicago Circle |
| Summer, 1980 | Coaching Softball, University of Iowa |
| Summer, 1979 | Athletic Administration, University of Iowa |
| Summer, 1976 | Administration of Girls' and Women's Athletics, University of Denver |
| Summer, 1975 | Psycho-Social Aspects of Women in Sport, University of Washington |

## TEACHING, COACHING AND ADMINISTRATIVE RESPONSIBILITIES

***Administrative Experience:***
Assistant Director of Athletics, Brooklyn College of The City University of New York
Director of Intercollegiate Athletics for Women, The University of Texas at Austin
Chief Executive Officer, Women's Sports Foundation
President, Sports Management Resources

*Plaintiffs' TRO Appendix - 0147*

**TEACHING, COACHING AND ADMINISTRATIVE RESPONSIBILITIES**

*Courses Taught:*

### Undergraduate

| | |
|---|---|
| Contemporary Issues in Sport Management | Philosophical Perspectives of Physical Education |
| Behavioral Perspective of Physical Education | Coaching for Women |
| Psycho-Social Aspects of Women in Sport | Intermediate and Advanced Volleyball |
| Intermediate and Advanced Basketball | Beginning and Intermediate Softball |
| Methods in Team Sports | Officiating Team Sports |
| Women in Sport | Coaching Techniques in Volleyball |
| Ethics in Sport | Contemporary Issues in Sport and Entertainment Management |

### Graduate

| | |
|---|---|
| Sociology of Sport | Administration of Athletics |
| Women in Sport | Sport Ethics |
| Community, Educational and Open Amateur Sport | Amateur Sports Governance |
| Seminar in Sports Business | Governance and Administration of Sport |
| Governance and Administration of Sport Organizations | Global Issues in Sport Management |
| | Current Issues in Sport Management |

*Coaching Experience:*
Head Coach of Women's Intercollegiate Volleyball, Basketball and Softball
Head Coach of Men's Intercollegiate Volleyball
Head Coach, Italian National Softball Team
Pitching Coach, Professional Women's Softball

**PROFESSIONAL ORGANIZATIONAL AFFILIATIONS**

American Alliance for Health, Physical Education, Recreation and Dance
National Association of Collegiate Women Athletics Administrators
Women's Sports International
The Drake Group

**HONORARY DEGREES**

Honorary Doctorate, Monmouth University, West Branch, New Jersey, May 20, 1998
Honorary Doctorate, Ripon College, Ripon, Wisconsin, May 16, 1998
Honorary Doctorate, St. Joseph's College, Hartford, Ct., September 14, 1994
Honorary Doctorate, United States Sports Academy, July 8, 1994
Honorary Doctorate as Outstanding Alumnus, Southern Connecticut State University, May 28, 1993
Ethics Fellow, Institute for International Sport, 1990

**HALL OF FAME AWARDS**

Texas Sports Hall of Fame, 2011
Fairfield County (CT) Sports Hall of Fame, 2007
Public Schools Athletic League Hall of Fame Award, Brooklyn, NY, November 22, 2003
Verizon Academic All-American Hall of Fame, Cleveland, OH, June 28, 2003
Connecticut Women's Basketball Hall of Fame 16th Anniversary Induction, New Haven, CT, April 10, 2003
Connecticut High School Coaches Association Hall of Fame, Southington, CT, November 14, 2002
National Italian American Sports Hall of Fame, Inc., Chicago, IL, 2001
International Scholar-Athlete Hall of Fame, Institute for International Sport, Kingston, Rhode Island, June 27, 1999
Connecticut Women's Hall of Fame, 1995
Texas Women's Hall of Fame, 1987, by the Governor's Commission for Women
Communiplex National Women's Sports Hall of Fame, 1987, Cincinnati, Ohio
Southern Connecticut State University Alumni Sports Hall of Fame, 1986, SCSU Alumni Association
National Sport Hall of Fame, 1985, by the National Association for Sport and Physical Education
National Softball Hall of Fame, 1983, American Softball Association

Page 3

**OTHER AWARDS AND HONORS**

Lalia Rach Profile in Excellence Award, NYU Preston Robert Tisch Center for Hospitality, Tourism, and Sports Management Sports Business and Graduate Sports Business Societies, April, 2014

NCAA Gerald R. Ford Award, 2013, honors an individual who has provided significant leadership as an advocate for intercollegiate athletics over the course of his or her career

100 Most Influential Sports Educators in America, 2013

American Civil Liberties Union, Nine of the Most Influential Actors in Title IX's History, April, 2012

Elm City Legend, Connecticut March of Dimes, New Haven, CT, November, 2011

"The Champions:  Pioneers and Innovators in Sports Business" Award, Sports Business Journal/Sports Business Daily, March, 2010

Cal Ramsey Distinguished Lecturer in Sports Management, New York University, 2009

Sports Lawyers Association, 2008 Award of Excellence

Women in Sports Business Symposium 2008 Woman of the Year Award, University of Oregon Warsaw Center for Sports Marketing

Institute for International Sport, 100 Most Influential Sports Educators in America, 2007

Adelphi University Sports Leadership Institute, Community Leadership Award, 2007

New York Institute of Technology William T. "Buck" Lai Wonderful Life Achievement Award, June 21, 2007

Ithaca College Department of Sport Management and Media, Distinguished Sports Industry Leader Award, 2007

*The Sporting News*, "The 100 Most Influential People in Sport," 1997 (#67), 1996 (#46), 1995 (#41), 1994 (#43), 1993 (#62), 1992 (#72)

*College Sports*, "The 50 Most Influential People in College Sports," 1996-97 (#22) 1995-96 (#10),  1994-95 (#31)

International Olympic Committee Women and Sport Trophy, 2005

Miami-Dade Community College Honor Award, Champion of Equal Opportunity for Women in Sports and Education, 2005

Columbia-Barnard Athletic Consortium Award for Exemplary Contributions to the Advancement of Athletic Opportunities for Girls and Women, Feb. 6, 2004

Patsy Mink Memorial Title IX at 30 Award, National Association for Girls and Women in Sports, 2003

Women in Leadership Award, The Center for Women of NY, Elmhurst, NY, June 19, 2003

Jacobs Institute for Women's Health, Excellence in Women's Health Award, Washington, D.C., May 16, 2002

National Association of Collegiate Directors of Athletics (NACDA) 30th Anniversary of Title IX Award, 2002

United States Sports Academy Distinguished Service Award, 2001

International Olympic Committee, Women and Sport Achievement Award, 2000

San Antonio Sports Foundation Appreciation Award, 2000

The Feminist Majority Foundation Contribution Award "for unique contribution to the historic struggle for women's equality and human rights", 2000

Town of North Hempstead Recognition Award for Support of the Education and Assistance Corporation, 1999

Nassau County, State of New York, Special Commendation for Outstanding Service to Local Citizenry, 1999

National Association of Collegiate Women Athletic Administrators Honor Award for Outstanding Support of Women Athletes and their Sports, 1998

National Association of Sports Commissions Recognition Award, 1998

Sporting Goods Business Woman of the Year (Non-Profit Organization), 1998

Stamford Old Timers Athletic Association National Honoree, 1998

Women's Sports and Fitness Magazine, The 20 Most Influential Women in Sports, 1997

NCSC Lifetime Achievement Award, 1997

Girl Scouts of Nassau County Juliette Low Award of Distinction, 1996

New York State Public High School Association, Inspiration Award, Young Women in Sport Forum, April, 1995

Tennessee Lawyers Association for Women Recognition Award, 1995

NAFFY Award (National Association for Female Executives), 1995

King County and NYSAC Award for Contributions in Sports,, 1994

National Collegiate Athletic Association Silver Anniversary Award, 1993

Dallas All Sports Association Distinquished Service Award, 1992

*Plaintiffs' TRO Appendix - 0149*

## OTHER AWARDS AND HONORS (cont.)

National Association for Girls and Women in Sports Guiding Woman in Sport Award, 1992

National Association of Collegiate Women Athletic Administrators, District 7 NACWAA
     Administrator of the Year, 1992 and 1991

National Association for Girls and Women in Sport Guiding Woman in Sport Award, 1992

Recipient of the 1987 Flo Hyman Memorial Gazelle Award "to honor a person who exemplifiesfeminist
     values in athletics and scholarship."  Presented by the Project on Equal Education Rights of the NOW
     Legal Defense and Education Fund, 1987.

Margaret C. Berry Award for Outstanding Contribution to Student Life, 1985, by the Eyes of Texas

## LEADERSHIP EXPERIENCE

*Current:*
   Member, President, Board of Directors, The Drake Group (2015 to present)
   Member, Advisory Board, Fishlinger Center for Public Policy Research, College of Mount St. Vincent
        (2015 to present)
   Member, Advisory Board, The Drake Group, (2010 to present)
   Member, Advisory Board, Champion Women (2015-present)
   Chair, Drake Working Group on Collegiate Athletics Reform (2013 –present)
   Member, Advisory Board, Sports Law Institute, Vermont Law School (2013 to present)
   Member, Advisory Board, Friends of the Tisch Center – Sports (2011 to present)
   Member, Advisory Board, Center for Research on Sport & Physical Activity, D'Youville College (2010
        to present)
   Member, Foundation for Global Sports Development (formerly Justice for Athletes), Advisory Board
        (2005 to present)
   Member, Advisory Board PowerPlay NYC, (2001 to present)
   Member, Advisory Board of the MBA in Sport Management, Florida Atlantic University (2000 to present)
   Member, Committee of Advisors, Positive Coaching Alliance (1999 to present)
   Member, Editorial Advisory Board of *Athletic Business* (1997 to present)
*Past:*
   Member, National Honors Committee of The National Women's Hall of Fame (1994 to 2015)
   Chair, International Baseball Federation (IBAF) Women's Baseball Committee (2009)
   Member, Advisory Board, 2003 World Congress of Sports
   Member, The ESPY Academy, (2002 to 2004)
   Member, United States Olympic Committee Board of Directors, Public Sector member (2000 to 2004)
   National Gambling Task Force, National Association of Student Personnel Administrators (1999)
   Member, Major League Golf Advisory Board (1999)
   Member, 1999 FIFA Women's World Cup Advisory Board (1997)
   Member, Advisory Board of SportsBridge (1997)
   Member, Nassau County (NY) Sports Commission (1995 to 2007)
   Member, Sara Lee Frontrunners Award Selection Committee, (1995-2000)
   Member, National Advisory Board to the National Consortium for Academics and Sports (1993 to
        2004)
   Editorial Board, *Training Table* magazine, United States Sports Academy (1993)
   Advisory Board, *Fitness* magazine (1993-2000)
   ESPN American Sports Awards, Select Nominating Committee (1992-2000)
   SMART Eureka Advisory Board (1992-1998)
   NCAA Gender Equity Task Force (1992 to 1993)
   NACDA Foundation Blue Ribbon Review Committee, (1992)
   Ethics Fellow, Institute for International Sport (1990 to 1998)
   Member, Southern Association of Colleges and Schools Commission on Colleges Committee on
        Intercollegiate Athletics (1990-91)
   Babe Zaharias Award Selection Committee (1990)
   Chair, Education Division of Capital Area United Way (1990)
   Member, National Advisory Board of the Center for the Study of Sport in Society (1989 to 2008)
   Member, Advisory Board, Center for Athletes' Rights and Education (1989 to 2003)
   Chair, NCAA Legislative Review Committee (1989-1992)
   Member, NCAA Cost Reduction Committee (1989-90)

*Plaintiffs' TRO Appendix - 0150*

## LEADERSHIP EXPERIENCE (cont.)

*Past (cont.)*

Chair, National Association of Collegiate Women Athletic Administrators Television Committee (1988 to 1992)

Member, Executive Committee, Project Fair Play of Texas (1988-92)

Member, Future Directions Committee, University of Texas Ex-Students' Association (1988-90)

Member, Sports Foundation Feasibility Committee of the Austin Chamber of Commerce (1988-89)

Member, Community Advisory Board for Austin's Ronald McDonald House (1987-1992)

Trustee, Women's Sports Foundation (1987-1991)

Member, Council of Collegiate Women Athletic Administrators Legislation Committee (1986 to 1992)

Member, Board of Directors of the Women's Advocacy Project (1986-1992)

Member, NCAA Manual Revision and Deregulation Committee (1986-89)

Member, Executive Committee of the Texas University Interscholastic League (1986-88)

Member, City of Austin Parks and Recreation Board (1986)

Member, Board of Governors of the Texas Foundation for Intercollegiate Athletics for Women (1984-92)

Member, United States Olympic Development Committee (1984-88)

President, Association for Intercollegiate Athletics for Women (AIAW) (1981)

President-Elect, Association for Intercollegiate Athletics for Women (1980)

Past-President, Association for Intercollegiate Athletics for Women (1982)

President, Southwest Association for Intercollegiate Athletics for Women (1980)

President-Elect, Southwest Association for Intercollegiate Athletics for Women (1979)

Consultant to Office of Civil Rights, U.S. Department of Education on Title IX Investigations of Athletic Programs (1979)

Investigator, American Council on Education Study of the Financial Problems of Intercollegiate Athletics (1978-79)

Member, AIAW Ethics and Eligibility and Eligibility Committee (1978)

Chair, AIAW Television Committee (1976-77)

Chair, AIAW President's Summit Conference on Intercollegiate Athletics (1976)

Member, NAGWS Development Committee (1975-76)

Member, AIAW Restructure Committee (1975)

Chair, AAHPERD/DGWS Softball Guide Committee (1974-76)

Member, Eastern Association of Intercollegiate Athletics for Women Volleyball Committee (1974-76)

Member, AAHPERD Secondary Physical Education Commission Ad Hoc Committee for the Development of a Secondary Physical Education Program Assessment Instrument (1974-75)

Chair, United States Collegiate Sports Council Volleyball Committee (1973-75)

Director, National Softball Program, Italian Olympic Committee (1973-75)

Chair, AAHPERD/DGWS Softball Examinations and Rating Committee (1973-75)

Chair, New York State Association for Intercollegiate Athletics for Women's Volleyball Sport Committee (1972-74)

## EXPERT WITNESS/CONSULTANT – LAWSUITS

Association of Intercollegiate Athletics for Women  v. the National Collegiate Athletic Association (Washington, DC - antitrust)

Pam Bowers v. Baylor University (Texas – employment discrimination/Title IX)

Pam Pederson, Lisa Oller and Semantha Clark v. Louisiana State University (Louisiana – Title IX)

Ann A. Pitts v. State of Oklahoma (Oklahoma State University – employment discrimination)

Marianne Stanley v. University of Southern California (California – employment discrimination)

Jennifer Roberts et al v. Colorado State University (Colorado – Title IX)

Rachel Sanders et al v. University of Texas at Austin (Texas – Title IX)

Cohen et al v. Brown University (Rhode Island – Title IX)

Roth v. School Board (sexual harassment/Title IX)

Sonya Tyler v. Howard University (Washington, D.C.- employment/Title IX)

Weaver v. Ohio State University (Ohio – employment discrimination/Title IX)

Haffer et all v. Temple University (Pennsylvania – Title IX)

Blair et al v. Washington State University (Washington – Title IX)

Hession et al v. Rollins College (Florida – sexual harassment of students/Title IX)

Joanne A. Fortunato v. Keene State College, et al  (New Hampshire – employment discrimination)

Tannisha Stevens v. Univ. of Michigan (Michigan - injury)

*Plaintiffs' TRO Appendix - 0151*

## EXPERT WITNESS/CONSULTANT – LAWSUITS (cont.)

Molly Perdue v. City University of New York et. al.  (New York – employment discrimination/Title IX)

Vicki Dugan v. Oregon State University (Oregon – employment discrimination/Title IX)

Norman Law, et al. v. National Collegiate Athletic Association (Kansas – employment discrimination)

Jan Lowrey v. Texas A&M University System, et al. (Tarleton U./Texas – employment discrimination/Title IX)

Grandson v. University of Minnesota-Duluth, et al (Minnesota-Title IX athletics)

Thompson, Lindahl, Jeffries v. University of Minnesota-Duluth, et al. (Minnesota – Title IX athletics)

Julian v. Southwest Baptist University (Missouri – Title IX retaliation against coach)

Kevin Alston and Sandra Alston, et. al., v. Virginia High School League, Inc., et al. (Virginia – girls playing in non traditional seasons)

Daniel Daniels, as next friend of Jessica Daniels and Jennifer Daniels, as representatives of a class of similarly situated persons v. School Board of Brevard County California (Florida – Title IX facilities, benefits)

Kaitlin Baca, et al v. City of Los Angeles, et al (U.S. District Court-Central District of California – city recreational facilities)

Communities for Equity vs. Michigan High School Athletic Association (US District Court-Western District Court of Michigan-non-traditional seasons)

Mason et al v. Minnesota State High School League (U.S. District Court-Minnesota-Title IX facilities)

Ries v. Montana High School Association (Montana Human Rights Act/State Equal Protection – non-traditional seasons)

Ashley Bellum, et all v. City of Grants Pass  (Oregon gender inequality in assignment of softball facilities by parks and recreation)

Humphreys, Karen Moe v. Regents of the University of California, University of California, Berkeley (employment sex discrimination)

Burch v. Regents of the University of California, et. al (Title IX retaliation against coach)

Mansourian et al. v. Regents of the University of California, et al. (Title IX retaliation against coach)

Ollier et al v. Sweetwater Union High School District, et al (Title IX)

Young v. Indiana High School Athletic Association and Monroe County Community School Corporation (Title IX denial of baseball participation opportunity)

Biediger et al. v. Quinnipiac University (Title IX athletics participation)

Surina Dixon v. Texas Southern University (Title IX retaliation against coach)

Kathleen Bull v. Ball State University (Title IX retaliation against coach)

Bigge v. Citrus County School Board (Title IX relaliation against parents)

POST 2012

Brenny v. Board of Regents of the University of Minnesota and John Harris (employment-gender and sexual orientation discrimination)

Burns v. Board of Trustees California State University, San Diego State University (employment-Title IX retaliation)

Miller, Banford and Miles v. Board of Regents v. University of Minnesota, University of Minnesota-Duluth (employment-gender and sexual orientation discrimination, Title IX retaliation)

Jane Doe No. 1 (a pseudonym) v. Bikram Choudhury, Bikram Yoga College of India (gender discrimination, sexual assault)

Jane Doe No. 3 (a pseudonym) v. Bikram Choudhury, Bikram Yoga College of India (gender discrimination, sexual assault)

Alexie Portz, et al on behalf of all those similarly situated vs.St. Cloud State University and Minnesota State Colleges and Universities (Title IX athletics participation)

Jane Meyer vs. The University of Iowa, Board of Regents, State of Iowa, and the State of Iowa (employment-gender and sexual orientation discrimination, Title IX retaliation)

Tracey Griesbaum vs. The University of Iowa, Board of Regents and the State of Iowa (employment-gender and sexual orientation discrimination, Title IX retaliation)

Lauren Working, et al v. Lake Oswego School District (Oregon) (Title IX athletics)

B.W. v. Black Hills Football Club (Title IX sexual harassment)

Struthers and Brandt v. Red Bluff Joint Union High School District (California) (Title IX athletics)

Videckis and White v. Pepperdine University (Title IX sexual harassment/sexual orientation)

Robb et al. v. Lock Haven University of Pennsylvania (Title IX athletics)

Christine A. Cochran v. Bethune-Cookman University (employment-gender, Title IX retaliation)

*Plaintiffs' TRO Appendix - 0152*

**EXPERT WITNESS/CONSULTANT – LAWSUITS (cont.)**

Sheila Hudson v. California State University (employment-gender, Title IX retaliation)
C.B.. v. Black Hills Football Club (Title IX sexual harassment)
K.H. v. Black Hills Football Club (Title IX sexual harassment)
Noriana Radwan v. University of Connecticut (Title IX – athlete treatment)
Jamie Howard v. William Jessup University (Title VI and IX employment)
A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and
    S.T. v. Hawaii State Department of Education and Oahu Interscholastic Association
Bonnie J. Kenny, Cindy Gregory v. University of Delaware, et al.
A.C. v. United States Bowling Congress, Greater Seattle USBC, Northwest Challenge League f/k/a Puget
    Sound Travel League, Washington State Young American Bowling Alliance, Lee Treddenbarger
J.L. v. United States Bowling Congress, Greater Seattle USBC, Northwest Challenge League f/k/a Puget
    Sound Travel League, Washington State Young American Bowling Alliance, Lee Treddenbarger
T.M. v. United States Bowling Congress, Greater Seattle USBC, Northwest Challenge League f/k/a Puget
    Sound Travel League, Washington State Young American Bowling Alliance, Lee Treddenbarger

**PUBLICATIONS**

**Books, Books Chapters, Handbooks and Research Reports**

Gurney, G., Lopiano, D. and Zimbalist, A. (2017)  *Unwinding Madness:  What Went Wrong with College Sports and How to Fix It.*  The Brookings Institution:  Washington, DC.

Lopiano, D. (2015)  The roots of corruption in US collegiate sport.  Global Corruption Report:  Sport. Transparency International.  Routledge: London/New York

Lopiano, D. and C. Zotos  (2015) "Athlete welfare and protection policy development in the USA" in *Safeguarding, Child Protection and Abuse in Sport:  International perspectives in research, policy and practice* edited by Melanie Lang and Mike Hartill, London and New York:  Routledge, pp. 97-106.

Lopiano, D. and C. Zotos (2013) *Athletic Director's Desk Reference*. Champaign, IL: Human Kinetics.

Lopiano, D., Fortunato, J, Hogshead-Makar, N. and Starr, K. (2012)  Safe4Athletes Handbook: Local Sport Club Policies and Procedures to Provide Athletes with a Safe and Positive Environment Free of Sexual Abuse, Bullying and Harassment. Safe4Athletes.org  See:  http://safe4athletes.org/4-clubs/model-policy

Lopiano, D., M. Snyder and L. Zurn. (2007). The Women's Sports Foundation Report: The Status of Female Youth Health and Physical Activity in the Boston Metropolitan Area. East Meadow, NY: Women's Sports Foundation.

Lopiano, D. (2006) "Gender and Sport" in *New Game Plan for College Sport* edited by Richard E. Lapchick, American Council on Education and Praeger Publishing, pp. 127-155.

Lopiano, D., and Lakowski, T. (2006). *Increasing Youth Sports & Physical Activity Participation: A Women's Sports Foundation Public Policy Guide*. East Meadow, NY: Women's Sports Foundation.

Lopiano, D.  (2002)  Advocating for Gender Equality in Sport:  The Experience of the Women's Sports Foundation in the United States.  A Guide and Education Kit.  Women's Sports Foundation, East Meadow, NY.

Lopiano, D. and C. Zotos. (2001)  Women's Sports Foundation Education Guide:  Special Issues for Coaches of Women's Sports.  East Meadow, NY:  Women's Sports Foundation.

"Women's Sports:  Coming of Age in the Third Millennium", in *The Olympics at the Millennium:  power, politics, and the games*, edited by Kay Schaffer and Sidonie Smith, Rutgers University Press, pp. 117-127, 2000.

"Gender Equity in Sports" in *Medical and Orthopedic Issues of Active and Athletic Women*, edited by Rosemary Agostini, M.D., Hanilye & Belfus, Inc., Philadelphia, PA, pp. 13-22, 1994.

"Modern Athletics:  The Pressure to Perform," with Connee Zotos in *Eating, Body Weight, and Performance in Athletes:  Disorders of Modern Society,* 1991.

## PUBLICATIONS

### Books, Books Chapters, Handbooks and Research Reports

"Equity Issues and Policy Problems in Women's Intercollegiate Athletics" with Connee Zotos in *The Rules of the Game:  Ethics in College Sport*, edited by Richard Lapchick and John Slaughter, McMillan, 1989.

"A Political Analysis of the Possibility of Impact Alternatives for the Accomplishment of Feminist Objectives Within American Intercollegiate Sport," *Fractured Focus:  Sport as a Reflection of Society*, Richard E. Lapchick, editor.  Lexington, MA:  Lexington Books, 1986.

*The Baseball-Softball Playbook* with Ron Polk, Ron Polk, Mississippi State University, 1980.

*The Money Game*:  *Financing Collegiate Athletics* with Robert H. Atwell and Bruce Grimes, American Council on Education, Washington, D.C., 1980.

*Coaching Clinic* with David Pierce, Canadian Amateur Softball Association, Ottawa, Ontario, 1974.

### Journal Articles

"Re-Affirming the Value of the Sports Exception to Title IX's General Non-Discrimination Rule" with Doriane Lambelet Coleman and Michael J. Joyner.  Duke Journal of Gender Law & Policy, March, 2020

"Fixing enforcement and due process will not fix what Is wrong with the NCAA."  *Roger Williams University Law Review,* 20:2, Spring, 2015, pp. 250-291.

"It's Time for the NCAA and Other Educational Sport Governance Organizations to Get Serious about Gender Equity".  *Journal of Physical Education, Recreation and Dance, Vol. 85, No. 2, February, 2014.*

"Time for a Sport Sex-Discrimination Uprising of a Different Sort".  *Journal of Physical Education, Recreation and Dance, Vol. 84, No. 1, January, 2013.*

"Women's Impact on Sport", in *Perspectives, 2001, The Multidisciplinary Series of Physical Education and Sport Science, Volume 3, The Business of Sport*, edited by Darlene Kluka and Guido Schilling, Oxford: Meyer & Meyer Sport (UK) Ltd., 2001, pp. 131-142.

"Equity in Women's Sports:  A Health and Fairness Perspective", *Clinics in Sports Medicine:  The Athletic Woman*, Vol. 13, No. 2, April, 1994, pp. 281-296.

"Colleges Can Achieve Equity in College Sports," *Texas Entertainment and Sports Law Journal*, Volume 3, No. 1, Spring, 1993, pp. 6-8.

"Recruiting, Retention and Advancement of Women in Athletics, Coaching and Administration" in *Perspectives:  Journal of the Western Society for Physical Education of College Women*, Volume 12, 1992, pp. 5-11.

"Perceived Problems and Sources of Dissatisfaction for Coaches of Women Sports, with Dorothy J. Lovett and Carla Lowry  in*" The Applied Research in Coaching and Athletics Annual 1991*, March 1991, pp. 207-241.

"The Good News/Bad News About Women's Athletics," *Southern Feminist*, Vol. 4, No. 2, Spring, 1987.

### Congressional Testimony

"Statement of Donna A. Lopiano Before Subcommittee on Commerce, Consumer Protection, and Competitiveness, U.S. House of Representatives, February 17, 1993".

"Statement of Donna A. Lopiano Before Subcommittee on Post Secondary Education of the Committee on Education and Labor, U.S. House of Representatives, *Hearings on the Roles of Athletics in College Life*, May 18, 1989.

"Statement of Donna A. Lopiano, Women's Athletic Director of the University of Texas at Austin," *Prohibition of Sex Discrimination:  Hearings on S.2106* Before the Subcommittee on Education of the Senate Committee on Labor and Public Welfare, 94th Congress, First Session (1975), (Washington, D.C.- U.S. Government Printing Office), pp. 105-113, 115-136.

Plaintiffs' TRO Appendix - 0154

**PUBLICATIONS**

**Editorials, Opinion, Business Magazine and .com Articles**

Donna Lopiano and Andrew Zimbalist. (September 15, 2020) Message to Congress on NCAA Reform: NIL Income Yes, Cash Income No.. *Forbes.com*. Retrieve at: https://www.forbes.com/sites/andrewzimbalist/2020/09/15/message-to-congress-on-ncaa-reform-nil-income-yes-cash-income-no/#5692ad6617fc

Donna Lopiano. (August 5, 2020) College Athletics Minority Hiring Initiatives Long Past Due. *Forbes.com*. Retrieve at: https://www.forbes.com/sites/donnalopiano/2020/08/05/college-athletics-minority-hiring-initiatives-long-past-due/#43cb77e45774

Donna Lopiano. (August 1, 2020) State High School Organizations Should Have Proper Resources Before Supporting Esports? *Forbes.com*. Retrieve at: https://www.forbes.com/sites/donnalopiano/2020/08/01/state-high-school-organizations-should-have-proper-resources-before-supporting-esports/#7a2871c6259c

Donna Lopiano and Andrew Zimbalist. (June 28, 2020) Theatre of the Absurd and Immoral:  College Football 2020. *Forbes.com*. Retrieve at: https://www.forbes.com/sites/andrewzimbalist/2020/06/28/theater-of-the-absurd-and-the-immoral-college-football-2020/#251d353622e5

Donna Lopiano and Andrew Zimbalist. (June 13, 2020) Has Higher Education Lost Its Mind? *Forbes.com*. Retrieve at:  https://www.forbes.com/sites/andrewzimbalist/2020/06/13/has-higher-education-lost-its-mind/#52e78c7a39c0

Gerald Gurney, Donna Lopiano, Andrew Zimbalist.  *(April 25, 2020) Sports Hiatus Gives NCAA An Opportunity to Rethink the Structure of College Sports*.  Forbes.com.  Retrieve at: https://www.forbes.com/sites/andrewzimbalist/2020/04/25/sports-being-on-hiatus-gives-ncaa-an-opportunity-to-rethink-the-structure-of-college-sports/#6a38d2a93b54

Donna Lopiano and Andrew Zimbalist.  (December 20, 2019)  *The Collegiate Sports Model Is Broken:  It's Time for Congress to Step In*.  Forbes.com  Retrieve at: https://www.forbes.com/sites/andrewzimbalist/2019/12/20/the-ncaa-sports-model-is-broken-and-its-time-for-congress-to-step-in/#487a474c3d09

Brian Porto, Gerald Gurney, Donna Lopiano, Mary Willingham, B. David Ridpath, Allen Sack, and Andrew Zimbalist.  (2019) *The Drake Group Position Statement:  Congress Granting a Limited Antitrust Exemption to the NCAA and Its Member Institutions*.  Retrieve at: https://www.thedrakegroup.org/2013/06/04/congress-granting-a-conditional-limited-antitrust-exemption-to-the-ncaa-and-its-member-institutions/ This paper was originally issued on June 1, 2015 and revised on October 4 and 28, 2019)

Donna Lopiano, Brian Porto, Gerald Gurney, B. David Ridpath, Allen Sack, Mary Willingham, and Andrew Zimbalist, (2017) *The Drake Group Position Statement: Compensation of College Athletes Including Revenues Earned from Commercial Use of Their Names, Images and Likenesses and Outside Employment*.  (March 24, 2015, Revised February 12, 2016, December 2, 2017, December 27, 2017, September 27, 2019 and October 14, 2019).  Retrieve at: https://www.thedrakegroup.org/2019/10/14/compensation-of-college-athletes-including-revenues-earned-from-commercial-use-of-their-names-images-and-likenesses-and-outside-employment/

Donna Lopiano, Janet Blade, Gerald Gurney, Sheila Hudson, Brian Porto, Allen Sack, David Ridpath and Andrew Zimbalist  (2019) The Drake Group Position Statement:   *College Athlete Health and Protection from Physical and Psychological Harm*.  (October 1, 2019).  Retrieve at: http://thedrakegroup.org

**PUBLICATIONS (cont.)**

**Editorials, Opinion, Business Magazine and .com Articles**

Ridpath, D., G. Gurney and D. Lopiano. *Presidents Choose to Enable Academic Fraud in Athletics. Journal of NCAA Compliance.*  July-August, 2019.  Hackney Publications.

