# I IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,**<br><br>    Plaintiffs,<br>v.<br>**UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,**<br><br>    Defendants. | **CASE NO. 3:20-CV-00080-SMR-SBJ**<br><br><br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**COME NOW** Defendants the University of Iowa ("University" or "UI"), Bruce Harreld, in his official capacity as President of the University of Iowa, and Gary Barta, in his official capacity as Director of the Department of Athletics at the University of Iowa, and pursuant to Federal Rule of Civil Procedure 12(b)(6), submit their Motion to Dismiss. In support of their motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on September 25, 2020, and their First Amended Complaint on October 20, 2020.

2. Plaintiffs' First Amended Complaint alleges three violations of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681(a), and its implementing regulations: Count I alleges a violation of Title IX's equitable participation requirement; Count II alleges a violation of Title IX's equitable treatment requirement; and Count III alleges a violation of Title IX's equitable financial assistance requirement.

3. Each of the claims within the Complaint fail as a matter of law and should be dismissed for failing to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiffs have failed to plead sufficient facts to state a claim for relief that is plausible on its face for any of the claims in Counts I through III.

4. Defendants have set forth their arguments in detail in the attached Brief in Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

**WHEREFORE,** Defendants respectfully request that the Complaint be dismissed, and all costs be assessed to the Plaintiffs.

Respectfully Submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

/s/ *Kayla Burkhiser Reynolds*
KAYLA BURKHISER REYNOLDS
Assistant Attorney General
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA 50319
Ph: (515) 725-5390
Fax: (515) 281-4902
kayla.burkhiser@ag.iowa.gov

*/s/ Ryan Sheahan*
RYAN SHEAHAN
Assistant Attorney General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
Phone: (515) 281-6658
Fax: (515) 281-4902
ryan.sheahan@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 15, 2020:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Email
☒ CM/ECF

Signature: /s/*Audra Drish*