IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,<br><br>Defendants. | CASE NO. 3:20-CV-00080-SMR-SBJ<br><br><br><br>AFFIDAVIT OF GREGORY A. DAVIES |

I, Gregory A. Davies, being duly sworn, hereby state as follows:

1. In making this supplemental affidavit in support of Defendants' Resistance to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, I hereby incorporate by reference the entirety of my affidavit which was signed and sworn on December 13, 2020 and file-stamped on December 14, 2020.

2. I understand that during the hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction on December 18, 2020, the Court requested information relating to UI's projected deficit for this fiscal year, given the fact that some football games have been played this season.

3. While some football games have been played this season, fans have not been permitted inside Kinnick Stadium for the 2020 Hawkeye Football Season due to the dangers

posed by COVID-19.[1] Tailgating has also been prohibited.[2] UI has not generated any of the typical revenue from parking, concessions, suite, or ticket sales, given these restrictions.

4. Similarly, some men's and women's basketball games have been played, but fans have not been permitted into the arena for home games.[3] UI has not received income from ticket sales, parking, concessions, or any of the other incidentals related to in-person attendance at sports events which typically generate revenue.

5. UI is uncertain of the wrestling schedule at this point. We anticipate fans will not be permitted into the arena for home meets. This will cause additional lost income from ticket sales, concessions, etc.

6. UI is uncertain whether the Big Ten Men's Basketball Tournament or the NCAA Men's Basketball Tournament will take place next spring. These two tournaments provide income to the Big Ten Conference, which is distributed to each member institution. That revenue could be lost this spring, as it was in 2019-2020.

7. Currently, on information and belief, agreements between the Big Ten Conference and television networks are being negotiated due to the decrease in televised events caused by the COVID-19 pandemic. Revenue distributions for televised events are still undetermined, but is anticipated to be significantly less than last year.

8. Given the current circumstances, it is estimated that UI Athletics' total financial losses will be between $55 and $65 million dollars for the current fiscal year.

Further affiant sayeth naught.

_____
Gregory A. Davies

Signed and sworn by Gregory A. Davies before me this 21st day of December, 2020.

_____
Notary Public in and for the State of Iowa

JACQUELINE R. KJAER
Commission Number 771649
My Commission Expires
February 13, 2021

---

[1] *See* University of Iowa, *Football Gameday*, available at https://hawkeyesports.com/footballgameday/ (last accessed December 21, 2020) (making an exception for student-athletes' and coaches' immediate families).
[2] *Id.*
[3] *See* University of Iowa, *Men's Basketball Gameday*, available at https://hawkeyesports.com/mbbgameday/ (last visted December 21, 2020) (noting that only student-athletes and coaches' immediate families will be permitted to attend).