# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEX PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,<br><br>    Defendants. | **CASE NO. 3-20-CV-00080**<br><br><br><br>**ORDER COMPELLING THE PRODUCTION OF DOCUMENTS** |

The Court has before it Defendants' Second Motion for Order Compelling the Production of Documents. The Court finds that for good cause shown, Defendants' motion should be GRANTED in full.

### ORDER COMPELLING PRODUCTION OF DOCUMENTS

Defendants acknowledge that student education records are confidential pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g. Absent a court order or subpoena and sufficient notice, FERPA-protected documents can only be produced in litigation subject to the written consent of each impacted student or in heavily-redacted form. 20 U.S.C. § 1232g(b)(2)(A); 34 C.F.R. §§ 99.30-99.31, 99.3, 99.31(a)(9), 99.31(b)(1). To avoid the delay and expense of seeking written waivers from potentially thousands of impacted students prior to producing documents in this case, Defendants ask the Court to order the production of unredacted

copies of certain FERPA-protected documents upon sufficient notice to impacted students as required by 34 C.F.R. § 99.31(a)(9)(ii). For all the reasons stated and for good cause shown, the Court grants Defendants' motion and hereby orders Defendant University of Iowa to produce to Plaintiffs unredacted copies of the following documents, subject to the terms outlined in the Confidentiality Protective Order entered in this case on April 7, 2021 and the notice requirements outlined 20 U.S.C. § 1232g(b)(2)(B) and 34 C.F.R. § 99.31(a)(9)(ii):

1. CARA Logs for the fall 2015 through spring 2019 academic years;
2. Official squad lists for the fall 2015 through spring 2019 academic years.

Such production of documentation for the fall 2015 through spring 2019 academic years shall be made no later than August 2, 2021.

IT IS SO ORDERED.

Dated July 21, 2021.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE