# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,<br><br>Defendants. | Case No. 3:20-cv-00080-SMR-SBJ<br><br>**JOINT REQUEST FOR RELEASE OF BOND, COURT APPROVAL OF ATTORNEY FEES AND COSTS, ORDER FOR AWARD OF ATTORNEY FEES AND COSTS, AND ENTRY OF JUDGMENT FOR PLAINTIFFS, AND DISMISSAL** |

Plaintiffs Sage Ohlensehlen, Christina Kaufman, Alexa Puccini, Kelsey Drake, Miranda Vermeer, and Abbie Lyman, and Defendants the University of Iowa, Bruce Harreld, and Gary Barta (collectively the Parties"), by and through their undersigned attorneys, submit this Joint Request for Release of Plaintiffs' Bond, Court Approval of Attorney Fees and Costs, Order for Award of Attorney Fees and Costs, Entry of Judgment for Plaintiffs, and Dismissal.

**Joint Stipulation**

1. The Parties have settled this case. As part of the Settlement Agreement ("Agreement"), Defendants have agreed to pay Plaintiffs' counsel's reasonable attorneys' fees and costs. However, the Parties have conditioned their Agreement on receipt of this Court's entry of

an Order finding that the requested attorney fees and costs are reasonable under the circumstances of this case and based on a review of Plaintiffs' billing and expense summary. *See* Exhibit A (attached).

2. Additionally and per the terms of the Parties' Settlement Agreement, Plaintiffs have agreed to dismiss their lawsuit with prejudice. Defendants have agreed that upon dismissal of this lawsuit, Plaintiffs' bond may be released in full.

3. As a result, Plaintiffs and Defendants jointly request that:

   a. this Court review Plaintiffs' counsel's summary of case-related billing and costs;

   b. enter an Order setting forth the Court's ruling on the reasonableness and amount of combined attorneys' fees and costs;

   c. enter an Order releasing Plaintiffs' bond;

   d. enter final judgment for attorneys' fees and costs to Plaintiffs as prevailing parties; and

   e. enter an Order dismissing Plaintiffs' Complaint with prejudice.

**WHEREFORE,** the Parties respectfully request that this Court effectuate the terms of their Agreement as described above by entering a Ruling and Order confirming the same, awarding reasonable attorney fees and costs to Plaintiffs as prevailing parties, releasing Plaintiffs' bond, dismissing Plaintiffs' Complaint with prejudice, and directing the Clerk to enter final judgment for Plaintiffs and against Defendants as so ordered.

Jointly submitted,

LAREW LAW OFFICE
/s/ *James C. Larew*
James C. Larew   AT0004543
LAREW LAW OFFICE
504 E Bloomington St.
Iowa City, IA  52245

Phone: (319) 337-7079
Fax: (319) 337-7082
Email: James.Larew@LarewLawOffice.com
**ATTORNEY FOR PLAINTIFFS**

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Kayla Burkhiser Reynolds*
KAYLA BURKHISER REYNOLDS
*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
*/s/ Ryan Sheahan*
RYAN SHEAHAN
Assistant Attorneys General
Hoover State Office Building
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 281-4902
jeffrey.thompson@ag.iowa.gov
kayla.burkhiser@ag.iowa.gov
sam.langholz@ag.iowa.gov
ryan.sheahan@ag.iowa.gov

**ATTORNEYS FOR DEFENDANTS**

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon all parties to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on October 1, 2021.

By:
☐ Hand Delivered
☐ US Mail
☐ Fax
☐ Email
X Other-CM/ECF

Signature  */s/ Andrew Kramer*