### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF THE STATE OF IOWA

| | |
|---|---|
| **SAGE OHLENSEHLEN, CHRISTINA KAUFMAN, ALEXA PUCCINI, KELSEY DRAKE, MIRANDA VERMEER and ABBIE LYMAN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE UNIVERSITY OF IOWA, BRUCE HARRELD, in his official capacity as President of the University of Iowa, and GARY BARTA, in his official capacity as Director of the Department of Athletics at the University of Iowa,**<br><br>**Defendants.** | **CASE NO. 3:20-cv-00080-SMR-SBJ**<br><br>**PLAINTIFFS' MOTION TO RELEASE CASH BOND PROCEEDS** |

**COME NOW** Plaintiffs, by and through the undersigned attorney, James C. Larew, and, pursuant to Court Order dated October 6, 2021, docket no. 89, respectfully request that the cash bond posted by Plaintiffs in this matter, currently in the Court's treasury registry account, in the amount of $360,000.00, now be fully released and made payable to Plaintiffs' attorney, James C. Larew, and sent to the address below:

> LAREW LAW OFFICE
> 504 E BLOOMINGTON STREET
> IOWA CITY, IOWA 52245

Respectfully submitted,

LAREW LAW OFFICE

/s/ *James C. Larew*

James C. Larew AT0004543
Claire M. Diallo AT0014397
LAREW LAW OFFICE
504 E Bloomington St.
Iowa City, IA 52245
Phone: (319) 337-7079
Fax: (319) 337-7082
Email: James.Larew@LarewLawOffice.com
Email: Claire.Diallo@LarewLawOffice.com
**ATTORNEY FOR PLAINTIFFS**

Copy to:

Kayla Burkhiser
Audra Drish
Meghan Jolly
Jeffrey Thompson
Samuel Langholz
Attorney General's Office
Hoover Building
1305 E Walnut Street
Des Moines, Iowa 50319
Phone: (515) 281-5164
Email: kayla.burkhiser@ag.iowa.gov
 audra.drish@ag.iowa.gov
 meghan.jolly@ag.iowa.gov
 jeffrey.thompson@ag.iowa.gov
 samuel.langholz@ag.iowa.gov
**ATTORNEYS FOR DEFENDANT UNIVERSITY OF IOWA**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon all parties to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on October 14, 2021.

By:
☐ Hand Delivered
☐ US Mail
☐ Fax
☐ Email
X Other-CM/ECF

Signature /s/ *Andrew Kramer*