The Drake Group Position Statement: *Athletic Governance Organization and Institutional Responsibilities Related to Professional Coaching Conduct.*   December, 2016   with Gurney, G., Polite, F., Porto, B., Ridpath, D.B., Sack, A., and Zimbalist, A. (2016) Retrieve at:  http://thedrakegroup.org/

 "The Drake Group Position Statement: Institutional Integrity Issues Related to Athlete Sexual Misconduct and Other Forms of Violence." May, 2020 revised; August, 2016 with Gurney, G., Porto, B., Ridpath, D.B., Sack, A., Sommer, J., Willingham, M., and Zimbalist, A. *TheDrakeGroup.org.*  Retrieve at: https://www.thedrakegroup.org/2016/09/11/institutional-integrity-issues-related-to-college-athlete-sexual-assault-and-other-forms-of-serious-violence/

"The Drake Group Position Statement: *A Critical Analysis of Proposed Models of College Athlete Compensation.*" February, 2019 with Gerald Gurney, Fritz Polite, David B. Ridpath, Allen Sack, Sandy Thatcher, Andrew Zimbalist.  *TheDrakeGroup.org.* Retrieve at: http://thedrakegroup.org/

"The Drake Group Position Statement:   *College Athlete Codes of Conduct and Issues Related to Freedom of Speech and Expression,*" November 2018 with Sanford G. Thatcher, Brian Porto, Gerald Gurney, Fritz Polite, B. David Ridpath, Allen Sack, and Andrew Zimbalist.  *TheDrakeGroup.org.  Retrieve at*:  http://thedrakegroup.org.

"The Drake Group Position Statement: *Excessive Athletics Time Demands Undermine College Athletes' Health and Education and Required Immediate Reform*."  July, 2016 with Gurney, G., Sack, A., Meyer, J., Porto, B., Ridpath, D.B., Willingham, M., and Zimbalist, A. *TheDrakeGroup.org*  Retrieve at: https://thedrakegroup.org/2016/08/04/drake-group-urges-significant-changes-to-reduce-athlete-time-demands/

"The Drake Group Position Statement:  *Why the NCAA Academic Progress Rate (APR) and Graduation Success Rate (GSR) Should Be Abandoned and Replaced with More Effective Academic Metrics*." October, 2015 with Gurney, G., Snyder, E.,Willingham, M., Meyer, J., Porto, B., Ridpath, D.B., Sack, A., and Zimbalist, A. *TheDrakeGroup.org*, Retrieve at:  https://thedrakegroup.org/2015/06/07/drake-group-questions-ncaa-academic-metrics/

"The Drake Group Position Statement:  *Rights of College Athletes*."  June 4, 2015 with Gurney, G., Willingham, M., Meyer, J., Porto, B., Ridpath, D.B., Sack, A., and Zimbalist, A.  *TheDrakeGroup.org.,* Retrieve at:  https://thedrakegroup.org/2015/06/05/rights-of-college-athletes/

"The Drake Group Position Statement:  *Congress Granting a Limited Antitrust Exempiton to the NCAA and Its Member Institutions*." June 1, 2015 with Porto, B., Meyer, J., Gurney, G., Willingham, M., Ridpath, D.B., Sack, A., and Zimbalist, A. *TheDrakeGroup.org*  Retrieve at: https://thedrakegroup.org/2013/06/04/congress-granting-a-conditional-limited-antitrust-exemption-to-the-ncaa-and-its-member-institutions/

"The Drake Group Position Statement:  Freshmen Ineligibility in Intercollegiate Athletics." April 20, 2015 with Gurney, G., Willingham, M., Porto, B., Ridpath, D.B., Sack, A., and Zimbalist, A. *TheDrakeGroup.org.* Retrieve at:  https://thedrakegroup.org/2015/04/20/freshmen-ineligibility-proposals/

"The Drake Group Calls Upon the NCAA, Its Member Institutions and Higher Education Regional Accreditation Agencies to Fulfill Athlete Academic Protection Responsibilities."  April 16, 2015 with Gurney, G , Porto, B., Ridpath, D.B., Sack, A., Willingham, M., Zimbalist, A.  *TheDrakeGroup.org* Retrieve at:  https://thedrakegroup.org/2015/06/02/academic-protection-responsibilities/

**PUBLICATIONS (cont.)**
**Editorials, Opinion, Business Magazine and .com Articles**

"The Drake Group Position Statement: Fixing the Dysfunctional NCAA Enforcement System."  April 7, 2015 with Porto, B., Gurney, G., Ridpath, D.B., Sack, A., Willingham, M., Zimbalist, A. *TheDrakeGroup.org.*  Retrieve at:  https://thedrakegroup.org/2015/06/03/drake-group-addresses-dysfunctional-ncaa-enforcement-system/

"The Drake Group Position Statement: Establishment of a Presidential Commission on Intercollegiate Athletics Reform."  March 31, 2015; revised February 12, 2016 with Gurney, G., Porto, B., Ridpath, D.B., Sack, A., Willingham, M., and Zimbalist, A.  *TheDrakeGroup.org*  Retrieve at: https://thedrakegroup.org/2015/06/09/bill-to-establish-a-presidential-commission/

 "The Drake Group Position Statement: Compensation of College Athletes Including Revenues from Commercial Use of Their Names, Likenesses, and Images"  March 24, 2015; Revised February 12, 2016 with Porto, B., Gurney, G., Ridpath, D.B., Sack, A., Willingham, M., Zimbalist, A. *TheDrakeGroup.org* Retrieve at:  https://thedrakegroup.org/2015/06/08/position-statement-032615/

"The Drake Group Position Statement:  Student Fee Allocations to Fund Intercollegiate Athletics." March 2, 2015 with Ridpath, D.B., Porto, B., Gurney, G., Sack, A., Willingham, M., and Zimbalist, A. *TheDrakeGroup.org* Retrieve at:  https://thedrakegroup.org/2015/06/06/studentfeeinstitutionalsubsidy/

"The Drake Group Position Statement:  Guidelines for Academic Integrity in Athletics."  October 28, 2014 with Gurney, G., Sack, A., Willingham, M., Porto, B., Ridpath, D.B., and Zimbalist, A. *TheDrakeGroup.org.* Retrieve at:  https://thedrakegroup.org/2012/03/06/the-drake-group-issues-guidelines-for-academic-integrity-in-athletics/

"Don't Reform the NCAA - Replace It".  *Inside Higher Education.com, September 11, 2014 with Gerald Gurney available at:  https://www.insidehighered.com/views/2014/09/11/ncaa-cant-be-reformed-congress-should-replace-it-essay*

 "Big Five Power Grab".  *Chronicle of Higher Education.com, June 19, 2014* with B. Porto, D. Ridpath, A. Sack, M. Willingham, A. Zimbalist available at:
 http://chronicle.com/article/The-Big-Five-Power-Grab-/147265/?cid=pm&utm_source=pm&utm_medium=en

"Time for a Sport Sex-Discrimination Uprising of a Different Sort".  *Journal of Physical Education, Recreation and Dance.*  Vol. 84, Issue 1, 2013 available at
http://www.tandfonline.com/eprint/yeQmfD7xdPWszEHpJAag/full

 "With the Olympic Games Around the Corner, Coaches Need a Wake-Up Call".  *Sports Litigation Alert.*  Volume 9, Issue 13 July 27, 2012.  hhackney@hackneypublications.com

"Consider a Policy for Medical Screening, Records, Emergencies".  *Legal Issues in Collegiate Athletics.*  April, 2012, 13:6, pp. 7-8.

"Recommended Actions in Response to April 4, 2011 OCR Sexual Harassment and Sexual Violence Guidance", *At Issue: A Risk Management Newsletter for Elementary and Secondary Schools,* Fall, 2011, Uniondale, NY: Wright Risk Management America.

"The Cost of Gender Equity", in *School Business Affairs*, November 2008, Volume 74, No. 10, pp. 30-32.

"Their Lives May Depend on It", in *The Chautauqua Daily*, June 24, 2008, Chautauqua, NY, p. 3.

 "Fair Play", in *Southern Alumni Magazine, 2003, A Publication for Alumni and Friends of Southern Connecticut State University,*  New Haven, CT, pp. 21-22, 31.

*Plaintiffs' TRO Appendix - 0157*

**PUBLICATIONS (cont.)**
**Editorials, Opinion, Business Magazine and .com Articles**

"College Football Woes Not the Fault of Title IX", in *Sports Business Journal*, October 21, 2002, p. 28.

"Title IX Turns 30" in *ABC News.co*m, July 1, 2002.

"Sex May Sell, But Sexism Sells Women Short", in *Sports Business Journal*, February 4, 2002..

 "Look Around…What Can You Do To Remind Others of Women/Sports Day?", in *Sports Business Journal*, January 15, 2001, p. 46.

"The Soul of Women's Sports Comes Cloaked in Diverse Bodies", in *Sports Business Journal*, February 19, 2001, p. 46.

 "…No Answer Except, 'You Weren't Picked Because You Are A Girl'", in *Sports Business Journal*, March 26, 2001, p. 50.

"It's Time for Straight Talk About Title IX", in *Sports Business Journal*, April 30, 2001, p. 33

"Division I Cranks Up A Sports 'Arms Race'", in *Sports Business Journal*, June 11, 2001, p. 33.
.
"Bowling Proprietors Roll a Gutter Ball", in *Sports Business Journal*, August 20, 2001, p. 35.

 "Sept. 11 Attacks Give New Purpose to Sport", in *Sports Business Journal*, October 1, 2001, p. 35.

 "Soccer Team's Treatment A Kick in the Teeth", in *Sports Business Journal*, February 7, 2000, p. 46.

"Marketplace Values, Not Title IX, Threaten Nonrevenue Sports", in *Sports Business Journal*, March 6, 2000, p. 54.

"Answers Must Come Quickly for New World of U.S. Amateur Athletics", in *Sports Business Journal*, April 3, 2000, p. 54.

 "Looking for an Olympic Hero?  Vive DeFrantz", in *Sports Business Journal*, May 29, 2000, p. 54.

"Get Involved, Help Bring Sports to Our Children", in *Sports Business Journal*, June 26, 2000, p. 70.

"Diversity Stars in Many Recent Sports Headlines", in *Sports Business Journal*, July 24, 2000, p. 46.

 "Bare Breasts Are A Distraction from Issue At Hand", in *Sports Business Journal*, August 28, 2000, p. 50.

"Posing Nude:  What's OK, What Isn't?", in *Sports Business Journal*, September 18, 2000, p. 62.

"The Final Word:  Heather Mercer's Fight Stretches Far Beyond the Football Field", in *Sports Business Journal*, November 13, 2000, p. 78.

 "Girls Deserve the Gift of Physical Activity Just As Much As Boys", in *Sports Business Journal*, December 11, 2000, p. 62.

"Coaching Debate Should Extend Beyond WNBA Into Men's Game", in *Sports Business Journal*, January 25, 1999.

"Women's Sports Marketing:  Dabblers Need Not Apply", in *Sports Business Journal*, March 8, 1999.

 "Mismanaged Men's Sporting Goods Market Hurts Women", in *Sports Business Journal*, April 5, 1999.

*Plaintiffs' TRO Appendix - 0158*

**PUBLICATIONS (cont.)**
**Editorials, Opinion, Business Magazine and .com Articles**

"Sex There's No Economic Justification for Disobeying Title IX", in *Sports Business Journal*, May 31, 1999.

"Sports Must Work to Make Our Society Better, Not More Violent", in *Sports Business Journal*, May 3, 1999.

"Medical, Media Reaction to Injuries Deserves Scrutiny", in *Sports Business Journal*, June 28, 1999.

"Next Goal for Women:  Commitment From the Keepers of Capital", in *Sports Business Journal*, July 26, 1999.

"Amateur, Pro Female Athletes Deserve Title IX-Style Gains", in *Sports Business Journal*, August 23, 1999.

"Auto Racing Gives Little Opportunity to Women and Minorities", in *Sports Business Journal*, September 20, 1999.

"Sex In Union Vote, Are WNBA Players in Control of Their Own Business?", in *Sports Business Journal*, November 23, 1998.

"WNBA's Remarkable 1999 Blows the Vultures Out of the Sky", in *Sports Business Journal*, December 13, 1999, p. 62.

"Donna Lopiano Rebuttal:  The Strong Fem Side of  Women's Sports" in *Brandweek*, February 2, 1998.

"Colleges Can Achieve Gender Equity in Sport" in *Chronicle of Higher Education*, December 2, 1992, volume 39, No. 15.

"Savings Should Be Reinvested to Boost Women's Programs," editorial in *USA Today,* January 15, 1991, Section C, p. 4.

"A Good Case for the Books," *The Austin American Statesman*, March 31, 1991.

"Women's Opportunities in Sports Still Far Behind," *Houston Chronicle*, February 25, 1990, p. 23B.

"Final Four Site:  Women and Men Together?" *The National Sports Daily*, March 27, 1990, p. 18.

"Fair Play for All (Even Women)," editorial in *The New York Times*, April 15, 1990, p. 10s.

"The Character of American Higher Education and Intercollegiate Sport," book review in *Academe*, Nov.-Dec., 1990, p. 57.

"Where We Are in the Development of Women's Athletics," Public Affairs Symposium, Dickinson College, Sport:  Its Place in Society, February, 1987.

"Colleges Should Serve All, Not Just Some," editorial in *The New York Times*, Sunday, June 26, 1987, Section S, pg. 7.

"The Certified Coach:  A Central Figure," *Journal of Physical Education, Recreation & Dance*, March, 1986.

"How to Pursue a Sport Management Career," *Journal of Physical Education, Recreation and Dance*, Vol. 55, No. 7, September, 1984.

Plaintiffs' TRO Appendix - 0159

**PUBLICATIONS (cont.)**
**Editorials, Opinion, Business Magazine and .com Articles**

"Promotion and Fundraising for Men's and Women's Non-Revenue Sports (Part I)," *Athletic Business*, Vol. 7, No. 10, October, 1983.

"Promotion and Fundraising for Men's and Women's Non-Revenue Sports (Part II)," *Athletic Business*, Vol. 7, No., 11, November, 1983.

"Will the Women in the Pros Survive?," *The Dallas Times Herald*, June 27, 1982.

"AIAW Landmarks," *Coaching:  Women's Athletics*, VII, No. 2, March/April, 1981.

"The NCAA, NAIA and Women's Sports:  The Price of Control," *Athletic Purchasing and Facilities*, IV, No. 12, December, 1980.

"Selling Women's Athletics:  Realities and Potentials," *Athletic Purchasing and Facilities*, IV, No. 10, October, 1980.

"What Women Coaches and Administrators Can Do to Cope With the Current Situation in High School Athletics," *The Athletic Educator's Report*, Issue No. 846, September, 1980.

"A Look at the Forest:  What's Happening to Women in High School Athletics," *The Athletic Educator's Report*, Issue No. 846, September, 1980.

"A Fact-Finding Model for Conducting a Title IX Self-Evaluation Study in Athletic Programs," *Journal of Physical Education, Recreation and Dance*, Vol. 47, No. 5, May, 1976.

"Developing the Exceptional Slingshot Pitcher," *1974-76 DGWS Softball Guide*, AAHPER:  Washington, D.C., January, 1974.

"The Glove as a Foreign Object," *1974-76 DGWS Softball Guide*, AAHPER:  Washington, D.C., January, 1974.

"Eerst Moet Je Snelheid Hebben, Dan Komt Controle Aan DeBeurt" (translated by Janke Nydam), *Inside*, Amsterdam, The Netherlands, III, No. 1, January, 1973.

"Chauvinists Beware:  Odds are Against Sexist Gamblers," *Kingsman*, Brooklyn College, 1973.

"De Meeste Mensen Die Softball Doceren Weten Er Weinig Van" with Joan Joyce (translated by Janke Nydam), *Inside*, Amsterdam, the Netherlands, II, No. 12, December, 1972.

"Concepts and Issues in Administrative Behavior:  A Book Review," *A Compendium of Analytical Book Reviews in Organizational Behavior* (Percy G. Rogers, editor), University of Southern California Press, Los Angeles, CA, 1972.

"Enforcement Machinery Needed Now for Girls' Athletic Competition," J*ournal of Physical Education, Recreation and Dance*, XLII, No. 1, January, 1971.

 "The Brakette Formula:  Anatomy of a Winner," *Balls and Strikes*, American Softball Association, Fall, 1971.

**Copyrighted Videotapes**
Fast Pitch Softball:  Developing the Pitcher (Part I), Truckee River Studios, Inc. (Verdi, Nevada), 1983.
Fast Pitch Softball:  Developing the Pitcher (Part II), Truckee River Studios, Inc. (Verdi, Nevada), 1984.
Fast Pitch Softball:  Defensive Strategies (Part I), Truckee River Studios, Inc. (Verdi, Nevada), 1984.
Fast Pitch Softball:  Defensive Strategies (Part II), Truckee River Studios, Inc. (Verdi, Nevada), 1985.

*Plaintiffs' TRO Appendix - 0160*

## ATHLETIC PARTICIPATION

Participated in 26 National Championship tournaments in four different sports
Softball:
- National Hall of Fame, American Softball Association
- Participated in Ten National ASA Softball Championship tournaments (as member of six national championship and four national championship runner-up teams)
- Nine-Time Softball All-American at four different positions (pitcher, shortstop, first base and second base)
- 3-time National Tournament Most Valuable Player and 1-time Batting Champ (.429)
- U.S. National Team Player at 1967 Pan American Games and 1966 first World Softball Championships
- Amateur softball career marks as a pitcher:

| | |
|---|---|
| 183-18 won/lost record | 15-2 in National Championship play |
| .910 winning percentage | 1,633 strikeouts in 817 innings |
| ERA .25 (51 earned runs in 10 years) | |

- Played professional softball for three years-in two national championship finals (both times runner-up)

Volleyball:
- Participant in Five National USVBA Volleyball Championship Tournaments

Basketball:
- Participant in Five National AAU Basketball Championship Tournaments

Field Hockey:
- Participant in Three National Field Hockey Championship Tournaments

*Plaintiffs' TRO Appendix - 0161*



## Donna A. Lopiano, Ph.D.
## Fees for Expert Consultation and Services Related to Pending or Probable Litigation

| Expense Type | Fee Basis |
|---|---|
| **Consultation with attorneys** related to preparation for depositions, trial testimony, expert reports, compliance plans or legal theories | **$200/hour** |
| **Preparation of written reports** including review of case materials, research/data collection related to preparation of such reports | **$250/hour** |
| **Deposition or court testimony** | **$500/hour** |
| **Hours traveling**<br>Exception:  consultant travels for court testimony and such appearance does not occur for any reason - $2,000/day flat rate.<br>Exception:  assumes a video capability for deposition; consultant shall not be required to travel a distance greater than 50 miles from Shelton CT | **No charge** |
| **Site Visits** for assessment, presentations, or other purposes requested by client | **$2,500/day flat rate** |
| **"Out-of-pocket" expenses for site visits** including: | **Actual** |

- postage, mailing or overnight shipping costs or reproduction of materials detailed above upon which analysis will be based
- actual cost of coach class travel (except for for airline trips in excess of 1,000 miles, "extra space" seating if available in coach class and for international travel, business class airfare)
- actual cost of transfers to and from Shelton, Connecticut and LaGuardia or JFK airports for departure and return travel and, at the destination, transfers from and to the airport and hotels and/or the site to be visited
- actual cost of accommodations, including internet service
- provision of meals or reimbursement for actual cost not to exceed $75.00 per diem

## Invoicing and Payment Terms

**"Out-of-pocket" expenses** - Receipts shall be submitted for all out-of-pocket expenses with payment due within 30 days of receipt of invoice.

**Fees –** Written invoice with work record of billable hours shall be submitted for all fees upon completion of reports, site visits, and deposition and/or trial testimony with payment due within 30 days of receipt of invoice.

## Interim Reports

Interim report(s) of hours spent or fees/expenses-to-date shall be submitted upon the request of client at any time.

**Sports Management Resources, LLC**
**452 Fisher Court     Shelton, CT 06484**
**Phone/Fax:  203-538-5280   E-mail:  Info@SportsManagementResources.com**
**www.SportsManagementResources.com**

**APPENDIX C**

**DOCUMENTS, DATA OR INFORMATION CONSIDERED IN THE FORMATION OF**

**EXPERT OPINIONS**

The following documents and sources were relied upon in the formulation of opinions contained in this initial report.

Bohnenkamp, J. (August 21, 2020) Iowa Cuts Four Sports.  SI.com.  Retrieved from: https://www.si.com/college/iowa/football/iowa-cuts-four-sports-082120

Declarations of Sage Ohlensehlen, Christina Kaufman, Alexa Puccini, Kelsey Drake, Miranda Vermeer and Abbie Lyman.

Lopiano, D. and Zotos, C.  (2013) Athletic Director's Desk Reference.  Human Kinetics: Champaign, IL.

National Collegiate Athletics Association. (2019) Student-Athlete Participation 1981-82 – 2018-19 NCAA Sports Sponsorship and Participation Rates Report.  Retrieved from: https://ncaaorg.s3.amazonaws.com/research/sportpart/2018-19RES_SportsSponsorshipParticipationRatesReport.pdf

National Federation of State High School Associations.  Participation Statistics.  Retrieved from: https://members.nfhs.org/participation_statistics

Reasoner, Carroll J.  December 29, 2017 Letter to Jeff Trumbull, U.S. Department of Education, Office of Civil Rights Re:  OCR #05-1502538 with Barta signed Resolution Agreement dated December 29, 2017.

United States Department of Education Office for Civil Rights.  January 10, 2018.  Re:  OCR #05-15-2538 (resolution agreement re: Title IX complaint).  Letter to Bruce Harreld, UIowa President from Jeffrey Turnbull, Team Leader.  Copy located on the DOE OCR web site at: https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/05152538-a.pdf

United States Department of Education Office for Civil Rights.  Undated, unexecuted University of Iowa Voluntary Resolution Agreement.  Re:  OCR #05152538 (resolution of Title IX complaint).   Copy located on the DOE OCR web site at: https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/05152538-b.pdf

United States Department of Education Office for Civil Rights.  April 25, 2018.  Re:  OCR #05-15-2538 (resolution of Title IX complaint-Section I and III).  Letter to Bruce Harreld, UIowa President from Jeffrey Turnbull, Team Leader.

United States Department of Education Office for Civil Rights.  July 13, 2018.  Re:  OCR #05-15-2538 (resolution of Title IX complaint-Section IV-IX).  Letter to Bruce Harreld, UIowa President from Jeffrey Turnbull, Team Leader.

United States Department of Education Office for Civil Rights.  June 28, 2019.  Re:  OCR #05-15-2538 (resolution of Title IX complaint-continuing recruiting concerns).  Letter to Bruce Harreld, UIowa President from Jeffrey Turnbull, Team Leader.

United States Department of Education Office for Civil Rights.  October 29, 2019.  Re:  OCR #05-15-2538 (resolution of Title IX complaint-charter flights for recruiting-closed monitoring).  Letter to Bruce Harreld, UIowa President from Jeffrey Turnbull, Team Leader.

United States Department of Education Office for Civil Rights. Assurance of Compliance – Civil Rights Certificate.  Retrieved from:  https://www2.ed.gov/about/offices/list/ocr/letters/boy-scouts-assurance-form.pdf

United States Department of Education Office for Civil Rights. (2020)  Case Processing Manual (CPM).  Retrieved from: https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf

United States Department of Education Equity in Athletics Disclosure Act Database. Retrieved at: http://ope.ed.gov/athletics/#/

United States Department of Education Office of Postsecondary Education (OPE). (2016) Equity in Athletics Disclosure Act (EADA) Data Analysis Cutting Tool User Guide:  June, 2016. Retrieved from: https://ope.ed.gov/athletics/public/html/help/2016%20EADA%20Data%20Analysis%20Cutting%20Tool%20User%20Guide.pdf

United States Department of Education Office of Postsecondary Education (OPE). (2009) User's Guide for the Equity in Athletics Act Web-Based Data Collection.

United States Government Title IX Resources:
- 20 U.S.C. '1681 et seq. ("Title IX")
- 24 CFR Part 106 (the "Title IX regulations")
- OCR's 1979 Policy Interpretation on Title IX and Intercollegiate Athletics
- OCR's 1996 Policy Clarification of Intercollegiate Athletics Policy Guidance: The Three-Part Test
- OCR's 2003 Further Policy Clarification on the Three-Part Test
- OCR's 2010 Dear Colleague Letter re: Prong Three of the Three-Part Test
- OCR's 1990 Title IX Athletics Investigator's Manual

University of Iowa Office of the Registrar.  A Profile of Students Enrolled.  Fall 2019.  Retrieved from: https://registrar.uiowa.edu/sites/registrar.uiowa.edu/files/fallprofile_20193_completed_wsds.pdf

University of Iowa Office of the Registrar.  A Profile of Students Enrolled.  Fall 2020.  Retrieved from: https://registrar.uiowa.edu/sites/registrar.uiowa.edu/files/fallprofile_20203_completed.pdf

University of Iowa Office for Vice President for Research.  (July 13, 2018) Federal Funding for research increases at the University of Iowa.  Retrieved at: https://research.uiowa.edu/impact/news/federal-funding-research-increases-university-iowa

University of Iowa Athletics Web Site.  Access at:  https://hawkeyesports.com/

U.S. Track & Field and Cross Country Coaches Association.  TFRRS database.  Retrieve from: https://www.tfrrs.org/

OMB No. 1870-0503

United States Department of Education, Office for Civil Rights

# ASSURANCE OF COMPLIANCE – CIVIL RIGHTS CERTIFICATE
TITLE VI OF THE CIVIL RIGHTS ACT OF 1964, TITLE IX OF THE EDUCATION AMENDMENTS OF 1972, SECTION 504 OF THE REHABILITATION ACT OF 1973, THE AGE DISCRIMINATION ACT OF 1975, AND THE BOY SCOUTS OF AMERICA EQUAL ACCESS ACT OF 2001

The applicant provides this assurance for the purpose of obtaining Federal grants, loans, contracts (except contracts of insurance or guaranty), property, discounts, funds made available through the U.S. Department of Education, or other Federal financial assistance from the Department.  This assurance applies to all Federal financial assistance from or funds made available through the Department, including any that the applicant may seek in the future.

The applicant assures that it will comply with:

1. Title VI of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000d *et seq.*, which prohibits discrimination on the basis of race, color, or national origin in any program or activity receiving Federal financial assistance.
2. Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. 1681 *et seq.*, which prohibits discrimination on the basis of sex in any education program or activity receiving Federal financial assistance.
3. Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. 794, which prohibits discrimination on the basis of disability in any program or activity receiving Federal financial assistance.
4. The Age Discrimination Act of 1975, as amended, 42 U.S.C. 6101 *et seq.*, which prohibits discrimination on the basis of age in any program or activity receiving Federal financial assistance.
5. If applicable, the Boy Scouts of America Equal Access Act of 2001, 20 U.S.C. 7905, which requires equal access for the Boy Scouts of America and other designated youth groups to meet at public schools. This law applies to any public elementary school, public secondary school, local educational agency, or State educational agency that has a designated open forum or limited public forum and that receives funds made available through the Department.
6. All regulations, guidelines, and standards issued by the Department under any of these statutes.

The applicant understands that it must comply with items 1-6 in order to continue receiving Federal financial assistance from the Department.  The applicant also understands that this Assurance is binding on the applicant, its successors, transferees, and assignees at any time during which federal financial assistance is provided.  The applicant will ensure that all contractors, subcontractors, subgrantees, or others with whom it arranges to provide services or benefits are not discriminating in violation of items 1-6.  Otherwise, the financial assistance can be terminated and the applicant can be declared ineligible to receive further assistance.  The applicant also understands that the Department may seek a court order requiring compliance with items 1-6 or seek other appropriate judicial relief.

By signing this form, the applicant is agreeing to the above provisions.

_____          _____
Signature of Authorized Official                  Title

_____          _____
Print Name                                                 Name of Institution or Agency

_____          _____
Date                                                            Street

PLEASE RETURN TO:                               _____
                                                                  City, State, Zip Code
U.S. Department of Education
Office for Civil Rights
400 Maryland Avenue, SW                         _____
Washington, DC 20202-1100                       Office Email Address

## Paperwork Burden Statement
According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 20 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (42 U.S.C. 2000d *et seq.*; 20 U.S.C. 1681 *et seq.*; 42 U.S.C. 794; 42 U.S.C. 6101 *et seq.*; 20 U.S.C. 7905). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20202-4536 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1870-0503. Note: Please do not return the completed Assurance of Compliance – Civil Rights Certificate to this address.

**THE SOUTHERN DISTRICT OF**
**THE STATE OF IOWA SAGE**
**OHLENSEHLEN, CHRISTINA**
**KAUFMAN, ALEXA PUCCINI and**
**KELSEY DRAKE,**
**Plaintiffs,**
**v.**
**THE UNIVERSITY OF IOWA,**
**Defendant.**

**CASE NO. 3:20-cv-0080-SMR-SBJ**
**EXPERT REPORT OF**
**ANDREW ZIMBALIST**
**November 16, 2020**

1

## I. QUALIFICATIONS

1. I am the Robert A. Woods Professor of Economics at Smith College in Northampton,
   Massachusetts.  I received my B.A. in Economics from the University of Wisconsin-
   Madison in 1969 and my M.A. and Ph.D. in Economics from Harvard University in
   1972 and 1974, respectively.  I have served as a visiting professor at Doshisha
   University in Kyoto, Japan, the University of Geneva in Geneva, Switzerland, and
   Hamburg University in Hamburg, Germany.  I have studied and consulted extensively
   within the intercollegiate and professional sports industry for leagues, teams, players'
   associations, governments, citizen groups, and athletes for almost thirty years.  I
   have published twenty-seven books and dozens of articles in the fields of sports
   economics, comparative economic systems and development economics.   Three of
   these books are explicitly on intercollegiate athletics, and one, *Equal Play*, is on Title
   IX.  I have also served as an expert witness in dozens of litigations, including several
   pertaining to intercollegiate athletics.  In the past year I co-authored an article on
   economic and legal aspects of college sports in the Harvard *Journal of Sports and
   Entertainment Law*, consulted with members of Congress on bills to reform
   intercollegiate athletics, made a presentation to the Uniform Law Commission on the
   economics of college sports and am working on a new book of essays on college sports
   for a university press.   I am a founding member and serve on the editorial board of the
   *Journal of Sports Economics*.  My detailed background and credentials are set forth in
   my curriculum vitae and biographical sketch, attached hereto as Exhibit A.  For my
   work in this case, I am being compensated at $425 an hour.

## II. ASSIGNMENT

2. I have been asked by counsel for the plaintiffs in this matter to determine whether,
   based on economic analysis, the University of Iowa's plans to cut the women's
   swimming and diving program based on an alleged financial exigency can be justified.
   My analysis does not presume that applicable law under Title IX permits such an
   exigency, even if could be proven to exist, would allow the UI to the cut this program.

2

3.  Note that because this matter has not yet entered discovery, I rely entirely upon public sources of information for this report.

### III. <u>ANALYSIS</u>

4.  Before I directly address the alleged financial exigency confronting the Athletics Department at the University of Iowa, it is necessary to observe that the binding law in this matter is Title IX of the Educational Amendments to the Civil Rights Act.  Title IX plainly states "No person in **the United States** shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any **education** program or activity receiving Federal financial assistance."  It says nothing about the obligation to provide equal benefits being subject to an auspicious budgetary circumstance.

5.  The University of Iowa is a non-profit institution in the sphere of higher education. Similar to other non-profits, it professes social goals.  The overriding goal is education. College athletics, as an extracurricular activity, complements the educational goal by providing a balance to the otherwise largely sedentary and cerebral life of a student. There is abundant literature that finds participation in college athletics, when performed properly, offers wide-ranging benefits.  These benefits include physical and emotional health, formation of friendships, learning of teamwork, leadership and time management skills, goal-setting and tenacity, among others.  Women who participate in college sports have lower incidence of drug use, unwanted pregnancy, smoking and have higher graduation rates.   It is these undisputed benefits that justify Title IX's insistence that women not be discriminated against in college sport opportunities and resources.  Further, it is the positive educational and developmental role played by institutions of higher education that justified the $130.4 billion of federal support for higher education in fiscal year 2019, including over $29 billion in federal Pell Grants under Title IV of the Higher Education of 1965.[1]   For all of these reasons, given that

---

[1] Section 2.a.(2) H.R. 5528 - 116th Congress. Congressional Advisory Commission on Intercollegiate Athletics Act of 2019. https://www.congress.gov/bill/116th-congress/house-bill/5528/text?r=4&s=1.

3

*Plaintiffs' TRO Appendix - 0168*

Title IX assures equal educational and sports opportunities for women at the University of Iowa as a matter of legal right, Plaintiffs' call for such treatment under the law, by reinstating the announced permanent termination of the women's swimming and diving program, cannot be outweighed by the financial condition of the UI Department of Athletics, a condition which, if managed prudently, more likely than not, will be temporary, and not permanent.

6. That said, there is compelling reason to believe that the alleged financial exigency confronting the Athletics Department is artificial.  To make this point, it is first necessary to explain the dynamics of the economics of intercollegiate sports.

7. As is well known, the degree of commerciality in college sports varies widely from one division to another.  There are some 1100 schools in the NCAA, of these 433 are in Division III, 308 are in Division II and 351 are in Division I.[2]  Divisions II and III do not experience any substantial revenue benefit from commercialization of college sports.  Division I is the truly commercialized division, with the lion's share of its revenues generated by football and men's basketball.  Division I itself is split into three subdivisions: Football Bowl Subdivision (FBS, with 130 schools); Football Championship Subdivision (FCS, with 127 schools) and Division I without Football (with 94 schools).   During the academic year 2018-19, the median economic results in each subdivision were as follows: FBS, $61.99 million in generated revenues and negative $18.8 million in net generated revenues (generated revenues minus expenses); FCS, $4.74 million in generated revenues and negative $14.3 million in net generated revenues; and Division I without Football, $3.57 million in generated revenues and negative $14.4 million in net generated revenues.  Hence, the median Athletic Department in each of Division I's subdivisions experienced a substantial financial deficit of between $14 million and $19 million.

8. FBS is also subdivided into two parts: the so-called Autonomous (or Power Five) conferences (Big Ten, Pac 12, ACC, SEC, Big 12) with 65 schools and the Non-Autonomous (or Group of) Five.  For the Power Five schools in 2018-19 the median

---

[2] Apart from the NCAA, there is also the NAIA which is comprised of approximately 250 schools and there are athletic associations of junior colleges (JUCOs) including more than 60 schools.

4

generated revenues were $109.8 million with median net generated revenues of negative $6.97 million; for the Group of Five schools these results were $14.2 million and negative $23 million, respectively.[3]   According to the statistics reported by the NCAA, in 2018-19 only 25 schools' Athletic Departments experienced positive net generated revenues or a financial surplus.  One of these 25 schools was the University of Iowa.  Iowa's Athletics Department in 2018-19 had $151.98 million in revenues (of which, $650,000 was not generated but transferred from the university) and $146.28 million in expenses, with a net generated surplus of positive $5.05 million.  The Iowa Athletics Department had a similar surplus in the previous year of positive $4.97 million.  During the 2005-19 period, Iowa Athletics amassed a total surplus of $72.24 million according to its annual reports to the NCAA (see Table One below).  Again, this is in sharp contrast with the majority of schools within the Power Five conferences of the FBS, the most commercialized and financially most successful schools in intercollegiate athletics.

9. It is important to understand why, despite impressively expanding revenues, the vast majority of athletic programs run a financial deficit.  Even though Iowa has bucked this trend and ran a surplus in almost all years since FY 2005, it is still afflicted by the economic model that is present throughout university sport departments.  The model is unique not only among U.S. commercialized enterprises, but also unique throughout the world.

10. Whereas a typical commercial enterprise in the United States is under financial pressure to succeed, the reality in big-time college sports is rather different.  Companies in the United States are either privately or publicly held; either way the owners of the company seek profits.  When the company is public, the stockholders demand that the company show profits every quarter to bolster the company's stock price or to undergird the corporation's dividend payments.  A U.S. college athletics

---

[3] The financial data cited here for the NCAA and its divisions come from NCAA, *Revenues and Expenditures*, 2020.  Unless otherwise indicated, the data in this report comes from this NCAA source or from http://cafidatabase.knightcommission.org; https://sports.usatoday/ncaa/finances; or, https://www.iowaregents.edu/meetings/past-meeting-agendas.

department has no *stockholders* who exert such financial pressure; rather, athletic departments have *stakeholders,* consisting of boosters, alumni, administrators and students, who demand wins.  An athletic director or coach is evaluated primarily based on the wins he or she produces.  Their future compensation and the trajectory of their careers march in lockstep with the records of their teams.  Accordingly, when new media contracts, sponsorship deals, donations or renovated facilities lead to expanding revenues, these revenues do not fall to the bottom line, but are deployed in the interest of recruiting better athletes and building successful teams.  Unable to lure their prospective athletes with compensation offers, athletic departments spend wantonly on new facilities, expensive coaches, fancy hotels, and so on to attract these recruits. The result is massive waste, unjustifiably inflated compensation packages, and bloated athletic staffs.

11. These features of rapid revenue growth from commercialization along with rampant excess and inefficiency are reflected clearly in the UI Athletics Department.   While UI Athletic Department revenues increased 2.46 times between fiscal years 2005 and 2019 (from $61.7 million to $152 million), Athletic Director Gary Barta's compensation package has increased 3.34 times before considering potential bonuses over the same period (from $295,000 to $1 million plus bonuses).  Meanwhile, the staff size at the Department has grown to over 300, including more than 40 individuals with the title of associate or assistant director.[4]  Administrative bloat is also evident in considering the "administrative and general" budget item over the last three years prior to the pandemic: it grew from $15.79 million in 2017 to $18.58 million in 2020, or by 17.7

---

[4] This data is from the UI Athletic Department website.  Although the text on the site refers to "more than 250 employees", the actual count of listed individuals is closer to 320.  These employees service 650 student athletes for a staff/athlete ratio of approximately 1 to 2.  This is in sharp contrast with the faculty/student ratio at UI of 1 to 15.  https://hawkeyesports.com/about-ui-athletics/#:~:text=The%20University%20of%20Iowa%20Department%20of%20Intercollegiate%20Athletics%20employs%20more,superior%20academic%20and%20athletics%20experience.
https://admissions.uiowa.edu/parents-family/faculty-demographics#:~:text=University%20Faculty,student%20ratio%20is%2015%3A1.

percent.  UI's head football coach Kirk Ferentz receives compensation of $4.9 million, ranking 19th out of 130 FBS schools, along with a $20.7 million buyout clause. In 2017-18, Iowa paid its assistant football coaches total compensation of $5.44 million, the 3rd highest among the fourteen schools in the Big Ten conference.[5]  Football and basketball coaches in FBS are essentially being paid for the value of the athletes they recruit since the athletes themselves cannot be paid.  The bulk of the coaches' salary is what economists call economic rent; that is, it is money they are being paid that is over and above the wage that would be needed to attract them to the job.  The wage they would need to be paid is known as the reservation wage and is generally equal to the wage in the best alternative job for the coaches.  The best alternative coaching job for FBS coaches is often a coaching job at the FCS level or below, and probably carries a salary of no higher than a few hundred thousand dollars.[6]  Were FBS coaches' salaries to be limited to, say, $250,000, the coaches would have little alternative and the level of coaching talent attracted to FBS jobs would not be affected.[7]  Hence, the astronomical salaries they receive is largely inefficient and wasteful.  Similar waste is present throughout FBS athletic departments.

12. Without the normal marketplace cost discipline, management practices with athletic departments often grow lax and negligent, if not abusive.  These practices can lead to litigation and significant liability.  Iowa's AD Gary Barta, who has not added a single women's team since his hiring in 2006, despite the fact that UI is noncompliant with Title IX requirements,[8] was sued for improper treatment of female employees that

---

[5] Cleveland.com/sports/erry-2018

[6]  Some will point out that a few college coaches may have the option of coaching in the NFL or NBA.  While the success of such coaches who have made the leap to the professional ranks is irregular at best, it should be observed that if a college coach goes to the pros, the pro coach who is replaced is now available to coach in college.  The net supply of highly experienced coaches to college programs does not change.

[7]  Of course, it would be an antitrust violation for the NCAA to impose such a salary limit (*see Law v. NCAA*, 134 F.3d 1010 (10th Cir. 1998)). However, the NCAA or its member conferences could appeal to Congress for a narrow antitrust exemption to enable certain cost controls.  Until the recent legislative activity and lobbying around the NIL issue, neither the NCAA nor its member colleges has sought an antitrust exemption.

[8] Letter from Nancy Hogshead-Makar, J.D. and Amy Poyer, J.D.,Big Ten Commissioner Kevin Warren (June 5, 2020), (*Ohlensehlen, et al v The University of Iowa*, et al, Class

7

resulted in a legal settlement of $6.5 million.  This settlement for discriminatory treatment against women, according to press reports, has been paid by the UI Athletics Department.  It is ironic, at the very least, that the reason for permanently cutting the women's swimming and diving team, not long thereafter, has been the alleged short-term financial exigency facing the Department.[9]  The irony is compounded because UI has recently spent millions of dollars to build a new swimming and diving facility which will now go underutilized, while debt service, maintenance and operations costs for the pool will likely exceed one million dollars annually.

13. Another example of misbehavior appears to be in the case of an Iowa assistant football coach who was accused by former UI black football players of having perpetrated racially-based abusive treatment upon them.  Reportedly, the UI Athletics Department will be paying $1.3 million to this coach in a separation agreement.[10]  Meanwhile, on August 28, 2020, one week after the four team cuts were announced, the Athletics Department announced that it would be giving a $575,000 raise collectively to the base salaries of its assistant football coaches.[11]  Even more recently, on November 10, 2020, a lawyer representing 13 black former Iowa football players announced that he has filed a lawsuit against the University of Iowa alleging his clients suffered racial discrimination under longtime coach Kirk Ferentz.[12]  To argue that it is necessary to cut four teams due to the financial exigency brought on by Covid-19 when such widespread discord, waste and excess prevail is nonsensical.

14. It is also notable that the announcement of the decision to cut four varsity teams came in late August 2020 at a time when the Big Ten had announced that there would be no football played during the fall.  On the assumption that football revenue would be zero,

Action Complaint for Declaratory and Injunctive Relief (First Amended), filed Oct. 15, 2020,¶ 93.)

[9] Mark Emmert, *Iowa settles athletic discrimination cases for $6.5 million*, HawkCentral, May 19, 2017

[10] John Steppe, *Former Iowa football strength coach Chris Doyle to receive over $200,000 benefits*, Cedar Rapids Gazette, June 19, 2020

[11] Robert Read, *Majority of assistant Iowa football coaches receive raises despite athletic department pay cuts,* The Daily Iowan, September 1, 2020

[12] Chad Leistrikow, *Hawkeye football players moving forward with lawsuit against University of Iowa*, Hawk Central, Nov. 10, 2020.

Mr. Barta estimated that the Department would experience a deficit of $74.7 million during the 2020-21 academic year.  However, on September 15, the Big Ten reversed course and announced that its schools would play an eight-game schedule.  All the match-ups are to be in-conference, helping to preserve the value of its media contracts.  Mr. Barta made a new estimate that the Department's deficit would be in the $40-60 million range, but the possibility of saving between $15 million and $35 million did not lead Mr. Barta to reconsider any of the team cuts, even for the women's swimming and diving team with its modest budget of a reported $244,141 in FY 2019.[13]

15. It is noteworthy that the UI Athletics Department, in its yearly report to the Iowa Board of Regents for FY 2021, further stated that "Expense reductions related to the recently announced sports sponsorship adjustments will mostly be realized in the FY 2022 budget."  That is, UI expects little financial benefit from the cuts during the current academic year.  The Department, then, is making a long-term economic decision by cutting teams to ameliorate a short-term problem (itself a dubious strategy), and it is not even anticipating a significant short-term financial benefit.

16. According to media reports, as of October 17, 2020, only 26 schools nationwide had announced that they planned to reduce the number of sponsored sports teams,[14] and only three schools in the Power Five had made such an announcement.[15]  The only other Big Ten school to announce a cut was Minnesota, which also cut four teams, although Minnesota did not cut any women's teams.

17. Thus, the vast majority of athletic departments found other means to respond to the pandemic in ways that did not affect the long-term goals of the program.  Consider, for instance, the University of Kansas, a Power Five university in the Big 12 conference.  The Kansas Athletic Department projects that, due to a reduced schedule and limited

---

[13] This is the number that UI reported to the U.S. Department of Education for FY 2019 in its annual EADA report.  https://ope.ed.gov/athletics/#/institution/details  It is likely that some of its budget  is for the operation and maintenance of the new swimming facility.  With the prospective elimination of the team, much of the upkeep expense for the facility will be borne anyway by the Athletics Department.  Hence, the net savings from cutting the team will be smaller than the team's budget would suggest.

[14] NBC News, October 17, 2020. https://www.nbcnews.com/news/sports/college-sports-cuts-wake-covid-19-are-clouding-future-certain-n1243803

[15] Businessofcollegesports.com, September 29, 2020.

9

attendance, its ticket revenue from home football games will fall from $17.9 million to $3 million, and its media revenues from the conference will decrease from $37.8 million to $26 million.  Together with other effects, Kansas is projecting an operating loss of $15.8 million during the current academic year.  Rather than cutting teams, Kansas introduced salary cuts and furloughs, dipped into its reserve fund for $5.4 million and arranged to access a $20 million line of credit.

18. The University of Arizona, another Power Five school but in the Pac 12 conference, anticipates a $45 million deficit in its Athletic Department.  It plans to eliminate 21 full-time positions and to leave vacant 15 unfilled positions.  It has identified $30 million in additional spending reductions, including $8 million in administrative expenses, $5.2 million in sport expenses, $3.2 million in facility costs and $10 million in debt restructuring.[16]

19. The status of UI Athletic Department's reserve fund remains somewhat mysterious.  The first problem is that the Department has issued different sets of figures in its annual budget reports to the NCAA and to the Iowa Board of Regents (as shown in Table One below).

---

[16] UI Athletics did announce salary reductions of between 2 percent and 15 percent, but, given the pre-existing levels, there is much more room for savings in that area.

10

**Table One**

**University of Iowa Athletic Department Budgets**

| Budget Year | Revenue Reported to NCAA | Expenses Reported to NCAA | Profit/Loss of NCAA Data | Revenue Reported to Regents | Expenses Reported to Regents | Profit/Loss on Regents Report |
|---|---|---|---|---|---|---|
| 2005 | $61.68M | $54.98M | $6.70M | $43.5M | Not in report | |
| 2006 | $73.32M | $59.22M | $14.10M | $46.5M | Not in report | |
| 2007 | $80.83M | $70.47M | $10.36M | $60.0M | Not in report | |
| 2008 | $81.52M | $71.60M | $9.92M | $61.6M | Not in report | |
| 2009 | $79.97M | $71.12M | $8.85M | $66.2M | Not in report | |
| 2010 | $88.74M | $74.44M | $14.30M | $67.5M | $67.5M | $0 |
| 2011 | $93.35M | $88.06M | $5.29M | $70.7M | $70.7M | $0 |
| 2012 | $97.90M | $104.66M | -$6.76M | $75.3M | $75.3M | $0 |
| 2013 | $107.15M | $106.97M | $0.18M | $79.8M | $79.8M | $0 |
| 2014 | $105.96M | $102.28M | $3.68M | $85.7M | $85.7M | $0 |
| 2015 | $105.97M | $109.21M | -$3.24M | $91.9M | $91.9M | $0 |
| 2016 | $113.25M | $116.17M | -$2.92M | $96.7M | $96.7M | $0 |
| 2017 | $130.68M | $130.22M | $0.46M | $113.5M | $113.5M | $0 |
| 2018 | $137.09M | $131.47M | $5.62M | $116.6M | $116.6M | $0 |
| 2019 | $151.98M | $146.28M | $5.70M | $122.4M | $122.4M | $0 |
| Total 2005-2019 | **$1509.39M** | **$1437.15M** | **$72.24M** | **$1197.9M** | **N/A** | **$0** |

Sources:

11

*Plaintiffs' TRO Appendix - 0176*

2005-2018 NCAA reporting data from http://cafidatabase.knightcommission.org/

2019 data NCAA reporting data from https://sports.usatoday.com/ncaa/finances

2005-2019 Board of Regents data from https://www.iowaregents.edu/meetings/past-meeting-agendas

12

In its annual reports to the Board of Regents, the Department has reported an exactly balanced budget every year since at least FY 2010.  In its annual reports to the NCAA, the Department has reported operating surpluses in 12 of the last 15 years and an accumulated surplus of $72.24 million over this time period.  The reports to the NCAA show appreciably higher revenues (and costs) than those to the Board of Regents.  For instance, for FY 2019, the Department's reported revenues to the NCAA were $152.0 million but only $122.4 million to the Board of Regents.   Further, in its report to the Regents, the Department states that it is transferring $3.6 million from its reserve fund to bolster its finances during the pandemic and that this transfer leaves "over $4 million" in the reserve fund.  This math implies that there was some $7.6 million in the reserve fund at the end of FY 2020, but the NCAA reports suggest that the fund should have had an additional $64 million plus.  Other than the litigation settlement in 2017 of $6.5 million, the balance of nearly $60 million remains unaccounted for.

20. Setting aside this significant accounting conundrum, given its claim of financial exigency, it is unclear why the Department did not make use of the additional $4 million plus that, it acknowledges, remains in the reserve fund.

21. Another curiosity is the Department's response to the protests of student athletes, parents and alumni.  Although over $2 million was raised from these groups in support of maintaining the men's and women's swimming and diving teams, the Department asserted that it would need 20 to 30 times this amount to create an endowment large enough to support the annual operating budgets of these teams.[17]  The enigma here is twofold.  First, with a standard university endowment the take-out rate is 5 percent. Even using the fully-funded endowment model, the required endowment would be 20 times the budget.  The joint budget for the men's and women's swimming and diving teams in FY 2019 was $507,498. Twenty times this is $10.15 million, not the $40 million to $60 million plus suggested by the Department.  Second, putting aside football and men's basketball, there are 18 other sports teams at UI that run operating deficits.  Why are none of those programs required to have an endowment large enough to support their operating budgets?

---

[17] Austin Hanson, *Women's swimmers amend Title IX complaint*, The Daily Iowan, Oct. 19, 2020

13

22. The Department's decision also fails to account for unintended consequences.  While the budget of the women's swimming and diving team is reportedly only $244,141, the team also brings the university additional enrollment as well as financial support from boosters, parents and alumni.  As the Department states in its FY 2021 budget report to the Regents: "Athletics plays a key role in student recruitment, diversity enhancement and provides a number of opportunities for underrepresented students, their retention and graduation."  The elimination of the team portends the transfer out of the school of some of the 35 team members[18], a failure to recruit new female swimmers and divers, the loss of outside financial support, ongoing bad publicity and potential legal problems.


**CONCLUSION**


23. The UI Athletic Department's claim of financial exigency is disingenuous.  While there is certainly short-term financial hardship from the pandemic, there are many alternative ways of responding to the short-term financial pain than cutting out the guts of what the athletics program purports to be about and what Title IX requires it to be about.  Given the amount of bloating, excess and waste that have been discussed in this report, there are extensive opportunities for deeper cuts in personnel and compensation as well as accessing the credit markets and making greater use of the Department's reserve fund.  Given the Department's history of budgetary surpluses and today's low interest rates, taking on more debt in the short term should not present a financial problem.[19]  Merriam-Webster's defines "exigency" as "that which is required in a particular situation."  Only

---

[18] https://hawkeyesports.com/sports/wswim/roster/.  Note that in its most recent annual EADA to the U.S. Department of Education, the UI Athletics Department reported only 26 students on the women's swimming and diving team.  Assuming the accuracy of this report, it shows that the women's swimming and diving team has been growing rapidly (by 34.6 percent over two years) in popularity among student athletes.

[19] After debt restructuring in 2020, the UI Athletics Department was able to lower its debt service obligation from $21.8 million to $17.1 million.  The Department could add $20 million of debt this year and its additional annual interest and amortization payments would be under $1 million, leaving the Department still at least $3.7 million below its debt service obligations during FY 2020.

14

26 intercollegiate athletics departments nationwide (out of more-than 1400) have cut sports teams in response to the pandemic.  Cutting sports team is certainly not required.

15

The foregoing is correct and accurate to the best of my knowledge.

Andrew Zimbalist

Robert A. Woods Professor of Economics

Smith College

November xx, 2020

15

*Plaintiffs' TRO Appendix - 0181*

**EXHIBIT A**

*Plaintiffs' TRO Appendix - 0182*

October 2020

## CURRICULUM VITAE

**ANDREW ZIMBALIST**

65 Ward Ave.

Northampton, MA 01060

(413) 586-7636

Website: https://sophia.smith.edu/azimbali/

Office: Department of Economics

Smith College

Northampton, MA 01063

(413) 585-3622, 585-3503

FAX (413) 585-3389

Email: azimbali@smith.edu

**Current Status**:

Robert A. Woods Professor, Department of Economics, Smith College

Five College Graduate Faculty

**Education**:

B.A.,  University of Wisconsin, 1969

M.A.,  in Economics, Harvard University, 1971

Ph.D., in Economics, Harvard University, 1974

**Fellowships, Grants, Awards and Positions**:

National Science Foundation Traineeship, 9/69-8/72

Doherty Latin American Fellowship, 9/72-8/73

18

Harvard Institute for International Development Research Grant, 6/73-9/74

Research Fellow, Department of Economics, Harvard University l/79-7/79

Picker Fellowship in International Studies, 6/82-7/83

Visiting Scholar, Doshisha University, Kyoto, Japan, l/85-5/85.

Picker Fellowship in International Studies, 6/85-9/86.

Chair, Department of Economics, Smith College, 1982-1987

Writer and Director, Household International Grant on markets and the world economy, 1989-1993

MacArthur Foundation Grant for the study of reform of socialist management, 1990

Ford Foundation Grant for research and academic exchange, 1990-91

Director, LASA Cuba Task Force study group on transition and reform, 1990-91

MacArthur Foundation Grant for research and academic exchange, 1992-96

Chair, LASA Task Force on Scholarly Relations with Cuba, 1993-94

Member, The Atlantic Council of the United States, Working Group on Cuba, 1994-95

*Baseball and Billions* selected as one of the 8 best business books of 1992 by *Business Week*, as the best sports book of 1992 by the *Sporting News*, as the best business book of 1992 by *USA Today Baseball Weekly*, and selected as Breakthrough Book in *Lingua Franca*

*Sports, Jobs and Taxes* selected as Breakthrough Book in *Lingua Franca*

Selected as the sports journalist of the year in 1998 by the *Village Voice*

*Unpaid Professionals* selected as a Breakthrough Book in *Lingua Franca*

DANZIGER FELLOWSHIP, SMITH COLLEGE, 1999-2002

Listed in *Who's Who in America*

Listed in *Who's Who in American Educators*

Chair, Smith College Committee on Athletics and NCAA Faculty Rep, 1998-2014
Bi-weekly commentator on the business of sports on NPR's Marketplace, 2002-2005
Visiting Professor, University of Geneva, 2003

*May the Best Team Win* given "Silver Award" by *ForeWord Magazine* in their

19

*Plaintiffs' TRO Appendix - 0184*

Book of the Year Award in Business and Economics

*National Pastime: How Americans Play Baseball and the Rest of the World Plays Soccer* awarded prize for "Outstanding Academic Title" by *Choice*, the major review journal of the American Library Association

National Advisory Council, Campaign for Alcohol-Free Sports TV,  2006-09

Advisory Board, Israeli Baseball League, 2006-07

National Policy Advisory Board, Women's Sports Foundation

Advisory Board, Pennsylvania State Institute for Sports Law, Policy and Research

Selected as one of America's Top 100 Most Influential Sport Educators (Institute for

International Sport)

Visiting Professor, University of Geneva, Geneva Switzerland, 2003

Visiting Professor, American Studies Program, Doshisha University, Kyoto, Japan, June 2007.

Selected as one of top 100 sports educators by the Institute for International Sport, October 2007.

Advisory Council, The Drake Group, 2009-2018

Westlaw Round Table Group, expert

Visiting Professor, University of Hamburg, Hamburg, Germany, 2011

Advisory Board, Sports Leadership and Management Program, UMASS-Boston, 2015-

Consultant to the Commissioner's Office, Major League Baseball, 2006-16.

*Circus Maximus* selected as one of the Best Books of 2015 by *The Economist*

Co-editor Palgrave Macmillan Pivot Book Series on Sports Economics, 2016-

Henry Chadwick Award for Lifetime Scholarly Contributions, Society for American Baseball Research, 2018

Co-editor for MacMillan sports economics series with Vladimir Andreff

President-elect Drake Group, July 2020-June 2022

**Other Activities (partial listing)**

20

Member, Editorial Board of journal *Journal of Sports Economics*, 1999 - present.

Member, Editorial Board of journal *Base Ball*, 2006 – present

Member, Editorial Board of journal *Journal of Olympic Studies*, 2018 – present

Member, Editorial Board of journal *Economies*, 2020 - present

Member, Board of Directors, The Drake Group, June 2019- present

Member, Editorial Board of journal *Journal of Issues in Intercollegiate Sport*, 2007 – 2013

Member, Editorial Board of journal, *International Journal of Management and Marketing*, 2013 - 2015

Member, Editorial Board, *Sports Technology*, 2007 – 2010

Member, Committee to Restore Integrity to the USOPC, 2018-

Academic Affiliate, Analysis Group/Economics, 1999-present

Member, Advisory Board, McKinnon Center for Global Affairs, 2018-present

Series Editor of Latin American Economic Development Book Series, Westview Press, 1987-1994.

Member, Editorial Board of journal *Comparative Economic Studies*, Association for Comparative Economic Studies, 1987-1990.

Member, Advisory Board, U. Mass Boston, Sport Management Program. 2014- present

Member, Editorial Board of journal *Latin American Perspectives*, 1988-1998.

Member, Advisory Board, Western Massachusetts Civil Liberties Union, 1988-1994.

Member, Board of Directors, Network on East-West-South Research Cooperation on Technology Transfer, 1988-1994.

Member, Cable Advisory Board, Northampton, Ma., 1990-1994.

Member, Washington Office on Latin America Op-ed Writers' Network, 1995-1998.

Chair, Cable Advisory Board, Northampton, Ma., 1993-1994.

Member, Advisory Board, EcoConsult, 1992-1996.

21

Development Consultant, SRI project on non-traditional export promotion in Central America and the Caribbean basin, 1987-1988.

Development/Management Consultant, United Nations' Development Project, assessment of management training programs and needs in Cuban economy, 1990- 1993.

Project consultant, Ford Foundation, 1990

Project consultant, MacArthur Foundation, 1992

Consultant to Major League Baseball, Office of the Commissioner, 2005-06, 2010-2017

Faculty Board, College Sports Research Institute, University of North Carolina, 2008-present

Consultant, for Attorney Robert Pearl in litigation brought by Mrs. Billy Martin, involving estimation of managerial contribution to revenue of baseball franchises, 1992.

Consultant, for Weil, Gotshal & Manges, in litigation brought by NFL Players' Association, involving an analysis of the effect of free agency on league competitive balance, 1992.

Consultant, for Williams & Youle, in arbitration case for compensation for territorial rights to the Denver Zephyrs of the American Association from the Colorado Rockies. (testimony)

Consultant, for Cunningham Law Group, in litigation against Major League Baseball for tortious interference in effort to procure a franchise for Tampa Bay.

Consultant, for Grippo & Elden, in litigation brought by WGN and the Chicago Bulls against the National Basketball Association over league rules restricting the number of superstation broadcasts.

Consultant, for Williams, Youle & Koenigs, Attorneys at Law, for arbitration case of The Denver Zephyrs Baseball Club v. Colorado Baseball Management, et al. (testimony)

Consultant, for Campbell, Maack & Sessions, in arbitration case for territorial

22

compensation rights regarding Salt Lake City Buzz and Trappers. (testimony)

Consultant, for Wendell, Chritton & Parks, in arbitration case for territorial compensation to Fort Lauderdale Yankees from Florida Marlins. (testimony)

Consultant, for ABRY Communications in litigation between KSMO-TV and the Kansas City Royals. (testimony)

Consultant, for the Major League Baseball Players' Association concerning analysis and design of revenue sharing system for Major League Baseball.

Consultant, for Atlantic Council of the United States, project on U.S./Cuba relations.

Consultant, for IRELA (Instituto de Relaciones Europeo-Latino-americans), Madrid, of the European Parliament.

Co-founder of the United Baseball League, with Rep. Robert Mrazek, Rep. John Bryant and Richard Moss.

Consultant, for Attorney Robert Bell in litigation between Marianne Stanley and USC.

Consultant, for ING Bank

Consultant, for Holderbank

Consultant, for Coca-Cola

Consultant, for Euromoney

Consultant, for Mayor's Office, Portland, Oregon

Consultant, for Krendl, Horowitz & Krendl in litigation between Steven Ehrhardt and the Colorado Rockies Baseball Team. (testimony)

Consultant, for Brown, Hart, Reed & Kaplan in Burt v. Hampshire College. (testimony)

Consultant, for Wolff Companies

Consultant, for Connecticut Senate Democrats

Consultant, for Husch & Eppenberger, in St. Louis CVC Authority v. NFL (testimony)

Consultant, for Rose, Sundstrom & Bentley, in W. Poe v. Hillsborough County & City of  Tampa. (testimony)

23

Consultant, for U.S. House Judiciary Committee in drafting bill for partially lifting
  baseball's antitrust exemption as it applies to labor relations

Consultant, for IRS in franchise asset evaluations

Consultant, for Davis, Scott, Weber & Edwards in Miami sports facility case

Consultant, for Los Angeles Mayor's Office in arena financing matter

Consultant, for Cincinnati *Business Courier*, in stadium lease evaluation

Contributing columnist, *Sports Business Journal*

Consultant, for Analysis Group/Economics in U.S. Department of Justice
  case against a Major League Baseball franchise. (testimony)

Consultant, for ENIC in European soccer case

Consultant, for National Basketball Players' Association in collective bargaining

Consultant, for Rabinowitz, Boudin et al. in copyright case

Consultant, for National Hockey Players' Association in franchise analysis

Consultant, expert on behalf of Fraser class in antitrust litigation against Major
  League Soccer (testimony)

Consultant, for Leboeuf, Lamb, Greene & MacRae in baseball franchise valuation
  case

Consultant, for  Kohrman, Jackson & Krantz in NFL/consumer protection case.
  (testimony)

Consultant, for Greenbaum, Doll & McDonald in sports antitrust case

Consultant, for Menard, Murphy and Walsh in sports facility/eminent domain case

Consultant, for Levin, Fishbein, Sedran & Berman in NFL antitrust case

Consultant, for Wisconsin Governor's office in stadium matter

Consultant, for Sills, Cummis, et al. in tax case involving the New Jersey Nets

Consultant, U.S. Department of Justice, in tax case involving several baseball teams.
  (testimony)

Consultant, for Shughart, Thomson & Kilroy in NFL franchise valuation case

## IV.  LECTURER, ASPEN INSTITUTE CONGRESSIONAL PROGRAM ON CUBA

Consultant, for Boies, Schiller & Flexner in NFL ownership/franchise valuation

24

case. (testimony)

Consultant, Ways and Means Committee, Boston City Council

Consultant, for Henry Klein in NFL/consumer rights case

Consultant, for Thorsnes, Bartolotta & McGuire in sports broadcasting antitrust case

Consultant, for Schulman & Kaufman, in sports licensing case

Consultant, for Blecher & Collins in sports licensing case

Consultant, "The Power of Ideas" Program, American Public Television

Consultant, for Modern Continental in stadium construction plan

Consultant, for Boies, Schiller & Flexner in Broadcasting case (testimony)

Consultant, for National Cable Telecommunications Association, Board of Directors

## V. CONSULTANT, MINNEAPOLIS METROPOLITAN SPORTS FACILITIES CORPORATION AGAINST MLB'S

contraction efforts

Consultant, to the Shubert Organization in economic development matter

Consultant, to the IRS in NFL franchise valuation case

Consultant, to Boyle, Morrisey et al. in damages case

Consultant, to the Antitrust Division of the U.S. Justice Department

Consultant, to First Watch Investment Advisors, LLC

Consultant, to McLaughlin, Gouldborne & Cohen in minor league baseball facilities matter

Consultant, to Furnier & Thomas in a sports stadium matter

Consultant, to NCAA in financial analysis of intercollegiate athletics

Consultant, to Brascher Law in sports damages case

Consultant, to Marcus Katz in sports league matter

Consultant, to McKinsey&Company in college sports matter

Consultant, to Bruce Ratner/Forest City in development matter

Consultant, to Wisconsin State Legislature in team and stadium matter

Consultant, to Dewey Ballantine in intercollegiate sports antitrust case

Consultant, to new team boxing league

25

Consultant to Boies, Schiller and Flexner in NFL ownership matter

Consultant to WUSA, relaunch effort

Consultant to McDonald & Hayden in NHL financial matter

Consultant to District of Columbia's Controller's Office in stadium matter

Consultant to Waite, Schneider, Bayless and Chesley in stadium matter

Consultant to San Francisco Giants in stadium matter (testimony)

Consultant to City of Anaheim in stadium matter (testimony)

Consultant to Waite, Schneider, Bayless and Chesley in NASCAR antitrust matter
(testimony)

Consultant to Jackson County, Mo. in stadium negotiations with the Chiefs and
Royals

Consultant to Rainey Kaiser, in stadium matter in Jackson, Tennessee (testimony)

Consultant to Magna Entertainment in horse racing matter

Consultant to Harrah's in sports development matter

Consultant to ML in sports franchise purchase matter

Consultant to NJSEA in stadium matter

Consultant  to the San Francisco Board of Supervisors in assessing the economic
impact of an Olympics bid

Consultant to various MLB teams

Consultant to MLB in collective bargaining, 2005-06, and 2010-11

Consultant to Citigroup clients on franchise purchase

Consultant to Weil, Gotshal & Manges in matter involving NBA team

Consultant to Geraghty, O'Laughlin & Kenney in matter involving professional
basketball player

Consultant to Melick, Porter & Shea in matter involving professional golf

Consultant to New Jersey Sports and Exhibition Authority in arena matter

Member, National Advisory Council, Campaign for Alcohol-Free Sports TV,
Center for Science in the Public Interest

Member, Advisory Board, Museum of the City of New York, exhibit on baseball
in New York, 1947-1957

26

Member, Board of Advisers, Israeli Baseball League, 2006-07

Member, Board of Directors, Vintage Baseball Federation, 2007-present

Member, Advisory Board, Penn State Institute for Sports Law, Policy and Research, 2007-present

Member, Advisory Board, Professional Athlete Education Initiative, 2008-present

Member, National Expert Advisory Panel, Women's Sports Foundation

Member, Antitrust Public Policy Group, Women's Sports Foundation

Consultant to Michael Best Law Group in minor league baseball matter

Consultant to Northwoods League in franchise valuation matter

Consultant, Knight Commission Committee on financial reform in college sports

Member, Advisory Board, Lake Placid Sports Summit

Consultant to city of Seattle in sports facility matter (testimony)

Consultant to Barnes & Thornburg in tennis antitrust matter (testimony)

Consultant to Jones Day in antitrust matter in NHL (testimony)

Consultant to Ken Burns/Florentine Films on baseball documentary

Consultant to Flaherty, Sensabaugh & Bonasso in a college head coach liquidated damages case

Consultant to the National Football Players Association for a study on comparative retirement benefits

Consultant to Squire, Sanders & Dempsey in a franchise relocation matter

Consultant to Dewey LeBoeuf in a franchise relocation matter

Consultant for valuation purposes in sale of interest in MLB team

Consultant to MLB's Commissioner's Office on economic issues, 2005 - present

Consultant to Northlands in an arena and economic development matter

Consultant to U.S. Department of Justice in college sports antitrust matter

Consultant to Heenan Blaikie and the city of Ottawa in a sports/stadium matter

Consultant to Hausfeld, LLP in NFL mediation of labor relations dispute

Consultant to Schiff Hardin LLP in publicity rights cases involving Michael Jordan (testimony)

Consultant to Jackson Kelly LLP in college sports realignment mediation

27

Consultant to McDonald Sanders LLP in college sports realignment matter

Consultant to Boyle, Shaughnessy & Campo in an NHL matter

Consultant to Ater Wynne LLP in franchise valuation matter

Consultant to Meerkats, regarding Australian Rules Football, management strategy

Consultant to Bredhoff & Kaiser, regarding NLRB matter in college football

Consultant to Nagel Rice in NFL matter

Consultant to US Track & Field Athletes in compensation matter

Consultant to Speaker of the House, Rhode Island in stadium matter

Consultant to Morrison & Foerster in a stadium matter

Consultant for the Atlantic 10 Athletic Conference, 2016

Consultant for Cohen Milstein in anti-trust matter involving UFC

Consultant for Dunlavey & Associates in stadium analysis

Consultant for city of Worcester in stadium finance matter

Consultant to MVP Sports Group, developing players valuation model

Consultant to ISL, antitrust matter involving FINA

Consultant to Nicholas & Tomasevic, damages for publicity rights infringement

Consultant to Atlanta History Center for exhibit on 1996 Summer Olympics

Consultant to Northwoods League, valuation

Consultant to Hackensack UMC Fitness & Wellness,NIL matter

Consultant for Noble Insights in MLB purchase matter

Referee for Social Science Research Council of Canada, National Science

Foundation, Spencer Foundation, American Economic Review, World Development, Journal of Economic Behavior and Organization, Latin American Research Review, Southern Economic Journal, Regional Science and Urban Economics, Problems of Post-Communism, Industrial and Labor Relations Review, Journal of Inter-American Studies and World Affairs,  Latin American Politics and Society, Cuban Studies, Social Science Quarterly, Journal of Comparative Economics, Studies in Comparative International Development, Journal of Industrial Economics, National Science Foundation, Fullbright, Latin American Perspectives, Journal of Sports Economics, Eastern Economics Journal, Southern Economic Journal, Quarterly Review of Economics and Finance, Journal of Sport History, Economic Inquiry, Regional Studies, Journal of Business, B.E. Journals in Economic Analysis and Policy, Journal of Planning, Education and Research, Growth and Change, Journal of Public Economics,

28

Urban Affairs Review, Journal of Issues in Intercollegiate Athletics, Sociological Forum, International Journal of Sport Finance, Public Budgeting and Finance, State and Local Government Review, Thompson/South-Western publishing, Urban Affairs Review, International Journal of Sport Policy and Practice, and various university presses and other journals.  He has also served as an outside reviewer in numerous university tenure and promotion cases.

**Testimony before Political Bodies:**

House Ways and Means Committee on the economic effects of U.S. policy toward Cuba in March 1994

U.S. Senate Judiciary Committee in December 1992 in hearings on baseball's antitrust exemption

N.Y. State Senate on public policy toward minor league baseball in February 1993

U.S. House Judiciary Committee in its consideration of the Bunnings/Synar bill to limit MLB's anti-trust exemption in September 1994

U.S. Senate Judiciary Committee in January 1996 at hearings on the future of professional sports leagues

U.S. House Judiciary Committee in February 1996 at hearings on antitrust implications of professional sports franchise relocation

New York State Senate on the economic impact of sports franchises and stadiums on cities in April 1996

U.S. House Commerce Committee in May 1996 at hearings on the "Fan Freedom and Community Protection Act of 1996"

Connecticut State Legislature in December 1998 on the proposal to bring the New England Patriots to Hartford (written only)

U.S. Senate Judiciary Committee in June 1999 at hearings on sports antitrust policy and stadium financing

Springfield City Council in July 1999 on public subsidies for the construction of a minor league stadium

Philadelphia City Council in June 2000 on pubic subsidies for stadium construction.

U.S. Senate Judiciary Committee in November 2000 on competitive balance in Major League Baseball (written only)

Ways and Means Committee, Boston City Council, December 11, 2000 (written only)

U.S. Department of Education Commission of Gender Equity in College Athletics, November 20, 2002

Yonkers, New York, City Council, December 2002

San Francisco City Council, March 2005

Boston Finance Commitee, February 2015

Massachusetts State Senate, May 2015

San Francisco Assessment Appeals Board, June 2016

Worcester City Council, 2019

Boca Raton City Council, October 2020

Uniform Law Commission (on NIL legislation), November 2020

**Publications:**

**Books:**

***Economic Democracy:  Workers' Participation in Chilean Industry, 1970-73,***
Academic  Press, February 1978.  Updated, student paperback edition, Fall 1981.
Revised spanish    language edition, ***Democracia Económica***, Fondo de Cultura
Económica, Mexico, 1984.  (with Juan Espinosa).

***Case Studies on the Labor Process*** (editor).  Monthly Review Press, December
1979 (paperback edition, April 1981).

***Comparative Economic Systems:  An Assessment of Knowledge, Theory and
Method***    (editor).  In series on history of economic thought edited by Warren
Samuels, Kluwer- Nijhoff, November 1983.

***Comparing Economic Systems:  A Political Economic Approach***, Academic Press,
July 1984.  Second printing, December 1985.  Second edition, Harcourt, Brace and
Javonovitch, Fall 1988 (with H. Sherman and S. Brown).

***Cuba's Socialist Economy Toward the 1990s*** (editor).  Special issue of ***World
Development***, vol. 15, no. 1, January 1987. Pergamon Press.  Book version with new
introductory essay,  (paper and hardback editions)  October 1987, Lynne Rienner
Publishers.

30

***Cuban Political Economy:  Controversies in Cubanology*** (editor).  Westview Press, January 1988.

***The Cuban Economy: Measurement and Analysis of Socialist Performance***. Johns Hopkins University Press, October 1989. (with Claes Brundenius).

***Panama at the Crossroads: Economic Development and Political Change in the Twentieth Century.*** University of California Press, Summer 1991. (with John Weeks).

***Cuba in Transition: Crisis and Transformation*** (joint editor). Westview Press, Spring 1992.

***Baseball and Billions: A Probing Look Inside the Big Business of Our National Pastime.*** Basic Books, Fall 1992.   (Japanese edition published in July 1993 by Dobunshoin, Tokyo.) Updated paperback edition with new preface and postscript, March 1994.  Audio cassette, High Sport Productions, 1994.

***Sports, Jobs and Taxes: The Economic Impact of Sports Teams and Stadiums.*** (jointly written and edited with Roger Noll, Stanford University).  Brookings Institution, October 1997 (hard and soft back editions).

***Unpaid Professionals: Commercialism and Conflict in Big-Time College Sports***. Princeton University Press, September 1999 (hardback).  Expanded and updated paperback edition, February 2001.

***The Economics of Sport I & II*** (editor). Two volumes. Edward Elgar's series on *The International Library of Critical Writings in Economics*, edited by Mark Blaug, September 2001.

***Symposium on Competitive Balance in Professional Sports*** (editor). Special Issue of the *Journal of Sports Economics*, May 2002.

***May the Best Team Win: Baseball Economics and Public Policy***.  Washington, D.C.: Brookings Institution Press, March 2003. Expanded and updated paperback edition, April 2004.  Japanese Edition (Baseball Magazine), October 2006.

31

***National Pastime: How Americans Play Baseball and the Rest of the World Plays Soccer.***  Washington, D.C.: Brookings Institution Press, April 2005, (with Stefan Szymanski).  Japanese Edition (Diamond, Inc.), 2006.  Korean Edition (Editor Publishing), 2006.  Expanded paperback edition, June 2006.  Chinese Edition, China Times Publishing, April 2008.


***In the Best Interests of Baseball? The Revolutionary Reign of Bud Selig.***  New York: Wiley, March 2006.  Paperback edition, June 2007.  Updated, expanded edition, published as ***In the Best Interests of Baseball? Governing the National Pastime***. University of Nebraska Press, March 2013.


***The Bottom Line: Observations and Arguments on the Sports Business*** (editor and author. Temple University Press, September 2006.


***Equal Play: Title IX and Social Change*** (joint editor and author). Philadelphia: Temple University Press, Fall 2007. (with Nancy Hogshead-Makar).


***Circling the Bases: Essays on the Challenges and Prospects of the Sports Industry***.  Temple University Press, December 2010.  Released as audio book by

Redbook Audiobooks in October 2013.


***International Handbook on the Economics of Mega Sporting Events***. Edited and written with Wolfgang Maennig, April 2012.


***Home Team***. Delabarre Publishing LLC, May 2012. e-book. (with Shelley Rotner and Barbara Riccio).


***The Sabermetric Revolution: Assessing the Growth of Analytics on Baseball.***
University of Pennsylvania Press. Philadelphia, Pa., February 2014. (with Ben Baumer). Updated, new paperback edition, February 2015. Korean edition June 2015.


***Circus Maximus: The Economic Gamble Behind Hosting the Olympics and the World Cup***. Brookings Institution Press, January 2015.  Paperback edition (expanded and updated), February 2016.  Japanese, Spanish and Chinese editions

32

2016. Expanded and updated third edition, with new preface, text and postscript, published by Brookings in June 2020.

***Unwinding Madness: What Went Wrong with College Sports and How to Fix It.***
Brookings Institution Press, February 2017.  (with Donna Lopiano and Gerry Gurney).   Japanese edition, Tamagawa University Press, Tokyo, June 2018.

***No Boston Olympics: How and Why Smart Cities Are Passing on the Torch* .**
UPNE, May 2017.  (with Chris Dempsey)

***Rio 2016: Olympic Myths, Hard Realities***. Brookings Institution Press, forthcoming, August 2017. Edited and written.

**Professional Articles:**

"Income Distribution in the United States," in ***The Review of Radical Political Economics***, Summer, 1971.  Reprinted in Edwards, Reich and Weisskopf, ***The Capitalist System***, Prentice-Hall, 1972; MacEwan and Weisskopf, ***Perspectives on the Economic Problem***, Prentice-Hall, 1972; Carson, Ingles and McLaud, ***Government in the American Economy***, Heath, 1973; Mermelstein, ***Economics: Mainstream Readings and Radical Critiques*** (second edition), Random House, 1973. (with F. Ackerman, H, Birnbaum and J. Wetzler)

"Sweezy on Chile," ***Monthly Review***, March 1972, and a response in May 1972 issue; also in Sweezy and Magdoff, Sweezy and Magdoff (eds.), Revolution and Counter-Revolution in Chile. (with B. Stallings).

"La Expansión de la Educación Primaria y el Desarrollo Capitalista:  el Caso de Chile," ***Revista del Centro de Estudios Educativos***, (Mexico, D.F.), no. 2, 1973.

"Workers' Participation in Chilean Industry Under Allende," ***Science for the People***, Oct./Nov. 1973 and ***Monthly Review***, (March 1974).

33

"Showdown in Chile,"  ***Monthly Review***, October 1974, and in Sweezy and
  Magdoff (eds.), ***Revolution and Counter-Revolution in Chile***. (with B.
  Stallings).


"The Dynamic of Worker Participation:  An Interpretive Essay on the Chilean and
  Other Experiences," ***Administration and Society***, (May 1975); also in Garson
  and Smith (eds.), ***Organizational Democracy***, Sage, 1976.


"The Political Economy of the ***Unidad Popular***,*" Latin American Perspectives*,
  (Spring 1975). (with Barbara Stallings).


"The Limits of Work Humanization," ***Review of Radical Political Economics***,

  (Summer 1975).


"Worker Participation in Cuba," ***Challenge:  The Magazine of Economics Affairs***,
  (Nov-Dec. 1975).


"Workers' Control in Allende's Chile," Institute for Workers' Control, Pamphlet No.
  47 (England); also, revised version in ***Comparative Urban Studies***, (Spring
  1976). (with James Petras).


"Class and Income Distribution in the United States," in Althauser and Snyder
  (eds.), ***Selected Contemporary Social Problems***, 1975. (with Frank Ackerman).


"Worker Management of Chilean Industry, 1970-1973:  An Empirical
  Investigation," ***Journal of Economic Issues***, (June 1976).


"La disparité des salaries et des profits," ***Le Monde Diplomatique***, (July 1976).


"Capitalism and Inequality in the United States," in Edwards, et. al., ***The Capitalist
  System***, (2nd edition), Prentice-Hall, 1978.  Revised for 3rd edition, 1984. (with
  F. Ackerman).

34

"The Prospects for U.S.-Cuba Trade," ***Challenge:  The Magazine of Economic Affairs***, (January/February 1978).

"The Economics of Workers' Management: The Chilean Experience," ***Economic Analysis and Workers' Management***, vol. 12, nos. 3-4, (1978). (with J. Espinosa).

"Introduction:  Case Studies on the Labor Process," in ***Case Studies on the Labor Process***, edited by Andrew Zimbalist, Monthly Review Press, 1979.

"Technology and the Labor Process in the Printing Industry," ***Ibid***.

"Economic Democracy:  Solution or New Challenge," ***Journal of Social Economics***, Vol. 38, No. 3 (Dec. 1980).

"On the Role of Management in Socialist Development," ***World Development***, Vol. 9, Nos. 9/L0 (Fall 1981).  Reprinted in Wilber and Jamison (eds.), Socialist Models of Development, Pergamon, 1982.

"Response to de Vylder," ***Economic and Industrial Democracy***, Vol. 3 (1982).

"Soviet Aid, U.S. Blockade and the Cuban Economy*," Comparative Economic Studies* (formerly ***ACES Bulletin***), Vol. 24, No. 4 (Winter 1982).

"Introduction:  Reflections on the State of the Art of Comparative Economics," in ***Comparative Economic Systems:  An Assessment of Knowledge, Theory and Method***, edited by A. Zimbalist, Kluwer-Nijhoff, 1983.

"Incentives and Elicitation Schemes: A Critique and An Extension," in ***Comparative Economic Systems:  An Assessment of Knowledge, Theory and Method***, edited by A. Zimbalist, Kluwer-Nijhoff, 1983. (with S. Koont).

"Cuban Economic Planning:  Organization and Performance," in Halebsky and Kirk (eds.), ***Cuba: Twenty-Five Years of Revolution***, Praeger, 1985.

35

"Recent Studies on Cuban Economic Growth: A Review," ***Comparative Economic Studies***, Vol. 27, no. 1 (spring 1985). (with C. Brundenius).


"Japan-U.S. Trade:  Reason and Fury," Part 1, ***Japan Economic Journal*** (April 30, 1985).


"Japan-U.S. Trade:  Reason and Fury," Part 2, ***Japan Economic Journal*** (May 7, 1985).


"Cuban Economic Growth One More Time:  A Response to `Imbroglios'," ***Comparative Economic Studies*** (Fall 1985). (with C. Brundenius).


"Cuban Growth:  A Final Word," ***Comparative Economic Studies*** (Winter 1985). (with C. Brundenius).


"An Annotated Bibliography of Economics and Business," in ***Sources of Information in the Social Sciences***, American Library Association, 1986. (with B. Hoselitz and R. Kaufman).


"Patterns of Cuban Development:  The First Twenty-Five Years," ***World Development***, vol 15, no. 1 (January 1987). (with  S.Eckstein).


"Cuban Industrial Growth, 1965-1985," ***World Development***, vol. 15, no. 1 (January 1987).  Translated and reprinted, "El Crecimiento Industrial de Cuba, 1965-85," ***Temas de Economía Mundial***, no. 20 (1987) and in ***Empresas Públicas: Problemas y Desarrollo***, vol. 2, nos. 6-7 (1988).


"Introduction:  Cuba's Socialist Economy Toward the 1990s," ***World Development***, vol. 15, no. 1 (January 1987).  Revised and expanded as introductory essay in Zimbalist (ed.), ***Cuba's Socialist Economy Toward the 1990s***, L. Rienner Publishers, 1987.

36

"The Economics of Socialism" in J. Eatwell et. al. (eds.), *The New Palgrave***: *A Dictionary of Economic Thought and Doctrine*. London:  The Macmillan Press Ltd., 1987. (with D. Milenkovitch).

"Analyzing Cuban Planning:  A Response to Roca," *Cuban Studies/Estudios Cubanos*, vol. 17, 1987.

"Cuban Political Economy and Cubanology:  An Overview," in Zimbalist (ed.), *Cuban Political Economy*, op. cit.

"Interpreting Cuban Planning:  Between a Rock and a Hard Place," *Ibid*.

"Cubanology and Cuban Economic Performance,"  *Ibid*. (with C. Brundenius).

"Cuban Planning: A Rejoinder to Roca," *Cuban Studies/Estudios Cubanos*, vol. 18, 1988.

"Cuba's Statistical and Price Systems:  Interpretation and Reliability," *Latin American Perspectives,* vol. 14, no. 1, 1988.  Revised spanish version in *El Trimestre Económico*, vol. 57, no. 227, 1990.

"Incentives and Planning in Cuba,"  *Latin American Research Review*, vol. 24, no. 1 (January 1989).

"Cuba's External Economy: Reflections on Export Dependence, Soviet Aid and Foreign Debt," *Comparative Economic Studies*, vol. 30, no. 2, 1988.

"Quinquennial Growth Rates in the CMEA: A Note on Eurocentrism," *Comparative Economic Studies*, vol. 30, no. 3, 1988.

"Using Physical Indicators to Estimate GDP Per Capita in Cuba: An Estimate and a Critique," *Journal of Comparative Economics*, March 1989.

37

"What Is Comparative Economic Systems, Normatively Speaking," ***Comparative Economic Studies***, vol. 31, no. 3, Fall 1989.

"Problems and Prospects of Export Diversification:  The Case of Costa Rica," in E. Paus (ed.) ***Struggle Against Dependence:  Non-traditional Export Promotion in Central America and the Caribbean***.  Westview Press, 1988.

"Problems and Prospects of Export Diversification: The Case of Panama," in ***Ibid***.

"Development Strategy and the Growth of Non-traditional Exports in Socialist Cuba," in ***Ibid***.

"La Economía Cubana Al Comienzo del Cuarto Decenio," ***El Trimestre Económico***, vol. 56, no. 224 (Octubre-Diciembre 1989).

"The Failure of U.S. Intervention in Panama: Humiliated in Its Backyard," ***Third World Quarterly***, vol 11, no. 1, January 1989 (with John Weeks).

"Cuba's Socialist Economy After Three Decades," ***Multinational Monitor*** (April 1989).

"Cuba's Economic Diversification: Progress and Shortcomings," in S. Halebsky and J. Kirk (eds.) ***Transformation and Struggle: Cuba Faces the 1990s***, Praeger Publishers, January 1990.

"Reform in Cuba," in I. Kim (ed.) ***Reform in Communist Systems:  Comparative Perspectives***.    Washington D.C.: Washington Institute, 1991 (with Wayne Smith).

"El Desarrollo Económico de Cuba en Perspectiva Comparada*," Cuadernos de Nuestra América***, vol. 4, no. 4 (December 1989) (with Claes Brundenius).

"Desarrollo Económico y Crisis en Panamá desde 1970," ***Temas de Economía Mundial***, 1992.

"Cuba in the Age of Perestroika: A Review Essay," ***Latin American Perspectives***, 1992.

"Perspectives on Cuban Development and Prospects for the 1990s," in A. Hennessy and G. Lambie (eds.), ***Cuba and Western Europe: Breaking the Blockade***. London: MacMillan, 1994.

"The Organization and Performance of Cuban Agriculture," in Twomey & Helwege (eds.) ***Modernization and Stagnation: Latin  American Agriculture in the 1990s***. New York: Greenwood Press, 1991. (with Claes Brundenius)

"Does the Cuban Economy Work?" ***NACLA Report on the Americas***, October 1990.

"Whither the Cuban Economy," in Kirk et. al. (eds.) ***Cuba Faces the 1990s***. Boulder: Westview Press, 1992.

"Industrial Management Reform in Cuba," in Ian Jeffries (ed.) ***Industrial Reform in Socialist Countries***. England: E. Elgar Publishers, 1992.

"Cuba, 1990," in E. Gamarra and J. Malloy (ed.) ***Latin America and Caribbean Contemporary Record***. 1992.

"Salaries and Performance in Major League Baseball," in P. Sommers (ed*.) **Diamonds Are Forever: The Business of Baseball**. Washington, D.C.: Brookings Institution, 1992.

"Recent Trends in Latin American Economic Development," in ***Proceedings of Symposium on Latin American Studies in theUnited States and the Soviet Union***. Moscow: Institute of Latin America, Academy of Sciences, October 1991.

"Teetering on the Brink: Cuba's Post-CMEA Economic and Political  Crisis," ***Journal of Latin American Studies***, vol. 24, no. 2, (May, 1992).

*Plaintiffs' TRO Appendix - 0204*

"The Cost of the U.S. Embargo and Its Extraterritorial Application to the Cuban Economy," in   M. Krinsky et. al. (eds.). *United States Economic Measures Against Cuba*. New York: Aletheia Press, 1993.

"U.S. Subsidiary Trade with Cuba: Competing Tendencies," *Business Tips on Cuba*, vol. 1, no. 2 (November 1992).

"Cuba," in *Economist Intelligence Unit World Outlook*, 1993. London: EIU, 1993.

"Baseball's Economic Dilemmas and Public Policy," Katherine Asher Engel Lecture, Smith College, November 17, 1992.

"Quarterly Situation Report: Cuba, 1st Quarter - 4th Quarter, 1993," *Economist Intelligence* Unit. London: EIU, 1993.

"Institutions of the Service Economy in Panama: Free Zone and Banking Center," in R. Roberts (ed.) *International Financial Centres*. London: Edward Elgar Pubs., 1994.

"Public Policy Toward Minor League Baseball**," *Oversight Hearings:  The Well-Being of Minor League Baseball in New York State*. Trancript of Hearing Before the Committee on Tourism, Recreation and Sports Development, New York State Senate, February 9, 1993: New York, Roy Allen & Associates, 1993.

"Baseball's Economics and the Antitrust Exemption," *Baseball's Antitrust Immunity*. Written Testimony. Hearing before the Subcommittee on Antitrust, Monopolies and Business Rights of the Committee on the Judiciary. U.S. Senate, 102nd Congress, December 10, 1992.  Washington D.C.: USGPO, 1993.

"Hanging on in Havana," *Foreign Policy*, No. 92, Fall 1993.

"Cuba," in *Economist Intelligence Unit World Outlook, 1994*. London: EIU, 1994.

40

"Quarterly Situation Report: Cuba, 1st Quarter, 1994," ***Economist Intelligence Unit***. London: EIU, 1994.


"Baseball Economics and Antitrust Immunity," ***Seton Hall Journal of Sport Law***, vol. 4, no. 1 (1994).


"Cuba: Reforming the Economic System from Within," in J. Pérez-López (ed.), ***Cuba at a Crossroads***. Gainesville:  University of Florida Press, 1994.


"El Impacto del Embargo de Estados Unidos para Cuba y Terceros Paises," in W. Grabendorff (ed.), ***Cuba: Apertura Económica y Relaciones con Europa***. Madrid: IRELA, 1994.


"Cuba: compás de espera en La Habana," ***Estudios Internacionales***, XXVII, 107/108, 1994.


"Baseball's Antitrust Exemption," ***The Antitrust Bulletin***, vol. 39, no. 2 (summer 1994).


"La organización y el desempeño de la agricultura cubana," in Twomey & Helweg (eds.) ***Modernización y estancamiento: La agricultura latinoamericana en los años noventa***.  Mexico:  Fondo de la Cultura Económica, 1994 (translated and updated version, with Claes Brundenius)


Written Testimony for the House Judiciary Committee's Consideration of the Synar/Bunning Bill on Baseball's Antitrust Exemption.  September 1994.


"Waiting for Change: Adjustment and Reform in Cuba," ***World Development***, May 1995.  (with Manuel Pastor)


"Facing the Future: External Shocks, Economic Crisis, and the Dynamics of Transition in Cuba," ***NACLA Report on the Americas***, Fall 1995.  (with Manuel Pastor). Reprinted partially in 50th Anniversary Issue, vol. 50, no. 3 (Fall 2018).

41

"Are Professional Team Sports Striking Out?" *World Book Year Book*,(yearly supplement to the *World Book Encyclopedia*), 1996.

"Cuba, Castro, Clinton and Canosa," in A. Ritter & J. Kirk (eds**.), *Cuba in the International System: Normalization and Integration*. London: MacMillan, 1996.

Chapter on comparative economic systems in economics textbook published in Russia.  (With Tom Weisskopf and Robert McIntyre)

"The Economics of Major U.S. Professional Sports Leagues," in A. Wise, *International Sport Law and Business*. Cambridge:  Kluwer, 1997.

"Professional Sports Franchise Relocations," written testimony before the U.S. Senate, Committee on the Judiciary, January 23, 1996, published in *Hearing on the Future of Professional Team Sports*. Washington, D.C.: USGPO, 1966. Modified version also presented to hearings of the House Judiciary Committee, February 6, 1.

"The Economic Impact of Sports Teams on Cities," *Tennessee's Business*, vol. 7, nos. 1-2, 1996.

"Baseball in the 21st Century," in D. Marburger (ed*.) Stee-rike Four! What's Wrong with the National Pastime*, Greenwood Press, 1996.

"The Cuban Economy in the Era of  Helms-Burton," in *Cuba ante Helms-Burton*, IRELA, Madrid, Spain, 1996.

"Public Policy and the Economic Impact of Sports Teams and Facilities on Metropolitan Area Development," written testimony before the U.S. House of Representatives, Committee on Commerce, Subcommittee on Commerce on Commerce, Trade and Hazardous Materials, on H.R. 2740, *Hearings on the Fan Freedom and Community Protection Act of 1995*, Serial No. 104-104, May 16, 1996.  Washington, D.C.: U.S. Government Printing Office, 1996.

42

"Has Cuba Turned the Corner?" ***Cuban Studies***, vol. 27, 1997. (with Manuel Pastor)

"Gender Equity and the Economics of College Sports," ***JAI's Advances in the Economics of Sports***, edited by W. Hendricks, 1997.

"Sports, Jobs and Taxes: Are New Stadiums Worth the Costs?" ***Brookings Review***, Summer 1997. (with Roger Noll)

"Build the Stadium: Create the Jobs," ***Sports, Jobs and Taxes: The Economic Impact of  Sports Teams and Stadiums*** edited by Roger Noll and Andrew Zimbalist,  Brookings Institution, October 1997. (with Roger Noll)

"The Economic Impact of Sports Teams and Facilities," ***Sports, Jobs and Taxes: The Economic Impact of  Sports Teams and Stadiums*** edited by Roger Noll and Andrew  Zimbalist , Brookings Institution, October 1997. (with Roger Noll)

"Sports, Jobs and Taxes: The Real Connection," ***Sports, Jobs and Taxes: The Economic Impact of  Sports Teams and Stadiums*** edited by Roger Noll and Andrew Zimbalist , Brookings Institution, October 1997. (with Roger Noll)

"The Economics of Stadiums, Teams and Cities," ***Policy Studies Review***, Vol 15, No. 1, Spring 1998.

"El enigma economico de Cuba," in D. Dirmoser and J. Estay, ***Economia y reforma economica en Cuba***. Mexico City: Nueva Sociedad, 1998.

"College Sports: The Bottom Line," ***College Football: Nonprofit – Yes or No***. American Bar Association, 1999.

43

"A Miami Fish Story," *The New York Times Magazine*, October 18, 1998. Reproduced in Peter Donnelly (ed.) *Taking Sports Seriously*.  Toronto: Thompson, 2000.

"The Economics of Sports Facilities and Their Communities," *Journal of Economic Perspectives*, Spring 2000, vol. 14, no. 3. (with John Siegfried).

"The Y2K Problem in Professional Sports," in W. Kern (ed.), *Current Issues in Sports Economics*, Upjohn Institute, 2000.

"Whither the Cuban Economy," in S. Kaufman and D. Rothkopf (eds.), *Cuba: Preparing for the Future*, America's Society, 2000.

"The Economics of Stadiums, Teams, and Cities," in Wibur Rich (ed.) *The Economics of Politics and Sports Facilities*. Westport, Conn.: Quorum Books, 2000.

"The Cuban Economy at the Millenium," in Dick Clark (ed.) *U.S. Policy Toward Cuba*. Washington, D.C.: The Aspen Institute, 2000.

"The State of Competition in Major League Baseball," *Hearing before the Subcmte. On Antitrust, Business Rights, and Competition of the Senate Committee on the Judiciary*, 106th Cong., 2000.

"Postscript," chapter in paperback edition of *Unpaid Professionals*, forthcoming, February 2001.

"Competitive Balance and Labor Relations in Major League Baseball," *Milken Institute Review*, Volume 3, Number 1, (February, 2001).

"Escalating Ticket Prices in Professional Sports," *2001 Americana Annual/ Encyclopedia Year Book*.  Grolier, 2001.

"Foreword," to the second edition of *Fair Ball: A Fan's Case for Baseball* by Bob Costas. Broadway Books, 2001.

44

"Introduction," in A.Zimbalist (ed.) ***The Economics of Sport***. London: Edward

Elgar, summer 2001.

"The Peculiar Economics of Baseball,"  in ***Baseball As America.*** Washington, D.C.:
National Geographic & National Baseball Hall of Fame, March 2002.

 "Competitive Balance in Sports Leagues: An Introduction," ***The Journal of Sports
Economics***, vol. 3, no. 2 (May 2002).

"Testing Causality Between Team Performance and Payroll: The Cases of Major
League Baseball and English Soccer," ***The Journal of Sports Economics***, vol.
3, no. 2 (May 2002).  Reprinted in Bill Gerrard (ed.) ***The Economics of
Association Football***.  London: Edward Elgar, 2006. (with Stephen Hall &
Stefan Szymanski) and in *Recent Developments in the Economics of Sport,*
edited by Wladimir Andreff, London: Edward Elgar, 2011.

"A Note on the Local Impact of Sports Expenditures," ***The Journal of Sports
Economics***, vol. 3, no. 4 (December 2002), with John Siegfried.

"The Cuban Economy Toward the 21st Century: Performance and Prospects,"

in Max Azicri and Elsie Deal (ed.),  ***Cuban Socialism in a New Century:
Adversity, Survival and Renewal.***  Gainesville: University Press of Florida,
2004.

"Competitive Balance Conundrums: Reply to Fort and Maxcy," ***The Journal of
Sports Economics***, May 2003, vol. 4, no. 2.

"Sports and Economics," ***U.S. Society & Values: Sports in America.*** (Journal of the
U.S. Department of State), December 2003, vol. 8, no. 2.

"May the Best Team Win: Making Baseball Competitive," ***The Brookings Review***,

Fall 2004.

45

"Labor Relations in Major League Baseball," ***The Journal of Sports Economics***, Winter 2004.

"Sport as Business," ***Oxford Review of Economic Policy***, Winter 2004, vol. 19, no. 4.

"Cable Television and Monopoly Power in Sports Programming," ***Milken Institute Review***, vol. 5, no. 4, Winter 2004.

"The Practical Significance of Baseball's Antitrust Exemption," ***Entertainment and Sports Lawyer***, Vol. 22, No. 1, Spring 2004.

"Reforming Intercollegiate Athletics," in Bruce Svare (ed.) ***Sports Reform in America***, forthcoming.

"Whither Baseball Economics," ***Nine: A Journal of Baseball History and Culture***, Vol 13 Number 1, September 2004.

"What to Do About Title IX," ***Gender Issues***, vol. 21., no. 2, Spring 2003. Reprinted in R. Simon (ed.) ***Sporting Equality: Title IX Thirty Years Later***. New Brunswick: Transaction Books, 2005.

"Unionism in Team Sports," in ***Berkshire Encyclopedia of World Sport***, 2005.

"Organizational Models in  Professional Team Sports Leagues," in S. Szymanski & W. Andreff (eds.),  ***Handbook of Sports Economics***, Edward Elgar, 2006.

"The Economics of Sport," in S. Durlaf et al., ***The New Palgrave***, Macmillan, 2005. (with Stefan Szymanski)

"Preface" for second edition of ***National Pastime***, June 2006. (with Stefan Szymanski)

46

"'Compensating differentials and the social benefits of the NFL' – A Comment," *Journal of Urban Economics*, Vol. 60, No. 1 (July 2006): 124-131.  (with Dennis Coates and Brad Humphreys)

"Economic Perspectives on Market Power in the Telecasting of US Team Sports," in C. Jeanrenaud and S. Kesenne (eds.), *The Economics of Sport and the Media*, Edward Elgar Pubs., 2006.

"Facility Finance: Measurement, Trends, and Analysis," *International Journal of Sport Finance,* vol. 1, no. 4, November 2006.   To be reprinted in B. Humphreys and D. Howard (eds.)  *The Business of Sport.*  Praeger, 2008.  (with Judith Grant Long). Reprinted also in *Recent Developments in the Economics of Sport,* edited by Wladimir Andreff, Edward Elgar, Fall 2011.

"The Economic Impact of Sports Facilities, Teams and Mega-Events" *Australian Economic Review*, December 2006.  (with John Siegfried)

"A Wink and a Smile: Getting a Leg Up on the Competition through Real Estate during the Glory Years," in J. Thorn (ed.), *Baseball in New York, 1947-57*, Harper Collins, 2007.

"Unionism in U.S. Sports," *Scribner's Dictionary of American History*, 2008.

"Governance of Sports Leagues: Experiences and Lessons," in P. Rodriquez et al. (eds.) *Governance and Competition in Professional Sports Leagues*, Universidad de Oviedo, 2008.

"What to Do About Title IX," *Legal Issues in College Sports*, November 2007.

"The Financing and Economic Impact of the Olympic Games,"  in B. Humphreys and D. Howard (eds.)  *The Business of Sport.*  Praeger, 2008.  (with Brad Humphreys)

47

"New Balance: Salary Caps, Revenue Sharing and Luxury Taxes in
Professional Sports Leagues," ***The Milken Institute Review***, vol. 10, no. 4, 2008.

"Marvin Miller's Contribution to Major League Baseball," ***Induction Ceremony
Commenorative Journal (National Jewish Sports Hall of Fame and
Museum).*** April 2009.

"Gender Equity in Intercollegiate Athletics: Economic Considerations and
Possible Solutions," forthcoming in ***Sports Economics,*** edited by Leo
Kahane and Stephen Shamske, Oxford University Press.

"Performance Enhancing Drugs and Antidoping Policy in Major League Baseball:
Experience, Incentives and Challenges," Rodriguez, P.; Kesenne, S; García, J. (eds.)
***Threats to Sports and Sports Participation***. Universidad de Oviedo Press. Oviedo,
Spain, May 2008.

"Reflections on Title IX," ***Smith Alumnae Quarterly***, June 2009.

"Assessing the Antitrust Case Against the Bowl Championship Series," ***Global
Competition Policy***, May 2009.

"Anitrust, the BCS and Public Policy," ***Antitrust Bulletin***, Winter 2009.

"Baseball's Economic Development," in L. Cassuto (ed.) Oxford's ***Baseball Companion***,
2010.

"Is It Worth It? Hosting the Olympic Games and other Mega Sporting Events is an Honor
Many Countries Aspire to – But Why?" ***Finance & Development***, March 2010.
Reprinted in ***Current Economics***, March 2010.

48

"Dollar Dilemmas During the Downturn: A Financial Crossroads for College Sports,"
*Journal of Intercollegiate Sport*, June 2010.

"Be Careful What You Wish For Revisited: A Response to Jeff Orleans," *Journal of Intercollegiate Sport*, June 2010.

"CEOs with Headsets: Why College Coaches Make Too Much and What to Do About It,"
*Harvard Business Review*, September 2010.  Reproduced in audio book of best HBR pieces in 2010.

"The Economic Impact of the Olympic Games," *The New Palgrave*, March 2011.

"An Economic Lesson from the Sports Industry," *Harvard College Economics Review*, March 2011.

"Ongoing Debates in U.S. Sports Law: An Economist's Perspective," in *Tagungsband*, edited by Karl_Heinz Schneider and Song Luzeng, conference volume from German Sports University, forthcoming, fall 2011.

"Brazil's Long To-Do List," *America's Quarterly*, Summer 2011.

"Sport League Design: Incentives and Performance in Major League Baseball," *Sport and Economy* (Conference Volume of the International Hamburg Symposium, 2011). Hamburg: Meyer & Meyer Verlag, 2012.

"Reflections on 'The Wealth-Power-Inequality-Gender Connection," to appear in *Capitalism on Trial*, edited by Robert Pollin, 2013.

49

"Des relations du travail dans les ligues sportives aux Etats-Unis," *Jurisport*,
April, 2012.

"Introduction: the economics of mega sporting events,"  in Maennig and
Zimbalist, *International Handbook on the Economics of Mega Sporting
Events.*  London: Edward Elgar, 2012.

"What is a mega sporting event?"  in Maennig and
Zimbalist, *International Handbook on the Economics of Mega Sporting
Events.*  London: Edward Elgar, 2012.

"Future challenges: maximizing the benefits and minimizing the costs,"  in
Maennig and Zimbalist, *International Handbook on the Economics of Mega
Sporting Events.*  London: Edward Elgar, 2012.

"Inequality in Intercollegiate Athletics: Origins, Trends and Policies," *Journal of
Intercollegiate Sport.* 2013.

"Epilogue: In the Best Interests of Baseball," *In the Best Interests of Baseball?
Governing the National Pastime.* University of Nebraska Press, 2013.

 "Thoughts on Amateurism, the O'Bannon Case and NCAA Reform," at
thedrakegroup.org, March 2013 (with Allen Sack).

"Sports Facilities and Economic Development," *Government Finance Review*,
Winter 2013.

 "Taxation of College Sports: Policies and Controversies," in Eddie Comeaux (ed.),
*Introduction to Intercollegiate Athletics in American Higher Education.* Johns
Hopkins University Press, 2014.

50

"Quantifying Inefficiencies in the Baseball Players' Market," *Eastern Economic Journal*, Spring 2014. (with Ben Baumer.)

"The Economy of the National Hockey League," in Lewis Kurlantzick (ed.), *Legal Issues in Professional Hockey*, Academica Press, forthcoming, 2016.

"The Illusory Economic Gains from Hosting the Olympics and World Cup," *World Economic Journal*, March 2015.

"Corruption and the Bidding Process for the Olympics and World Cup" in Transparency International's *Global Corruption Report*, Transparency International,  Routledge, 2016.

"El Futuro de Peleteros Cubanos en el Béisbol de las Grandes Ligas," *Temas*, Febrero 2016.

"The Japanese Experience with the IOC and FIFA," introductory chapter for Japanese edition of *Circus Maximus*, March 2016.

"Pay for Play: Unionization and the Business of the NCAA," *Journal of Business and Securities Law*, Vol. 16 (2016).

"Fixing Intercollegiate Athletics and a Constrained, Conditional Antitrust Exemption," *Managerial and Decision Economics*, (June 2016).

"The Organization and Economics of Sports Mega-Events," *Intereconomics: Review of European Economic Policy*, Vol. 51 (May/June 2016).

"Reforming College Sports: The Case for a Limited and Conditional Antitrust

51

Exemption," *The Antitrust Bulletin*,  March 2017. (wth Jayma Meyer)

"Introduction: Rio 2016," in *Rio 2016: Olympic Myths, Hard Realities*, edited
By Andrew Zimbalist, Brookings Institution Press, September 2016.

"The Economic Legacy of Rio 2016," in *Rio 2016: Olympic Myths, Hard Realities*,
edited By Andrew Zimbalist, Brookings Institution Press, September 2016.

"Boston Passes on the Olympic Torch," *Regulation*, vol. 40, no. 3, Fall 2017.

"Olympics on the Edge: What Would It Take to Fix?" *Milken Institute Review*,
Winter 2017, forthcoming.

"Whither the NCAA: Reforming the System," *Review of Industrial Organization*,
November 2017.

"Whither the Olympics: Why Agenda 2020 Is Insufficient and What to Do About
It," Pierre Chaix (ed.) *Les Jeux Olimpiques de 1924 a 2024.* Paris : Editions
Campus Ouvert, L'Harmattan, July 2018.

"The Impact of College Athletic Success on Donations and Applicant Quality,"
*International Journal of Financial Studies* 2019 7(1), Special Issue on Sports
Finance.  (with Benjamin Baumer)

"The Economic Impact of Sports Facilities," in Maguire et al. *The Business and
Culture of Sports: Society, Politics, Economy, Environment.*  Farmington
Hills, MI: Macmillan, 2019. (with Nola Agha)

"Is There an Economic Case for the Olympic Games," *Connecticut Law Review*
Winter 2020. (with Chris Dempsey and Victor Matheson)

52

"Failed on All Counts: El Embargo de Estados Unidos a Cuba," in Antonio
Santamaria (ed.) ***Noventa Millas.  Historia de las Relaciones Economicas
Cuba-Estados Unidos***. Madrid: Silex, 2020.

"A Win Win: College Athletes Get Paid for thier Names, Images and Likenesses
And Colleges Maintain the Primacy of Athletics," ***Harvard
Journal of Sports and Entertainment Law,*** Vol. 11, No. 2, Spring 2020. (with
Jayma Meyer)

"Doping and Anti-Doping in Baseball," in W. Andreff (ed.) ***Sports Doping.*** To
be published in Russian.  2021.

"Tokyo 2020 and Its Postponement: A Prognosis"
***Journal of Olympic Studies***, Spring 2021, Vol. 2, No. 1.

**A.** *Journalistic Articles:*

"Allende's Chile:  A Post-Mortem," ***Boston Real Paper***, (September 26,
1973).

"Worker Control Over Technology: Labor Issues for the Eighties," ***The
Nation***, Vol. 229, No. 16 (November 17, 1979).

"Impressions of Cuba:  The Olympics,  The Economy and Politics," ***Cubatimes***,
(Sept./Oct.      1984). (with A. MacEwan).

53

"Twisting Statistics on Cuban Health," *Cubatimes*, (Jan./Feb. 1985).

"Cuban Labor Markets Reconsidered," *Cuba Business*, vol. 2, no. 2 (April 1988).

"Sugar Dependence: Has Cuba's Diversification Strategy Worked?" *Cuba Business*, vol. 2, no. 4 (August 1988).

"Non-traditional Exports," *Cuba Business*, vol. 2, no. 5 (October 1988).

"Sugar Diversification," *Cuba Business*, vol. 2, no. 5 (December 1988).

"The Impact of the U.S. Blockade on the Cuban Economy," *Cuba Update*, April 1990.

"Has the U.S. Blockade Helped Cuba?" *Cuba Business*, vol. 3, no. 3 (June 1989).

"Cuban-Soviet Relations: The Gorbachev Visit and After," *Cuba Business*, vol. 3, no. 4 (August 1989).

"In Search of Efficiency," *Cuba Business*, vol. 5, nos. 2&3 (April & June, 1991).

"Take Me Out to the Cleaners," *New York Times*, op-ed piece, 14 July 1992.

"Baseball's Antitrust Exemption," *Legal Times*, vol. xv, no. 27 November 1992. Reprinted in The Connecticut Law Tribune, vol. 18, no. 47 (November 1992).

"Impact of the Blockade," *Cuba Business*, vol. 6, no. 6 (November/December 1992).

"Give Castro a Carrot," *The New York Times*, op-ed piece, February 17, 1994.

54

"Field of Schemes: The Case for a Baseball Strike," *The New Republic*, August 15, 1994.

"Is Baseball Whiffing in the Cash Column?" *Newsday*, op-ed piece, August 14, 1994.

"Batter Up, Already," *The New York Times*, February 14, 1995.

"Not Suitable for Families," essay published in *U.S. News & World Report*, January 20, 1997.

"Fewer Families Own Sports Teams: It's Okay" op-ed published in *USAToday*, May 21, 1997.

"Municipalities in the '90s Don't Seem to Know When to Say When," *Sports Business Journal*, Vol. 1, No. 6, June 1-7, 1998.

"So You Want to Own a Big-League Ball Team?" *Sports Business Journal*, Vol. 1, No. 7, June 8-14, 1998.

"Capital Needs, Political Realities Fuel New Interest in Sports Offerings," *Sports Business Journal*, Vol. 1, No. 10, June 29-July 5, 1998.

"Team Profitability and Labor Peace," *New York Times*, op-ed, July 5, 1998.

"This Bud's for a Salary Cap," *Sports Business Journal*, Vol. 1, No. 14, July 27 - August 2, 1998.

"Dollar Signs Tell the Story Behind NBA Lockout," *Sports Business Journal*, Vol. 1, No. 16, August 16, 1998.

"A Scary Thought: Jones May Be Right About Browns," *Sports Business Journal*, Vol. 1,  No. 20, September 7-13, 1998.

55

"Without Subsidies, Few Athletic Programs Are Turning a Profit," ***Sports Business Journal***, Vol. 1,  No. 20, September 7-13, 1998.

"What's BOB Really Worth to Phoenix?" ***Sports Business Journal***, Vol. 1,  No. 20, September 7-13, 1998.

"Taking Stock in the Indians," ***Sports Business Journal****,* Vol. 1, No.  26, October 19-26, 1998.

 "Fair is Fair, Even If You're a Superstar" ***Newsday***, op-ed, November 3, 1998.

"Let the Market Rule the Basketball Court," ***The Wall Street Journal***, op-ed, November 10, 1998.

"NBA Lockout: Which Side Is Dropping the Ball?" ***The New York Times***, op-ed, November 29, 1998.

"Football Stadium Folly," ***The New York Times***, op-ed, December 5, 1998.

"The Patriots Deal: Giving Everything and Getting Nothing," ***The Hartford Courant***, op-ed, December 13, 1998.

"Stadium for Patriots in Hartford Will Fail as Economic Development, Just Like Others," ***Journal Inquirer***, op-ed, December 14, 1998.

"Thanks to Kraft and Governor, Connecticut Gains a Team and Loses Its Shirt," ***Sports Business Journal***, op-ed, December 21-27, 1998.

"If Competitive Balance Spoils the Show, Congress Waits in the Wings," ***Sports Business Journal***, January 11-17, 1999.

56

"Has Milstein Lost His Mind? Not Hardly," *Sports Business Journal*, January 25-31, 1999.

"The NBA Lockout: A Post-Mortem," *Sports Business Journal,* February 15-21, 1999.

"When Teams Move, Protecting Both Fans and Owners Is Tricky," *Sports Business Journal*, February 22-28, 1999.

"Hail Mary Economics," *The Dismal Scientist* (economics magazine on the web, www.dismal.com), March 18, 1999.

"Selig, Players Both Err Early Regarding Competitive Balance," *Sports Business Journal*, March 22-28, 1999.

"Baseball Si, Embargo No," *Sports Business Journal*, April 5-11, 1999.

"Spreading the Wealth While Also Spreading the Sacrifice," *Sports Business Journal*, April 19-25, 1999.

"Four Reasons the Patriots Returned, and Loyalty Isn't One of Them," *Sports Business Journal,* May 16-23, 1999.

"There's No Accounting for College Sports," *University Business*, vol. 2, no. 5 (June 1999).

"If the Redskins Are Worth $800 Million …," *Texas Monthly*, September 1999.

"Flawed Specter Bill Still a Worthy Start for Stadium Finance Reform," *Sports Business Journal*, June 14-20, 1999.

"Arguments Against Making Freshmen Ineligible Fail Examination," *Sports Business Journal*, July 12-18, 1999.

57

"Thinly Spread Talent Creates Challenge to Records But Also to Baseball," ***Sports Business Journal***, August 9-15, 1999.

"NCAA Needs a Real Game Plan to Emerge from Dark Season," ***Sports Business Journal***, September 6-12, 1999.

"Deep Contradictions at the NCAA," ***NewsSmith***, Fall 1999.

"College Sports Crisis," ***The Washington Times***, October 1, 1999.

"Despite Questions, Minor League Basketball Is the Answer," ***Sports Business Journal***, October 4-10, 1999.

"The NFL's New Math," ***The Wall Street Journal***, October 13, 1999.

"College Athletics System Practically Guarantees Academic Fraud," ***Sports Business Journal***, November 1-7, 1999.

"Baseball Needs Millennial Remedies After Its Comeback Stumbles," ***Sports Business Journal***, November 29 – December 5, 1999.

"CBS' Big NCAA Deal Is No Cure for What's Ailing College Sports," ***Sports Business Journal***, December 27, 1999 – January 2, 2000.

"Irish 'Win One for the Gipper', Get Off With Mild Rebuke," ***Sports Business Journal***, January 10-16, 2000.

"Don't Cry for Woody," ***Sports Business Journal***, January 24-30, 2000.

"Jordan Effect Won't Rescue NBA," ***Wall Street Journal***, January 24, 2000.

58

"The Commissioner's New Clothes," ***Sports Business Journal***, February 21-27, 2000.

"Backlash Against Title IX: an End Rund Around Female Athletes," ***Chronicle of Higher Education***, March 3, 2000.  Reprinted in Lynn Messina (ed.) ***Sports in America***.  New York: H.W. Wilson, 2001.

"Overinflated," ***Brill's Content***, April 2000.

"NCAA's Definition of  'Amateur' Evolves, But Hypocrisy Remains," ***Sports Business Journal***, March 20-26, 2000.

"MLB, Players Should Get to the Point," ***Sports Business Journal***, April 17-23, 2000.

"Reforms Offer Bigger Payoff Than Salaries," ***Sports Business Journal***, May 15-21, 2000.

"Fair's Fair for New Fenway – But Is It?" ***Sports Business Journal***, June 12-18, 2000.

"Economics 100: Higher Ticket Prices Not Caused By Payroll," ***Sports Business Journal***, July 10-16, 2000.

"Blue Ribbon in Review: Good News and Bad," ***Sports Business Journal***, August 7-13, 2000.

 "Rob Manfred, What Planet Are You On?" ***Sports Business Journal***, August 28 – September 3, 2000.

"Academics Get No Boost from Boosters," ***Sports Business Journal***, September 4 – September 10, 2000.

59

"XFL Is No Match for NFL's Firepower," *Sports Business Journal*, October 2 – 8, 2000.

"NCAA's New Financial Report: Good News?" *Sports Business Journal*, November 6-12, 2000.

"Yes, It's About Money," *New York Times*, December 13, 2000.

"MLB Imbalance Shows Up in the Numbers," *Sports Business Journal*, December 18-24, 2000.

"Let Those Interested in Basketball Go to the Pros," *Sports Business Journal,* January 22-28, 2001.

"NBA Players Doing Just Fine at the Pay Window, Thank You," *Sports Business Journal*, January 29-February 4, 2001.

"NFL's Revenue Structure Saps Will to Win," *Sports Business Journal*, February 26 – March 4, 2001.

"History – and Leading Economic Indicators – Best Guides to Future," *Sports Business Journal*, March 12-18, 2001.

"The Price of Athletic Success," www.sportsjones.com, March 2001.

"Selig Wrong to Get That Shrinking Feeling," *Sports Business Journal*, April 2-8, 2001.

"Share of Ball Park: $16 a Year," op-ed, *Miami Herald*, April 30, 2001.

"MLB's Balance Debate Deserts Middle Ground," *Sports Business Journal*, May 7-13, 2001.

60

"A New Ballpark: The Catch," *St. Louis Post-Dispatch*, May 6, 2001.

"Twins Shouldn't Be Exhibit A for Contraction," *Sports Business Journal*, June 11-17, 2001.

"Cards Offer Is in the Ballpark," *St. Louis Post-Dispatch*, June 20, 2001.

"Does Baseball's Antitrust Exemption Still Matter? More Than You Think," *Sports Business Journal*, July 9-15, 2001.

"Knight Report Yields Little New, Much Worthy," *Sports Business Journal*, July 16-22, 2001.

"Teams Riding High, Despite NFL Protest," *Sports Business Journal*, August 20-26, 2001.

"Should College Athletes Be Paid?" *American Teacher*, September 2001.

"Boston Bidders, Here's How to Figure Out What Sox Are Worth," *Sports Business Journal*, September 10-16, 2001.

"Sports and Their Fans – Kudos," *Sports Business Journal*, October 1-7, 2001.

"New Economic System for NHL Has Both Promise, Problems," *Sports Business Journal*, October 29 – November 4, 2001.

"Why 'Yer Out' Is A Bad Call for Baseball," *Business Week*, November 12, 2001.

"Baseball's Addition Through Subtraction Just Doesn't Add Up," *Sports Business Journal*, November 19-25, 2001.

"Contraction Might Not Fly, But Talk Will Help Hold Salaries Down," *Sports Business Journal*, December 3-9, 2001.

*Plaintiffs' TRO Appendix - 0226*

"MLB By the Numbers: But Who's Buying?" ***Sports Business Journal***, December 24-30, 2001.

"New York City Can Do Better," ***New York Post***, January 17, 2002.

"Baseball and D.C., for All the Wrong Reasons," ***The Washington Post Outlook***, January 27, 2002.

"Zimbalist to Manfred: You Made Point for Me," ***Sports Business Journal***, February 11-17, 2002.

"Baseball by the Numbers," ***New York Times Sunday Magazine***, March 31, 2002.

"That's Not the Sky Falling on TV Rights Landscape, Just a Little Rain," ***Sports Business Journal***, April 1-7, 2002.

"All Right All You Lawyers, Play Ball!," ***Business Week***, April 15, 2002.

"The Exemption Is As Bad Today As When It Began," ***Sports Business Journal***, April 29 - May 5, 2002.

"Making the (Up)grade Is Tougher Than It Looks," ***Sports Business Journal***, May 27 – June 2, 2002.

"Los Angeles and the NFL: Here We Go Again," ***Sports Business Journal***, June 24-30, 2002.

"MLS May Not Reap Benefits It  Expects From World Cup Fever," ***Sports Business Journal***, July 22-28, 2002.

"Middle Ground Not Yet Lost for Baseball Bargainers," ***Sports Business Journal***, July 29-August 4, 2002.

62

"Another Bowl Game Not What NCAA Needs," *Sports Business Journal*, July 29-August 4, 2002.

"The Mets Are Worth More Than $391 Million," *Sports Business Journal*, August 19-25, 2002.

"Numbers, Facts Don't Back Title IX Critics," *Sports Business Journal*, September 16-22, 2002.

"Beantown's New Brain Trust Touches All the Fan Bases," *Sports Business Journal*, October 14-20, 2002.

"Labor Relations Heating Up in the NBA," *Sports Business Journal*, November 11-17, 2002.

"Live from New York City: Inflation, Traffic – and the Olympics!" *Wall Street Journal*, November 14, 2002.

"Time to End the Big Colleges' Scam," *Sports Business Journal*, December 9-15, 2002.

"MLB's Salary Restraints Working – For Some," *Sports Business Journal*, January 6-12, 2003.

"Stadium Renovations: The Real Economic Story," *Kansas City Star*, January 29, 2003.

"The NFL's Report Card," *Sports Business Journal*, February 3-9, 2003.

"MLB's New CBA Already At Work," *Sports Business Journal*, March 3-9, 2003.

63

"Boom Is Over? Don't Believe Everything You Read," **Sports Business Journal**, March 31-April 5, 2003.

"Flawed Financial Analysis of NHL Skates on Thin Ice," **Sports Business Journal**, April 28-May 4, 2003.

"Gloom and Doom in MLB Stats – or Maybe Not," **Sports Business Journal**, May 26 – June 1, 2003.

"Concentration of Media Ownership Carries Big Price," **Sports Business Journal**, June 23 – June 29, 2003.

"A's New Management Model a Work in Progress," **Sports Business Journal**, July 21 – July 27, 2003.

"Trading on Baseball's Competitive Integrity," **Sports Business Journal**, August 18-24, 2003.

"Imperfect, Prejudicial BCS System Ripe for Reform," **Sports Business Journal**, September 15-21, 2003.

"The Gold in Baseball's Diamond," **The New York Times**, op-ed, September 30, 2003.

"What Went Wrong With WUSA?" **Sports Business Journal**,  October 13-19, 2003.

"Money Game: Baseball's Short-Lived Rally," **Forbes**, November 10, 2003.

"NHL Labor Relations: Sorting Through the Rhetoric," **Sports Business Journal**, November 10 –16, 2003.

"NHL Labor Relations: Crafting a New Agreement," **Sports Business Journal**, November 17 - 23, 2003.

64

"A Fan's Delight Pays Off for Stadium Owner, Too," ***Sports Business Journal***, December 8 - 14, 2003.

"Baseball Makes a Mess in Milwaukee," ***The New York Times***, op-ed, December 21, 2003.

"Clarett Has a Compelling Case for NFL Eligibility," ***Sports Business Journal***, January 12-18, 2004.

"Jeremy Bloom Can Guide NCAA to Logical Reform," ***Sports Business Journal***, February 9-15, 2004.

"A-Rod Should Boost Yanks' 2004 Revenues by $20M," ***New York Sun***, February 20, 2004.

"Break Up the Yankees?" ***Sports Business Journal***, April 5-11, 2004.

"MLB's Debt Rule Reveals More Smoke and Mirrors," ***Sports Business Journal***, May 3-9, 2004.

"Bush Panders for Votes While Hurting Cubans," ***Newsday***, May 20, 2004.

"The Bush Economy: Living on Borrowed Time," ***Newsday***, June 21, 2004.

"MLB's Internet Arm Gets a Leg Up," ***Sports Business Journal***, June 28-July 4, 2004.

"MLB Still Has Work to Do," ***Sports Business Journal***, July 26-August 1, 2004.

"Enough Already: Put Baseball Back in DC," ***Sports Business Journal***, September 13-September 19, 2004.

65

"Tweaking the NFL Juggernaut," ***Sports Business Journal***, October 4-10, 2004.

"Solving the NHL's Stalemate, ***Sports Business Journal***, October 18-24, 2004.

"Games People Play," ***New York Times***, November 14, 2004.

"Straight Talk on Stadiums," ***Sports Business Journal***, November 15-21, 2004.

"No Easy Answers for MLB's Steroid Scandal," ***Sports Business Journal***, December 13-19, 2004.

"$53 Million for Pedro? How Do You Figure?" ***New York Times***, December 19, 2004.

"Hockey Owners Give Their Sport a Slap Shot," ***Newsday***, January 5, 2005.

"Union Proposal Shows Way Out of NHL Hockey Mess," ***Sports Business Journal***, January 10-16, 2005.

"NFL, Krafts Make the Super Bowl Math Add Up," ***Sports Business Journal***, February 14-20, 2005.

"Single-Entity Ownership Too Simple to Solve NHL's Complex Problems, ***Sports Business Journal***, March 14-20, 2005.

"In Steroids Hearings, Congress Has Its Eye on the Wrong Ball," ***Sports Business Journal***, April 4-10, 2005.

"Curb Coaches' Salaries and Preserve Title IX Gains," ***Sports Business Journal***, May 2-8, 2005.

*Plaintiffs' TRO Appendix - 0231*

"British Soccer Fans, Kicked Again," *Washington Post*, May 22, 2005. (with Stefan Szymanski)

"More Benevolence in Stadium Games," *Sports Business Journal*,  May 30 – June 5, 2005.

"Does a Stadium Help the Economy," *Washington Examiner*, May 26, 2005.

"New York Facility Triad Is Good News," *Sports Business Journal*, June 27 – July 3, 2005.

"Economic Impact of the Olympic Games Rarely Adds Up to Much Gold," *Sports Business Journal*, August 1-7, 2005.

"With Steroids, Settle In for the Long Haul," *Sports Business Journal*, August 29-September 3, 2005.

"McClatchy's Pirates Demonstrate the Art of Doing Less with More," *Sports Business Journal*, September 19 - 25, 2005.

"Its Owners Divided, the NFL Reaches a Revenue-Sharing Crossroads," *Sports Business Journal*, October 24-30, 2005.

"How Much Is Theo Worth?" *Boston Globe*, Novemeber 2, 2005.

"Monopoly's Money: Nascar's Real Reason for Breaking Up Big Teams Is to Protect Its Cartel," *New York Times,* November 6, 2005.

"How to Confront MLB's Shrinking TV Audience," *Sports Business Journal*, November 28 – December 3, 2005.

"The NHL's Wage Conspiracy Won't Survive Legal Scrutiny," *Sports*

*Plaintiffs' TRO Appendix - 0232*

*Business Journal*, December 19-25, 2005.

"Solution to Salary Inflation Among College Coaches Is Clear, But Unlikely," ***Sports Business Journal***, January 16 – 23, 2006.

"Fair Ball," ***New York Times***, January 22, 2006.

"Financing a New Yankee Stadium: The Devil Is In The Details," ***Baseball Prospectus***, January 30, 2006.

"Myth and Reality: The Economic Impact of the Super Bowl," ***Sports Business Journal***, February 20 – 26, 2006.

"Over and Out," ***Baseball Prospectus***, February 22, 2006.

"Baseball Can Learn from Hockey," ***Sports Business Journal***, March 27 – April 2, 2006.

"Fans, critics should keep expectations of steroid investigation realistic," ***Sports Business Journal***, April 24 – April 30, 2006.

"Administration's stealth tactics could undermine progress of Title IX," ***Sports Business Journal***, May 15 – May 21, 2006.

"Professional Soccer in U.S. Prepared for Take Off," ***Sports Business Journal***, June 19 – June 25, 2006.

"Unsettling issues will test strength of MLB's first-half success stories," ***Sports Business Journal***, July 24 – July 30, 2006.

"It's Time to Enforce Title IX Again," ***Sports Business Journal***, August 21 – August 27,

68

2006.

"A New Trend in Facility Financing," *Sports Business Journal*, September 18 – September 24, 2006.

"Clutch Play" *Boston Globe*, October 8, 2006.

"The Cardinals' Owners Deserve Our Praise," *Sports Business Journal*, October 16 – October 22, 2006.

"The Cardinals Deliver Winning Teams, And More," *St. Louis Post Dispatch*, October 30, 2006.

"MLB's New CBA Augurs Well for Future Growth," *Sports Business Journal*, November 6 – November 12, 2006.

"Congress Is Right to Investigate the NCAA's Tax Privileges," *Sports Business Journal*, December 18 – 24, 2006.

"College Athletics Turns Pro," *New York Times*, January 7, 2007.

"Baseball's Posting Paradox," *Sports Business Journal*, January 15 – January 21, 2007.

"Player Disability Insurance Challenges Sports Leagues," *Sports Business Journal*, February 19- 25, 2007

"A Dose of Capitalism Wouldn't Hurt the NFL," *Sports Business Journal*, March 19-25, 2007.

"Value of Student-Athlete is Often Forgotten Amid Catastrophic Injury," *Sports Business*

69

*Journal*, April 24-30, 2007.

"Prejudiced NBA Referees? Think Again," ***Sports Business Journal***, May 21-27, 2007.

"College Sports May Be Fun, But They Are Not Money Makers," ***Sports Business Journal***, June 18-24, 2007.

"An Exchange of Strategies Could Benefit MLB, Japanese Leagues Alike," ***Sports Business Journal***, July 16-23, 2007.

"New GAO Report Belies Critics of Title IX," ***Sports Business Journal,*** August 20-26, 2007.

"Why the PGA's Fedex Cup Faced Trouble from the Start," ***Sports Business Journal***, September 17-23. 2006.

"Baseball's Fortunes Are Soaring in More Ways Than One," ***Sports Business Journal***, October 15, 2007.

"Boras is Playing Poker with his Clients' Money (and Reputation)," ***Sports Business Journal***, November 19-25, 2007.

"Rays' Owners Offer Worthy Stadium Plan for St. Petersburg," ***Sports Business Journal***, December 17-23, 2007.

"More Financial Challenges in Store for College Athletics -- There's a Reasonable Remedy," ***Sports Business Journal***, January 21-27, 2008.

"Webster Decision Could Have Huge Impact on Soccer Salaries, Finances," *Sports Business*

70

*Journal*, February 18-24, 2008.

   "SALARY SHARES IN SPORTS LEAGUES – THERE'S MORE THAN MEETS THE EYE," *SPORTS*

   *BUSINESS JOURNAL*, MARCH 11-17, 2008.

"The Cuban Embargo: Enough Already," ***Flyp***, March 27- April 10, 2008.  (Reprinted

   at ***Tikkun.com***, March-April, 2008.)

**"**BLOWING SMOKE AT THE STEROID PROBLEM," *SPORTS BUSINESS JOURNAL*,

   APRIL 22-28, 2008.

"DAY OF RECKONING IS COMING FOR COLLEGE SPORTS," *SPORTS BUSINESS*

   *JOURNAL*,  MAY 19-25, 2008.

"ZELL IS BARKING UP THE WRONG TREE WITH SALE OF CUBS," *SPORTS*

   *BUSINESS JOURNAL*, JUNE 16-22, 2008.

"NEW YANKEE STADIUM SHAPING UP TO OFFER FANS TOP-NOTCH BASEBALL

   EXPERIENCE," *SPORTS BUSINESS JOURNAL*, JULY 21-27, 2008.

"BASEBALL'S PECULIAR OFFSEASON, 2008-09,"  *SPORTS BUSINESS JOURNAL*,

   NOVEMBER 24-30, 2008.

"Women's Sports," ***Tikkun***, January/February 2009.

http://freakonomics.blogs.nytimes.com/2009/01/09/questions-for-sports-economist-
   andrew-zimbalist/

*Plaintiffs' TRO Appendix - 0236*

"March Madness It is, Economically," **Wall St. Journal**, March 10, 2009.

"Financing College Sports: It's Time for a Change," **MindingtheCampus.com**, March 12, 2009.

"Short of Paying Players: Fix the Rules,"  **New York Times,** March 3, 2009, at
   http://roomfordebate.blogs.nytimes.com/2009/03/18/march-money-madness/

 "Baseball Amid a Financial Meltdown," **San Diego Union-Tribune**, April 9, 2009.

"A Conversation: The Sports Recession," **The New Yorker Online**, August 5, 2009.

"Do Olympic Hosts Ever Win? Not a Rosy Picuture," **New York Times**, October 2,
   2009, at http://roomfordebate.blogs.nytimes.com/2009/10/02/do-olympic-host-cities-ever-win/

 "The Yankees Didn't Buy the World Series," **Wall Street Journal**, November 16, 2009.

 "A Baseball Ritual We Could Do Without," **Sports Business Journal**, December 7 – 13, 2009.

 "Growing Pains at the Olympics," **New York Times**, February 23,
   2010, at http://roomfordebate.blogs.nytimes.com/2010/02/23/growing-pains-at-the-olympics/.

"Time to Move On in Texas," **Sports Business Journal**, June 7 – 13, 2010.

 "Why's the American League Better?  It's the Payrolls, Stupid," **Forbes Sports Money,** June 1,
   2010, at http://blogs.forbes.com/sportsmoney/2010/06/whys-the-american-league-better-its-the-payrolls-stupid.

"Where's Instant Replay?" *Forbes Sports Money,* June 3, 2010, at
http://blogs.forbes.com/sportsmoney/2010/06/where-is-instant-replay/.

"The Economics of the Jeter Contract," **mlb.com**, December 1, 2010.

"Whither the NFL?" *Sports Business Journal*, January 31-February 6, 2011.

"Success Isn't Just a Happy Coincidence," *Boston Globe*, June 26, 2011.

"Realigning Baseball and Tweaking the Postseason," *www.Freakonomics.com*,
August 1-8, 2011.

"NCAA: Self-Interested Paternalism, But Not Colonialism," *The Atlantic* (at
theatlantic.com), September 19, 2011.

"College Athletes Should Not Be Paid," *The Atlantic* (at
theatlantic.com), September 21, 2011.

"MLB Is Headed in the Right Direction with New Cap and Tax Plan," *Sports
Business Journal*, December 5-12, 2011.

"Basketaball's New CBA: Winners and Losers," *Forbes* (at forbes.com), December 5,
2011.

"Olympics Madness," *New York Times*, Room for Debate (at nytimes.com), April 2,
2012.

"Three Reasons Why Hosting the Olympics Is a Loser's Game," *Atlantic.com*. July
23,

73

2012.

"Francona's Petty Payback to Sox Owners," **Boston Globe**, January 29, 2013.

"Should College Athletes Be Paid? No, but ...," **US News and World Report**, April 2, 2013.

"Bidding Wars and Olympic Madness," **Huffingtonpost.com**, June 11, 2013.

"A Biogenesis Field Day for MLB Critics," **Huffingtonpost.com**, August 2, 2013.

"Whither Brazil's World Cup," **Latin American Advisor** (Inter-American Dialogue), November 4, 2013.

"A-Rod's PR Gambit," **Huffingtonpost.com**, December 16, 2013.

"Proof That College Athletics Need to be Reformed," **New York Times**, Room for Debate, March 29, 2014.

"The Clippers Are Worth Nowhere Near What Ballmer Is Paying," **Time**, May 30, 2014.

"IOC and FIFA: Monopoly Power Makes Pricey Games," **Boston Globe**, June 8, 2014.

"The Big Five Power Grab: the Real Threat to College Sports," **Chronicle of Higher Education**, June 19, 2014 (co-author).

"Get Ready for a Massive World Cup Hangover, Brazil," **Time**, June 27, 2014.

74

"Brazil's World Cup: Who Gains and Who Loses?" ***The Diplomatist (***India).  Vol. 2, no. 7, July 2014.

"Non-Profit Status is Basically Irrelevant," ***New York Times***, Room for Debate, September 4, 2014.

"Hosting the 2024 Olympics Would Be a Misuse of Public Money, Land and Resources," ***Boston Globe***, October 13, 2014.

"Chasing Glory: Why Hosting the Olympics Rarely Pays Off," ***The Conversation***, October 24, 2014.

"A-Rod May Get His Millions But His Future Remains Murky," ***The Conversation***, November 19, 2014.

"Breaking Down Giancarlo Stanton's $325 Million Deal: Could the First Billion Dollar Contract Happen Sooner Than We Think?" ***The Conversation***, November 21, 2014.

"Coaches' Salaries and Higher Education," ***Huffington Post***, January 2, 2015.

"Time for a Presidential Panel to Investigate College Sports," ***Chronicle of Higher Education***, January 12, 2015.

"Boston Would Be Lucky to Lose the Olympic Competition," ***Wall St. Journal***, January10, 2015.

"Boston Olympic Bid's Heavy Cost," ***Daily Beast***, January 12, 2015.

"Time for a Presidential Panel to Investigate College Sports," ***Chronicle of Higher***

75

*Education*, January 13, 2015.

"A Look at Olympics Budget Points to Overruns," ***Boston Globe***, January 24, 2015.

"Shameful Qatar Has Sold FIFA a Dummy," ***Sunday Times***, March 8, 2015.

"Olympics Numbers Don't Add Up," ***Boston Globe***, March 23, 2015.

"Paying College Athletes: Take Two," ***Huffington Post***, March 28, 2015.

"Boston 2024's New Mantra: American Exceptionalism," ***Boston Globe***, April 17, 2015.

"A Fiscal Faustian Bargain: Analyzing the Economics of a Boston Olympics," ***Harvard Magazine***, forthcoming, July/August 2015.

"Women's World Cup Doesn't Need Sepp Blatter," ***Los Angeles Times***, June 22, 2015.

"Boston 2024: Beware Backdoor Funding," ***Boston Globe***, June 23, 2015.

"Move Over, Men's Sports," ***Huffington Post***, July 6, 2015.

"The NCAA's Women Problem," ***New York Times***, op-ed, March 26, 2016.

"Olympic Pulse," ***Washington Post***, op-ed, May 1, 2016.

"The Summer Olympics Should Always Be in Los Angeles – Forever," ***Time,***
July 14, 2016.

"An Economic Myth of Olympic Proportions," *Project Syndicate*, August 8, 2016.

"The Olympic Accounting Muddle," *Huffington Post*, August 9, 2016.

"Debating the Olympics," *Prospect Magazine*, August 17, 2016.

"Antitrust Exemption May Aid College Sports' Untenable Situation," *Sports Business Journal*, November 28 – December 4, 2016.

"Economic Impact of Sports Tourism," *Sports Destination Management*, November/December, 2016.

"Those March Madness Basketball Teams Aren't As Profitable As You Think," www.markewatch.com, March 16, 2017.

"Glory for Women, Money for Men in NCAA Basketball Tournament," *Hartford Courant*, March 30, 2017.

"The Inside Story of No Boston Olympics," *Commonwealth Magazine*, April 25, 2017. (with Chris Dempsey)

"Beware of the Two-fer," *Sports Business International*, September 2017.

"Players Should Get Battle Pay," *Axios Voices*, September 2017.

"Baseball's New Labor Woes," *Boston Globe*, February 21, 2018.

"Big-Time College Basketball in the Cross Hairs," *Chronicle of Higher Education*, March 22-29, 2018. https://www.chronicle.com/article/Big-

Time-College-Basketball-in/242889?cid=wcontentlist.

"MLS Expansion to Cincinnati: A Promising Project," *Forbes*, April 17, 2018.

"Rice Commission and NCAA Reform," *Forbes*, May 10, 2018.

"Why Host the World Cup?" *Project Syndicate*, June 20, 2018. at
https://www.project-syndicate.org/commentary/why-host-the-world-cup-by-andrew-zimbalist-2018-06.

"Is the Worcester Stadium Deal Worth It?" *Worcester Telegram*, August 26, 2018.

"One and Done: Take Two," *Wall Street Journal*, October 25, 2018.

"How Financial Pressures Can Lead to Athletic Scandals," Chronicle of Higher
Education, November 9-16, 2018.
https://www.chronicle.com/article/How-Financial-Pressures-Can/245058?cid=wsinglestory.

"For the IOC, It's Time for a New Business Model," *Forbes*, December 5, 2018.
https://www.forbes.com/sites/andrewzimbalist/2018/12/05/for-the-ioc-its-time-for-a-new-business-model/#6c9ed5762c65.

"Female Athletes Are Undervalued, In Both Money and Media Terms," *Forbes*,
April 10, 2019. Co-authored with Emma Seymour and Carrie Baker.
https://www.forbes.com/sites/andrewzimbalist/2019/04/10/female-athletes-are-undervalued-in-both-money-and-media-terms/#388f0f4c13ed.  Modified version
also In Ms. Magazine, April 19, 2019. https://msmagazine.com/2019/04/18/less-money-less-media-how-female-athletes-are-undervalued/

"Trump Administration's Nixing of MLB Player Transfer Deal with Cuba Is Bad

78

Policy," *Forbes,* April 11, 2019.
https://www.forbes.com/sites/andrewzimbalist/2019/04/11/trump-mlb-cuba/#683d01c05b19

"The NCAA Sports Model is Broken and It's Time for Congress to Step In,"

*Forbes*, December 20, 2019. http://www.forbes.com/sites/andrewzimbalist/2019/12/20/the-ncaa-sports-model-is-broken-and-its-time-for-congress-to-step-in/

"Everyone Wants Baseball Back, But MLB Will Face More Than a Few Obstacles If It Wants to Restart," *Forbes*, April 22, 2020.
https://www.forbes.com/sites/andrewzimbalist/2020/04/22/everyone-wants-baseball-back-but--mlb-will-face-more-than-a-few-obstacles-if-it-wants-to-restart/#656910721522

"Sports Being on Hiatus Gives the NCAA an Opportunity to Rethink the Structure of College Sports," *Forbes*, April 25, 2020.
https://www.forbes.com/sites/andrewzimbalist/2020/04/25/sports-being-on-hiatus-gives-ncaa-an-opportunity-to-rethink-the-structure-of-college-sports/#af0e7443b544

"Getting Baseball Back on Track," **Forbes**, June 9, 2020**.**

https://www.forbes.com/sites/andrewzimbalist/2020/06/09/getting-baseball-back-on-track/#cb8b8421ea84

"Has Higher Education Lost Its Mind?" *Forbes,* June 13, 2020.  (with Donna Lopiano) https://www.forbes.com/sites/andrewzimbalist/2020/06/13/has-higher-education-lost-its-mind/#5e1d522539c0

"Theater of the Absurd and the Immoral," *Forbes*, June 28, 2020. (with Donna Lopiano)  https://www.forbes.com/sites/andrewzimbalist/2020/06/28/theater-of-the-absurd-and-the-immoral-college-football-2020/#31d191f522e5

"Rescuing College Sports from Its Economic Abyss," *Forbes*, August 10, 2020.
https://www.forbes.com/sites/andrewzimbalist/2020/08/10/rescuing-college-sports-from-its-economic-and-moral-abyss/#e92911c7c62e

"There's a Hidden Caste in the College Sports Hierarchy," *Forbes*, August 16, 2020.  https://www.forbes.com/sites/andrewzimbalist/2020/08/16/theres-a-hidden-caste-in-the-college-sports-hierarchy/

"A Message to Congress: NIL Income Yes, Cash Income No," **Forbes**, September 15, 2020.

"SHOULD THERE BE PERMANENT SITES FOR THE SUMMER AND WINTER OLYMPICS?" *WALL STREET JOURNAL*,  OCTOBER 28, 2020.
HTTPS://WWW.WSJ.COM/ARTICLES/SHOULD-THERE-BE-PERMANENT-SITES-FOR-THE-SUMMER-AND-WINTER-OLYMPICS-11603901605

**BOOK REVIEWS**:

*Conversations with Allende*, by R. Debray, **University Review**, February 1972.

*Generating Inequality* by Lester Thurow, **Review of Radical Political Economics**, Fall 1978.

"The Management of Factories in China:  A Review of Two Books by Stephen Andors," **Challenge**, Sept/Oct 1978.

*Nigerian Capitalism*, by S. Schatz, in **Social Science Quarterly**, Dec. 1979.

*Critical Perspectives on Imperialism and Social Class in the Third World*, by James Petras, **Monthly Review**, Vol. 31, No. 1 (May l980).

*In the Name of Efficiency:  Management Theory and Shopfloor Practice in Data-Processing Work*, by Joan Greenbaum, **Monthly Review**, Vol. 3l, No.5 (October 1980).

80

*The Cruel Dilemmas of Development: 20th Century Brazil*, by Silvia Ann Hewlett, *Eastern Economic Journal*, Fall 1981.

*Workers' Control Under Plan and Market*, by E. Comisso, *Insurgent Sociologist*, Vol. 11, No. 3 (Fall 1982).

*In Defense of the Mixed Economy*, by Andrew Shonfield, *Journal of Economic Literature*, Vol. 23, No. 2, (June 1985):625-626.

"Cuban Economic Performance:  A Review of *Revolutionary Cuba:  Economic Growth with Equity*," *Monthly Review* (Nov. 1985).

*A Theory of Economic Systems*, by Manuel Gottlieb, *Journalof Comparative Economics*, Vol. 10, No. 2 (June 1986):188-190.

*Rural Development in the Caribbean*, by P. I. Gomes, *Comparative Economic Studies*, vol 28, no. 2 (Summer 1986): 119-123.

*Technological Change, Collective Bargaining, and Industrial Efficiency*, by Paul Willman, *Journal of Economic Literature*, vol. 26 (June 1988): 56-57.

*Power and Poverty: Development and Development Projects in the Third World*, edited by D. Attwood et. al.,  *Economic Development and Cultural Change*, vol. 38, no. 1 (Oct. 1989).

Review essay: "Recent Scholarship on Cuban Development: A review of J. Dominguez's *To Make a World Safe for Revolution* and J. Perez-Lopez's *Measuring Cuban Economic Performance," Economic Development and Cultural Change* (January 1991).

*Paying the Costs of Austerity in Latin America*, edited by H. Handelman and W. Baer, *Inter-American Review of Bibliography* (winter 1990).

*Poverty Theory and Policy: A Study of Panama*, by Gian Singh Sahota, *Journal of Latin American Studies*, vol. 24 (February 1992).

***Conditions Not of Their Choosing: The Guaymí Indians and Mining Multinationals in Panama***, by Chris N. Gjording, ***Journal of Latin American Studies,*** vol. 25 (May 1992).

***Cuba: The Revolution in Peril***, by Janette Habel, ***Journal of Latin American Studies***, vol. 25 (May 1992).

Review essay, "Baseball and Society in the Caribbean: a Review of ***The Tropic of Baseball*** and ***Trading with the Enemy***," ***New West Indian Guide***, vol. 68, nos. 1-2 (1994).

***Pay Dirt: The Business of Professional Team Sports***, by James Quirk & Rodney Fort, ***Journal of Economic Literature***, vol. 32, no. 1 (March 1994).

Review essay, "Cuba and the U.S.: During and After the Cold War," a Review of ***Cuba on the Brink*** and ***The Cuban Revolution***, ***Book World: The Washington Post***, January 23, 1994.

***Hardball: A Season in the Projects***, by Daniel Coyle, ***Book World: The Washington Post***, March 21, 1994.

***Lords of the Realm: The Real History of Baseball***, by John Helyar, ***Book World: The Washington Post***, May 29, 1994.

***Cuba in Transition***, by the Association for the Study of the Cuban Economy, ***The Economics of Transition***, vol. 3, no. 3 (1995).

***Back to the Future: Cuba Under Castro***, by Susan Eckstein, ***Economic Development and Cultural Change***, October 1996 (vol. 45, no. 1).

***Cuba's Second Economy: From Behind the Scenes to Center Stage***, by Jorge Pérez-López, ***Cuban Studies***, forthcoming.

82

***A Good Walk Spoiled: Days and Nights on the PGA Tour*** by John Feinstein, and ***My Usual Game: Adventures in Golf*** by David Owen, ***The Washington Post Book World***, July 27, 1995.

***Making the Majors: The Transformation of Team Sports in America*** by Eric M. Leifer, ***Journal of Economic Literature***, March 1997.

***Mad as Hell: How Sports Got Away from the Fans and How We Get It Back*** by Mike Lupica,  ***The Washington Post Book World,*** December 17, 1996.

***A March to Madness: The View from the Floor in the Atlantic Coast Conference*** by John Feinstein, ***The Washington Post Book World***, January 18, 1998.

***Cuba: Restructuring the Economy*** by Julio Carranza, Luis Gutierrez and Pedro Monreal, ***Journal of Interamerican Studies and World Affairs***, Summer 1998.

***Legal Bases: Baseball and the Law*** by Roger Abrams, ***The Washington Post Book World***, June 18, 1998.

***Anatomy of a Failed Embargo: US Sanctions Against Cuba*** by Donna R. Kaplowitz,  ***The International History Review***, June 1999.

***Onward to Victory: The Crises that Shaped College Sports*** by Murray Sperber, ***The Washington Post Book World***, October 25, 1998.

***The Agent*** by George Higgins, ***The Washington Post Book World***,  January 26, 1999.

***Castro's Curveball*** by Tim Wendell, ***The Washington Post Book World***, March 14, 1999.

***Glory for Sale: Fans, Dollars and the New NFL*** by Jon Morgan, ***Lingua Franca***, Breakthrough Books, February 2000.

83

*Hard Ball: The Abuse of Power in Pro Team Sports* by James Quirk and Rodney Fort, *Journal of Economic Literature*, June 2000.

*Sole Influence: Basketball, Corporate Greed, and the Corruption of America's Youth* by Dan Wetzel and Don Yaeger, *Washington Post Book World*, April 11, 2000.

*Beer and Circus: How Big-Time College Sports Is Crippling Undergraduate Education* by Murray Sperber, *University Business*, September 2000.

*Leveling the Playing Field: How the Law Can Make Sports Better for Fans* by Paul Weiler, *Washington Post Book World*, August 21, 2000.

*Market, Socialist and Mixed Economies: Comparative Policy and Performance in Chile, Cuba and Costa Rica* by Carmelo Mesa-Lago, *Cuban Studies*, vol. 32, 2001.

*The End of Baseball As We Knew It: The Players Union, 1960-81* by Charles Korr, *Business History Review*, Spring 2003.

*Development Prospects in Cuba: An Agenda in the Making* edited by Pedro Monreal, *Journal of Latin American Studies*,  vol. 35, 2003.

*Moneyball: The Art of Winning an Unfair Game* by Michael Lewis, *The American Prospect*, October 2003.

*Reclaiming the Game: College Sports and Educational Values* by William Bowen and Sarah Levin, *The Journal of University and College Law*, May 2004.

*Branch Rickey in Pittsburgh: Baseball's Trailblazing General Manager for the Pirates, 1950-1955* by Andrew O'Toole, *Ohio Valley History*, vol. 4, no. 4, Winter 2004.

*Juicing the Game: Drugs, Power and the Fight for the Soul of Major League Baseball* by Howard Bryant, *Baseball Perspectives: MLB.COM*, August 2005.

*Wages of Wins* by David Berri et al., ***Journal of Sports Economics***, April 2007.

***Rumors of Baseball's Demise: How the Balance of Competition Swung and the Critics Missed***, by Robert Cull. ***Journal of Economic Literature***, June 2007.

***Labor and Capital in 19th Century Baseball***, by Robert Gelzheiser. ***Baseball: A Journal of the Early Game***, Fall 2007.

Review Essay of **Vince Gennaro, *Diamond Dollars: The Economics of Winning in Baseball*. Hingham, Ma.:** Maple Street Press, 2007 and **J.C. Bradbury, *The Baseball Economist: The Real Game Exposed*.** New York: Dutton, 2007. ***Journal of Economic Literature*** (December 2007: 1061-1066).

***The Arrival of the American League: Ban Johnson and the 1901 Challenge to National League Monopoly***, by Warren Wilber. ***Baseball: A Journal of the Early Game***, vol. II, no. 2 (Fall 2008).

***Bowled Over: Big-Time College Football from the Sixties to the BCS Era***, by Michael Oriard. ***Review of Politics***, vol. 72, no. 3 (2010).

***Sport and Public Policy: Social, Political and Economic Perspectives***, edited by Charles Santo and Gerard Mildner. ***Journal of Sports Economics***, vol. 12, no. 5 (October 2011).

***The Baseball Trust: A History of Baseball's Antitrust Exemption***, by Stuart Banner. ***Wall Street Journal,*** March 30, 2013.

***Baseball on Trial: The Origin of Baseball's Antitrust Exemption***, by Nathaniel Grow. ***Journal of Economic Literature***, December, 2014.

85

"Wealth and Poverty in the Olympic Movement: A Review Essay on *The Gold in the Rings*." **Journal of Olympic Studies**, Fall 2020, vol. 1, no. 2, forthcoming.

"Triumphalism and the Olympics: A Review Essay of Max Donner's *The Olympic Sports Economy*. **Journal of Olympic Studies**, Spring 2021, vol. 2, no. 1, forthcoming.

"Does Hosting the Olympics Make Sense for Some Cities: A Review Essay of Jules Boykoff's *NOlympians*. **Journal of Olympic Studies**, Fall 2021, vol. 2, no. 2, forthcoming.

86

**Reports:**

"Costa Rica," in SRI International, ***Nontraditional Export Expansion the Central American Region.*** Prepared for the Bureau for Latin America and the Caribbean. March 1986.

"Panama," in Ibid.

"An Assessment of Cuba's Management Needs and Training Program." Prepared for the Management Development Program of the United Nations' Development Program, Dec. 1990.  (with Marc Lindenberg).

"An Assessment of SUTCER's Stage One Management Training Implementation and Proposal for Stage Two."  Prepared for the UNDP, January 1992. (with Marc Lindenberg).

"Estimating Managerial Marginal Revenue Product and Income Potential in Major League Baseball," prepared for Attorney Robert J. Pearl, May 1992.

"Baseball Economics and the Antitrust Exemption," Testimony before the Antitrust Subcommittee of the Committee on the Judiciary, United States Senate, December 10, 1992.

"An Evaluation of Phase Two of Cuba's Management Development Program," prepared for the UNDP, January 1993.

"Public Policy Toward Minor League Baseball," Testimony before before the Committe on Tourism, Recreation and Sports Development, New York State Senate, Oversight Hearings, February 9, 1993.

"Opportunity Cost Approach to Estimating 'Just and Reasonable Compensation' for Denver Territorial Rights," prepared for  Williams, Youle & Koenigs, Attorneys at Law, for arbitration case of The Denver Zephyrs Baseball Club v. Colorado Baseball Management, et al., March 5, 1993.

87

"Critique of the Doctrine of Single Entity As It Applies to the National Basketball Association," report prepared for Grippo & Elden in WGN v. NBA, May 1993.

"Profitability of NBA Franchises," report prepared for Grippo & Elden in WGN v. NBA, May 1993.

"Appropriate Fee Payments for Superstation Broadcasts," report prepared in WGN v. NBA, June 1993.

"Estimating the Value of the Territory of Salt Lake City to the Salt Lake City Trappers and the Pioneer League," report prepared for Campbell, Maack & Sessions in Salt Lake City Buzz/Pacific Coast League v. Salt Lake City Trappers/Pioneer League, February 1994.

"Cash Flow Multiple and Comparable Sales Approach to Estimating Compensation for Denver Territorial Rights," prepared for Williams, Youle & Koenigs, Attorneys at Law, for arbitration case of The Denver Zephyrs Baseball Club v. Colorado Baseball Management, et al., April 1994.

Documents on the design and structure of the United Baseball League, including league prospectus and plan for cities.  July through November 1994.

"An Approach to Estimating Territorial Compensation for Ft. Lauderdale to the Florida State League," prepared for Wendell, Chritton & Parks in arbitration case of the Florida Marlins v. NY Yankees and Florida State League, May 1994.

"A Draft Plan for Revenue Sharing With and Without a Salary Cap for Major League Baseball," prepared for the Major League Baseball Players' Association, May 1994.

"Fact and Value of Damages to KSMO TV-62 from The Baseball Network," prepared for ABRY Communications in litigation against the Kansas City Royals, September 1994.

88

Issue Brief on the Cuban Economy, Trade and the Embargo for the Atlantic Council of the United States, October 1994.

"Report on Territorial Compensation due the Florida State League of the National Association in the Taking of Ft. Lauderdale by the Florida Marlins," prepared for Wendell, Chritton & Parks in arbitration case of the Florida Marlin v. NY Yankees and Florida State League, December 1994.

"Memorandum on the value of the Colorado Rockies' franchise," prepared for Jay Horowitz in Erhardt v. Colorado Rockies, January 1996.

"Memorandum on damages in Burt v. Hampshire College," prepared for attorney David Kaplan, March 1996.

"Memorandum on the economic impact of the Tampa Bay Buccaneers on the Tampa MSA,"prepared for Bentley, Rose & Sundstrom, January 1997.

"Report on damages suffered by the St. Louis CVC as a result of restrictive practices by the NFL," prepared for Husch & Eppenberger, February 1997.

"Expert Rebuttal Report in CVC v. NFL," Husch & Eppenberger,  June 1997.

"Second Rebuttal Report in CVC v. NFL," Husch & Eppenberger, September 1997.

"Affidavit on Antitrust Implication of Facility Non-compete Clause," Davis, Scott, Weber & Edwards, September 1997.

"Memorandum on Los Angeles Arena Financing," Mayor's Office, Los Angeles, September 1997.

"Report on Cincinnati Bengals/Hamilton County Lease for New Stadium," Cincinnati *Business Courier*, November 1997.

89

"Evaluation of Team Report on the FMV of Assets Acquired by the XXX Limited Partnership on October 4, 1993," with GML Associates for the Internal Revenue Service,  January 1998.

"Appraisal of the FMV of Major and Minor League Contracts Acquired by [a major league baseball team]," with GML Associates for the Internal Revenue Service, September 1998.

"Memorandum on Luxury Taxes and Player Markets," for the National Basketball Players' Association, October 1998.

"Report on the Purchasing Power Parity of the Spanish Peseta in Various Years," for Rabinowitz, Boudin et. al., October 1998.

"Economic Development in Hartford and the New England Patriots," written testimony before the Connecticut State Legislature, December 9. 1998.

"Expert Report on the Value of the Kansas City Royals," for U.S. Department of Justice, February 1999.

"Declaration," on bankruptcy and franchise stability in Major League Baseball for U.S. Department of Justice, April 1999.

"Expert Report on Monetary Damages Resulting from Restraints on Competition in the Labor Market for Players Implemented by Major League Soccer, L.L.C. and Its Member Teams," for Weil, Gotshal & Manges, June 1999.

"The Cuban Economy at the Millennium," report presented to the Aspen Institute Congressional Symposium, Cayman Islands, April 2000.

"Expert Report on Monetary Damages Resulting from the Violation of the Right of First Refusal Offered to Purchasers of Cleveland Browns' Season Tickets Prior to the 1995 NFL Season," report presented to Kohrman, Jackson & Krantz, April 2000.

90

"Expert Report on Franchise Valuation of the Washington Redskins on January 1, 2000 and Damages Suffered by WSV," report presented to Boies, Schiller & Flexner, June 2000.

"Affidavit in Rebuttal to Defendants' Motion," in MLS monopsony case, for Weil, Gotshal & Manges, August 2000.

"Supplemental Expert Report on Liability," in MLS monopsony case, for Weil, Gotshal & Manges, August 2000.  (with Roger Noll)

"Supplemental Expert Report on Monetary Damages" in MLS monopsony case, for Weil, Gotshal & Manges, August 2000.

"Financial Integrity and College Athletic Reform," testimony before the Knight Commission on College Athletic Reform, Willard Hotel, Washington, D.C., October 18, 2000.

"Competitive Balance in Baseball," written testimony before the U.S. Senate Judiciary Committee Hearings, November 21, 2000.

"Economic Impact of a New Fenway Park," written testimony to Ways and Means Committee, Boston City Council, December 11, 2000.

"Affidavit on the Intrinsic Value of Season's Tickets," report to Henry Klein in NFL/consumer rights case, January 2001.

"Damages Report," in PCC v. NBC, March 11, 2002.

"Written Testimony" and "Oral Testimony" before the U.S. Department of Education's Commission on Gender Equity in College Athletics, November 20, 2002.

"Expert Report on the Economic Impact of a Proposed Minor League Ballpark and Retail Project in Yonkers, New York," December 17, 2002.

91

"Report on NBA Team Financials," for National Basketball Players Association, April 20, 2003.

"Pro Formas for AAFL," for Marcus Katz.

"Report on the Commercialization of College Basketball and March Madness," for Dewey Ballantine in antitrust suit against the NCAA, March 2004.

"Report on the Fiscal Impact on the Treasuries of New York City and New York State from the Atlantic Yards Project in Brooklyn," for the Forest City/Ratner Company, April 2004.

"Report on the NBA's Combined Financial Statement for 2002-03," April 2004.

"Report for New Team Boxing League on Its Organizational Structure and Incentives," May 2004.

"Rebuttal Report" in Minogue et al. v. Modell for Boies, Schiller and Flexner, June 2004.

"Supplementary Report on the Fiscal Impact of the Atlantic Yards Project," July 2004.

"Report on NHL finances and labor market," September 2004.

"Updated Report on the Atlantic Yards Project," January 2005.

"Updated Report II on the Atlantic Yards Project," June 2005.

"Liability Declaration in Hamilton County v. NFL," May 2005.

*Plaintiffs' TRO Appendix - 0257*

"Comparison of May 2004 and June 2005 FCRC Reports," June 2005.

"Report on Damages from the Angels' 2005 Name Change," November 2005.

"Updated Report III on the Atlantic Yards Project," May 2006.

"Report on revenue sharing modeling exercise for Major League Baseball," July 2006.

"Updated Report IV on the Atlantic Yards Project," November 2006.

"Affidavit on Financials in Kentucky Speedway v. NASCAR," November 2006.

"Report on Prospective Fiscal Damages to Portland from Trail Blazer Relocation," November 2006.

"Liability Report in Kentucky Speedway v. NASCAR," March 2007.

"Report on Damages" in golfer injury case, April 2007.

"Supplemental Liability Report in Kentucky Speedway v. NASCAR," July 2007.

"Declaration on Defendants' Motion in Kentucky Speedway v. NASCAR," August 2007.

"Notes on Minor League Stadium Operations," for the Vintage Base Ball Federation, October 2007.

"Preliminary Opinion of Value for the Eau Claire Express, NWL," for Michael Best Ltd., October 2007.

"Liability Report in DTB v. ATP Tour et al.," for Barnes & Thornburg, January 2008.

"Response to Walker in DTB v. ATP Tour et al.," for Barnes & Thornburg, February 2008.

"Report on the Value of Seattle SuperSonics to the City," for city of Seattle, May 2008.

"A Comparison of Retirement and Other Benefits for Players Among the Four Major U.S. Professional Team Sports," for the National Football Players Association, February 2009.

"Declaration on League Rules, Franchise Relocation and Antitrust" for Squire, Sanders & Dempsey L.L.P., June 2009.

"Second Declaration on the Viability of Hamilton, Ontario as a Host City for an NHL team and an Appropriate Relocation for the Phoenix Coyotes," for Dewey LeBoeuf, September 2009.

"Third Declaration in Response to NHL Experts," for Dewey LeBoeuf, September 2009.

Joint-author, Amicus Brief to the U.S. Supreme Court in, AMERICAN NEEDLE, INC., *Petitioner*, v. NATIONAL FOOTBALL LEAGUE, ET AL, *Respondents*. September 2009.

"Updated Report V on Atlantic Yards Project," for FCRC, October 2009.

"Valuation Report on the Pittsburgh Pirates," for minority team owner, October 2009.

"Model projecting market value for MLB teams," for MLB Commissioner's Office, July 2010.

94

"Report on the Feasibility of a New Downtown Arena for the Edmonton Oilers," for Northlands, September 2010.

"Report on Constraints on the Lack of Success of the Ottawa Lynx," for the city of Ottawa, February 2011.

"Second Report on the Feasbility of a New Downtwon Arena for the Edmonton Oilers," for Northlands, March 2011.

"Report on Salary Shares and Definition of Revenue Base in the NFL," for Hausfeld, LLP in NFL work stoppage mediation, April 2011.

"Declaration on Economic Approach to Valuing Publicity Rights," for Schiff Hardin, LLP in publicity rights case involving Michael Jordan, December 2011.

"Affidavit on Estimating Damages in WVU Exit from Big East," for KellyJackson, in intercollegiate athletics conference realignment case, February 2012.

Joint-author, "Comment of Sports Economists on the FCC's Sports Blackout Rules," Before the Federal Communications Commission, February 14, 2012.

Report on the Liquidated Damages Clause in the TCU Decision

Not to Enter the Big East Conference, May 10, 2012.

Report on Prospective NHL Earnings of an Injured Player, in mediation matter for Boyle, Shaughnessy & Campo, November 2012.

Rebuttal Report in Jordan v. Safeway, November 2013.

Report on the Financial Status and Policy Choices of the Eastern Michigan University Football Program, for the faculty union, December 2013.

95

Joint-author, "Response of Sports Economists on Declaration
of Hal J. Singer," Before the Federal Communications Commission, March 25, 2014.

Joint-author, "Switching Play: Towards a New, Elite Pan-Caribbean Football
League," report for Concacaf/Fifa, September 2014.

Joint-author, "Freshmen Ineligibility in Intercollegiate Athletics," report for The
Drake Group, March 2015.

Joint-author, "Student Fee and Institutional Subsidy Allocations to Fund
Intercollegiate Athletics," report for The Drake Group, March 2015.

Joint-author, "Compensation of College Athletes Including Revenues from
Commercial Use of Their Names, Likenesses and Images," report for The Drake
Group, March 2015.

Joint-author, "Establishment of a Presidential Commission on Intercollegiate Athletic
Reform," report for The Drake Group, March 2015.

Joint-author, "Fixing the Dysfunctional NCAA Enforcement System," report for The
Drake Group, April 2015.

Joint-author, "Academic Integrity in Collegiate Sport," report for The Drake Group,
April 2015.

Report on Valuing Publicity Rights in Jordan vs. Jewel, April 2015.

Report to USATF Athletes Association on Compensation Issues, April 2015.

Joint-author, Amicus Brief in Support of Tom Brady's Petitition for Panel Rehearing
and Rehearing En Banc, May 31, 2016.

96

Co-author White Paper on Intercollegiate Athletic Governance, Atlantic 10, December 2016.

Joint-author, "Excessive Athletics Time Demands Undermine College Athletes," report for The Drake Group, July 2016.

Joint-author, "Institutional Integrity Issues Related to Athlete Sexual Violence," report for The Drake Group, August 2016.

Joint-author, "Athletic Governance Organization and Institutional Responsibility," report for The Drake Group, December 2016.

Report in antitrust case against UFC for Cohen Milstein, August 2017.

Rebuttal report in UFC antitrust case, January 2018.

Joint-author, "Rights of College Athletes," report for The Drake Group, 2018.

Joint-author, Amicus Brief in Support of Plaintiff in Ninth Inning, Inc., et al. v. DIRECTV, LLC, et al., February 2018.

Joint-author, Report on Reforming the USOC, July 2018, submitted to the US Senate, Subcommittee on Consumer Protection, Product Safety, Insurance and Data Security for Hearings on July 24.

Co-author consulting report on Estimating the Market Value of a baseball Free Agent in 2018-19 for MVP Sports Agency, Nov. 26, 2018.

Joint-author, "Critical Analysis of Proposed Models of College Athlete Compensation," report for The Drake Group, 2019.

Joint-author, "College Athlete Health and Protection from Physical and Psychological Harm," report for The Drake Group, 2019.

97

Report on Valuation of Northwoods League, February 2020.

Report on estimating NIL value in Llopiz v. Hackensack, March 2020.

**Biographical Information about Andrew Zimbalist**  (June 2020)

Andrew Zimbalist received his B.A. from the University of Wisconsin, Madison in 1969 and his M.A. and Ph.D. from Harvard University in 1972 and 1974 respectively.  He has been in the Economics Department at Smith College since 1974 and has been a visiting professor at Hamburg University (2011), Doshisha University in Kyoto Japan (2007), the University of Geneva (2003), at Doshisha University in Kyoto, Japan (1985), and a visiting research fellow at Harvard University (1980).  He presently is the Robert A. Woods professor of economics at Smith College and a member of the Five College Graduate Faculty.

Dr. Zimbalist was editor of a book series on "The Political Economy of Development in Latin America" for Westview Press from 1987 through 1994. He chaired the Latin American Scholars' Association's Task Force on Scholarly Relations with Cuba during 1992-94.  He testified before the House Ways and Means Committee on the economic effects of U.S. policy toward Cuba in March 1994 and participated in the congressional program of the Aspen Institute as an expert on the Cuban economy.  Dr. Zimbalist has consulted in Latin America for the United Nations Development Program, the Atlantic Council, IRELA, the Economist Intelligence Unit and the U.S. Agency for International Development as well as for numerous companies around investment in Latin America.

Dr. Zimbalist has served as a consultant to Weil, Gotshal & Manges in the litigation of the NFL Players' Association to obtain free agency rights, to Grippo & Elden in the broadcasting case between WGN and the NBA, to Williams, Youle & Koenigs in the Denver Zephyrs' arbitration case with the Colorado Rockies, to Robert Pearl in the Billy Martin case, to the Cunningham Law Group in the Morsani/MLB litigation, to Campbell, Maack & Sessions in the  Portland Beavers/Pacific Coast League arbitration case, to Wendell, Chritton & Parks in the Florida State League/Florida Marlins arbitration case, to the Major League Baseball Players' Association in

99

*Plaintiffs' TRO Appendix - 0264*

collective bargaining, to ABRY Communications in a baseball broadcasting suit, to Robert Bell in the Marianne Stanley v. USC case, to the United Baseball League, to Krendl, Horowitz and Krendl in Ehrhardt v. Colorado Rockies, to the Portland Oregon Mayor's Commission on bringing another professional sports team to the city, to Wolff Associates in an effort to purchase a sports franchise, to Husch & Eppenberger representing the St. Louis stadium authority in an antitrust case against the NFL, to Rose, Sundstrom & Bentley in Tampa stadium case, to the Connecticut Democratic Party in evaluating the economics of a proposal to build a new civic center,  to the IRS in franchise asset evaluation, to the U.S. House Judiciary Committee in drafting bill for partially lifting baseball's antitrust exemption as it applies to labor relations, to Davis, Scott, Weber & Edwards in a sports facility case, to the Los Angeles Mayor's office in an arena financing matter, to the Department of Justice in a sports franchise valuation case, to the National Basketball Players' Association in collective bargaining, to the City of New York Independent Budget Office in sports facility matter, to Rabinowitz, Boudin et al. in a copyright case, to the National Hockey Players' Association in a franchise financial analysis, to Weil, Gotshal & Manges as a damage expert in a challenge to the monopolization of the major league soccer labor market, to Leboeuf, Lamb, Greene & MacRae in a baseball franchise value case, to Kohrman, Jackson & Krantz in an NFL/consumer rights case, to Greenbaum, Doll & McDonald in a sports antitrust case, to Menard, Murphy and Walsh in sports facility/eminent domain case, to Levin, Fishbein, Sedran & Berman in NFL antitrust case, to the Wisconsin Governor's office pertaining to public contribution to new stadium for the Green Bay Packers, to Sills, Cummis, et al. in tax case involving the New Jersey Nets, to U.S. Department of Justice in tax case involving several baseball teams, to Shugart, Thomson and Kilroy in NFL franchise valuation case, to Boies, Schiller & Flexner in NFL ownership/franchise valuation case, to Henry Klein in an NFL/consumer rights case, to Thorsnes, Bartolotta & McGuire in sports broadcasting antitrust case, to Modern Continental in a stadium construction matter, to Boies, Schiller & Flexner in a broadcasting case, to the Minneapolis Metropolitan Sports Facilities Corporation against MLB's contraction efforts, to Boyle et al. in sports injury case, to McLaughlin, Gouldborne & Cohen in minor league baseball facilities case, to the Antitrust Division of the U.S. Department of Justice in sports antitrust matters, to Furnier & Thomas in a sports stadium matter, to the NCAA in financial analysis of intercollegiate athletics, to Brascher Law in sports damages case, to Marcus Katz in sports league matter, to McKinsey & Company in college sports matter, to Bruce

100

Ratner/Forest City in development matter, to Wisconsin State Legislature in team and stadium matter, to Dewey Ballantine in an antitrust matter concerning college sports, to Boies, Schiller and Flexner in an NFL ownership case, to Chip Meyers in boxing league venture, to ESPN in special program development, to WUSA in developing a business plan for the relaunch of the league, to McDonald & Hayden in NHL financial matter, District of Columbia's Controller's Office in stadium matter, to the San Francisco Giants in a stadium matter, to Waite, Schneider, Bayless & Chesley in a stadium matter and an antitrust case involving Nascar, to the city of Anaheim in a stadium matter, to Jackson County, Mo. in a stadium matter, to Rainey Kaiser in stadium matter in Jackson, Tennessee, to Magna Entertainment in horse racing matter, to Harrah's in entertainment development matter, to Citigroup clients on franchise purchase, to the NJSEA on stadium matter, to Michael Best LLP in franchise valuation matter, to various MLB teams and entities, to the San Francisco Board of Supervisors in assessing the economic impact of an Olympics bid, to Weil, Gotshal & Manges in matter involving an NBA basketball team, to Barnes & Thornburg in antitrust matter involving the men's professional tennis tour, to the city of Seattle in a sports facility matter, to Jones Day in NHL antitrust matter, to Flaherty, Sensabaugh & Bonasso in a college head coach liquidated damages case, to the Knight Commission on Intercollegiate Athletics on college sports finances and reform, to Squire, Sanders & Dempsey in a franchise relocation matter, to Richard Rodier and Dewey Ballantine in an NHL franchise valuation matter, to an owner of a major league baseball team in franchise valuation, to Northlands in an arena matter in Edmonton, Canada, to the U.S. Department of Justice in a college sports antitrust matter to the city of Ottawa, Canada in a stadium matter, to Major League Baseball's Office of the Commissioner in the design of revenue sharing systems, to Hausfeld, LLP in NFL mediation over work stoppage, to Schiff Hardin LLP in publicity rights case involving Michael Jordon, to Jackson Kelly LLP in a college sports realignment mediation, to McDonald Sanders in a college conference matter, to Boyle, Shaughnessy & Campo in an NHL matter,  to Meerkats, regarding Australian Rules Football, management strategy, to Bredhoff & Kaiser, regarding NLRB matter in college football,  to Nagel Rice in NFL matter,  to US Track & Field Athletes in compensation matter, to the state of Rhode Island in a stadium financing matter, Consultant to Morrison & Foerster in a stadium matter, Consultant for the Atlantic 10 Athletic Conference, 2016, Member, Executive Committee, to Cohen Milstein in antitrust case against the UFC, to the city of Worcester in a stadium matter, to MVP Sports

101

Group in player valuation matter, to ISL in antitrust matter involving FINA, to Hackensack UMC Fitness & Wellness in a publicity rights case, to Noble Insights in an MLB franchise purchase matter, to the Northwoods League in a valuation of the league entity, as well as to several other companies in the area of sports economics.  He also consulted for the nine-part documentary on baseball in America by Ken Burns, and on his 2010 sequel – "The 10th Inning" – on the baseball industry since 1992.  He testified before the U.S. Senate Judiciary Committee in December 1992 in hearings on baseball's antitrust exemption, before the N.Y. State Senate on public policy toward minor league baseball in February 1993, provided written testimony to the House Judiciary Committee in its consideration of the Bunnings/Synar bill to limit MLB's anti-trust exemption in September 1994, testified before the U.S. Senate Judiciary Committee in January 1996 at hearings on the future of professional sports leagues, testified before the U.S. House Judiciary Committee in February 1996 at hearings on antitrust implications of professional sports franchise relocation, testified before the New York State Senate on the economic impact of sports franchises and stadiums on cities in April 1996, testified before the U.S. House Commerce Committee in May 1996 at hearings on the "Fan Freedom and Community Protection Act of 1996," provided written testimony to the Connecticut State Legislature in December 1998 on the proposal to bring the New England Patriots to Hartford, testified before the U.S. Senate Judiciary Committee in June 1999 at hearings on sports antitrust policy and stadium financing, testified before the Springfield City Council in July 1999 on public subsidies for the construction of a minor league stadium, testified before the Philadelphia City Council in June 2000 on pubic subsidies for stadium construction, provided written testimony to the U.S. Senate Judiciary Committee in November 2000 at hearings on the economics of baseball, testified before the Knight Commission on College Athletic Reform in November 2000 and October 2008, provided written testimony to the Ways and Means Committee of the Boston City Council on the economic impact of a new baseball stadium, and testified before the U.S. Department of Education's Commission of Gender Equity in College Athletics in November 2002.  He has made presentations to the NCAA Title IX Seminar and to the NCAA Convention, to the Aspen Institute's Ideas Festival, to the Knight Commission on Intercollegiate Athletics, and to numerous national and international business, journalistic and academic organizations. He has served as a member of the Advisory Board, Museum of the City of New York for the exhibit on baseball in New York, 1947-1957, on the Board of Advisers for the Atlanta History

102

Center for an exhibit on the 1996 summer Olympics, on the Board of Advisers of the Israeli Baseball League, on the Board of Directors of the Vintage Baseball Federation.  He serves on the Board of Directors for the Drake Group, the Board of Advisors for the Sports Management Program at the University of Massachusetts, Boston, the Sports Law Program at Pennsylvania State University, the McKinnon Center for Global Affairs, and on the faculty board of the College Sports Research Institute at the University of North Carolina, Chapel Hill.  He was selected as one of America's Top 100 Influential Sports Educators by the Institute for International Sport and is listed in *Who's Who in America.* He is the president-elect of the Drake Group; he will serve from July 1, 2020 through June 30, 2022.

Dr. Zimbalist has published twenty-seven books and several dozen articles primarily in the areas of comparative economic systems, economic development and sports economics.  The second edition of his co-authored textbook *Comparing Economic Systems* was published by Harcourt, Brace and Javonovich in February 1989 and his *The Cuban Economy: Measurement and Analysis of Socialist Performance* (with Swedish economist, Claes Brundenius) was published by Johns Hopkins University Press in November 1989. His book *Panama at the Crossroads: Economic and Political Development in the Twentieth Century* (with Professor John Weeks of the University of London) was published in June 1991 by the University of California Press.

In September 1992 Dr. Zimbalist published his widely-acclaimed *Baseball and Billions: A Probing Look Inside the Big Business of Our National Pastime*, with Basic Books, a subsidiary of Harper Collins.  *Business Week* listed *Baseball and Billions* as one of the top eight business books of 1992.  The Japanese edition was published by Dobunshoin in July 1993 and an expanded paperback edition was published in March 1994 by Basic Books.

In October 1997, Dr. Zimbalist published *Sports, Jobs and Taxes: The Economic Impact of Sports Teams and Stadiums* with the Brookings Institution Press, which he co-edited and co-

*Plaintiffs' TRO Appendix - 0268*

authored with Roger Noll, from Stanford University. *The Wall Street Journal* called *Sports, Jobs and Taxes* "must reading for people living in or around any city still targeted for stadium-building…." The *National Tax Journal* called it "a persuasive compendium of theoretical, empirical and case study evidence on the economics of subsidies for sports stadiums and teams." It was selected by *Lingua Franca* as a Breakthrough Book.

Dr. Zimbalist's 1999 book, *Unpaid Professionals: Commercialization and Conflict in Big-Time College Sports*, was published by Princeton University Press in September of that year. *Business Week* called it "complete and authoritative" and *The New York Times* wrote "In remarkably clear and clear-eyed prose (even his charts are readable), Zimbalist follows the money instead of the ball in the emotion-charged world of college sports." The *Washington Post Book World* wrote: "Zimbalist got game. This book … is a solid analysis of a segment of American life that Zimbalist claims is in dire need of reform. After reading this book you'll find it hard to disagree with him. One of its virtues is its tone. Zimbalist's wry sense of humor is evident throughout." The *Baltimore Sun* called it "excellent … readable, solidly researched and adds great clarity to a muddy debate …. Zimbalist proposes a sensible 10-part reform plan that would preserve a place on college rosters for genuine student-athletes." It has been selected by *Lingua Franca* as a Breakthrough Book. An expanded and updated paperback edition of *Unpaid Professionals* will be published in January 2001.

In the Summer of 2001 Zimbalist published *The Economics of Sport I & II*, which is part of the Edward Elgar series entitled *The International Library of Critical Writings in Economics*, edited by Mark Blaug. He was the guest editor and a contributor to the May 2002 special issue of the *Journal of Sports Economics* on competitive balance.

Dr. Zimbalist's *May The Best Team Win: Baseball Economics and Public Policy*, with a foreword by Bob Costas, was published by the Brookings Institution Press in April 2003. Early

104

reviews of the book include the following.  "*May the Best Team Win* is a great book—just the latest indication of why I tell my students at Harvard that Andrew Zimbalist is the top sports economist in the country."—Paul Weiler, Friendly Professor of Law and chair Sports and Entertainment Law, Harvard University.  "...Interesting, insightful, and revealing .... It will become the ultimate book on the economics of professional sports.  You will find it as riveting as I did." —Pat Williams, senior vice president, Orlando Magic.  "An absorbing, provocative discussion."  —*Publishers' Weekly*.  "In this excellent book, Andrew Zimbalist describes the action in the business of baseball like it was the seventh game of the World Series—which it is." —Clark Griffith, former owner, Minnesota Twins.  "Zimbalist writes with obvious love, but deep concern for our national pastime."  —Chris Berman, ESPN.  "Exhilarating.  Combines an academic's precision with a fan's passion." – Allen Barra, author and sportswriter, *New York Times*.  "Should be required reading for politicians …. Zimbalist's analysis is easily accessible, his data quite interesting and his judgments evenhanded to a fault." – *Washington Post*.  "These days a typical owner will rake in big money, claim he's nearly broke and then threaten to move unless his host city subsidizes a new stadium at taxpayer expense.  If you think this is an exaggeration, read Zimbalist's brilliantly researched study on the economics of the game." – Charles Hirshberg, *Sports Illustrated*.  "I highly recommend Andrew Zimbalist's new book, *May the Best Team Win*." —ROB NEYER, ESPN.com.  "My daydream . . . is that somehow every sports talk show host and every caller to such a show might mysteriously find himself or herself reading this illuminating book. That development would decrease the dumbness quotient of discussions between the former and the latter by about 99%." —Bill Littlefield, NPR's *Only a Game.* "Zimbalist offers a whirlwind tour of baseball chicanery…. Concise and coherent…. Anyone who hold an opinion on the state of the game, or fears its demise, owes it to himself or herself to take Professor Zimbalist's 224-page class. –  Jon Morgan, Baltimore Sun.  Given "Silver Award" by *ForeWord Magazine* in their Book of the Year Award in Business and Economics.  Zimbalist demolishes Commission Bud Selig's claim made before Congress that baseball's 30 teams lost $519 million in 2001…. A compelling critique."  -- Glenn Altschuler, Barron's.   An expanded, updated paperback edition of the *May the Best Team Win* was published in April 2004 by the Brookings Institution Press.

105

Dr. Zimbalist's book, *National Pastime: How Americans Play Baseball and the Rest of the World Plays Soccer*, co-authored with Stefan Szymanski, was published by Brookings in April 2005.  It was awarded the 2005 prize for "Outstanding Academic Title" by *Choice*, the  major review journal of the American Library Association.  Reviews of the book included: "A superb new book …." – *The Economist*.  "Baseball is America's national pastime, but soccer is the world's sporting passion. Whether you prefer Beckham or Bonds, the Boston Red Sox or Manchester United, you will be enlightened by this examination of the similarities and differences as seen by two of the sharpest minds in the field of sports business."—BOB COSTAS, *NBC and HBO Sports*. "*National Pastime* is the first serious attempt at  bridging the cultural gap between these two worlds of sport. It's also a great deal of fun, written with the understanding of  scholars and the passion of fans.  The book brings light to a subject which up to now has produced mostly heat."—ALLEN BARRA, *Wall Street  Journal*.  "Fascinating reading for fans and sports business industry professionals alike. The book gives a comprehensive overview of the commercial histories and complicated economic dynamics of two of the world's most important sports. The comparison between the two creates a unique perspective and enables the reader to understand the issues at stake with much greater insight."— ARNE REES, *UEFA Head of Strategy and Business Development*.  "A detailed, thoughtful analysis on one of the great mysteries in sports—why baseball is popular in America while soccer reigns in the rest of the world. "National Pastime" is a revealing look at both sports, detailing everything from economic history to issues of competitive balance. It brings to mind a classic lyric by Bob Dylan: 'Don't criticize what you can't understand.'"—KEN ROSENTHAL, *Sporting News*. "In this era of globalization, baseball and soccer transcend national borders like never before.   Szymanski and Zimbalist wonderfully weave cross-cultural comparisons and tales of evolution that will leave you with a refreshingly new perspective on leagues and how they are structured." -- JULIE FOUDY*, recently retired captain, U.S. Soccer team*.  "I knew in advance this was going to be a very good work. As it turns out, *National Pastime* is truly wonderful, not just very good. It will have broad appeal, enlightening sports scholars and commentators as well as executives in each sport in different countries about the nature of any problems they are now exhibiting." -- PAUL C. WEILER, *Harvard Law School*.  "The book has few shortcomings and many strengths, not least of them keen insights and a readable stem-to-stern account of similarities and differences in the evolution, structures, and problems with arguably the globe's

106

two most important sports." *Choice*.  "… fascinating new book."  John Haydon, *Washington Times*.   "As one has come to expect form the authors, the book is logically sound, and loaded with facts and illustrative anecdotes.  The prose steers clear of professional jargon while remaining true to the authors' training in economics.  The end result is an entertaining and informative book.  It will appeal to lay readers … as well as professionally-trained economists…."  Phil Miller, sportseconomist.com.

Dr. Zimbalist's book, **In the Best Interests of Baseball? The Revolutionary Reign of Bud Selig** was published by Wiley, in April 2006.  Reviews on this book include the following:

"Andrew Zimbalist has done a very credible, eminently readable and engaging job describing MLB's commissioners, particularly Bud Selig, who easily has become the most significant figure in baseball in decades.  While Selig will not necessarily share all of Zimbalist's views about the game, *In the Best Interests of Baseball* has thoughtfully, and perhaps uniquely, tracked many of the thorny issues that Selig confronted during baseball's new golden era." --  John Moores, owner of the Padres and member of MLB's Executive Council.  "Baseball books, like the game itself, are often replete with errors. But Andrew Zimbalist has written a carefully researched yet lively review of the record of the nine Commissioners that is both fair and accurate. It is long overdue and a superb read."  -- Fay Vincent, former commissioner of baseball.  "I always thought Yogi Berra was the wisest source on baseball, but Zimbalist has hit a grand slam here." -- Tom Werner, owner of the Red Sox, former owner of the Padres. "Once again, Andy Zimbalist proves that no one understands the mysterious inner workings of the best game on earth better than he does. With energy, thoughtfulness and passion, he has parsed the complicated world of baseball and shown how important its business side is to its soul -- and its survival." -- Ken Burns. " Tremendously enjoyable and a must read for baseball fans. Guaranteed to raise the level of discourse on sports-talk radio." -- Jim Bouton, former Yankee pitcher and author of Ball Four. "By looking at baseball from the perspective of the commissioner's office and its many challenges, Professor Zimbalist has been able to use his scholar's eye and his fan's heart to see the game as an ongoing enterprise that needs refreshment. The fair but unsparing portrait of Bud Selig he paints is of a man who is nobody's fool, and nobody's tool--and now, those of us who

107

love the game need him to start the rally that will restore baseball in America's esteem." -- Scott Simon, NPR anchor. Updated, expanded edition, published as ***In the Best Interests of Baseball? Governing the National Pastime***. University of Nebraska Press, March 2013.

Dr. Zimbalist's  book, ***The Bottom Line: Observations and Arguments on the Sports Business***, was published by Temple University Press in August 2006.  Advance praise on this book includes:

"Very few academics treat sport as seriously as it deserves.  And precious few of them keep their subject interesting.  Andrew Zimbalist is royalty in this small kingdom." - Franklin Foer, author, *How Soccer Explains the World: An Unlikely Theory of Globalization.*  "Andrew Zimbalist has taken important topics and given us a thoughtful, fascinating, and deeply prepared discussion of the games we hold so dear." – Lesley Visser, CBS Sportscaster.  "Andrew Zimbalist is one of the best writers among economists working today, and he provides insightful analysis on interesting subjects.  The essays in this book provide a narrative history of recent events in the sports business and contain a wealth of information…. I recommend this book." Brad Humphreys, economics professor, University of Illinois.

His book (with Nancy Hogshead-Makar) ***Equal Play: Title IX and Social Change*** was published by Temple University Press in October 2007.  Early reviews include: "*Equal Play* is a gem.  Two nationally respected Title IX experts have teamed up to accurately portray the origins of Title IX, the impact of its application and the complexity of the issue of gender equality…. The result is an insightful analysis of the difficulties encountered when federal social justice legislation challenges the culturally ingrained sexism of American sport." – Donna Lopiano, former CEO, Women's Sport Foundation.  "For any student of the history and arguments about Title IX, *Equal Play* is immensely valuable.  It is a comprehensive and authoritative summary in support of young women's athletic rights." – Frank Deford.   "*Equal Play* should be required reading in all history classes across this country.  Nancy Hogshead-Makar and Andrew Zimbalist do a wonderful job…."  -- Julie Foudy.

108

***Circling the Bases: Essays on the Challenges and Prospects of the Sports Industry***, was
published by Temple University Press in November 2010.  An audiobook was released by
Redbook  in October 2013.  Reviews include: "Andrew Zimbalist's essays in *Circling the Bases*
are not only original, thoughtful and provocative, but they are valuable in showing, again and
again, whether in collegiate or professional sports or in the Olympic 'movement,' that so much
accepted wisdom about sports economics is, in fact, false. Zimbalist is the best in his field, and
he has never spoken so clearly in both dollars and sense."—Frank Deford, *Sports Illustrated.*
"Andy Zimbalist is a hall-of -famer in the economic analysis of sport. Here he shows yet again
how economic principles can be used to understand the issues, from steroids to stadium finance,
from gate revenues to gender equality. Required reading."—Stefan Szymanski, Professor of
Economics at Cass Business School, City University London.  "The business of sports is
complex—more complex than many fans and journalists recognize. Andrew Zimbalist, alone
among economists, understands the industry's unique dynamics. In *Circling the Bases*, Zimbalist
explores the state of both collegiate and professional sports in shifting economic, broadcast and
labor landscapes. Every page is enlightening, even for those of us who cover sports for a
living."—Ken Rosenthal, *Fox Sports.*


In April 2012, Edward Elgar published his book with Wolfgang Maennig (eds.) ***International
Handbook on the Economics of Mega Sporting Events***.  *". . . the Handbook covers the various
economic aspects of*

large sporting events and has rightly earned its "handbook" title.  Given its multi-author, chapter
format, it is easy to dip in and out of without reading everything in one go. It should appeal to
economists, researchers, policy makers and potential bidders." – *IPKat*


He co-authored a children's book on baseball, ***Home Team***, published in July 2012.

109

In March 2013, a new, updated and expanded edition of *In the Best Interests of Baseball? Governing the National Pastime* was published by the University of Nebraska Press.

His new book (written with Ben Baumer), *The Sabermetric Revolution: Assessing the Growth of Analytics on Baseball,* was published in February 2014 by the University of Pennsylvania Press.  Advance reviews include:

*"Moneyball*, the book and the movie, played an important role in highlighting to mass culture the evolution of decision making in Major League Baseball front offices.  As is often the case though, *Moneyball* is only a momentary reflection of a broader movement within the game.  In *The Sabermetric Revolution,* Baumer and Zimbalist provide anyone intrigued by the book, a much more accurate understanding of the exceptional work of the A's to overcome their expected outcomes and how other front offices continue to advance objective analysis and its role in player personnel decisions.  This is a must read for anyone who wants a deeper understanding of why and how baseball continues to lead the way in the use of analytics." *Mark Shapiro, President, Cleveland Indians.*

Professors Zimbalist and Baumer do the best job yet of evaluating the benefits, and the myths, of the ever-growing world of baseball analytics. This is a must-read for anyone interested in where sports metrics have been , and where they're going. *Stan Kasten, President and CEO, Los Angeles Dodgers*

"Sabermetricians have developed new and important ways of measuring player performance.  In *The Sabermetric Revolution*, Baumer and Zimbalist turn the table on the sabermetricians  and evaluate their performance.  The result is an interesting and balanced portrayal of what the authors believe works and what doesn't, and of the challenges that lie ahead." *Bob Costas, NBC and MLBTV broadcaster.*

110

"Leo Durocher once said that "Baseball is like church; many attend, few understand." *The Sabermetric Revolution* is a must read for those in the baseball congregation seeking understanding of how objective analytics can be used to determine intrinsic value, identify undervalued and overvalued assets and dynamics, and create competitive advantage." *Tom Garfinkel, President and CEO, San Diego Padres*

" *The Sabermetric Revolution* is like the story behind the story. Michael Lewis' classic tugs at our heartstrings and opens our eyes, but Baumer and Zimbalist help us look behind the curtain. If you've ever wanted to understand what happens in the other offices around the GM, this is a brilliant book." *Will Carroll, Lead Writer for Sports Medicine, Bleacher Report, Member, BBWAA and PFWA*

"*Moneyball* was a good read by Michael Lewis and a good part for Brad Pitt, but as Ben Baumer and Andrew Zimbalist show, it was primarily a good fairy tale. *The Sabermetric Revolution* doesn't just debunk, but has a high slugging average with all sorts of valuable new insights and baseball numbers.  But, be on guard, stats freaks: it isn't doctrinaire.  Spoiler alert!  The authors dare say that bunting can actually be good for you. "

*Frank Deford, author, journalist, commentator for NPR, HBO Real Sports*

"*The Sabermetric Revolution* is an excellent and well-written look at where sabermetric knowledge stands today.  This is a very useful book." *Economist Tyler Cowen on his blog*, *Marginal Revolution.*

**Book of the Month, Prozone Sports, April 2014.** "An ideal introduction to the topic of advanced statistics in baseball, *The Sabermetric Revolution* provides a thorough overview of the ways in which analytics has transformed the management and coaching of baseball. Demonstrating how the game has been changed by the evolving use of data over time, Baumer

111

and Zimbalist also offer a tantalising glimpse of how Saberrmetrics may continue to develop in the future."


**Daily Beast list of best baseball books 2014**. "Former Mets sabermetrician Benjamin Baumer and sports economist Andrew Zimbalist's *The Sabermetric Revolution: Assessing the Growth of Analytics in Baseball* takes an expert look at the statistical analysis craze, debunking misconceptions and evaluating the role of sabermetrics in the future—no doubt of great interest to future general managers, both real and fantasy league."


"*The Sabermetric Revolution* truly is an engaging and succinct illumination of where the field is and how it got here…well worth the read.... The book is ideal for a reader who wishes to tie together the importance of everything they have digested from sites like Fangraphs, Baseball Prospectus, Hardball Times, Beyond the Box Score, and, even, yes, Camden Depot."  Jon Shepherd,  *camdendepot.blogspot.com*


"If you are interested in baseball and sports analytics, *The Sabermetric Revolution* is a must read." *statsinthewild.com*


"Highly recommended for the serious student of baseball." *Library Journal.*


"Baumer and Zimbalist provide an interesting case study of the use of statistics by general managers and front office executives. For fans and fantasy leagues, the book is an accessible primer on the real math behind moneyball including new insights into the changing business of baseball."  *David Low, The Wesleyan Connection.*


His book , *Circus Maximus: The Economic Gamble Behind Hosting the Olympics and the World Cup*, was published in February 2015 by the Brookings Institution Press.  An expanded

112

and updated paperback edition was published in January 2016, and the third edition, further expanded and updated, was published in June 2020. Editions have been published in Spanish and Japanese.  Reviews include:

One of the best six business books of 2015.  *The Economist*

"Even appropriately jaded readers are likely to be shocked by the evidence in *Circus Maximus*…which reveals the magnitude of the deception that precedes these events and the disappointment that follows."
– *The Economist*

"A remarkable study that exposes the extraordinary chicanery and dodgy dealing behind staging the Olympics and the World Cup."
- *The Guardian*

"*Circus Maximus* provides a comprehensive compendium of  the benefits and costs of hosting the Olympics or soccer's World Cup.  Andrew  Zimbalist documents how the officials who run the international sports organizations that authorize these events profit handsomely, while host cities and nations experience ever-increasing losses.  The book also explains why before-the-fact claims that such events will deliver long-term economic benefits typically are wildly inaccurate.  A citizen or public official who contemplates supporting a bid to host a sports mega-event ought to read this book."

-- Roger Noll, Professor of Economics, Stanford University

"Pssst.  Wanna buy a velodrome cheap? Andrew Zimbalist's brutal examination of how the International Olympic Committee and FIFA ("soccer maximus" to you and me) have sweet-talked cities and nations into hosting their extravaganzas is absolutely devastating in its ugly detail.  Any prospective municipal or national customer who doesn't read this book before

113

applying for the rights to  supply the IOC or FIFA with their land and finances deserves all the debt and humbug they're going to end up with."

— Frank Deford

"Indispensable for anyone who wants to understand the impact of hosting the olympics."

-- Evan Horowitz, Boston Globe

"Andrew Zimbalist is a perpetual source of insight on the economics and administration of modern sports.  When weighing the very real risks and rewards of hosting major international events, political leaders and informed citizens should carefully consider the information and arguments presented here before rolling the dice."

  -- Bob Costas, Broadcaster, NBC Sports and Major League Baseball Network

"You'll be hearing a lot in the coming years about the problems cities face when they consider hosting the Olympic Games and the World Cup. This international issue is thoroughly explored by Andrew Zimbalist in his important new book, Circus Maximus.  Zimbalist is the perfect person to delve into this timely topic, located at the intersection of sports and economics."

 -- Christine Brennan, USA Today national sports columnist, ABC News and CNN commentator

"*Circus Maximus* shines a bright light on the much-needed discussion about the unconscionable expense surrounding both the bidding process and hosting of the Olympics and the World  Cup. The perfectly titled book will leave you gasping for reform. Immediately."

—Julie Foudy, ESPN analyst, former U.S. national soccer team captain—winner of two World Cups and three Olympic medals

114

"Cleanly written and information-packed analysis" – James Srodes, *Washington Times*

Dr. Zimbalist has two co-authored books that were published in early 2017.  ***Unwinding Madness: What Went Wrong with College Sports and How to Fix It,*** with Donna Lopiano and Gerry Gurney (Brookings); and, ***No Boston Olympics: How and Why Smart Cities Are Passing On the Torch***, with Chris Dempsey (UPNE).  He has an edited and written collection on the Rio Olympics of 2016 entitled ***Rio 2016: Olympic Myths, Hard Realities***, that was published by Brookings in August 2017.

Dr. Zimbalist's articles and essays have appeared in *The New York Times, The New Republic, Finance & Development, The Nation*, *The Brookings Review, The Washington Post, The Boston Globe, US News and World Report, Business Week, USA Today, The Wall Street Journal, Foreign Policy, World Development, Brill's Content, Time, The Atlantic, The Chronicle of Higher Education, The Seton Hall Journal of Sports Law, Le Monde Diplomatique, Latin American Research Review, Journal of Latin American Studies*, *Journal of Sports Economics*, *Journal of Economic Perspectives, The Milken Institute* Review, *Wall Street Journal, Forbes, Sports Business Journal, Journal of Urban Economics, Harvard Business Review,* the IMF's *Finance and Development, The Antitrust Bulletin, America's Quarterly*, *The Antitrust Review, The Tulane Law Review, International Journal of Financial Studies*, the *New York Times Magazine, Harvard Magazine,,* and *www.huffingtonpost.*com, among other places. He has appeared on numerous national radio and television talk shows discussing both international economics and the economics of sports and is an active participant on the lecture circuit.  He wrote the foreword to the second edition of Bob Costas' *Fair Ball,* is a contributing columnist for the *Sports Business Journal* and was chosen as the 1998 sports journalist of the year by the *Village Voice*.  He did a bi-weekly commentary on the business of sports for NPR's *Marketplace* during 2002-2004.  PBS' *Wall Street Week with Fortune* introduced him as the country's leading sports economist.  He serves as a member of the editorial board of the *Journal of Sports Economics*, as well as the journals *Journal of Olympic Studies* and *Base Ball: A Journal of the*

115

*Early Game*, and is co-editing a book series in sports economics for MacMillan with the noted French economist, Wladimir Andreff.

Dr. Zimbalist lives with his wife and children in Northampton, Ma.

**Dr. Zimbalist can be reached at the following numbers:**

**Office: 413 585 3622; Fax: 413 585 3389;**

**Cell: 413 320 1810**

**Email: azimbali@smith.edu**

**Website: https://sophia.smith.edu/azimbali/**

116

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,**<br><br>**Defendant.** | **CASE NO. 3:20-cv-0080-SMR-SBJ**<br><br><br>**AFFIDAVIT OF JAMES C. LAREW** |

I, James C. Larew, being first duly sworn and under oath, do hereby depose and state as follows:

1. I am counsel of record in the above-captioned matter for Plaintiffs.

2. At the time of the anticipated filing of our clients' motion for a preliminary injunction and temporary restraining order, attorneys for Defendants had entered appearances, but no responsive pleadings have been filed. I am of the understanding that any filings made by us will be transmitted electronically to Defendants' counsel of record through the CM-ECF system.

3. In addition, at the inception of the litigation, I was instructed by the general counsel of the University of Iowa to communicate with the Office of the Iowa Attorney General with respect to all matters related to this litigation.

4. At the Office of Iowa Attorney General, I was instructed by Jeffrey Thompson, Iowa Solicitor General, to communicate directly with him with respect to all matters related to this litigation.

5. Pursuant to those instructions, I have directly communicated with Mr. Thompson, both via a telephone message and also by an email, providing him with actual notice of our clients' motion to obtain a preliminary injunction and temporary restraining order. In addition, by email, I am providing to Mr. Thompson with exact copies of all filings made by our office with respect to the matters described herein.

**FURTHER I SAYETH NOT.**

_____

**AFFIANT JAMES C. LAREW**

Sworn to and signed before me by James C. Larew this $\underline{2^{nd}}$ day of December, 2020.

ANDREW R KRAMER
Commission Number 799468
My Commission Expires
November 06, 2022

_____
**NOTARY PUBLIC – STATE OF IOWA**